**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

---

**STIPULATION**

It is hereby stipulated and agreed, by and between the undersigned counsel to the parties, that the defendants shall not file an answer, move or otherwise respond to the complaint filed in this action pending the negotiation and implementation of a settlement of the action. This stipulation is without prejudice to defendants' right to file an answer or other response, or plaintiffs' right to demand an answer or other response should this action not be resolved by settlement.

Dated: 9/18/00

Jack L. Chestnut, #16378
Karl L. Cambronne, #14321
CHESTNUT & CAMBRONNE, P.A.
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 339-7300

SEP 18 2000

Melvyn I. Weiss

Barry A. Weprin
Brad N. Friedman
Janine L. Pollack
Regina L. LaPolla
MILBERG WEISS BERSHAD HYNES
& LERACH, LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

Richard A. Lockridge #64117
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

David Kessler
SCHIFFRIN & BARROWAY LLP
3 Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Ronald Perry
ARNZEN, PARRY & WENTZ, P.S.C.
128 East Second Street
Covington, Kentucky 41012

Andrew Friedman
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
4041 N. Central Avenue, Suite 1100
Phoenix, Arizona 85012-3311

Steven Hubbard
HUBBARD & BIEDERMAN, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201

John Newcomer
JAMES HOYER NEWCOMER FORIZS &
SMILJANICH, P.A.
One Urban Center, Suite 147
4830 West Kennedy Boulevard
Tampa, Florida 33609

Sheldon S. Lustigman
Andrew B. Lustigman

THE LUSTIGMAN FIRM PC
Empire State Building, 60th Floor
New York, New York 10118
(212) 268-0797

Ronald A. Uitz
UITZ & ASSOCIATES
1730 K Street N.W.
Suite 304
Washington, D.C. 20006
(202) 296-5280

**Attorneys for Plaintiffs**

Dated: 9/18/2000

George F. McGunnigle, #70701
Jane F. Godfrey, #219551
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Charles C. Platt
Randall M. Fox
LeBOEUF LAMB GREENE & MacRAE, LLP
125 West 55th Street
New York, New York 10019-5389
(212) 424-8000

**Attorneys for Defendants**

IT IS SO ORDERED.

Dated: 9/18/00

The Honorable David S. Doty
United States District Judge