STATE OF MINNESOTA
COUNTY OF HENNEPIN

DISTRICT COURT
FOURTH JUDICIAL DISTRICT

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 96-018477

(Consolidated Cases: 96-018477, 97-004742, 98-105681)

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

---

## STIPULATION

WHEREAS, pursuant to the Findings and Order Conditionally Certifying a Class for Settlement Purposes, Preliminarily Approving the Class Settlement, Directing the Issuance of a Class Notice to the Class and Scheduling a Fairness Hearing, entered on October 2, 2000, the parties herein began sending the Class Notice Package to the more than two million Class Members on or about October 12, 2000, and the mailing program is continuing;

FILED 12-1-00
FRANCIS E. DOSAL, CLERK

WHEREAS, included as part of the Class Notice Package is a document entitled Benefit Voucher, which lists, among other things, the amount and coverage period for the General Relief to be provided under the terms of the settlement;

WHEREAS, it has been discovered that a relatively small number (approximately 55,000) of Benefit Vouchers erroneously understated the particular Class Member's amount and/or coverage period with respect to the General Relief; and

WHEREAS, the Parties have agreed to send, at Defendants' expense, a letter along with a corrected Benefit Voucher to those Class Members whose General Relief amounts or coverage periods were understated in the Benefit Vouchers enclosed in their Class Notice Packages, have agreed that such letter will be in the form attached hereto as Exhibit A, and now seek the Courts' approval to send such letter;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Parties are hereby authorized to send a letter substantially in the form of Exhibit A along with corrected Benefit Vouchers to the Class Members affected by the understatements referenced herein, with such letter and corrected Benefit Voucher to be mailed to affected Class Members on or before December ~~15~~ 27, 2000.

DHM 11/30/00

Dated: 11/27/00

[signature]

Melvyn I. Weiss
Barry A. Weprin
Brad N. Friedman
Janine L. Pollack
Regina L. LaPolla
MILBERG WEISS BERSHAD HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

Jack L. Chestnut, #16378
Karl L. Cambronne, #14321
CHESTNUT & CAMBRONNE, P.A.
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 339-7300

Richard A. Lockridge #64117
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

David Kessler
SCHIFFRIN & BARROWAY LLP
3 Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Ronald Perry
ARNZEN, PARRY & WENTZ, P.S.C.
128 East Second Street
Covington, Kentucky 41012

Andrew Friedman
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
4041 N. Central Avenue, Suite 1100
Phoenix, Arizona 85012-3311

Steven Hubbard
HUBBARD & BIEDERMAN, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201

John Newcomer
JAMES HOYER NEWCOMER FORIZS &
SMILJANICH, P.A.
One Urban Center, Suite 147
4830 West Kennedy Boulevard
Tampa, Florida 33609

Sheldon S. Lustigman
Andrew B. Lustigman
THE LUSTIGMAN FIRM PC
Empire State Building, 60th Floor

New York, New York 10118
(212) 268-0797

Ronald A. Uitz
UITZ & ASSOCIATES
1730 K Street N.W.
Suite 304
Washington, D.C. 20006
(202) 296-5280

**Attorneys for Plaintiffs**

Dated: 11/27/00

Charles C. Platt
Randall M. Fox
LeBOEUF LAMB GREENE & MacRAE, LLP
125 West 55th Street
New York, New York 10019-5389
(212) 424-8000

Jane F. Godfrey, #219551
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

**Attorneys for Defendants**

IT IS SO ORDERED.

Daniel Mabley for
The Honorable Myron S. Greenberg
Hennepin County District Court Judge

Dated: 11/30, 2000

The Honorable David S. Doty
United States District Judge

Dated: 12/1, 2000

**IDS Life Insurance Company**

__________, 2000

Dear Customer:

Recently you received a Notice of Class Action, Proposed Settlement, and Fairness Hearing which described benefits that you may be eligible to receive as part of a proposed class action settlement. Included in that Notice was a Benefit Voucher that listed the Estimated Accidental Death Benefit Amount and Accidental Death Benefit Coverage Period available under the General Relief settlement benefit option.

We have recently learned that in a small number of the Benefit Vouchers sent out to Class Members, the amount of the minimum Estimated Accidental Death Benefit Amount and/or the Accidental Death Benefit Coverage Period was understated. According to our records, your Benefit Voucher was one of those that listed an understated amount and/or coverage period. In other words, the benefit is even greater than originally indicated.

Enclosed with this letter is a Corrected Benefit Voucher, which lists the corrected Accidental Death Benefit coverage amount and Accidental Death Benefit Coverage Period available to you as part of the General Relief. **This correction does not affect your rights under the settlement, and does not change the type of benefits to which you may be entitled. The only change is in the amount of Accidental Death Benefit coverage and/or the Accidental Death Benefit Coverage Period to which you may be entitled.** As explained in the Notice, the estimated amount may be adjusted upward, depending upon the elections made by all Class Members.

Please discard the yellow Benefit Voucher you received with the Notice and replace it with the enclosed corrected Benefit Voucher.

If you have already notified us of any decisions you have made in response to the Notice, AND you wish to change your decision based on the increase in the estimated Accidental Death Benefit Amount shown on the corrected Benefit Voucher, you may change that decision by notifying us of that change in writing by letter postmarked no later than January 29, 2001 to the IDS Class Action Information Center, P.O. Box 1602, Faribault, Minnesota 55021-1602. These decisions include (1) selecting a settlement remedy (the General Relief is automatic unless you elect another remedy); (2) electing to exclude yourself from the Class; or (3) objecting to any aspect of the settlement. Each of these topics is described more fully in the Notice.

If you have any questions about this or any other part of the proposed settlement or if you want a replacement election form, please call the special toll-free number, 1-800-433-5314 (or, if

you use TDD/TTY, 1-877-657-8808). Specially trained personnel are available and best qualified to answer questions you may have about the proposed settlement.

We apologize for any confusion this error may have caused. We look forward to continuing to serve you as a valued customer.

Sincerely,

R. W. Kling
President and CEO
IDS Life Insurance Company