STATE OF MINNESOTA DISTRICT COURT
COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 96-018477

(Consolidated Cases: 96-018477, 97-004742, 98-105681)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by, between and among Plaintiffs, through their duly authorized counsel, and the Defendants herein, through their duly authorized

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

counsel, that, approximately 8000 potential Class Members[1] having been recently identified as potential Class Members who were not included in earlier mailings of the Class Notice Package, and the parties having agreed to provide them with the Class Notice Package expeditiously and to provide a reasonable time period within which those potential Class Members may object to the settlement, elect remedies or request exclusion from the Class;

NOW, THEREFORE:

1. Defendants shall cause the Class Notice Package to be mailed to the approximately 8000 potential Class Members expeditiously, such mailing to be completed on or about January 17, 2001.

2. The time period within which those potential Class Members may object to the settlement, elect Claim Evaluation or request exclusion from the Class is hereby extended to and including February 12, 2001.

3. The Class Notice Package mailed to such potential Class Members shall include an additional slip of paper notifying those potential Class Members that their time within which to object to the settlement, elect remedies or request exclusion from the Class has been extended until that date.

4. To the extent additional potential Class Members who were not included in prior mailings of the Class Notice Package are identified by the Defendants prior to January 15, 2001, Defendants may without further Stipulation or Order from the Courts, cause the Class Notice Package to be mailed to them expeditiously, together with an additional slip of

---

[1] All capitalized terms in this Stipulation shall have the same meanings as set forth in the parties' Stipulation of Settlement.

paper notifying those potential Class Members that their time period within which to object to the settlement, elect a remedy or request exclusion from the Class has been extended for a like period, but in no event shall such extended time period end less than ten days before the Fairness Hearing with respect to the settlement.

Dated: January 9, 2001

Janine L. Pollack

Melvyn I. Weiss
Brad N. Friedman
Janine L. Pollack
Kirk Chapman
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

Jack L. Chestnut, #16378
Karl L. Cambronne, #14321
CHESTNUT & CAMBRONNE, P.A.
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 339-7300

Richard A. Lockridge #64117
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

David Kessler
SCHIFFRIN & BARROWAY LLP
3 Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

Ronald Parry
ARNZEN, PARRY & WENTZ, P.S.C.
128 East Second Street
Covington, Kentucky 41012
(859) 431-6100

Andrew Friedman
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
4041 N. Central Avenue, Suite 1100
Phoenix, Arizona 85012-3311
(602) 274-1100

Steven Hubbard
HUBBARD & BIEDERMAN, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201
(214) 857-6000

John Newcomer
JAMES HOYER NEWCOMER FORIZS &
SMILJANICH, P.A.
One Urban Center, Suite 147
4830 West Kennedy Boulevard
Tampa, Florida 33609
(813) 286-4100

Sheldon S. Lustigman
Andrew B. Lustigman
THE LUSTIGMAN FIRM PC
Empire State Building, 60th Floor
New York, New York 10118
(212) 268-0797

Ronald A. Uitz
UITZ & ASSOCIATES
1730 K Street N.W.
Suite 304
Washington, D.C. 20006
(202) 296-5280

**Attorneys for Plaintiffs**

Dated: 1/9/01

Charles C. Platt
Randall M. Fox
LeBOEUF LAMB GREENE & MacRAE, LLP
125 West 55th Street
New York, New York 10019-5389
(212) 424-8000

John W. Getsinger, #15863x
Jane F. Godfrey, #219551
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

**Attorneys for Defendants**

IT IS SO ORDERED.

The Honorable Myron S. Greenberg
Hennepin County District Court Judge

Dated: January 12, 2001

The Honorable David S. Doty
United States District Judge

Dated: January 12, 2001