4201 46

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1980 DSD/JMM **Case Title:** Benacquisto, et al v. American Express Financial Corp, et al

**Affidavit of Movant**

I, Joseph S. Friedberg, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Frank H. Tomlinson, an attorney admitted to practice in the Northern District of Alabama, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| [signature] | 32086 | 4/24/01 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Frank H. Tomlinson, am currently a member in good standing of the U.S. District Court for the Northern District of Alabama, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Frank H. Tomlinson | Frank H. Tomlinson | 4/9/2001 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 423607042

Law Firm Name & Address: Pritchard, McCall & Jones
800 Financial Center
Birmingham, AL 35203

Telephone: (205) 328-9190

Motion Granted: [signature] APR 26 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

RECEIVED
APR 25 2001
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

6/99