UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LESA BENACQUISTO, et al.,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, et al.,

Defendants.

CIVIL NO. 00-1980 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on May 4, 2001 upon the Motion to Intervene of Lisa Kirby, R. Gusky, and Carl Margolis. [Docket No. 76]. Richard Lockridge, Esq. appeared on behalf of Plaintiffs; Jane Godfrey, Esq. appeared on behalf of Defendants; Robert Malone, Esq. appeared on behalf of the proposed Intervenors.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Motion to Intervene [Docket No. 76] is denied.

Dated: May 7, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The Court placed the reasons for its ruling on the record at the time of the hearing. Those reasons included both substantive deficiencies and violations of procedural rules with substantive implications, including Fed. R. Civ. P. 24(c) and Local Rule 7.1(a)(1).

J.M.M.

MAY 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK