# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lesa Benacquisto, Daniel Benacquisto,
Richard Thoresen, Elizabeth Thoresen,
et al                                    Case No. Civil 00-1980 DSD/JMM

v.                                       **JUDGMENT IN A CIVIL CASE**

American Express Financial Corporation,
et al

---

(  ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

This action, including all individual and Class claims resolved in them, are hereby dismissed on the merits and with prejudice against plaintiffs and all other class members, without fees or costs to any party except as otherwise provided in the final order approving class action settlement and dismissing complaint.

DATE: May 15, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

