STATE OF MINNESOTA DISTRICT COURT
COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 96-018477

(Consolidated Cases: 96-018477, 97-004742, 98-105681)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

## STIPULATION AND SUPPLEMENTAL ORDER NO. 1

WHEREAS Plaintiffs[1] and Defendants entered into a Stipulation of Settlement, with exhibits (collectively, the "Settlement Agreement"), dated September 18, 2000, to settle this class action litigation; and

[1] All capitalized terms are as defined in the Settlement Agreement.

FILED 10-17-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

WHEREAS on May 15, 2001, the United States District Court for the District of Minnesota and the District Court for the County of Hennepin, State of Minnesota (the "Courts"), each issued a Final Order and Judgment (the "Final Order") granting final certification of the settlement class, approving the proposed settlement, and dismissing the settlement class members' claims (among other things); and

WHEREAS, pursuant to the Final Order, the Courts expressly retained jurisdiction as to all matters relating to the administration, consummation, enforcement and interpretation of the Settlement Agreement, including, without limitation, resolving any disputes, claims or causes of action that, in whole or in part, are related to or arise out of the Settlement Agreement and entering such Orders as are necessary to ensure the fair and orderly administration of this settlement; and

WHEREAS the parties wish to ensure that any oral or written statements from Producers in connection with Class Members' preparation of their claims in the Claim Review Process are strictly confidential and not subject to discovery or use by any other person or entity in any other legal proceeding;

NOW, THEREFORE, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

All communications from Producers relating to Class Members' claims in the Claim Review Process shall be obtained pursuant to the process set forth in Section VII(A)(2)(c) of the Settlement Agreement. Defendants will honor the first one hundred and fifty (150) such requests automatically, and the remainder of any such requests pursuant to Section VII(A)(2)(c) of the Settlement Agreement. Pursuant to Section IX(K) of the Settlement Agreement, any contact

between the Claim Evaluator, as a designee of Co-Class Counsel, and a Producer shall be made jointly with Defendants. All communications from Producers relating to Class Members' claims in the Claim Review Process are deemed "Confidential." Any and all communications from Producers relating to Class Members' claims in the Claim Review Process will be used only by the Claim Evaluator, solely for the purpose of evaluating Class Members' claims, and will not be disclosed to any other party for any other purpose whatsoever, regardless of whether disclosure is sought pursuant to written request or subpoena, and will not be used by any other party in any other legal proceeding.

STIPULATED AND AGREED this 16th day of October, 2001.

Brad N. Friedman (by/ w/ A)

Melvyn I. Weiss
Barry A. Weprin
Brad N. Friedman
Janine L. Pollack
Regina L. LaPolla
MILBERG WEISS BERSHAD HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

Jack L. Chestnut, #16378
Karl L. Cambronne, #14321
CHESTNUT & CAMBRONNE, P.A.
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 339-7300

Richard A. Lockridge #64117
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401

(612) 339-6900

David Kessler
SCHIFFRIN & BARROWAY LLP
3 Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

Ronald Perry
ARNZEN, PARRY & WENTZ, P.S.C.
128 East Second Street
Covington, Kentucky 41012
(859) 413-6100

Andrew Friedman
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
4041 N. Central Avenue, Suite 1100
Phoenix, Arizona 85012-3311
(602) 274-1100

Steven Hubbard
HUBBARD & BIEDERMAN, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201
(214) 857-6000

John Newcomer
JAMES HOYER NEWCOMER FORIZS &
SMILJANICH, P.A.
One Urban Center, Suite 147
4830 West Kennedy Boulevard
Tampa, Florida 33609
(813) 286-4100

Sheldon S. Lustigman
Andrew B. Lustigman
THE LUSTIGMAN FIRM PC
Empire State Building, 60th Floor
New York, New York 10118
(212) 268-0797

Ronald A. Uitz
UITZ & ASSOCIATES
1730 K Street N.W.
Suite 304

Washington, D.C. 20006
(202) 296-5280

**Attorneys for Plaintiffs**

John W. Getsinger

John Getsinger, #15863X
Jane F. Godfrey, #219551
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Charles C. Platt
Randall M. Fox
LeBOEUF LAMB GREENE & MacRAE, LLP
125 West 55th Street
New York, New York 10019-5389
(212) 424-8000

**Attorneys for Defendants**

SO ORDERED this _____ day of October, 2001.

______________________________
The Honorable Myron S. Greenberg
Hennepin County District Court Judge

Dated:_______________, 2001

______________________________
The Honorable David S. Doty
United States District Court Judge

Dated: October 17, 2001

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500