# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Lesa Benacquisto, et al., | ) | **COURT MINUTES** |
| | ) | BEFORE: David S. Doty |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 00cv1980(DSD/JMM) |
| | ) | Date: March 12, 2004 |
| American Express Financial Corp., et al., | ) | Deputy: |
| | ) | Court Reporter: Lorilee Fink |
| Defendant. | ) | Time Commenced: |
| | ) | Time Concluded: |
| | ) | Time in Court: Hours & Minutes |

Hearing on: Deft American Express Financial Advisors, Inc., Grinkmeyer & Associates, Mr. Kerry Grinkmeyer and Mr. Chip Grinkmeyer's motion to enforce class action settlement as to claims of Gene & Willowdean Chandler before the NASD (#109 & 117).

APPEARANCES:

Plaintiff: David A. Byers
Defendant: Robert L. Schnell, Jr. & Robert W. Vaccaro

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

: **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Connie L. Baker