# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600
www.faegre.com

AHNA M. THORESEN
athoresen@faegre.com
612.766.7829

May 25, 2004

**VIA FACSIMILE and U.S. MAIL**

The Honorable David S. Doty
United States District Court
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

Re: Lesa Benacquisto, et al. v. American Express Financial Corporation, et al.
Court File No. 00-1980 DSD/JMM

Dear Judge Doty:

I represent American Express Financial Advisors Inc. in the above-captioned matter. On April 9, 2004, American Express Financial Advisors Inc. filed a Motion to Enforce Class Action Settlement as to Claims of Susan R. Reniff as Trustee of Paul R. Reniff Family Trust B in Ohio State Court. The motion is scheduled to be heard by Your Honor on May 28th. Counsel for Susan Reniff has voluntarily dismissed the case she brought against AEFA in Ohio. As a result, AEFA wishes to withdraw the pending Motion to Enforce. Thank you.

Sincerely yours,

Ahna M. Thoresen

AMT:rowca/M2:20628083.01

SCANNED
MAY 26 2004
U.S. DISTRICT COURT MPLS