**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORTATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendents.

**Civil No. 00-1980 DSD/JMM**

**NOTICE OF MOTION AND MOTION TO ENFORECE CLASS ACTION SETTLEMENT AS TO CLAIMS OF TRUDY A. KALAC AND RICHARD M. KALAC BEFORE THE NASD**

---

To: Plaintiffs Trudy A. Kalac and Richard M. Kalac and their attorney, B. Scott Whipple, Esq., Schwabe, Williamson & Wyatt, P.C., Pacwest Center, Suite 1600-1900, 1211 Southwest First avenue, Portland, OR 97204-3795.

**PLEASE TAKE NOTICE** that on American Express Financial Advisors, Inc. ("AEFA") and Mr. Greg Hogue ("Mr. Hogue") will submit a motion to the United States District Court for the District of Minnesota, The Honorable David S. Doty, for an order granting defendant's Motion To Enforce Class Action Settlement As To Claims of Trudy A. Kalac and Richard M. Kalac before the NASD in NASD Arbitration No. 04-

03420. This motion is made pursuant to Fed. R. Civ. P. Rule 23 and the Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint entered in this action on May 15, 2001.

Dated: December 15, 2004

Edgerton, Weaver & Irwin, LLC

By: Gary R. Irwin
(License #0179991)
5050 Lincoln Drive, Ste. 480
Interlachen Corp. Center
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com

ATTORNEY FOR AMERICAN EXPRESS FINANCIAL ADVISORS, INC., AND GREG HOGUE