**AFFIDAVIT**

BE IT ACKNOWLEDGED, that David A. Himes, Minnesota Attorney License Number 0286126, Associate of the Law Firm of Edgerton, Weaver & Irwin, LLC, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD:

Final Order and Judgment in Benacquisto et al. v. American Express et.al as Exhibit A.

Uniform Submission Agreement; Arbitration Claim of Kalacs v. AEFA as Exhibit B.

Statement of Claim of Kalacs v. AEFA as Exhibit C.

Letter to Attorney B. Scott Whipple as Exhibit G.

* * *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 15th day of December, 2004.

| | |
|---|---|
| Cheryl M. Printon | David A. Himes |
| Signature of Witness | Signature of Deponent |
| Cheryl M. Printon | DAVID A. HIMES |
| Name of Witness | Name of Deponent |
| St. Paul, MN | ST. PAUL, MN |
| Address of Witness | Address of Deponent |

________________________ ________________________

STATE OF Minnesota

COUNTY OF Hennepin

On 12-15-04 before me, SHIRLEEN HAGSTROM personally appeared

DAVID A. HIMES, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Shirleen A. Hagstrom
Signature

Affiant X Known _____ Unknown

ID Produced appeared In person

(Seal)