# NASD ARBITRATION UNIFORM SUBMISSION AGREEMENT

## Claimant(s)

**In the Matter of the Arbitration Between**

Name(s) of Claimant(s)

Trudy A. Kalac

Richard M. Kalac

and

Name(s) of Respondent(s)

American Express Financial Advisors

Greg Hague

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, and all related counterclaims and/or third-party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.
2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.
3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.
4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the undersigned parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.
5. The parties hereto have signed and acknowledged the foregoing Submission Agreement.

Trudy A. Kalac

Claimant Name (please print)

Trudy A. Kalac 5-4-04

Claimant's Signature Date

Richard M. Kalac

Claimant Name (please print)

[signature] 5-4-04

Claimant's Signature Date

**If needed, copy this page.**

# UNIFORM SUBMISSION AGREEMENT

**NASD Dispute Resolution**

In the Matter of the Arbitration Between

Name of Claimant(s)

Trudy A. Kalac and Richard M. Kalac

04-03420

Name of Respondent(s)

American Express Financial Advisors
Greg Hogue

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, cross claims and all related counterclaims and/or third party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations and/or Code of Arbitration Procedure of the sponsoring organization.

2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.

3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations and/or NASD Code of Arbitration Procedure of the sponsoring organization.

4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon may be entered upon such award(s) and, for these purposes, the undersigned parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.

5. IN WITNESS WHEREOF, the parties hereto have signed and acknowledged the foregoing Submission Agreement.

Party(ies) Signature

American Express Financial Advisors

Date: 7-27-04

LC43A: SUBMISSION AGREEMENT
rc:06/02
RECIPIENTS:

David A. Himes, Esq., American Express Financial Advisors
Law Offices of Edgerton, Weaver & Irwin, Interlachen Corporate Center,
5050 Lincoln Drive, Suite 480, Minneapolis, MN 55436