# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: TRUDY KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 93103019163
Product Type: Annuity
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| **GENERAL RELIEF**<br>**ACCIDENTAL DEATH BENEFIT**<br>**Default Payee: TRUDY KALAC**<br>**Default Measuring Life: TRUDY KALAC**<br>**OR**<br>**CLAIM REVIEW PROCESS** |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 1 9 3 0 7 3 1 2 *

**Policy/Annuity Ownership Information:** Sequence - 6

Owner of Record/Participant: TRUDY KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Policy or Annuity Number: 93103019163

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

________________________________________
Signature of TRUDY KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**

**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 19307312

*This document is evidence of valuable death benefit coverage. Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** .................................................... **TRUDY KALAC**

**Default Payee:** .................................................... **TRUDY KALAC**

**Default Measuring Life:** .................................................... **TRUDY KALAC**

**Estimated Accidental Death Benefit Amount:** ....................................**$9,000.00**

**Accidental Death Benefit Coverage Period:** ....................................**3 Years**

**Policy Face Amount or Annuity Account Value:** ..............................**$22,189.97**

**Status of Policy or Annuity as of 8/31/00:** .................................... **In Force**

**Policy or Annuity Number:** ....................................................**93103019163**

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement, the Defendants will provide free Accidental Death Benefit coverage to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 1 9 3 0 7 3 1 2 *

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

| | |
|---|---|
| **Owner of Record/ Participant:** | TRUDY KALAC |
| **Policy or Annuity Number:** | 93103019163 |
| **Default Payee:** | TRUDY KALAC |
| **Default Measuring Life:** | TRUDY KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**

**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ______________________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ______________________________

Printed Name: ______________________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

* 1 9 3 0 7 3 1 2 *

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: TRUDY KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 90906106934
Product Type: Insurance
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| **GENERAL RELIEF**<br>**ACCIDENTAL DEATH BENEFIT**<br>**Default Payee: TRUDY KALAC**<br>**Default Measuring Life: TRUDY KALAC**<br>**OR**<br>**CLAIM REVIEW PROCESS** |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 6 5 9 4 1 1 4 *

**Policy/Annuity Ownership Information:** Sequence - 5

Owner of Record/Participant: TRUDY KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Policy or Annuity Number: 90906106934

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

_______________________________________________
Signature of TRUDY KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**

**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 6594114

*This document is evidence of valuable death benefit coverage.*
*Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........ **TRUDY KALAC**

**Default Payee:** ........ **TRUDY KALAC**

**Default Measuring Life:** ........ **TRUDY KALAC**

**Estimated Accidental Death Benefit Amount:** ........ **$7,000.00**

**Accidental Death Benefit Coverage Period:** ........ **3 Years**

**Policy Face Amount or Annuity Account Value:** ........ **$200,000.00**

**Status of Policy or Annuity as of 8/31/00:** ........ **In Force**

**Policy or Annuity Number:** ........ **90906106934**

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement,*
*the Defendants will provide free Accidental Death Benefit coverage*
*to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 6 5 9 4 1 1 4 *

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

| | |
|---|---|
| **Owner of Record/ Participant:** | TRUDY KALAC |
| **Policy or Annuity Number:** | 90906106934 |
| **Default Payee:** | TRUDY KALAC |
| **Default Measuring Life:** | TRUDY KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**
**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ______________________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ______________________________

Printed Name: ______________________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

* 6 5 9 4 1 1 4 *

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 93106300267
Product Type: Annuity
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| GENERAL RELIEF<br>ACCIDENTAL DEATH BENEFIT<br>Default Payee: RICHARD KALAC<br>Default Measuring Life: RICHARD KALAC<br>OR<br>CLAIM REVIEW PROCESS |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 2 2 8 6 4 0 4 8 *

**Policy/Annuity Ownership Information:** Sequence - 4

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Policy or Annuity Number: 93106300267

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

______________________________________________
Signature of RICHARD KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**

**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 22864048

*This document is evidence of valuable death benefit coverage. Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........................................................RICHARD KALAC

**Default Payee:** ........................................................RICHARD KALAC

**Default Measuring Life:** ........................................................RICHARD KALAC

**Estimated Accidental Death Benefit Amount:** ........................................$22,000.00

**Accidental Death Benefit Coverage Period:** ........................................3 Years

**Policy Face Amount or Annuity Account Value:** ......................................$330,963.31

**Status of Policy or Annuity as of 8/31/00:** ........................................In Force

**Policy or Annuity Number:** ........................................................93106300267

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement, the Defendants will provide free Accidental Death Benefit coverage to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 2 2 8 6 4 0 4 8 *

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

| | |
|---|---|
| **Owner of Record/ Participant:** | RICHARD KALAC |
| **Policy or Annuity Number:** | 93106300267 |
| **Default Payee:** | RICHARD KALAC |
| **Default Measuring Life:** | RICHARD KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**

**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ____________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ____________________

City: ____________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ____________________

Printed Name: ____________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ____________________

City: ____________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

*22864048*

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 93103021591
Product Type: Annuity
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| <u>**GENERAL RELIEF**</u><br>**ACCIDENTAL DEATH BENEFIT**<br>**Default Payee: RICHARD KALAC**<br>**Default Measuring Life: RICHARD KALAC**<br>**OR**<br><u>**CLAIM REVIEW PROCESS**</u> |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 1 9 3 1 3 9 0 0 *

**Policy/Annuity Ownership Information:** Sequence - 3

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Policy or Annuity Number: 93103021591

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

Signature of RICHARD KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**
**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 19313900

*This document is evidence of valuable death benefit coverage. Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........................................................RICHARD KALAC

**Default Payee:** ........................................................................................RICHARD KALAC

**Default Measuring Life:** ..................................................................RICHARD KALAC

**Estimated Accidental Death Benefit Amount:** ..........................................$11,000.00

**Accidental Death Benefit Coverage Period:** ........................................................3 Years

**Policy Face Amount or Annuity Account Value:** ..........................................$27,000.54

**Status of Policy or Annuity as of 8/31/00:** ........................................................In Force

**Policy or Annuity Number:** ........................................................................93103021591

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement, the Defendants will provide free Accidental Death Benefit coverage to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 1 9 3 1 3 9 0 0 *

# DESIGNATION FORM

**IDS LIFE CLASS ACTION SETTLEMENT**

| | |
|---|---|
| **Owner of Record/ Participant:** | RICHARD KALAC |
| **Policy or Annuity Number:** | 93103021591 |
| **Default Payee:** | RICHARD KALAC |
| **Default Measuring Life:** | RICHARD KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**
**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ______________________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ______________________________

Printed Name: ______________________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

* 1 9 3 1 3 9 0 0 *

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 93002300010
Product Type: Annuity
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| **GENERAL RELIEF**<br>**ACCIDENTAL DEATH BENEFIT**<br>**Default Payee: RICHARD KALAC**<br>**Default Measuring Life: RICHARD KALAC**<br>**OR**<br>**CLAIM REVIEW PROCESS** |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 1 0 1 0 8 0 8 6 *

**Policy/Annuity Ownership Information:** Sequence - 2

| | |
|---|---|
| Owner of Record/Participant: | RICHARD KALAC<br>69427 CROOKED HORSESHOE RD<br>SISTERS OR 97759-9672 |
| Policy or Annuity Number: | 93002300010 |

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

- **I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

______________________________
Signature of RICHARD KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You <u>must</u> return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**

**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 10108086

*This document is evidence of valuable death benefit coverage.*
*Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........................................................RICHARD KALAC

**Default Payee:** ........................................................RICHARD KALAC

**Default Measuring Life:** ........................................................RICHARD KALAC

**Estimated Accidental Death Benefit Amount:** ........................................$9,000.00

**Accidental Death Benefit Coverage Period:** ........................................3 Years

**Policy Face Amount or Annuity Account Value:** ..................................$56,622.83

**Status of Policy or Annuity as of 8/31/00:** ........................................In Force

**Policy or Annuity Number:** ........................................................93002300010

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement,*
*the Defendants will provide free Accidental Death Benefit coverage*
*to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 1 0 1 0 8 0 8 6 *

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

| | |
|---|---|
| **Owner of Record/ Participant:** | RICHARD KALAC |
| **Policy or Annuity Number:** | 93002300010 |
| **Default Payee:** | RICHARD KALAC |
| **Default Measuring Life:** | RICHARD KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**

**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ______________________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ______________________________

Printed Name: ______________________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

* 1 0 1 0 8 0 8 6 *

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Co-Owners:

Policy or Annuity No.: 90903948698
Product Type: Insurance
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
| --- |
| GENERAL RELIEF<br>ACCIDENTAL DEATH BENEFIT<br>Default Payee: RICHARD KALAC<br>Default Measuring Life: RICHARD KALAC<br>OR<br>CLAIM REVIEW PROCESS |

* You may name any other individual as the Payee under the accidental death benefit listed on this statement by using the enclosed Designation Form.

** If the person identified above as the Default Measuring Life is deceased, you **must** designate another person as the Measuring Life for purposes of the accidental death benefit identified on this statement. To make this change, please use the enclosed Designation Form **before the settlement is implemented**, or, if that is impossible due to the date of death of the Measuring Life, within 30 days of the date of death of the Measuring Life. You may change the Default Payee at any time before the death of the Measuring Life. You **should** change the Payee if he or she dies before the date the settlement is implemented or while the death benefit coverage is in effect.

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 5 0 6 1 8 3 9 *

**Policy/Annuity Ownership Information:** Sequence - 1

Owner of Record/Participant: RICHARD KALAC
69427 CROOKED HORSESHOE RD
SISTERS OR 97759-9672

Policy or Annuity Number: 90903948698

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

________________________________________
Signature of RICHARD KALAC

(__ __ __) __ __ __ - __ __ __ __
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by January 29, 2001, to this address: IDS Life Class Action Information Center, P.O. Box 1276, Minneapolis, Minnesota 55440-1276, Re: Election Form.**

**Questions? Call 1-800-433-5314**

**(If you use TDD/TTY, see page 20 of the Notice.)**

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 5061839

*This document is evidence of valuable death benefit coverage.*
*Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........................................................**RICHARD KALAC**

**Default Payee:** ..................................................................................**RICHARD KALAC**

**Default Measuring Life:** ...................................................................**RICHARD KALAC**

**Estimated Accidental Death Benefit Amount:** ..............................................**$7,000.00**

**Accidental Death Benefit Coverage Period:** .......................................................**3 Years**

**Policy Face Amount or Annuity Account Value:** ......................................**$200,000.00**

**Status of Policy or Annuity as of 8/31/00:** ....................................................... **In Force**

**Policy or Annuity Number:** .......................................................................**90903948698**

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement,*
*the Defendants will provide free Accidental Death Benefit coverage*
*to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The settlement cannot be implemented until it has been approved by the Courts and any appeals are resolved in favor of the settlement. You may call the toll free number shown on the back of this voucher after that date for information on the actual effective date of this coverage.

* 5 0 6 1 8 3 9 *

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

| | |
|---|---|
| **Owner of Record/ Participant:** | RICHARD KALAC |
| **Policy or Annuity Number:** | 90903948698 |
| **Default Payee:** | RICHARD KALAC |
| **Default Measuring Life:** | RICHARD KALAC |

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**

**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ____________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ____________________

City: ____________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ____________________

Printed Name: ____________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ____________________

City: ____________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

* 5 0 6 1 8 3 9 *