**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

Memorandum of Law in Support of Motion to Enforce Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD;
Affidavits in support of Exhibits;
Exhibits; and
Proposed Order.

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filign to be mailed by first class mail, postage paid, to the following non-ECF participants:

Ms. Audrey C. Phillips
Hearing Administrator
NASD
Dispute Resolution – West Regional Office
One California Plaza
300 South Grand avenue, Suite 900
Los Angeles, CA 90071-3135

B. Scott Whipple, Esq., Trudy A. Kalac and Richard M. Kalac
Schwabe, Williamson & Wyatt, P.C.,
Pacwest Center, Suite 1600-1900
1211 Southwest First Avenue
Portland, OR 97204-3795

Dated: 12/15/04

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
821 Marquette Avenue, Suite 1308
Minneapolis, MN 55402
(612) 333-1905
girwin@neilaw.com
*Attorney for Respondents*