# Exhibit Index

1) Affidavit of David Himes

2) Affidavit of Cheryl Printon

3) Exhibit A - Judge Doty 5-15-01 Benacquisto Final Order & Judgement

4) Exhibit B - Judge Doty 4-26-04 Order Enforcing Class Action

5) Exhibit C - NASD Uniform Submission Agreements

6) Exhibit D - Statement of Claim

7) Exhibit E - Advisor History 70279-Gregory Hogue

8) Exhibit F - E-mail message from Shirl Hagstrom to girwin@neilaw dated Jul 13 2004

9) Exhibit G - Attorney Himes Letter to Attorney Whipple on Kalac Class Action Accounts

10) Exhibit H - Notice of Class Action

11) Exhibit I - Notice of General Relief