**AFFIDAVIT**

BE IT ACKNOWLEDGED, that Cheryl Printon, AEFA Paralegal assigned to NASD Claim of Richard M. Kalac and Trudy A. Kalac v. American Express Financial Services, Inc., NASD Arbitration Number 04-03420, of American Express Financial Services, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD:

Advisor History for 70279-Gregory Hogue (submitted as Exhibit E).

E-mail message from Shirl Hagstrom to girwin@neilaw.com dated Tue, 13 Jul 2004 14:21:35-0500 (submitted as Exhibit F).

Notice of Class Action (submitted as Exhibit H).

Notice of General Relief (submitted as Exhibit I).

* * *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 15th day of December, 2004.

Andrew Odero
Signature of Witness

Andrew Odero
Name of Witness

Cheryl M. Printon
Signature of Deponent

Cheryl M. Printon
Name of Deponent

Minneapolis, MN
Address of Witness

St. Paul, MN
Address of Deponent

STATE OF Minnesota

COUNTY OF Hennepin

On 12-15-04 before me, SHIRLEEN HAGSTROM personally appeared Cheryl M. Printon, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Shirleen A. Hagstrom
Signature

Affiant X Known ____ Unknown

ID Produced appeared personally
(Seal)