# Advisor History for 70279 - Gregory Hogue

Period between 01/01/1990 and 06/10/2004

AUTOFILE CODE
**SUM**

| | | | | | |
|---|---|---|---|---|---|
| Case ID: | **60056-0** | File Name: | **Kalac, Richard M** | | |
| Case Type: | Complaint | Target: | Field | Case Mode: | Normal - L2 |
| Received Date: | 09/09/2003 | Closed Date: | 11/19/2003 | Disposition: | Unjustified |
| Case Handler: | Kevin Johnson | Group: | Team B | | |
| Market: | 251 - Pacific Northwest | GVP: | Neil Taylor | FCD: | Judith Benson-Shank |
| Area Office: | 672 - Vancouver (p2) | | | | |
| OSJ: | 5167 - Vancouver | MPR: | Hope Niese | | |

| *Advisor ID* | *Name* | *Appt. Date* | *Term Date* | *Action* | *End Date* | *Amount* |
|---|---|---|---|---|---|---|
| 70279 | Gregory Hogue | 87-08-26 | | U4/U5 (Opening) | 11/19/2003 | |
| | | 87-08-26 | | U4/U5 (Closing) | 11/19/2003 | |

| *Client ID* | *Name* | *Role* | *DOB* | *Originator* |
|---|---|---|---|---|
| 14659862 | Richard Kalac | Client | 08/06/1938 | Y |
| 14659858 | Trudy Kalac | Client | 09/15/1948 | Y |

| *Problem* | *Descriptor* | *Alleged* | *Substantiated* |
|---|---|---|---|
| Suitability | Class Action Qualified | Y | |

| *Account ID* | *Description* | *Settlement Amount* |
|---|---|---|
| 90903948698-004 ✓ | Variable Universal Life | $0.00 |
| 90906106934-004 ✓ | Variable Universal Life | |
| 93002300010-004 ✓ | Flexible Annuity Non-qualified | |
| 93103019163-004 ✓ | Flexible Annuity Tax Qualified | |
| 93103021591-004 ✓ | Flexible Annuity Tax Qualified | |
| 93106300267-004 ✓ | Flexible Portfolio Annuity Tax Qualified | |

Requested Amount: $0.00 Total Settlement Amount: $0.00

Allegation: The clients alleged their advisor provided bad investment advice, mishandled the accounts and failed to properly diversify.

Request: The client's did not specify a resolution. However, they asked what could be done to rectify the problem.

Findings: The client's allegations fall under the class action settlement from which the clients received general relief.

Resolution: The advisor did not respond to the U4 filing or our questions. The advisor was sent a notice that he was in default of his franchise agreement and was terminated for abandonment.

# Advisor Comments

Advisor Name: Advisor ID: Term Date:

Date Comment

**END OF REPORT**