**From:** "Shirl Hagstrom" <shirl.hagstrom@aexp.com>
**To:** girwin@neilaw.com
**Cc:**
**Subject:** RE: Market Conduct Class Action Information Needed
**Date:** Tue, 13 Jul 2004 14:21:35 -0500

The message below is for Dave Himes, as we discussed on the phone today.
--------------------- Forwarded by Shirl Hagstrom on 07/13/2004 02:21 PM ---------------------------

From: "Lake, Amy" <ALake@rustconsulting.com> on 07/13/2004 02:01 PM EST

To: Shirl Hagstrom@AMEX
cc:
Subject: RE: Market Conduct Class Action Information Needed

Shirl,

All accounts you have listed are in the class and have received the general relief. There are no other accounts in our class database for these two people.

Amy Lake
Project Manager
Rust Consulting, Inc.
201 S. Lyndale Ave
Faribault, MN 55021
(507) 333-4307 (direct line)
(507) 333-4330 (fax)
alake@rustconsulting.com

-----Original Message-----
From: Shirl Hagstrom [mailto:shirl.hagstrom@aexp.com]
Sent: Tuesday, July 13, 2004 1:52 PM
To: alake@rustconsulting.com
Subject: Market Conduct Class Action Information Needed
Importance: High

Please confirm that the account numbers below are covered by the class action settlement and that there are no other accounts under the name of Richard & Trudy Kalac:

90903948698-004
90906106934-004
93002300010-004
93103019163-004
93103021591-004
93106300267-004

Thanks for your help with this. I would be very thankful to receive this information as soon as possible.

American Express made the following
annotations on 07/13/2004 11:52:10 AM
------------------------------------------------------------------------------
******************************************************************************

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

******************************************************************************

==============================================================================

American Express made the following
annotations on 07/13/2004 12:21:39 PM
------------------------------------------------------------------------------
******************************************************************************

"This message and any attachments are solely for the intended recipient and may contain confi information. If you are not the intended recipient, any disclosure, copying, use, or distribution of th this message and any attachments is prohibited. If you have received this communication in error, e-mail and immediately and permanently delete this message and any attachments. Thank you."

******************************************************************************

==============================================================================