Law Offices of
Edgerton, Weaver & Irwin
A Limited Liability Company

Minneapolis Office

5050 Lincoln Drive – Interlachen Corporate Center, Suite 480
Minneapolis, Minnesota 55436
(952) 345-4444
Facsimile: (952) 345-4445
E-Mail: girwin@neilaw.com

July 12, 2004

B. Scott Whipple, Esq.

Schwabe, Williamson & Wyatt, P.C.

Pacwest Center, Suite 1600-1900

1211 Southwest First Avenue

Portland, OR 97204-3795

Re: Kalac v. American Express
NASD Case No. 04-03420

Dear Mr. Whipple:

I have been assisting Mr. Irwin in the preparation of the Respondents' Answer to the Claim filed on behalf of the Kalacs. As I prepared the Claimants' response, it came to my attention that several of the Kalacs accounts seem to fall under a class action settlement from which your clients received general relief. I have requested verification from Rust Consulting, the class action administrator, but have not received a definitive answer yet. At this time I believe those accounts include, but may not be limited to, Richard Kalac's Variable Universal Life, account number 0909 0394 8698 2 004 and his Flexible Annuities, account numbers 0930 0230 0010 0 004, 0931 0302 1591 3 004 and 0931 0630 0267 5 004 and Trudy Kalac's Variable Universal Life policy number 0909

0610 6934 2 004 and Flexible Annuity policy number 0931 0301 9163 5 004. I will confirm the account numbers once I receive an answer from Rust.

That being the case, and in accordance with the court's final order, the Kalacs would be barred from bringing proceedings relating to any life insurance policies or variable annuity policies that were a subject of that class action suit.

I have enclosed a court order directed to other class action participants who subsequently submitted an arbitration claim to the NASD seeking relief against AEFA for claims relating to that action. As you can see, AEFA's motion to enforce the class action settlement as to those claims was granted. In any similar actions AEFA would again submit a motion to the court to enforce the class action settlement.

As this may have a substantial impact upon the Claim submitted on behalf of the Kalacs, I thought it best to bring it to your attention before further discussions are undertaken.

Sincerely,

David A. Himes