**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendents.

**Civil No. 00-1980 DSD/JMM**

**MOTION TO ENFORCE CLASS ACTION SETTLEMENT AS TO CLAIMS OF PETER G. COVERT, IRA AND LINDA L. COVERT, IRA BEFORE THE NASD**

To: Plaintiffs Peter G. Covert, IRA and Linda L. Covert, IRA and their attorney, Arthur S. Leider, Investors Arbitration Specialists, Inc., 8880 Rio San Diego Drive, Ste. 800, San Diego, CA 92108.

**PLEASE TAKE NOTICE** that on April 13, 2005 American Express Financial Advisors, Inc. ("AEFA") hereby submits a motion to the United States District Court for the District of Minnesota, The Honorable David S. Doty, for an order granting defendant's Motion To Enforce Class Action Settlement As To Claims of Peter G. Covert, IRA and Linda L. Covert, IRA before the NASD in NASD Arbitration No. 04-05362. This

motion is made pursuant to Fed. R. Civ. P. Rule 23 and the Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint entered in this action on May 15, 2001.

Dated: April 13, 2005

Edgerton, Weaver & Irwin, LLC

**s/ Gary R. Irwin**
By: Gary R. Irwin
(License #0179991)
5050 Lincoln Drive, Ste. 480
Interlachen Corp. Center
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com

ATTORNEY FOR AMERICAN
EXPRESS FINANCIAL
ADVISORS, INC.