# Exhibit Index

1) Exhibit 1 – Chandler Order

2) Exhibit 2 – Kalac Order

3) Exhibit 3 – Covert's Statement of Claim

4) Exhibit 4 – Peter Covert Annuity Contract

5) Exhibit 5 – Linda Covert Annuity Contract

6) Exhibit 6 – Benacquisto Order

7) Exhibit 7 – Declaration of Mathew Potter, Rust Consulting

8) Exhibit 8 – Notice of Class Action

9) Exhibit 9 – Peter Covert Annuity Application

10) Exhibit 10 – Linda Covert Annuity Application

11) Exhibit 11 – Current Annuity Address for Coverts

12) Exhibit 12 – Notice of General Relief

13) Affidavit of Colin Mueller

14) Affidavit of Cheryl Printon