# CONTRACT DATA

| | | | |
|---|---|---|---|
| Annuitant: | Peter G Covert Sr | Contract Date: | December 21, 1999 |
| Contract Number: | 9310-06497128 | Settlement Date: | December 21, 2031 |
| Contract Owner: | Peter G Covert Sr | Annuitant Age at Issue: | 53 |

Deferred Annuity Contract (**"American Express Retirement Advisor Variable Annuity"**)

Upon issuance of this contract your purchase payments have been scheduled to be paid and applied to the fixed and variable subaccounts as shown below. You may change the amount, frequency and allocations as provided in this contract. Refer to the Purchase Payments provision.

Amount Submitted With Application: $387,582.52

Scheduled Purchase Payment:

Annual Amount: NA

| Variable Subaccounts | Fund | Purchase Payments Allocation Percentage |
|---|---|---|
| CM | AXP℠ VP Cash Management Fund | 100.0% |
| BD | AXP℠ VP Bond Fund | 0.0% |
| GB | AXP℠ VP Global Bond Fund | 0.0% |
| FI | AXP℠ VP Federal Income Fund | 0.0% |
| EI | AXP℠ VP Extra Income Fund | 0.0% |
| MF | AXP℠ VP Managed Fund | 0.0% |
| CR | AXP℠ VP Capital Resource Fund | 0.0% |
| ND | AXP℠ VP New Dimensions Fund | 0.0% |
| GR | AXP℠ VP Growth Fund | 0.0% |
| BC | AXP℠ VP Blue Chip Advantage Fund | 0.0% |
| DE | AXP℠ VP Diversified Equity Income Fund | 0.0% |
| GI | Fidelity VIP III Growth & Income Portfolio (Service Class) | 0.0% |
| UE | Goldman Sachs VIT CORE℠ U.S. Equity Fund | 0.0% |
| SA | AXP℠ VP Strategy Aggressive Fund | 0.0% |
| CA | AIM V.I. Capital Appreciation Fund | 0.0% |
| VA | American Century VP Value Fund | 0.0% |
| MP | Fidelity VIP III Mid Cap Portfolio (Service Class) | 0.0% |
| MC | Goldman Sachs VIT Mid Cap Value Fund | 0.0% |
| VS | Putnam VT Vista Fund - Class IB | 0.0% |
| EG | Warburg Pincus Trust - Emerging Growth Portfolio | 0.0% |
| SC | AXP℠ Small Cap Advantage Fund | 0.0% |
| CD | AIM V.I. Capital Development Fund | 0.0% |
| SI | FT VIP Value Securities Fund - Class 2 | 0.0% |
| SE | Goldman Sachs VIT CORE℠ Small Cap Equity Fund | 0.0% |
| MI | Royce Micro-Cap Portfolio | 0.0% |
| SV | Third Avenue Value Portfolio | 0.0% |
| SP | Wanger U.S. Small Cap | 0.0% |
| IE | AXP℠ VP International Fund | 0.0% |
| IF | American Century VP International Fund | 0.0% |
| OS | Fidelity VIP Overseas Portfolio (Service Class) | 0.0% |

CONTRACT DATA - (continued)

| Variable Subaccounts | Fund | Purchase Payments Allocation Percentage |
|---|---|---|
| IF | Lazard Retirement International Equity Portfolio | 0.0% |
| IN | Putnam VT International New Opportunities Fund - Class IB | 0.0% |
| IS | FT VIP Templeton International Smaller Companies Fund - Class 2 | 0.0% |
| IT | Wanger International Small Cap | 0.0% |
| RE | FT VIP Real Estate Fund - Class 2 | 0.0% |
| **Fixed Account** | | |
| FIX | IDS Life Fixed Account | 0.0% |

Schedule of Surrender Charges

Surrender Charge Period for Each Purchase Payment: **10 years**

| Number of Completed Years from Date of Purchase Payment | Surrender Charge Percentage Applied to Each Purchase Payment |
|---|---|
| 0 | 8% |
| 1 | 8% |
| 2 | 8% |
| 3 | 7% |
| 4 | 7% |
| 5 | 6% |
| 6 | 5% |
| 7 | 4% |
| 8 | 3% |
| 9 | 2% |
| 10 | 0% |

Contract Administrative Charge: $30 annually. Charge is waived if contract value, or purchase payments less purchase payments surrendered, equals or exceeds $50,000. See Contract Administrative Charge provision.

Maximum Purchase Payments Permitted:

| | |
|---|---|
| 1st contract year: | $2,000,000 |
| Each contract year thereafter: | $100,000 |

Purchase Payment Credits: 2%

Fixed Account Guaranteed Interest Rate: 3% Annual Effective Rate

As of the date this contract was issued, any amounts allocated to the fixed account will earn interest, for the first year, at the annual effective rate of 5.55%. New rates may be declared from time to time.

The following list is all the forms printed for 93 4971282004

01. ADDRESSA 00001
02. DELFORM 00001
03. [illegible]10.06497128.BENEFORM 00001
04. CANOTIC1 00001
05. CANOTIC3 00001
06. IRAEX10 00001
07. WH33606 00001
08. PHONEFPA 00001
09. RETIRFPA 00001
10. F31045CA 00001
11. FPA2DPTP 00001
12. FP2SUR10 00001
13. FPA2DPBT 00001
14. B31045CA 00001
15. FPA2BACK 00001
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.

62.
63.
64.
65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.
82.
83.
84.
85.
86.
87.
88.
89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.

FORM ADVTGFRM

Advisor Vantage System- Forms List