KL03 E17757 C1EB SRCH - CLIENT VERIFICATION 11:17:45 12/29/04
NEXT SCREEN: KL04 ID NUMBER:

GROUP ID: 0 3968 407 1 001 HSLD

CLIENT ID: 13 831 092 5 001 IDSAMX
MRS LINDA L COVERT
4730 CREST AVE
RIVERSIDE CA 92503-2919

TAXPAYER ID: 554 29 7137 C

CS: Y
ADDRESS STATUS:
DOB: 09 26 1947

HOME ADDRESS

CLIENT ID: 13 831 082 6 001 IDSAMX
MR PETER G COVERT SR
4730 CREST AVE
RIVERSIDE CA 92503-2919

TAXPAYER ID: 546 68 0683 C

CS: Y
ADDRESS STATUS:
DOB: 10 10 1946

HOME ADDRESS

NO MORE DATA AVAILABLE