**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

Memorandum of Law in Support of Motion to Enforce Class Action Settlement as to Claims of Peter G. Covert, IRA and Linda L. Covert, IRA before the NASD;
Affidavits in support of Exhibits;
Exhibits; and
Proposed Order.

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Laura D. McNamire, Esq.
Staff Attorney
NASD Dispute Resolution – West Regional Office
One California Plaza
300 South Grand avenue, Suite 900
Los Angeles, CA 90071-3135

Arthur S. Leider
Investors Arbitration Specialists, Inc.
8880 Rio San Diego Drive, Ste. 800
San Diego, CA 92108

Dated: April 13, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
5050 Lincoln Drive, Suite 480
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com
*Attorney for Respondents*