**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendents.

Civil No. 00-1980 DSD/JMM

**AFFIDAVIT OF COLIN MUELLER**

---

**AFFIDAVIT**

BE IT ACKNOWLEDGED, that Colin A. Mueller, Legal Assistant of the Law Firm of Edgerton, Weaver & Irwin, LLC, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Peter G. Covert and Linda L. Covert before the NASD:

Chandler-Judge Doty 4-26-04 Order Enforcing Class Action as Exhibit 1.

Kalac Order of Judge Doty as Exhibit 2.

Statement of Claim of Coverts v. AEFA as Exhibit 3.

Final Order and Judgment in Benacquisto et al. v. American Express et.al as Exhibit 6.

* * *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 8 day of April, 2005.

[signature]
Signature

COLIN A MUELLER
Name

5050 LINCOLN DR., Suite 480
Address

EDINA, MN 55436

STATE OF Minnesota

COUNTY OF Hennepin

On 4/08/05 before me, Megan White, personally appeared

Colin Mueller, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Megan Elizabeth White
Signature

Affiant X Known _____ Unknown

ID Produced________________________

(Seal)

MEGAN ELIZABETH WHITE
Notary Public - Minnesota
My Commission Expires Jan. 31, 2010