# Exhibit Index for Affidavit of Colin Mueller

1) **Exhibit 1 – Chandler Order**

2) **Exhibit 2 – Kalac Order**

3) **Exhibit 3 – Covert's Statement of Claim**

4) **Exhibit 6 – Benacquisto Order**