**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendents.

Civil No. 00-1980 DSD/JMM

**AFFIDAVIT OF CHERYL PRINTON**

---

# AFFIDAVIT

BE IT ACKNOWLEDGED, that Cheryl Printon, AEFA Paralegal assigned to NASD Claim of Peter G. Covert, IRA and Linda L. Covert v. American Express Financial Services, Inc., NASD Arbitration Number 04-05362, of American Express Financial Services, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Peter G. Covert and Linda L. Covert before the NASD:

Peter Covert Annuity Contract (submitted as Exhibit 4).

Linda Covert Annuity Contract (submitted as Exhibit 5).

Declaration of Matthew Potter (submitted as Exhibit 7).

Notice of Class Action (submitted as Exhibit 8).

Peter Covert Annuity Application (submitted as Exhibit 9).

Linda Covert Annuity Application (submitted as Exhibit 10).

Current Annuity Address for Coverts (submitted as Exhibit 11).

Notice of General Relief (submitted as Exhibit 12).

* * *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 30 day of March____, 2005.

Andrew Odero
Signature of Witness

Andrew Odero
Name of Witness

4926 Penn Ave N
Minneapolis, MN 55430
Address of Witness

Cheryl M. Printon
Signature of Deponent

Cheryl M. Printon
Name of Deponent

534 Arlington Ave. W.
St. Paul, MN 55117
Address of Deponent

STATE OF Minnesota

COUNTY OF Hennepin

On 3/30/05 before me, Shirleen Hagstrom, personally appeared Cheryl M. Printon ________, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Shirleen A. Hagstrom
Signature

Affiant X Known _____ Unknown

ID Produced ____________________

(Seal)

SHIRLEEN A HAGSTROM
Notary Public
Minnesota
My Commission Expires January 31, 2010