# Exhibit Index for Affidavit of Cheryl Printon

1) **Exhibit 4 – Peter Covert Annuity Contract**
2) **Exhibit 5 – Linda Covert Annuity Contract**
3) **Exhibit 7 – Declaration of Mathew Potter, Rust Consulting**
4) **Exhibit 8 – Notice of Class Action**
5) **Exhibit 9 – Peter Covert Annuity Application**
6) **Exhibit 10 – Linda Covert Annuity Application**
7) **Exhibit 11 – Current Annuity Address for Coverts**
8) **Exhibit 12 – Notice of General Relief (part 1)**
9) **Exhibit 12 – Notice of General Relief (part 2)**