Annuity Application

IDS Life Insurance Company
IDS Tower 10
Minneapolis, MN 55440

Client Number

ACP / BENE-ACCT / SPO / BA

Service Team: WEST

Account Number: 9310-649-6538-3-004

## Section A — Client Profile

**ANNUITANT** Will the annuitant own this annuity? *(Must be "Yes" for IRA & TSA)* [X] Yes ☐ No *(complete owner information below)*

☐ Mr. [X] Mrs. ☐ Miss ☐ Ms. **Sex** ☐ Male [X] Female **Marital Status** ☐ Single [X] Married/domestic partner ☐ Divorced ☐ Widowed **Number of Dependents** 0

Client's Name as on Record with IRS (include first, middle and last name): LINDA L. COVERT
Age:
Birthdate (M/D/Y): 09 26 1947

Residential Address: 4730 CREST AVE.
U.S. Social Security Number: 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

City: RIVERSIDE
Home Phone Number: 909-359-7021
Work Phone Number: N/A

State: CA
Zip: 92503-2919
Citizenship: [X] U.S. ☐ Other Country
If Other, is Client ☐ Resident Alien ☐ Non-resident Alien (attach W-8)

**Employee Information** Employer: RETIRED Occupation: N/A

Employer Address: N/A

Self-employed? ☐ Yes [X] No ☐ My employer is an investment firm, broker/dealer, bank, or other financial institution.

**OWNER** ☐ Mr. [X] Mrs. ☐ Miss ☐ Ms. **Sex** ☐ Male [X] Female **Marital Status** ☐ Single [X] Married/domestic partner ☐ Divorced ☐ Widowed **Number of Dependents** 0

Client's Name as on Record with IRS (include first, middle and last name)
Age
Birthdate (M/D/Y)

Residential Address
U.S. Social Security Number

City
Home Phone Number
Work Phone Number

State
Zip
Citizenship: ☐ U.S. ☐ Other Country
If Other, is Client ☐ Resident Alien ☐ Non-resident Alien (attach W-8)

**Employee Information** Employer Occupation

Employer Address

Self-employed? ☐ Yes ☐ No ☐ My employer is an investment firm, broker/dealer, bank, or other financial institution.

Other Ownership Information

**UGMA/UTMA (Also Complete Owner and Annuitant as Custodian is Owner)**

Name of Custodian
State Governing UGMA/UTMA
Relationship to Minor

Name of Minor
Minor's Date of Birth (M/D/Y)
Minor's Social Security Number

**Designation of Successor Custodian** — *To be completed only by Custodian. Must be witnessed by person other than successor custodian. (This designation is not valid in the State of Ohio.)*

Successor Custodian Name
Date (M/D/Y)

Signature: X Linda Lea Covert
Signature of Witness: X [signature]

**Trust/Custodial/Business Ownership**

☐ Trust ☐ Sole Proprietorship ☐ Partnership ☐ Private Deferred Comp Plan
☐ Corporation (State of Incorporation) ☐ Other

Name of Corporation, Partnership or Trust
Business/Trust TIN
Date of Trust (M/D/Y)

Dawn Veraida
JAN 04 2000

Name of Trustee(s) (Trust), or Authorized Signer (Corporation/Partnership)

Street Address (For Business Only — Include City, State and Zip)

99 DEC 21 PM 12:51
CSO INCOMING MAIL

30427 A



27-180175

(5/99)

Industry Regulation requires the following information be completed/updated with investment. (This information will be kept confidential.)

Investment objective and risk tolerance for this purchase (check one or more, as appropriate):
☐ Capital Preservation ☐ Capital Appreciation ☒ Income ☐ Protection ☐ Tax Considerations

Federal Tax Bracket - ☐ 15% ☒ 28% ☐ More than 28%

Annual Income ☐ Under $20,000 ☐ $20,000-$50,999 ☒ $51,000-$100,999 ☐ $101,000 or more

Net Worth (excludes primary residence) ☐ Under $20,000 ☐ $20,000-$50,999 ☐ $51,000-$100,999 ☐ $101,000-$249,999 ☒ $250,000 or more

Liquid Net Worth ☐ Under $20,000 ☐ $20,000-$50,999 ☒ $51,000-$100,999 ☐ $101,000-$249,999 ☐ $250,000 or more

Overall Risk Tolerance ☐ Conservative ☐ Conservative/moderate ☒ Moderate ☐ Moderate/aggressive ☐ Aggressive

Spouse's Name PETER E. CAVERT Social Security Number 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

## Section C — Purchase Basis (choose one only per application)

☐ NON-QUALIFIED ☐ CHECK IF 1035 EXCHANGE

☒ IRA: → RAVA

Type of IRA Establishing:

☐ Regular (active) IRA

☒ Segregated (rollover) IRA

☐ Beneficial IRA (for use with IRA transfers after death only) ☐ Traditional ☐ Roth
______ as beneficiary of the deceased ______ IRA

☐ Roth Contributory IRA
The year for which the first contribution or conversion dollars were applied to any Roth IRA ______

☐ (Yr) ______ Roth Conversion IRA

☐ SEP ☐ SRA First Participation Date (M/D/Y) ______ ☐ SEP or SRA Adoption Agreement with another company
☐ Employer ☐ Employee
Name of Company ______ Address ______

Type of contribution and amount paid with this application:

☐ Contribution: for current tax year $ ______ and/or prior tax year $ ______

☐ Employer contribution $ ______ designated tax year ______

☒ Rollover contribution $628,382.34 from (check source) ☐ IRA or SEP ☒ Employer retirement plan ☐ SRA ☐ TSA

☐ Transfer contribution (must submit "Request for Transfer" form along with application)

☐ Roth Conversion $ ______

☐ TAX-QUALIFIED RETIREMENT PLAN *(IRC SECTION 401)*

Is American Express Trust Company custodian? ☐ Yes ☐ No ☐ Trusteed ☐ Custodial

Plan Name ______ Trustee/Administrator ______

Address ______

Type ☐ Profit Sharing (05) ☐ Assumed/Target Benefit (04) ☐ 401(k) (02)
☐ Money Purchase (06) ☐ Defined Benefit Pension (01) ☐ Other (10) ______

Plan fiscal year-end (M/D) ______ Plan starting date (M/Y) ______

☐ OTHER TAX-QUALIFIED PLAN ☐ CHECK IF TSA TRANSFER

Type of Plan ☐ 403(b) TSA ☐ Texas optional retirement program (ORP)

Type of Group ☐ Public schools and universities
☐ 501(c)(3) Nonprofit

403(b) Participant Information

Current annual salary from employer $ ______ (required)

Employment date (M/D/Y) ______ Has employment been continuous? ☐ Yes ☐ No

Is owner/annuitant covered by employer's pension plan? ☐ Yes ☐ No

If yes, give name of plan ______

**Generally the annual contribution amount cannot exceed $10,000, 25% of includable compensation or the maximum exclusion allowance. Attach a copy of the TSA/TSCA calculation if these amounts are exceeded. Complete and initial the TSA Disclosure on page 6.**



27-180175

Deferred Annuities

Single Payment $ ____________ (Note: Minimum $5,000 except for I500)

☐ **Fixed Retirement Annuity — Value Plus (FRA-VP)**

☐ **Fixed Retirement Annuity — Extra Rate (FRA-XR)**

☐ **Guaranteed Term Annuity (GTA)** ________ Year Guarantee (1-10 whole years)

☐ **Index 500 Annuity (I500)** (Minimum $2,000)

☐ **Portfolio Guaranteed Term Annuity (PGTA)** ________ Year Guarantee (1-10 whole years)

☐ **Other** (Per home office approval) ____________

☒ **Flexible Portfolio Annuity (FPA)**

**Initial Payment** ____________
(minimum $1,000 TQ, $2,000 NQ, if not installment)

**Installment Payments** ____________ **per year**
(min $600/year BA, group billing only)

| | FPA Payment Allocation: Initial Payment | FPA Payment Allocation: Installment Payments | Dollar-Cost Averaging Transfer*: From | To | Frequency |
|---|---|---|---|---|---|
| (FA) IDS Life Fixed Account | ____% | ____% | $____ | $____ | ___Monthly (12/yr) |
| (CR) IDS Life Capital Resource Fund | ____% | ____% | $____ | $____ | ___Quarterly (4/yr) |
| (SI) IDS Life Special Income Fund | ____% | ____% | $____ | $____ | ___Biweekly (26/yr) |
| (MS) IDS Life Moneyshare Fund | ____% | ____% | $____ | $____ | ___Weekly (52/yr) |
| (MF) IDS Life Managed Fund | ____% | ____% | $____ | $____ | ___Semimonthly (24/yr) |
| (IE) IDS Life International Equity Fund | ____% | ____% | $____ | $____ | ___Bimonthly (6/yr) |
| (AG) IDS Life Aggressive Growth Fund | ____% | ____% | $____ | $____ | ___Every 4 months (3/yr) |
| (GY) IDS Life Global Yield Fund | ____% | ____% | $____ | $____ | ___Bifortnightly (13/yr) |
| (IA) IDS Life Income Advantage Fund | ____% | ____% | $____ | $____ | |
| (GD) IDS Life Growth Dimensions Fund | ____% | ____% | $____ | $____ | |
| (GI) AIM Variable Ins. Growth & Income Fund | ____% | ____% | $____ | $____ | |
| (NO) Putnam VT New Opportunities Fund | ____% | ____% | $____ | $____ | |
| (SC) Warburg Pincus Trust Small Co. Growth Portfolio | ____% | ____% | $____ | $____ | |
| (DM) Templeton Developing Markets Fund | ____% | ____% | $____ | $____ | |
| (TV) American Century VP Value | ____% | ____% | $____ | $____ | |

Start Date ____________ End Date ____________

*Note: DCA ($50.00 min. from each of the accounts listed above. Amounts requested to be transferred from the fixed account are restricted. The maximum monthly (FA) transfer amount = current fixed value divided by 12. DCA disclosure section must be initialed. Total "From" and total "To" dollar amounts must be equal.

**Installment payments (FPA only)** Start Date* (M/D/Y) ____________
*Must be at least 30 days from date received in home office (if omitted, the home office will establish start date)

Method of payment

☐ Add to existing BA with account no. ____________
☐ New PDS/Employer Billing Form 3188
☐ Add to existing PDS/Employer Billing no. ____________
☐ Other allowed method ____________ (Direct Billing Not Available)
☐ New Bank Authorization (Page 7)

☐ Fixed Immediate Annuity

Single premium ______ (Note: $5,000 minimum)

Payout amount quoted ______

Payout checks to start (M/D/Y) ______

*Note: Must be at least 30 days from date received in home office.*

☐ Monthly ☐ Quarterly ☐ Semiannual ☐ Annual

Payout Option:

☐ Individual annuitant ☐ Joint and full to survivor

☐ Joint and ⅔ to survivor ☐ Joint and ½ to survivor

Payout Mode: (complete Joint Annuitant Info if Joint Option is selected)

☐ Nonrefund

☐ Life income with period certain. Circle one: 5 10 15 20 years

☐ Installment refund (not available with Joint and ⅔ or ½ option)

☐ Term certain only (Mode E) ______ years (5 to 30 years)

Withholding to apply? ☐ Yes ☐ No If yes, indicate $ ______

☐ Transfer to AEFA account number ______

**Required Proof of Age**

Proof of age submitted:

☐ Copy of birth certificate enclosed or:

Submit copies of two (2) of the following when birth certificate is not available:

☐ Baptism certificate
☐ Family record of birth
☐ Confirmation record showing age at time of confirmation
☐ Marriage certificate
☐ Naturalization record
☐ Passport (at least five years old)
☐ Military discharge papers

**If Joint Payout option selected**

**JOINT ANNUITANT** ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. **Sex** ☐ Male ☐ Female **Marital Status** ☐ Single ☐ Divorced ☐ Married/domestic partner ☐ Widowed **Number of Dependents** ______

Joint Annuitant's Name as on Record with IRS (include first, middle and last name) ______ Age ______ Birthdate (M/D/Y) ______

Residential Address ______ **U.S. Social Security Number** ______

City ______ Home Phone Number ______ Work Phone Number ______

State ______ Zip ______ Citizenship: ☐ U.S. ☐ Other Country ______

If Other, is Client ☐ Resident Alien ☐ Non-resident Alien (attach W-8)

**Employee Information** Employer ______ Occupation ______

Employer Address ______

## Section E — Agreements and Signatures

**All Annuities**

☒ **Investment Objectives:** You understand the investment objectives and risks of the contract for which you are applying. There can be no assurance that such objectives will be achieved.

☒ **Earnings:** The method for crediting fixed and/or variable earnings for your particular contract has been explained to you. Any interest crediting rates are annual effective rates.

☒ **Changes:** Only officers of IDS Life Insurance Company have the authority to accept any representation or information not contained in this application or to modify any annuity contract or waive any requirement in the application. They must do so in writing. Our sales representatives do not have the authority to make any changes.

☒ **Cancellation:** You understand the contract provides you with certain cancellation privileges for a period of time from receipt (usually 10 days) under which no surrender charges or fees will be charged by the company.

Please note the Guaranteed Term Annuity (GTA) and the Portfolio Guaranteed Annuity (PGTA) do not have these same cancellation privileges. Generally, the GTA and the PGTA allow for cancellation of an Individual Retirement Annuity (usually 7 days) and certain other arrangements based on individual state requirements.

**Automated Dollar-Cost Averaging Authorization and Acknowledgements:**

- If an automated transfer, as scheduled, falls on a date that is not a normal business day, the transfer will be made on the last normal business day preceding such date.
- Automated transfers and any random transfers are subject to the provisions of my contract, the current prospectus and such other rules as IDS Life shall establish.
- No written confirmation of the initial set-up of this request will be sent out, but transactions will appear on the quarterly consolidated statement. I agree to notify IDS Life within 90 days if the requested transaction does not appear.
- If this request is received by the IDS Life Insurance Company home office after the requested start date, transfers will begin the following month.

**Client's Initials** XLC

**Def... Annuity (Please read all items)**

...stand that the basic purpose of an annuity is to provide lifetime income at retirement and it should be purchased for ...ose. You understand the benefits and consequences of tax deferral, and are confident that it can work to your advantage. ...ct value may be surrendered in full or in part before annuity payments begin, but not after. Surrender of a contract may ... loss to you because of fees and charges that may apply. They are explained in detail in the contract.

...anteed Term Annuity and the Portfolio Guaranteed Term Annuity contain a market value adjustment which may result in both upward and downward adjustments in cash surrender benefits.

☐ You understand that your participation under the Portfolio Guaranteed Term Annuity contract terminates upon termination or cancellation of your Client Service Agreement. You may, at that time, exchange your Portfolio Guaranteed Term Annuity for another IDS Life Insurance Company annuity product then available. That product may contain higher costs, surrender charges, or other different features.

☒ **You have received the current prospectus(es) for the variable annuity or security applied for. Investment earnings, values and monthly income benefits based on the performance of a Variable Fund or Variable Account are not guaranteed and may both increase and decrease.**

☐ IDS Life Insurance Company reserves the right to terminate certain installment payment contracts for full value, if in any ... period no purchase payments have been received and the amount paid is less than $600.

☐ ...-XR annuity includes a first-year bonus interest rate, which is no longer credited after one (1) year.

☐ The Index 500 Annuity's performance is linked to changes in the Standard & Poor's 500 Composite Stock Price Index. Regardless of the index's performance, you are guaranteed at least 110% of the amount of your original payment at the end of the initial 7 ...rm, assuming no surrenders have been made.

**Immediate Annuity**

☐ You cannot surrender or take loans from an Immediate Annuity. Also, there is no death benefit under the nonrefund payout mode.

☐ You understand that this transaction is not reversible.

**IRA Applications**

☒ You have received a copy of *Your Guide to IRAs* and understand the terms contained in it.

☒ You assume all responsibility for any tax consequences and penalties that may result from making contributions to, transactions with, and distributions from this IRA, **including Roth IRAs and Roth IRA conversions.**

☐ **For Arkansas residents only**
Any person who knowingly presents a false or fraudulent claim for payment for a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

☐ **For Colorado residents only**
Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud.

☐ **For Florida residents only**
Any person who knowingly and with intent to injury, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

☐ **For Kentucky residents only**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

☐ **For New Jersey residents only**
Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

☐ **For New Mexico residents only**
Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

☐ **For Ohio residents only**
Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

☐ **For Pennsylvania residents only**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Client's initials** C C

☐ **Consolidated Statement**

American Express Financial Advisors periodically sends our clients a statement covering all accounts owned by members of the same household. You understand that by applying as spouses or domestic partners, you will receive consolidated statements for all accounts, whether individually or jointly owned.

☒ **Replacement**

Is this annuity intended to replace existing annuities or life insurance? ☐ Yes ☒ No

| Company Name | Address | Policy Number |
|---|---|---|
| | | |
| | | |
| | | |

**Backup Withholding**

☐ Check here if the IRS has notified that you are subject to backup withholding because of a failure to report all interest and dividends.

☐ Check here if you are a tax-exempt payee.

**Serial Annuity — Disclosure and Acknowledgement**

Instructions: Complete **Part 1** when applying for any nonqualified deferred annuity; and/or **Part 2** when more than one Fixed Retirement Annuity-Extra Rate (FRA-XR), Fixed Retirement Annuity-Value Plus (FRA-VP), Guaranteed Term Annuity (GTA), Index 500 Annuity (I500) or Portfolio Guaranteed Term Annuity (PGTA) is being purchased whether nonqualified or tax-qualified.

**Part 1**

This section discusses current federal tax laws as IDS Life understands them. Federal tax laws and their interpretations may change. The client must initial below indicating that he/she has read and understands the following: **Multiple Contracts (Serial Annuities) Tax law** requires that all nonqualified deferred annuity contracts issued by the same company, to the same policyholder (owner), during a calendar year are to be treated as a single, unified contract. The amount of income included and taxed in a distribution (or a transaction deemed a distribution under tax law) taken from any one of such contracts is determined by summing all such contracts together.

**Client's initials** ____________

**Part 2**

If more than one FRA-XR, FRA-VP, GTA, I500 or PGTA product is being purchased, the client must initial below and provide the requested information below. **Benefits of Larger Contracts** For *single premium FRA-XR or FRA-VP:* Interest is credited at a higher rate at certain premium sizes. You may be able to receive a higher interest crediting rate by purchasing one larger contract rather than two or more smaller ones. **Multiple Beneficiaries** *For any nonqualified or tax-qualified deferred annuity:* More than one beneficiary may be named under a single contract. Each beneficiary has a choice to receive any death benefit as either a lump sum or in the form of annuity payments as provided by the contract.

**Reasons:** Your reason(s) for purchasing more than one contract is (are): ____________

____________

**Client's initials** ____________

**Tax-Sheltered Annuity (TSA) Disclosure and Acknowledgment**

Effective January 1, 1989, a distribution from a Tax-Sheltered Annuity (TSA) purchased under §403(b) of the Internal Revenue Code may be made only if the employee/participant has:

1. attained age 59½; or
2. separated from the service of the employer that purchased the TSA; or
3. died; or
4. become disabled, as defined in Section 72(m)(7) of the Code; or
5. encountered financial hardship within the meaning of Section 403(b) of the Code.

The restriction applies to contributions of deferred salary made after December 31, 1988, and all earnings credited to the contract after that date. The "hardship" exception above is limited to the amount of contributions made and does not apply to any earnings credited to the contract.

The restriction does not apply to any values in the TSA as of December 31, 1988, nor to transfers or exchanges of contract values within the annuity or to another registered variable annuity contract or investment vehicle available through the employer.

**We are required to withhold 20% on most distributions with the following two exceptions:**

Periodic Distributions: Periodic payments over life, life expectancy, or for a period of 10 years or more. Periodic payments are <u>only subject to optional 10% withholding.</u>

Required Minimum Distribution for clients over 70½ and retired: Please consult your tax advisor to determine if you are satisfying the RMD Requirements. RMD is <u>only subject to optional 10% withholding</u>.

**Client's initials** ____________

Client acknowledges that the representative has reviewed and explained the above information. Client should consult a tax advisor if he/she has questions about the taxation of his/her annuity contract.

Bank Authorization for Installment Payments Only (Bank account owner must sign on reverse)

Financial Institution (F.I.) Account Information and Type ☐ Checking (Attach voided check) ☐ Savings (Complete information below)

Savings Account Ownership ____

Savings Account Number ____

F.I. Routing Transit Number/ABA Number (9 digits) ____

Name of F.I. ____

Street Address ____

City ____ State ____ Zip ____

Tape Check Here

**Authorization** By signing this application you:

- authorize American Express Financial Advisors Inc. to charge your account at the F.I. named above to pay the amount indicated into the account or on the contract,
- authorize the F.I. named above to honor these charges for payment, as if they were signed by you, and
- certify this agreement will remain in effect until you notify American Express Financial Advisors or your F.I. in writing to cancel it, allowing reasonable time to act on your cancellation.

You may stop any payment by notifying the F.I. or American Express Financial Advisors at least three banking days before the charge is to be made. You will receive notice from American Express Financial Advisors of any payment that differs in amount from the previous payment.

**Indemnification Agreement** To: The Financial Institution named above

In consideration of your compliance with the request and authorization of the depositor named on the reverse side, American Express Financial Advisors Inc. agrees:

1. To indemnify and hold you harmless from any loss you may incur because of the payment by you of any charge by American Express Financial Advisors to its own order on the account of such depositor and received by you in the regular course of business for payment, or arising out of the dishonor by you of any such charge, *provided there are sufficient funds in such account to pay the same upon presentation.*
2. To defend at its own expense any action which might be brought by any depositor or any other persons because of your actions taken pursuant to the above-mentioned requests, or in any manner arising by reason of your participation in connection with such request.

I, Timothy S. Meehan, Secretary of American Express Financial Advisors Inc., or Donna M. Gaglione, Secretary of IDS Life Insurance Company of New York, certify that this indemnification agreement was authorized in a resolution adopted by the Board of Directors of IDS Financial Services Inc. on August 15, 1989, and that the resolution continues in full force and effect.

A substantially equivalent agreement was authorized as a resolution by the Board of Directors of IDS Life of New York on August 24, 1983.

[signature]
Secretary
American Express Financial Advisors Inc.

American Express Financial Advisors Inc.
P.O. Box 534
Minneapolis, Minnesota 55440-0534

[signature]
Secretary,
IDS Life Insurance Company of New York

**Explanation of Charges for Deferred Annuities**

1. Surrender Charge for FPA

| Contract Year | Surrender Charge |
|---|---|
| Through 3 | 7% |
| 4 | 6 |
| 5 | 5 |
| 6 | 4 |
| 7 | 3 |
| 8 | 2 |
| Thereafter | 0 |

*Contract Charge: (FPA only)*

$30.00 annually. Charge will be waived if purchase payments made less purchase payments surrendered, or the contract value equals or exceeds $25,000.

2. For the Guaranteed Term Annuity (GTA), a surrender charge may be assessed on any total or partial surrender taken prior to the eighth contract anniversary unless the surrender occurs on the last day of a Guarantee Period. The amount of the surrender charge will be based on the length of the Guarantee Period. Amounts totaling up to 10% of the contract value as of the last contract anniversary may be surrendered in any year after the first without surrender charge. A market value adjustment will apply.

3. *Surrender Charge for FRA-VP and FRA-XR*

Amounts totaling up to 10% of the contract value as of the last contract anniversary may be surrendered in any year without charge.

FRA-XR

| Contract Year | Surrender Charge |
|---|---|
| 1 | 7% |
| 2 | 6% |
| 3 | 5% |
| 4 | 4% |
| 5 | 3% |
| 6 | 2% |
| 7 | 1% |
| 8th and later | 0% |

FRA-VP

| Contract Year | Surrender Year |
|---|---|
| 1 | 10% |
| 2 | 9% |
| 3 | 8% |
| 4 | 7% |
| 5 | 6% |
| 6 | 5% |
| 7 | 4% |
| 8 | 3% |
| 9 | 2% |
| 10 | 1% |
| 11th and later | 0% |

4. *The Index 500 Annuity (I500) has a fixed 7% surrender charge for the length of each term. This surrender charge is waived from the last day of any term until the start of a new term. There is a 15-day window to renew the contract if a renewal request has not been received. If no surrender request is received after 15 days, it will be renewed at that time. Amounts totaling up to 10% of the accumulation value as of the beginning of each contract year may be surrendered without surrender charge.*

☐ I have received the Data Privacy Di...

☐ I agree to these uses of information.

☒ I object to one or both uses of this information. If only one, please specify which one: ______

☐ **Declaration Agreement**

**You declare that each of the statements and answers given in this application is true and complete to the best of your knowledge and belief and will be the basis of any annuity issued from this application.**

**Under penalties of perjury, I certify that:**

**1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and**

**2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.**

**Certification Instructions — You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

By signing this application and checking each statement that pertains to your annuity, you understand and acknowledge the above:

| Signatures of All Annuitants | Owner/Trustee/Plan Administrator Signature (if others) |
|---|---|
| X | X [signature] |
| X | X |

Other Applicant's Signature (if Required)

X ______

| Signed at (City) | (State) | on (Date) |
|---|---|---|
| Riverside | CA | 12/15/99 |

## Section F — Representative's Report

**Declaration and signature** — You certify that you personally solicited this application and witnessed its signing. The application and this report are complete and accurate to the best of your knowledge and belief.

☐ **Check here if Relative Protection applies. Relationship** ______

You certify that, to the best of your knowledge and belief, the information provided on Page 6 of this application regarding replacement of existing insurance and annuities is true and accurate. This application ☐ **does** ☐ **does not** involve replacement of existing insurance or annuities.

Send Contract to ☐ Owner ☒ Representative

**Advisor Information**

| Team ID (If applicable) | Servicing Advisor Signature | Advisor ID Number | Comp % | Area Office | Phone |
|---|---|---|---|---|---|
| | X [signature] | 34848-2 | 100 | 014 | (909)274-9136 |
| | Print Advisor Name: DAVID T. KARR | Florida License Number: N/A | | | |

| Team ID (If applicable) | Second Advisor Signature | Advisor ID Number | Comp % | Area Office | Phone |
|---|---|---|---|---|---|
| | X | | | | |
| | Print Advisor Name: | Florida License Number: | | | |

| Corporate Office Use Only | Acceptance Approval | $ Amount | Purchase Date |
|---|---|---|---|
| | Joel Heger | 71,732 | |

DEC 21 1999

ASSET ACQUISITION

27-180175