**IDS Life Insurance Company**

December 2002

PETER COVERT SR
4730 CREST AVE
RIVERSIDE CA 92503-2919

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

Policy or Annuity Number: .......... 93106497128

Owner of Record/Participant: .......... PETER COVERT SR

Default Payee or Alternate Payee: .......... PETER COVERT SR

Default Measuring Life or
Alternate Measuring Life: .......... PETER COVERT SR

Accidental Death Benefit Amount: .......... $63,321

Accidental Death Benefit Coverage ends: .......... OCTOBER 15, 2004

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

**IDS Life Insurance Company**

December 2002

LINDA COVERT
4730 CREST AVE
RIVERSIDE CA 92503-2919

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 93106496538 |
| Owner of Record/Participant: | LINDA COVERT |
| Default Payee or Alternate Payee: | LINDA COVERT |
| Default Measuring Life or Alternate Measuring Life: | LINDA COVERT |
| Accidental Death Benefit Amount: | $55,237 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

# Certificate of Insurance

## Accidental Death
## Benefit Coverage

Provided to

American Express
Company, et al.