UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court on the motion of defendant American Express Financial Advisor, Inc. to enforce class action settlement as to the claims of Peter G. Covert and Linda L. Covert. Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Peter G. Covert and Linda L. Covert shall file their response to defendant’s motion not later than May 11, 2005.

2. Defendant shall file a reply to the Coverts’ response not later than May 24, 2005.

3. Defendant shall immediately serve on the counsel of Peter G. Covert and Linda L. Covert a written notice of this order.

4. Upon receipt of the response and reply, the court will determine whether a hearing is required.

Dated: April 19, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court