**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

Order by Judge David S. Doty, United States District Court, dated April 19, 2005

to be mailed by first class mail, postage paid, to the following non-ECF participants as Ordered:

Laura D. McNamire, Esq.
Staff Attorney
NASD Dispute Resolution – West Regional Office
One California Plaza
300 South Grand avenue, Suite 900
Los Angeles, CA 90071-3135

Arthur S. Leider
Investors Arbitration Specialists, Inc.
8880 Rio San Diego Drive, Ste. 800
San Diego, CA 92108

Dated: April 20, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
5050 Lincoln Drive, Suite 480
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com
*Attorney for Respondents*