**AFFIDAVIT**

BE IT ACKNOWLEDGED, that Colin A. Mueller, Paralegal of the Law Firm of Edgerton, Weaver & Irwin, LLC, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD:

Final Order and Judgment in Benacquisto et al. v. American Express et.al as Exhibit A.

Statement of Claim of Kalacs v. AEFA as Exhibit B.

Kalacs' Response to Respondents' Motion to Dismiss submitted to the NASD as Exhibit C

* * *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 6 day of May, 2005.

[signature]
Signature of Deponent

Colin A. Mueller
Name of Deponent