# EXHIBIT LIST

**Exhibit A – Final Order and Judgment in Benacquisto et al. v. American Express, et al.**

**Exhibit B – Kalacs' Statement of Claim**

**Exhibit C – Kalacs' Response to Motion to Dismiss submitted to the NASD**