**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/6/2005, I caused the following documents:

Notice of Motion to Enforce Class Action Settlement
Motion to Enforce Class Action Settlement
Memorandum of Law in Support of Motion to Enforce Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD;

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

B. Scott Whipple, Esq., attorney for Trudy A. Kalac and Richard M. Kalac
Schwabe, Williamson & Wyatt, P.C.,
Pacwest Center, Suite 1600-1900
1211 Southwest First Avenue
Portland, OR 97204-3795

Dated: May 6, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
821 Marquette Avenue, Suite 1308
Minneapolis, MN 55402
(612) 333-1905
girwin@neilaw.com
*Attorney for Respondents*