UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Civil No. 00-1980(DSD/JMM)

**RESPONSE TO MOTION TO ENFORCE CLASS ACTION SETTLEMENT AS TO CLAIMS OF PETER G. COVERT, IRA AND LINDA L. COVERT, IRA BEFORE THE NASD; MOTION TO STAY FUTHER PROCEEDINGS; AND MOTION TO ENFORCE ARBITRATION CONTRACT**

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, ANERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

RECEIVED
05 MAY 11 PM 12:44
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

And

Peter G. Covert, IRA and Linda L. Covert, IRA,

Movants,

v.

American Express Financial Advisors, Inc.,

Respondent.

SCANNED
MAY 11 2005
U.S. DISTRICT COURT MPLS

To: Defendants American Express Financial Advisors, Inc. and their attorney, Gary R. Irwin, 5050 Lincoln Drive, Ste. 480, Interlachen Corp. Center, Minneapolis, MN 55436

**PLEASE TAKE NOTICE** that on May 11, 2005 Peter G. Covert and Linda L. Covert hereby submits a motion to the United States District Court for the District of Minnesota, The Honorable David S. Doty, for an order; to stay further proceedings in this matter; to order American Express Financial Advisors, Inc. to arbitrate the claims in the July 20, 2004 Statement of Claim, filed with the NASD and; to deny defendant's Motion to Enforce Class Action Settlement As To the Claims of Peter G. Covert, IRA and Linda L. Covert, IRA before the NASD in NASD arbitration Number 04-0532.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, 9 U.S.C. § 4 and 9 U.S.C. § 6.

Dated: May 11, 2005

Law Office of Michael S. MacDonald

By: Michael S. MacDonald
MN License # 129562
1880 Livingston, Suite 202
West St. Paul, MN 55118
Phone: (651) 307-0637
Fax: (651) 451-1180

*LAW OFFICE OF MICHAEL S. MACDONALD*
*Attorney at Law*
*1880 Livingston, Suite 202*
*West St. Paul, Minnesota 55118*
*Telephone: (651) 451-1150*
*Cell: (651) 307- 0637*
*Facsimile: (651) 451- 1180*
*E-mail: msloffices@qwest.net*

RECEIVED
05 MAY 11 PM 12:48
CLERK, U.S. DIST. COURT
MINNEAPOLIS, M.

May 11, 2005

To: Clerk of U.S. District Court
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Re: Civil No. 00-1980 (DSD/JMM)

Dear Sir of Madam:

Enclosed for filing are the following documents:

1. Response to Motion, Notice of Motion and Motion.
2. Memorandum of law.
3. Affidavit of Michael S. MacDonald and Exhibits
4. Proposed Order ✓ 1 to D SD/[illegible]
5. Affidavit of Service

If you have any questions please call. Thank you for your cooperation.

Sincerely,

[signature]

Michael S. MacDonald