**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, ANERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

And

Peter G. Covert, IRA and Linda L. Covert, IRA,
Movants,

v.

American Express Financial Advisors, Inc.,

Respondent.

Civil No. 00-1980 (DSD/JMM)

**AFFIDAVIT OF MICHAEL S. MACDONALD**

---

MICHAEL S. MACDONALD, being first duly sworn upon oath, deposes and states as follows:

SCANNED
MAY 11 2005
U.S. DISTRICT COURT MPLS

1. Attached as Exhibit 1 to this affidavit is a copy of August 17, 2004, NASD Arbitration Uniform Submission Agreement of American Express Financial Advisors.

2. Attached as Exhibit 2 to this affidavit is a copy of July 13, 2004 NASD Arbitration Uniform Submission Agreement of Peter G. Covert, IRA and Linda L. Covert, IRA.

3. Attached as Exhibit 3 to this affidavit is a copy of February 28, 2005 NASD arbitration panels Prehearing Order on Respondents Motions to Strike Claimants' Untimely Response and to Dismiss Claimants Statement of Claim.

4. Attached as Exhibit 4 to this affidavit is a copy of July 20, 2004 Claimants Statement of Claim and Demand for Arbitration.

5. Attached as Exhibit 5 to this affidavit is a copy of January 18, 2005 Declaration of Peter G. Covert.

6. Attached as Exhibit 6 to this affidavit is a copy of January 18, 2005 Declaration of Linda L. Covert.

7. Attached as Exhibit 7 to this affidavit is a copy of January 14, 2005 American Express Financial Advisors, Inc.'s Motion to Dismiss Claimants' Statement of Claim.

8. Attached as Exhibit 8 to this affidavit is a copy of June 18, 2001 American Express Substantially Equal Periodic Payments form.

9. Attached as Exhibit 9 to this affidavit is a copy of March 13, 2003 American Express Daily Exception Report for the account of Peter G. Covert.

10. Attached as Exhibit 10 to this affidavit is a copy of the NASD Code of Arbitration Procedure.

11. Attached as Exhibit 11 to this affidavit is a copy of October 29, 2004 letter of Attorney for American Express asking for time extension to answer the Statement of Claim.

Michael S. MacDonald

Dated: May 11, 2005
Subscribed and sworn to before me
this 11th day of May, 2005.

Notary Public

JUDITH J. SHEEHAN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010