**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others **Similarly situated,**

Civil No. 00-1980(DSD/JMM)

**Plaintiffs,**

v.

**AFFIDAVIT OF SERVICE**

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, ANERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

And

Peter G. Covert, IRA and Linda L. Covert, IRA,
Movants,

v.

American Express Financial Advisors, Inc.,

Respondent.

---

I, Megan M. McManus, being first duly sworn, deposes and says that on
(Person handing the documents out)

the Eleventh (11th) day of May, 2005, the following documents were served,

SCANNED
MAY 11 2005
U.S. DISTRICT COURT MPLS

__1) Motion, 2) Memorandum of Law, 3) Affidavit of Michael S. MacDonald, 4) Exhibits, 5) ProposedOrder
List the documents you handed to the other person)

_______________________________________________,

upon _Gary R. Irwin ,______________________ therein named,
(Name of the person that received the documents)

personally, at 5050 Lincoln Drive, Suite 480, Interlocken Corporation Center, Minneapolis, Minnesota 55436
(Address where you left the documents)

in the County of ______Hennepin__________, State of Minnesota by handing to and leaving
(County where you did this)

true and correct copies thereof with Colin mueller.
(Person who accepted the documents)

Subscribed and sworn to before me

on May 11 ,2005.

(Signature)

Court Clerk/Notary

JUDITH J. SHEEHAN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010