**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2005, I caused the following documents:

Response to Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before the NASD

and

Affidavit of B. Scott Whipple in Support of Response to Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before the NASD

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Katheryn A Andresen kandresen@bssdlaw.com

Karl L Cambronne kcambronne@chestnutcambronne.com, cdawson@chestnutcambronne.com

Jack L Chestnut jchestnut@chestnutcambronne.com

David M Cialkowski dmc@zimmreed.com, rle@zimmreed.com

Joseph S Friedberg joefriedberg@hotmail.com, lodin@visi.com

John W Getsinger john.getsinger@medtronic.com

Jane F Godfrey jane.godfrey@leonard.com,

Gary R Irwin girwin@neilaw.com,

Thomas E Jamison tjamison@fruthlaw.com, jjohnson@fruthlaw.com

Charles H Johnson johnsonbarbara5@aol.com

Richard A Lockridge lockrra@locklaw.com, emmonrm@locklaw.com;juellsl@locklaw.com

Robert G Malone malonelaw6@aol.com

David M Peterson dmp@petersonlawfirm.com

Robert L Schnell , Jr rschnell@faegre.com, klongo@faegre.com

Ahna M Thoresen Severts athoresen@faegre.com,
crowles@faegre.com;cculbertson@faegre.com

Frank H Tomlinson hiltont@pm-j.com

Robert W Vaccaro rvaccaro@flynngaskins.com, sross@flynngaskins.com

B Scott Whipple swhipple@schwabe.com,

Dated: May 18, 2005

s/David M. Cialkowski
David M. Cialkowski