# EXHIBIT LIST

**Exhibit 1** – Judge Doty's January 19, 2005 Order

**Exhibit 2** – Kalac Memorandum in Opposition to AEFA Motion to Dismiss to NASD Panel

**Exhibit 3** – NASD Panel's April 21, 2005 Order

**Exhibit 4** – Statement of Claim of Kalacs

**Exhibit 5** – Certificate of Service of December 2004 Motion to Enforce Class Action

**Exhibit 6** – NASD December 28, 2004 letter to Kalac's counsel

**Exhibit 7** – Kalac's December 29, 2004 letter to NASD

**Exhibit 8** – Kalac's January 14, 2004 (sic-meant 2005) letter to NASD

**Exhibit 9** – Kalac's January 6, 2005 letter to NASD

**Exhibit 10** – Page two of Kalac's Memorandum in Opposition to AEFA's Motion to Dismiss Panel to NASD