NASD

AUDREY C. PHILIPS
DIRECT DIAL: (213) 229-2373
DIRECT FAX: (213) 229-2363 (10 pages or less)
E-MAIL: Audrey.Philips@nasd.com

VIA FACSIMILE OR US MAIL

**MEMORANDUM**

TO: All Counsel/Party Representatives

CC: The Arbitration Chair

FROM: Audrey C. Philips, Hearing Administrator

SUBJECT: Arbitration No.: 04-03420 - Trudy A. Kalac and Richard M. Kalac vs. American Express Financial Advisors and Greg Hogue

DATE: December 28, 2004

*************************************************************************************************

Please submit a response (original plus three copies) to the Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before the NASD submitted by Respondents on or before January 7, 2005. You must also directly serve your response on all other parties. Your response should indicate that it has been served upon the other parties.

The Motion, and all responses which have been received, will then be forwarded to the Panel for decision.

Thank you for your time and consideration.