# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

PACWEST CENTER, SUITES 1600-1900 • 1211 SOUTHWEST FIFTH AVENUE • PORTLAND, OREGON 97204-3795
TELEPHONE: 503.222.9981 • FAX: 503.796.2900 • www.schwabe.com

B. SCOTT WHIPPLE
Admitted in Oregon and Washington
Direct Line: (503) 796-2938
E-Mail: swhipple@schwabe.com

December 29, 2004

**VIA FACSIMILE** 213-229-2363

Audrey Philips
Hearing Administrator
NASD Dispute Resolution
300 South Grand Avenue
Suite 900
Los Angeles, CA 90071-3135

Re: Kalac v American Express.; NASD Case No. 04-03420

Dear Ms. Philips:

I am out of the office this week, but have become aware that respondents filed a Motion to Enforce Class Action Settlement. I have also become aware that the NASD has set January 7, 2005 as the deadline to respond.

I request an extension of time to respond to the motion until Tuesday, January 18. It is my understanding that the motion contains a number of legal issues that need to be researched and might also require an affidavit from claimants. Given my pre-scheduled absence from the office, I cannot reasonably respond by January 7, 2005. The hearing in this matter is not set to begin until June 14, so the requested 10-day extension will not prejudice the respondents.

Thank you in advance for your professional courtesies.

Best regards,
/s/ B. SCOTT WHIPPLE

B. Scott Whipple

cc: Gary Irwin, Esq. (via fax, 952-345-4445)
Michael Furlong, Esq.