# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

PACWEST CENTER, SUITES 1600-1900 • 1211 SOUTHWEST FIFTH AVENUE • PORTLAND, OREGON 97204-3795
TELEPHONE: 503.222.9981 • FAX: 503.796.2900 • www.schwabe.com

B. SCOTT WHIPPLE
Admitted in Oregon and Washington
Direct Line: (503) 796-2938
E-Mail: swhipple@schwabe.com

January 14, 2004

**VIA FACSIMILE** 213-229-2363

Audrey Philips
Hearing Administrator
NASD Dispute Resolution
300 South Grand Avenue
Suite 900
Los Angeles, CA 90071-3135

Re: Kalac v American Express.; NASD Case No. 04-03420

Dear Ms. Philips:

The NASD previously granted my request for an extension time until January 18, 2005 to respond to Respondent's Motion to Enforce Class Action Settlement ("Motion"). However, as we discussed, it has come to my attention that respondent filed the motion with the District Court of Minnesota, not the NASD. As you know from pervious correspondence, it is Claimants' position that Respondents waived the right to seek relief in U.S. District Court when they submitted their Uniform Submission Agreement to NASD Dispute Resolution. Respondents agreed in the Uniform Submission Agreement to "submit the present matter in controversy, as set forth in the attached statement of claims, answers, cross claims and all related counterclaims and/or third-party claims which may be asserted, to arbitration...."

During our January 10 discovery conference with the chair of the arbitration panel, Mr. Stan Kapustka, the parties addressed the Motion. Mr. Kapustka said he would discuss the Motion with the other members of the panel and provide the parties with an advisory opinion on how the panel would like the parties to proceed with regard to Respondents' motion. Therefore, unless directed otherwise, Claimants do not intend to submit a response to the Motion until after we have received that further guidance from the arbitration panel.

Please do not hesitate to contact me with any questions or concerns. Thank you for your assistance with this matter.

Best regards,

B. Scott Whipple

cc: Dick and Trudy Kalac (via first class mail)
Gary Irwin, Esq. (via fax, 952-345-4445)
Michael Furlong, Esq.