# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

PACWEST CENTER, SUITES 1600-1900 • 1211 SOUTHWEST FIFTH AVENUE • PORTLAND, OREGON 97204-3795
TELEPHONE: 503.222.9981 • FAX: 503.796.2900 • www.schwabe.com

MICHAEL D. FURLONG
Admitted in Oregon
Direct Line: (503) 796-2462
E-Mail: mfurlong@schwabe.com

January 6, 2005

VIA FACSIMILE AND US MAIL

Audrey C. Philips
Arbitrator Administrator
NASD Dispute Resolution
300 S Grand Avenue, Suite 900
Los Angeles, CA 90071

Re: Respondents' Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before NASD
Kalac v. American Express Financial Advisors, et al
NASD Arbitration No. 04-03420
Our File No. 111499-136095

Dear Ms. Philips:

As we discussed by telephone on January 4, 2005, respondent American Express Financial Advisors ("AMEX") intends to seek relief in the United States District Court, District of Minnesota, on its Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before NASD. Claimants disagree with respondents' assertion that they may pursue relief in the U.S. District Court for the District of Minnesota. Respondents waived the right to seek relief in U.S. District Court when they submitted their Uniform Submission Agreement to NASD Dispute Resolution. Respondents agreed in the Uniform Submission Agreement to "submit the present matter in controversy, as set forth in the attached statement of claims, answers, cross claims and all related counterclaims and/or third-party claims which may be asserted, to arbitration...."

Claimants would like to discuss respondents' efforts to seek relief in the U.S. District Court for the District of Minnesota during the hearing currently scheduled for January 10, 2005. Please find enclosed four copies of the Uniform Submission Agreement for distribution to the panel members. Please provide the members of the panel with a copy of the Uniform Submission Agreement prior to the January 10, 2005 hearing. Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Michael D. Furlong

MDF:dkg
Enclosures
cc: Gary Irwin, Esq. (w/enc.) (fax/mail)
Dick and Trudy Kalac (w/o enc.)
B. Scott Whipple, Esq. (w/o enc.)