**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/24 /2005, I caused the following documents:

Reply Brief in Support of Motion to Enforce Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD;

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

B. Scott Whipple, Esq., attorney for Trudy A. Kalac and Richard M. Kalac
Schwabe, Williamson & Wyatt, P.C.,
Pacwest Center, Suite 1600-1900
1211 Southwest First Avenue
Portland, OR 97204-3795

Dated: May 24, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
821 Marquette Avenue, Suite 1308
Minneapolis, MN 55402
(612) 333-1905
girwin@neilaw.com
*Attorney for Respondents*