**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/24/05 I caused the following documents:

Reply to Response to Motion to Enforce Class Action Settlement as to Claims of Peter G. Covert, IRA and Linda L. Covert, IRA before the NASD;

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Michael S. MacDonald
Michael S. MacDonald Law Office
1880 Livingston, Suite 202
West St. Paul, MN 55118

Arthur S. Leider
Investors Arbitration Specialists, Inc.
8880 Rio San Diego Drive, Ste. 800
San Diego, CA 92108

Dated: May 24, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
5050 Lincoln Drive, Suite 480
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com
*Attorney for Respondents*