**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated.

**Civil No. 00-1980(DSD/JMM)**

Plaintiffs,

v.

**AFFIDAVIT OF COLIN MUELLER**

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**AFFIDAVIT**

BE IT ACKNOWLEDGED, that Colin A. Mueller, Paralegal of the Law Firm of Edgerton, Weaver & Irwin, LLC, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Richard M. Kalac and Trudy A. Kalac before the NASD:

Judge Doty's January 19, 2005 Order as Exhibit 1.

Kalac Memorandum in Opposition to AEFA Motion to Dismiss to NASD Panel as Exhibit 2

NASD Panel's April 21, 2005 Order as Exhibit 3

Statement of Claim of Kalacs v. AEFA as Exhibit 4

Certificate of Service of December 2004 Motion to Enforce Class Action as Exhibit 5

NASD December 28, 2004 letter to Kalac's counsel as Exhibit 6

Kalac's December 29, 2004 letter to NASD as Exhibit 7

Kalac's January 14, 2004 (sic-meant 2005) letter to NASD as Exhibit 8

Kalac's January 6, 2005 letter to NASD as Exhibit 9

Page two of Kalac's Memorandum in Opposition to AEFA's Motion to Dismiss Panel to NASD as Exhibit 10.

*  *  *

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 24 day of May, 2005.

Signature of Deponent

COLIN A. MUELLER
Name of Deponent