**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Civil No. 00-1980 DSD/JMM

Plaintiffs,

v.

**ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

---

1. Defendants' motion to enforce class action settlement as to claims of Richard M. Kalac and Trudy A. Kalac before the NASD [Docket No. 128] is granted.

2. In accordance with the court's final order and permanent injunction dated May 15, 2001, the Kalacs are permanently barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in, or receiving any benefits from, any lawsuit, arbitration, or administrative, regulatory or other proceeding based on or relating to the claims and

causes of action, or the facts and circumstances relating thereto in Benacquisto et al. v. American Express Financial corp. et al., Civil No. 00-1980 (DSD/JMM) and any life insurance policy or variable annuity products covered therein, including but not limited to account nos. 90903948698-004; 90906106934-004; 93002300010-004; 93103019163-004; 93103021591-004; and 9316300267-004.

Dated: January 19, 2005

s/ David S. Doty
David S. Doty, Judge
United States District Court