# NASD DISPUTE RESOLUTION

Arbitrator Panel's order regarding Respondents' Motion to Dismiss

Claimants: Trudy A. Kalac and Richard M. Kalac
Respondents: American Express et. al.
Case #: 04-03420

A telephonic conference was held on April 14, 2005, in the above-captioned matter by the arbitration panel on Respondent's Motion to Dismiss. Claimants and Respondents appeared through counsel. The arbitration panel reviewed the submissions and heard argument from counsel for Claimants and Respondents.

IT IS HEREBY ORDERED:

1) For any of claimants accounts listed in the Order of the United States District Court for the District of Minnesota (Ex. F of Respondents motion to Dismiss), the Panel will only consider damages arising after February 29, 2000;
2) Respondents motion to dismiss based on the running of various statutes of limitation is denied, and Respondents are specifically given leave to renew these motions after all evidence has been heard at the arbitration;
3) Respondents' motion to dismiss respondent Hogue is denied with leave to renew at the time of the arbitration;
4) Claimants request to sanction respondents for abuse of discovery will be deferred. Respondent is to submit to claimants counsel within 10 days of the date of this order a specific written response to each of the items ordered to be produced (Numbers 1,2,3,4 and 5) in the panel chairperson's discovery order of January 12, 2005. The response shall indicate if the items have been produced or not. If the items have not been produced, respondent shall state why the items have not been produced, and what efforts have been made to find or obtain the items or information. If claimant's counsel is not satisfied with the responses, he should notify respondents' counsel within 5 days and copy the notice to NASD.

Dated: April 21, 2005

Stan F. Kapustka, Panel Chairperson