NASD

AUDREY C. PHILIPS
DIRECT DIAL: (213) 229-2373
DIRECT FAX: (213) 229-2363 (10 pages or less)
E-MAIL: Audrey.Philips@nasd.com

VIA FACSIMILE OR US MAIL

# MEMORANDUM

| | |
|---|---|
| TO: | All Counsel/Party Representatives |
| CC: | The Arbitration Chair |
| FROM: | Audrey C. Philips, Hearing Administrator |
| SUBJECT: | Arbitration No.: 04-03420 - Trudy A. Kalac and Richard M. Kalac vs. American Express Financial Advisors and Greg Hogue |
| DATE: | December 28, 2004 |

**************************************************************************************************

Please submit a response (original plus three copies) to the Motion to Enforce Class Action Settlement as to Claims of Trudy A. Kalac and Richard M. Kalac Before the NASD submitted by Respondents on or before January 7, 2005. You must also directly serve your response on all other parties. Your response should indicate that it has been served upon the other parties.

The Motion, and all responses which have been received, will then be forwarded to the Panel for decision.

Thank you for your time and consideration.



Dispute Resolution
West Regional Office
One California Plaza
300 South Grand Avenue
Suite 900
Los Angeles, CA
90071-3135

tel 213 613 2680
fax 213 613 2677
www.nasd.com