**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendents.

Civil No. 00-1980 DSD/JMM

**MOTION TO RECONSIDER**

---

IDS Life Insurance and AEFA respectfully moves this Court to reconsider its opinion in the Motion to Enforce Class Action Settlement as to Claims of Trudy

First, IDS Life never signed a USA.

Second, the NASD Rules specifically contemplate this issue in that after signing a USA,

> **"Either party may elect instead (of submitting the issue to the NASD Panel) to petition the court with jurisdiction over the putative or certified class action to resolve such disputes" (emphasis added).**

NASD Code of Arbitration Procedure Rule 10301(d)(2).

Accordingly, IDS Life and AEFA are aware that in this Court's Covert decision (Exhibit A) the underlying trial attorney went to the NASD panel first, however, in Kalac, IDS Life and AEFA came to this Court first.

Dated: June 13, 2005

Edgerton, Weaver & Irwin, LLC

**s/ Gary R. Irwin**
By: Gary R. Irwin
(License #0179991)
5050 Lincoln Drive, Ste. 480
Interlachen Corp. Center
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com

ATTORNEY FOR AMERICAN
EXPRESS FINANCIAL ADVISORS,
INC., AND GREG HOGUE