**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORTATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendents.

**Civil No. 00-1980 (DSD/JMM)**

**MOTION TO ENFORCE CLASS ACTION SETTLEMENT AS TO CLAIMS OF PAUL AND TYVA RUSSEEL BEFORE THE NASD**

---

To: Plaintiffs Paul D. Russell and Tyva Dianne Russell and their attorney, Robert E. Austin, Jr., P.O. Box 490200, Leesburg, FL 34749-0200.

**PLEASE TAKE NOTICE** that on August 19, 2005 American Express Financial Advisors, Inc. ("AEFA") hereby submits a motion to the United States District Court for the District of Minnesota, The Honorable David S. Doty, for an order granting defendant's Motion To Enforce Class Action Settlement As To Claims of Paul and Tyva Russell before the NASD in NASD Arbitration No. 05-02624. This motion is made

pursuant to Fed. R. Civ. P. Rule 23 and the Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint entered in this action on May 15, 2001.

Dated: August 19, 2005

Edgerton, Weaver & Irwin, LLC

**s/ Gary R. Irwin**

By: Gary R. Irwin
(License #0179991)
5050 Lincoln Drive, Ste. 480
Interlachen Corp. Center
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com

ATTORNEY FOR AMERICAN EXPRESS FINANCIAL ADVISORS, INC.