**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**WORD COUNT CERTIFICATE**

I hereby certify that the number of words in the memorandum filed with the Motion to Enforce Class Action Settlement has been counted at 4,233. Microsoft Word 2002 was used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated: August 19, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
821 Marquette Avenue, Suite 1308
Minneapolis, MN 55402
(612) 333-1905
girwin@neilaw.com
*Attorney for Respondents*