# Exhibit Index for Affidavit of Justin Hoogs

**Exhibit 1 – Chandler Order**

**Exhibit 2 – Intentionally Skipped**

**Exhibit 3 – Russells' Statement of Claim**

**Exhibit 4 – Benacquisto Order**