# EXHIBIT 2

# EXHIBIT 2 INTENTIONALLY SKIPPED