**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendents.

Civil No. 00-1980 (DSD/JMM)

**AFFIDAVIT OF CHERYL M. PRINTON**

---

**AFFIDAVIT**

BE IT ACKNOWLEDGED, that Cheryl Printon, American Express Financial Advisors, Inc. ("AEFA") Paralegal assigned to NASD Claim of Paul and Tyva Russell v. American Express Financial Services, Inc., NASD Arbitration Number 05-02624, of American Express Financial Services, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

The attached documents described below are true copies of the original documents and are being submitted as Exhibits to the Memorandum of Law in Support of the Motion to Enforce the Class Action Settlement as to Claims of Paul and Tyva Russell before the NASD:

Paul Russell Annuity Contract (submitted as Exhibit 5).

Tyva Russell Annuity Contract (submitted as Exhibit 6).

Declaration of AMY L. LAKE of RUST Consulting (submitted as Exhibit 7).

Notices of Class Action sent to Paul and Tyva Russell (submitted as Exhibit 8).

Paul Russell Annuity and Insurance Applications (submitted as Exhibit 9).

Tyva Russell Annuity Application (submitted as Exhibit 10).

Current Annuity Address for Paul and Tyva Russell (submitted as Exhibit 11).

Notices of General Relief sent to Paul and Tyva Russell (submitted as Exhibit 12).

*　　　*　　　*

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this day of August 19, 2005.

Lori Gordon
Signature of Witness

Lori Gordon
Name of Witness

14590 Thicket LN, Dayton MN 55327
Address of Witness

Cheryl Printon
Signature of Deponent

Cheryl Printon
Name of Deponent

534 Arlington Ave W, ST. Paul, MN 55117
Address of Deponent

STATE OF Minnesota

COUNTY OF Hennepin

On 8/19/05 before me, Shirleen A. Hagstrom, personally appeared Lori Gordon and Cheryl Printon, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Shirleen A. Hagstrom
Signature

Affiants X Known ____Unknown

ID Produced____________________

(Seal)

SHIRLEEN A HAGSTROM
Notary Public
Minnesota
My Commission Expires January 31, 2010