# Exhibit Index for Affidavit of Cheryl Printon

**Exhibit 5 – Paul Russell Annuity Contract**

**Exhibit 6 – Tyva Russell Annuity Contract**

**Exhibit 7 – Declaration of Amy Lake, Rust Consulting**

**Exhibit 8 – Notices of Class Action sent to Paul and Tyva Russell**
- **Part I: pages 1-40**
- **Part II: pages 41-74**

**Exhibit 9 – Paul Russell Annuity and Insurance Applications**
- **Part I: pages 1-20**
- **Part II: pages 21-39**
- **Part III: pages 40-55**
- **Part IV: pages 56-62**
- **Part V: pages 63-70**
- **Part VI: pages 71-77**
- **Part VII: pages 78-90**
- **Part VIII: pages 91-110**
- **Part IX: pages 111-129**

**Exhibit 10 – Tyva Russell Annuity Application**

**Exhibit 11 – Current Annuity Address for Paul and Tyva Russell**

**Exhibit 12 – Notices of General Relief sent to Paul and Tyva Russell**