# EXHIBIT 6

Date Filmed 8-5-86 Film No. 1 Group No. 8 Batch of LB,

# CONTRACT DATA

| | | | |
|---|---|---|---|
| Annuitant: | Tyva Diane Russell | Contract Date: | September 2, 1986 |
| Contract Number: | 9310-01712727 | Retirement Date: | March 15, 2004 |
| Contract Owner: | Tyva Diane Russell | | |

Upon issuance of this contract the annual purchase payment has been scheduled to be paid and applied to the fixed and variable accounts as shown below. You may change the amount, frequency and allocations as provided in this contract. Refer to the purchase payments provisions on Page 7.

Lump Sum Single Purchase Payment Only: None
Scheduled Purchase Payment:
Annual Amount: $4,800.00
Payable: Per annuity application

| Variable Accounts | Mutual Fund | Purchase Payment Allocation Percentage |
|---|---|---|
| F | IDS Life Capital Resource Fund | 25.000% |
| G | IDS Life Special Income Fund | 25.000% |
| H | IDS Life Moneyshare Fund | 0.000% |
| N | IDS Life Managed Fund | 25.000% |
| Fixed Account | | 25.000% |

Surrender Charge: If you surrender all or a portion of this contract surrender charges may apply. See Page 10.

Contract Administrative Charge: See Page 8.

Maximum Purchase Payments Permitted:

| | |
|---|---|
| 1st contract year: | $250,000 |
| Each contract year thereafter: | $ 50,000 |

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch or LB,

CONTRACT DATA - (continued)

Annuitant: Tyva Diane Russell Contract Number: 9310-01712727

Fixed Account

Table of Guaranteed Minimum Contract and Surrender Values

Guaranteed Interest Rate: 4% Per Year Compounded Annually

The following table shows the guaranteed minimum fixed account contract and surrender values based on these assumptions: (1) $100 purchase payments are received and allocated 100% to the fixed account at the beginning of each month; (2) There have been no surrenders; (3) There are no premium tax charges. If purchase payments are otherwise paid or allocated or if there are surrenders, or premium tax charges, the values below will be adjusted in accordance with the provisions of this contract.

| End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value | End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value |
|---|---|---|---|---|---|
| 1 | $ 1,201.64 | $ 1,119.32 | 16 | $ 26,225.23 | $ 25,721.23 |
| 2 | 2,451.35 | 2,285.03 | 17 | 28,475.88 | 27,971.88 |
| 3 | 3,751.04 | 3,500.72 | 18 | 30,816.55 | 30,312.55 |
| 4 | 5,102.72 | 4,768.40 | | | |
| 5 | 6,508.47 | 6,090.15 | | | |
| 6 | 7,970.45 | 7,468.13 | | | |
| 7 | 9,490.91 | 8,986.91 | | | |
| 8 | 11,072.18 | 10,568.18 | | | |
| 9 | 12,716.71 | 12,212.71 | | | |
| 10 | 14,427.02 | 13,923.02 | | | |
| 11 | 16,205.74 | 15,701.74 | | | |
| 12 | 18,055.61 | 17,551.61 | | | |
| 13 | 19,979.47 | 19,475.47 | | | |
| 14 | 21,980.29 | 21,476.29 | | | |
| 15 | 24,061.14 | 23,557.14 | | | |

Variable account contract and surrender values are not guaranteed. Information concerning contract and surrender values will be provided to you at any time upon written request.