# EXHIBIT 7

**STATE OF MINNESOTA** **DISTRICT COURT**
**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

---

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated, | Case No. 96-018477 |
| Plaintiffs, | |
| v. | (Consolidated Cases: 96-018477, 97-004742, 98-105681) |
| AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK, | |
| Defendants. | |

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated, | Case No. 00-1980 DSD/JMM |
| Plaintiffs, | |
| v. | |
| AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK, | |
| Defendants. | |

---

STATE OF MINNESOTA }
} ss.:
COUNTY OF RICE }

AMY L LAKE affirms the following statements are true under the penalties of perjury:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("RUST"). At the direction of this Court, defendant, American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York (collectively, the "Defendants") appointed RUST to serve as the Class Action Administrator for the class action settlement approved by these Courts in Benacquisto et al., v American Express et al., Case No. 96-018477 and Case No. 00-1980 DSD/JMM. I make this affidavit based on personal knowledge or on records maintained by RUST in the ordinary course of business.

2. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to: Tyva Russell, 2710 Grand Island Shores Rd, Eustis, FL 32726-6907, on or about November 13, 2000, with respect to contract number 93101712727.

3. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to: Paul Russell, 2710 Grand Island Shores Rd, Eustis, FL 32726-6907, on or about November 13, 2000, with respect to contract number 90901806324, (together with 90902316436, 90906361163 and 93002057984, the "Class Accounts").

4. Based on the procedures used for printing, mailing, and quality control review of these processes, along with the postal certificates verifying the mailing of all class notice packages, I can confirm that the notice packages were mailed as indicated above.

5. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailings or otherwise, that the notice packages were undeliverable at the addresses noted in paragraphs 2 and 3 above.

6. Notice of the settlement was published in the newspaper with the largest circulation in each of the 50 states, as well as the national additions of the New York Times, The Wall Street Journal, and the USA Today.

7. After the final approval of the settlement, on November 14, 2001, notice of the General Relief provided under the settlement was mailed to: Tyva Russell, 2710 Grand Island Shores Rd, Eustis, FL 32726-6907, and Paul Russell, 2710 Grand Island Shores Rd, Eustis, FL 32726-6907, with respect to the Class Accounts.

8. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailings or otherwise, that the General Relief notices were undeliverable at the addresses noted in paragraph 7 above.

9. No exclusion request, either timely or untimely, was submitted with respect to the Class Accounts. The deadline to request exclusion from the settlement was January 29, 2001.

Amy L Lake

AMY L LAKE

Sworn and subscribed to before
me this 29th day of July, 2005.

Shirley A. Hanson

Notary Public

SHIRLEY A. HANSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010