# EXHIBIT 9

The following list is all the forms printed for 9300-02057984
The following employee requested this printing: CK0
from 0232
Ignore RAUX forms.

01. ADDRESS
02. WI133606
03. RAUX14
04. PHONESVC
05. RAUX15
06. F0302BMN
07. RAUX18
08. FL21FP
09. B0302BMN
10. FL2BACK
11. ANNLIST
12. FL2IFP
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.

Date Filmed | Film No. | Group No. | Batch 043

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

A-11 577258-4

# Annuity Application

950

9300 2057984-1

A **Clients**

1 Annuitant

a Name (*first*) Paul (*mi*) D (*last*) Russell

b Social Security No. 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 [X] Male ☐ Female

c Birth date 9/27/31 Age 57 (*submit proof of age for immediate annuity*)

d Citizenship [X] U.S. ☐ Other

2 **Joint Annuitant** (*for Immediate Joint Annuity only*)

a Name (*first*) (*mi*) (*last*)

b Social Security No. ☐ Male ☐ Female

c Birth date / / Age (*submit proof of age*)

3 **Owner**

a Will the annuitant own this annuity? (*must be Yes for IRA and TSA*)

[X] Yes (complete the following if not on attached Client Profile or Client Review Document)

Home address (street, city, state, zip)

Phone no. ( )

☐ No (*complete the following seven (•) items*)

*Joint ownership and designation of a successor owner are not allowed*

- Owner's name(s) ☐ IDS Trust Co. ☐ Other
- Type of ownership (check one)
  - ☐ Trustee ☐ Sole Proprietorship
  - ☐ Custodian ☐ Partnership
  - ☐ Individual ☐ Corporation (State of incorporation)
  - ☐ Other
- Trust or Custodial ownership basis (*complete one if applicable*)
  - ☐ Retirement Plan (*name*)
  - ☐ Trust (*name*) Trust Date
  - ☐ Purchased under Uniform Gifts to Minors Act of (*state*)
- Owner's relationship to annuitant

(Complete the following if not on attached Client Profile or Client Review Document)

- Owner's address (street, city, state, zip)

Phone no. ( )

- Owner's Social Security or Taxpayer Identification No.
- If ownership is individual, give owner's birth date / / Age

b Other ownership information and instructions

c Mailing address if different from owner Att: Donald Collett Box 614, Rt. #1 Pine Island, MN. 55963 Phone no. (507) 367-4757

Date Filmed 9-27-88 | Film No 5 | Group No 1 | Batch 043

**B Purchase Basis** (*complete only one of the four (•) sections on this page*) See New Business Section of Reference Manual for required papers

- [X] Non-Qualified
  - [X] individual purchase
  - [ ] 1035 exchange
  - [ ] deferred compensation plan (non-governmental)
  - [ ] Gift under Uniform Gifts to Minor's Act. (*If Donor is not custodian, give donor's name, Soc. Sec. No., residence state and relationship to annuitant.*) ______
  - [ ] Other non-qualifie ______

- [ ] IRA (*complete all that apply*)
  1. [ ] **Regular** (*active*) **IRA**
     a. Type [ ] Personal (*1*) [ ] Spousal (*2*) [ ] SEP (*3*)
     b. Amount paid with this application for prior year $ ______
     c. Amount paid with this application for current year $ ______

  (If SEP, group name and address required)
  Group no. of SEP ______
  Name of employer ______
  Address ______

  2. [ ] **Rollover IRA** (*Rollover qualifications are specified in* ***Your Guide to IRAs***)
     a. Source [ ] IRA/SEP distribution. [ ] Deductible voluntary employee contribution. [ ] Trusteed or Custodial plan, Tax-Sheltered Annuity or Custodial Account.
     b. Amount paid with this application for rollover $ ______
  3. [ ] **Transfer IRA** (*must submit "Request for Transfer" form along with application*)

- [ ] **Tax-qualified Retirement Plan** (*IRC Section 401*)
  1. Type [ ] Profit Sharing (*05*) [ ] Money Purchase (*06*) [ ] Assumed/Target Benefit (*04*) [ ] Defined Benefit Pension (*01*) [ ] 401(k) (*02*) [ ] Other (*10*) ______
  2. Plan Fiscal Year-end Mo. ______ Day ______ Plan Starting Date Mo. ______ Yr. ______
  3. Is the Plan an IDS Financial Services prototype? [ ] Yes [ ] No
  4. Plan administrative assistance by IDS Financial Services? [ ] Yes [ ] No
  5. If Custodial Plan, identify participant (*annuitant*) as [ ] Employer/Sponsor [ ] Other participant

- [ ] Other Tax-qualified Plan
  1. Type of Plan [ ] 403(b) TSA [ ] 457/Government (*07*) [ ] Other ______
  2. Type of group a. [ ] Public Schools and Universities b. [ ] 501(c)(3) Non-profit a. [ ] State or subdivision b. [ ] Other ______
  3. [ ] This is a qualified TSA exchange. (See Special Markets Section of Annuity Reference Manual) [ ] Check if client is separated from service.
  4. 403(b) participant (annuitant) information
     a. Current annual salary from employer $ ______ (required)
     b. Employment date / / Has employment been continuous? [ ] Yes [ ] No
     c. Total contributions to other tax-sheltered plans while employed with present employer were $ ______ through end of last taxable year (*usually Dec. 31*) and $ ______ during current tax year
     d. Is annuitant covered by employer's retirement plan? [ ] Yes [ ] No
        If Yes, give name of plan ______
     e. Have past or will future contributions exceed 20% of salary for any tax year? [ ] Yes [ ] No

C **Annuity Applied For** (complete all information in the applicable section)

- For a deferred contract, retirement (annuity) payments will be scheduled to begin on the contract anniversary on or immediately preceeding the maximum retirement date permitted by the contract. You may change the retirement date as provided in the contract.
- Is this annuity intended to replace existing annuities or life insurance? [ ] Yes [X] No
  If Yes, see State Requirements Section of the Reference Manual for required papers.

[X] Flexible Deferred

1. Contract is to be purchased primarily with: (complete a. *or* b.)
   a. Single Payment of $ (additional payments permitted) b. Intended yearly Payments of $ 5718.72
2. Total amount submitted with application is $ 3636.56
3. Payment allocation (total % must equal 100%)

| | | | |
|---|---|---|---|
| Fixed Account | 100 % | Special Income Fund | % |
| Managed Fund | % | Moneyshare Fund | % |
| Capital Resource Fund | % | | % Total = 100% |

Other allocation instructions:

[ ] Fixed Deferred Bailout? [ ] Yes [ ] No

1. Single Payment: $ 2. Initial Guarantee Period: [ ] 1-yr [ ] 3-yr

[ ] Real Estate Deferred

1. Initial Purchase Payment: $

[ ] Fixed Immediate

1. Single Payment: $
2. Payout option: [ ] Individual annuitant [ ] Joint and full to survivor
   [ ] Joint and ⅔ to survivor [ ] Joint and ½ to survivor
3. Payout mode: [ ] Nonrefund
   [ ] Life Income with period certain 5, 10, 15, 20 years. ________ circle one
   [ ] Installment Refund (*not available with Joint and ⅔ or ½ option*)
   [ ] Term Certain only ________ years. (*10 to 30 years*)
4. Payout checks to be received on ________ day of the month [ ] monthly [ ] quarterly [ ] annually
5. Withholding to apply? [ ] Yes [ ] No. If yes, indicate $ ________ or number of allowances ________
6. Direct Deposit? Check here [ ] and submit completed Form 33581 (signed by Bank official)

[ ] Other

D **Future Payments** (*Flexible Annuity only*)

1 Frequency of payment
[X] Monthly [ ] Quarterly [ ] Semi-annual [ ] Annual
[ ] Other — Specify months [ ] Jan [ ] Feb [ ] March [ ] April [ ] May [ ] June
[ ] July [ ] Aug [ ] Sept [ ] Oct [ ] Nov [ ] Dec

2 Payments to start (*or first notice to be received*) Mo. Day
If omitted, the Home Office will establish a starting date.

3 Method of payment:
[ ] Add to existing bank authorization with IDS account no.
[ ] New bank authorization (*submit form 1748*)
[ ] Add to existing PDS/employer billing no. (*contact the employer*)
[ ] New PDS/employer billing (*submit form 3188 and contact the employer*)
[X] Individual direct billing
[ ] Other allowed method

## Agreement and Signatures

1 **Agreement.** By signing this application and checking each statement that pertains to your annuity, you understand and acknowledge the following:

a All Annuities

☑ **Cancellation.** You may return the contract within 10 days of receipt and receive the *lesser* of the current value plus a refund of any fees charged by the company or refund of all premiums paid.

☑ **Changes.** Only the Company has authority to accept any representation or information not contained in this application or to modify any annuity contract or waive any requirement in the application.

☑ **Earnings.** The method for crediting fixed and/or variable earnings for your particular contract has been explained to you.

☑ **Release of information.** It is our policy and practice to respect each individual's right to privacy. Releasing limited client information occurs when there is a service we do not provide and believe could meet your specific financial needs. If you object to such release, please indicate this on the application or by writing to us.

b IRA applications

☑ **Disclosure.** You have received a copy of *Your Guide to IRAs* and understand the terms contained in it.

☑ **Responsibility.** You assume all responsibility for any tax consequences and penalties that may result from making contributions to, transactions with, and distributions from this IRA.

c Immediate Annuity

☑ **Access to contract value.** The contract value of an immediate annuity may not be surrendered or loaned. Also, there is no death benefit under the non-refund payout mode.

d Real Estate Variable Annuity

✓ **Risk and Access to contract value.** The contract involves a significant degree of risk, particularly due to the illiquidity of the assets of the variable account. The ability to withdraw the contract value is subject to certain restrictions and under certain circumstances may be suspended. The risks and restrictions are explained in detail in the contract and prospectus.

e Deferred Annuity (*Please read all four headings, because* ***several*** *categories may apply to your type of contract*)

1 **Flexible, Fixed and Real Estate Deferred Annuity**

☑ **Purpose.** You understand that the basic purpose of an annuity is to provide lifetime income at retirement and it should be purchased for this purpose. Surrender of a contract may result in a loss to you because of the fees and charges mentioned below.

☑ **Surrender.** The contract value may be surrendered in full or in part before annuity payments begin, but not after.

☑ **Fees and charges.** The fees and charges (including possible surrender charges and state or federal taxes) and the bail-out provision, if applicable, have been explained to you. They are explained in detail in the contract.

2 **Flexible and Real Estate Annuity**

☑ **Adequate Information.** You have received the current prospectuses for the annuity applied for and any funds involved.

☑ **Variable values.** Earnings, values and monthly income benefits based on the performance of a Variable Fund or Variable Account are not guaranteed and may both increase and decrease.

Date Filmed 7-27-88 | Film No. 5 | Group No. 1 | Batch 043

3 **Flexible Annuity**

☑ **Transfers.** A flexible annuity may allow for transfers of value between the fixed account and the Variable Funds prior to retirement.

☑ **Termination.** The Company reserves the right to terminate a flexible payment contract for full value, if in any 24-month period, no purchase payments have been received and the amount paid in is less than the minimum annual purchase payment.

4 **Fixed Deferred Annuity**

☑ **Premium payments.** You cannot make additional premium payments to the single premium Fixed Deferred Annuity.

f Consolidated Statement

IDS periodically sends out informational statements, for each of its accounts, which are consolidated into one statement covering all accounts owned by members of the same household. If you **don't** want this account reported that way, check here ☐.

g Backup Withholding

☐ Check here if you are *not* subject to backup withholding under the provisions of Section 3406(a)(1)(c) of the Internal Revenue Code.

☐ Check here if you are a tax-exempt payee.

h Declaration

You declare that each of the statements and answers given in this application is true and complete to the best of your knowledge and belief and will be the basis of any annuity issued from this application.

i Certification

You certify, under the penalties of perjury as required by form W-9 of the Internal Revenue Service, that the names, addresses, social security (taxpayer ID) numbers, and backup withholding information provided in this application are true, correct and complete.

2 Signatures

**Signatures of all Annuitants** x Paul D. Russell

**Owner's signature** x ____

**Other applicant's signature** (*if required*) x ____

**Signed at** (*city*) Rochester (*state*) Mn. , on (*date*) 7/18/88

## Representative's Report

1 **Declaration and signature.** You certify that you personally solicited this application and witnessed its signing. The application and this report are complete and accurate to the best of your knowledge and belief.

Are you related to the annuitant/owner? Please state ____

This application ☐ does ☒ does not involve replacement of existing insurance or annuities.

Representative's signature Terry D. Nelson No. 58869-9 D.O. 095

Representative's name (*print*) Terry D. Nelson Phone (507) 288-1345

☐ Junior

Name ____ No. ____

2 **Send contract to:** ☐ Representative ☒ Owner

2 Immediate non-refund annuity report. Give any required explanation here or in a separate letter attached to this application.

To the best of your knowledge:

a Are the annuitants in good physical condition?

☐ Yes ☐ No If No, explain

b Is any annuitant now under a doctor's care?

☐ Yes ☐ No If Yes, explain. Be sure to give physician's name and address.

c Do the annuitants fully understand this contract?

☐ Yes ☐ No If No, explain

d Give names and addresses of close relatives and identify those with whom the annuitant has discussed the purchase of this annuity.

e Attach a signed statement by the annuitant, indicating his or her understanding that the contract does not provide for a death benefit, loan or surrender.

Date Filmed 9-27-88 | Film No. | Group No. | Roll

**For Home Office Use**

Amount submitted $ 3636.56

IOM amount $

IOM date / /

Purchase date 7.20.88

50

Accepted by [signature]

send payment book to Collett to pay premiums

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

# Beneficiary Designation

Annuitant's Name Paul D. Russell Birth Date 9/27/31

The undersigned hereby states that the named beneficiary for the new annuity contract to be issued from the application bearing the same date and serial number as this form is to be as follows:

(Check applicable box)

☑ A Beneficiary is: Annuitant's designated spouse, if living, otherwise the beneficiaries are the lawful children of the annuitant then living and they will receive equal shares of the proceeds.

☐ B Beneficiary is: Annuitant's designated spouse, if living, otherwise the beneficiaries are the lawful children of the annuitant and they will receive equal shares of the proceeds. If a child of the annuitant has died before the annuitant, that child's share of the proceeds will be paid to his or her living lawful children in equal shares.

☐ C Beneficiaries are: The living lawful children of the annuitant and they will receive equal shares of the proceeds.

☐ D **For Custodial (Keogh) Plans Only:**
IDS Bank & Trust, Custodian of the ______________________ plan.
(Plan Name)

☐ E **For Trusteed Pension/Profit Sharing/401 (K) Plan Only:**
______________________, trustee(s) of the
(Name of Trustee(s))
______________________ plan.

☐ F **For Section 457 Deferred Compensation Plans Only:**
______________________ as Owner.
(Name of Plan)

☐ G Other: ______________________

**If A, B or C checked above**

Spouse's Name Tyua Diane Russell

Children's Names Todd Russell

Tammara Russell

## Signatures Required

Executed this 18 day of July, 19 88

Owner's Signature X Paul D. Russell Witness Lyz D. Nelson

(If a custodial plan the Employer/Plan Administrator must sign as owner)

Home Office Copy

33990  C (4/88)

Date Filmed 7-27-88 | Film No. 5 | Group No. 1 | Batch 123

## Sample Beneficiary Designations

**Estate of Annuitant**
Annuitant's Estate.

One First Beneficiary
Jane Doe, Wife.

Two First Beneficiaries
Joe Doe, Father, and Jane Doe, Mother, equally, or the survivor.

Three First Beneficiaries
John Doe, Father, Jane Doe, Mother, and Richard Doe, Son, equally, the survivors equally, or the survivor.

Two First Beneficiaries in Unequal Shares
John Doe, Father, as to three-fourths (¾), and Jane Doe, Mother, as to one-fourth (¼), or the survivor.

Three First Beneficiaries in Unequal Shares
Mary Doe, Wife, if living; if not, Jane Doe, Sister, and Robert Doe, Brother, equally, or the survivor, as to four-sixths (4/6).

Jane Doe, Sister, if living; if not, Mary Doe, Wife, if living; if not, Robert Doe, Brother, as to one-sixth (1/6).

Robert Doe, Brother, if living; if not, Mary Doe, Wife, if living; if not, Jane Doe, Sister, as to one-sixth (1/6).

One First Beneficiary and one Second Beneficiary
Jane Doe, Wife, if living; if not, Richard Doe, Son.

One First Beneficiary and two Second Beneficiaries
Jane Doe, Wife, if living; if not, Richard Doe, Son, and Mary Doe, Daughter, equally, or the survivor.

Two First Beneficiaries and one Second Beneficiary
John Doe, Father, and Anna Doe, Mother, equally, or the survivor, if either survives; if not, Jane Doe, Wife.

**Unnamed Children of the marriage, including adopted children**
The Children born to or legally adopted by the Annuitant and his Wife, Mary Doe, equally, the survivors equally, or the survivor.

**"Common Disaster" provision**
Mary Doe, Wife, if living at midnight on the fifteenth (15th) day after the death of the Annuitant; if not, in equal shares to the Children born to the Annuitant and his said Wife who are living at midnight on the fifteenth (15th) day after the death of the Annuitant.

Irrevocable Beneficiary
Mary Doe, Wife, as Irrevocable Beneficiary while living.

Two Irrevocable Beneficiaries
Henry Doe, Father, and Sarah Doe, Mother, equally, or the survivor, as Irrevocable Beneficiaries while living.

Corporation
The A.B.C. Manufacturing Company of Minneapolis, Minnesota, a Minnesota corporation, its successors or assigns.

**Testamentary Trustee**
The Testamentary Trustee(s) named in the Last Will and Testament of the Annuitant; provided, however, that if no such trustee(s) shall make claim for the proceeds, accompanied by due proof of such trustee's appointment, within one year after the Annuitant's death, or if, prior to the expiration of such one year period, the Company receives evidence satisfactory to it that no such trustee has or will be appointed, payment may be made to the Owner. Any payment made to the trustee(s) in good faith shall, to the extent of such payment, fully and finally discharge the Company from all liability under the Policy.

Custodian/Keogh Accounts
Any designation is acceptable, but because of the Custodian ownership, the designation must conclude with the Annuitant's Estate as the beneficiary.

**Partnership where entity is doing business under a trade name**
Profit Company, a partnership comprised of John Doe and Henry Smith, its successors or assigns. Payment to the partnership in its partnership name shall discharge the Company from any liability under the policy.

Partnership
Doe and Smith, a partnership comprised of John Doe and Henry Smith, its successors or assigns. Payment to the partnership in its partnership name shall discharge the Company from all liability under the Policy.

Individual Trustee
Robert Jones, as Trustee, or his successor or successors in trust, under agreement dated ________ 19__ and supplements or amendments thereto, if said agreement shall then be in force; if not, the payment may be made to the Owner.

It is understood and agreed that the Company shall not be responsible for the application or disposition of the proceeds by the Trustee, and that payment of the proceeds to the Trustee shall fully and finally discharge the Company from all liability under the Policy.

**Corporate Trustee**
The First National Bank of Downsville, Arlington Branch, Downsville, Alabama, as Trustee, or its successor or successors in trust, under agreement dated ________ 19____ and supplements or amendments thereto, if said agreement shall then be in force; if not, the payment may be made to the Owner. Any payment made to the Trustee shall, to the extent of such payment, fully and finally discharge the Company from all liability under the Policy.

Unincorporated Association
Trinity Lutheran Church of Minneapolis, Minnesota, a voluntary association, its successors or assigns. Payment of the proceeds to the Treasurer of the association shall fully and finally discharge the Company from all liability under the Policy.

**Creditor Beneficiary**
**Note:** Not recommended. A collateral assignment is preferable in almost every instance.

Date Filmed 7-27-01 | Film No. 5 | Group No. 1 | Batch No. 1043

IDS An American Express company

# Annuity Client Profile

Rec'd Uni JUL 20 1988

## First Client Profile Information

9300-2051984-1

First client's name, Social Security no., address, client number and existing account number information must be completed.

X Mr. ☐ Mrs. ☐ Miss ☐ Ms First client's name (first) Paul (middle) D. (last) Russell Social Security No. 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

Home address (street, city, state, zip) (A new home address shown here will be applied to all existing accounts in this group that used a former address)

RR #1, Box 682 Pine Island, MN. 55963

IDS client no. (if known) 9300-1712, 727 Existing IDS client account no. (if any) ☐ Corporate Employee Marketing Corp. name:

New IDS Client
Complete remainder of *Client Profile*. Profile includes *Client Profile Information, Business or Organizational Information,* and *Household Information.*

X Existing IDS Client
Has a *Client Profile* ever been submitted for this client?
X Yes Has *Client Profile* changed? ☐ Yes X No (*If yes, make changes to profile as needed.*)
☐ No Complete remainder of *Client Profile*

Any other name used on IDS accounts (maiden, nickname, etc.) Birth date / / Sex ☐ M ☐ F Citizenship ☐ U.S. ☐ Other

Home phone no. ( ) Work phone no. ( ) Mailing address (*if different from above*)

Occupation Self-employed? ☐ Yes ☐ No Cl. Occ. Gross annual income $ Currently retired? ☐ Yes (*give mo./yr.*) / ☐ No (*give planned retirement age*)

Current will? ☐ Yes ☐ No IRA in force? ☐ Yes (*give value*) $ ☐ No Qualified Retirement Plan? ☐ Yes ☐ No American Express Card? ☐ Yes ☐ No

Married? ☐ Yes ☐ No Spouse's name (*if not second client*) Social Security no. Birth date / /

Client no. Group no. Spouse's client no. Cert. cd.

## Second Client Profile Information (*complete for joint owners and the spouse of first client*)

Second client's name, Social Security no., address, client number and existing account number information must be completed.

☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. Second client's name (first) (middle) (last) Social Security No.

Home address (*street, city, state, zip*)

IDS client no. (*if known*) Existing IDS client account no. (*if any*) ☐ Corporate Employee Marketing Corp. name:

☐ **New IDS Client**
Complete remainder of *Client Profile*. Profile includes *Client Profile Information, Business or Organizational Information,* and *Household Information.*

☐ **Existing IDS Client**
Has a *Client Profile* ever been submitted for this client?
☐ Yes Has *Client Profile* changed? ☐ Yes ☐ No (*If yes, make changes to profile as needed.*)
☐ No Complete remainder of *Client Profile.*

Relationship to first client
☐ Spouse ☐ Other, describe relationship

Any other name used on IDS accounts (maiden, nickname, etc.) Birth date / / Sex ☐ M ☐ F Citizenship ☐ U.S. ☐ Other

Home phone no. ( ) Work phone no. ( ) Mailing address (*if different from above*)

Occupation Self-employed? ☐ Yes ☐ No Cl. Occ. Gross annual income $ Currently retired? ☐ Yes (*give mo./yr.*) / ☐ No (*give planned retirement age*)

Current will? ☐ Yes ☐ No IRA in force? ☐ Yes (*give value*) $ ☐ No Qualified Retirement Plan? ☐ Yes ☐ No American Express Card? ☐ Yes ☐ No

Married? ☐ Yes ☐ No Spouse's name (*if not second client*) Social Security no. Birth date / /

Client no. Group no. Spouse's client no. Cert. cd.

33990 99819 C (4/88)

Date Filmed 7-27-88 | Film No. 5 | Group No. 1 | Batch 1043

## Business or Organizational Information (*complete if first or second client is or owns a business*)

Business name | Business taxpayer ID no.

Business address (*street, city, state, zip*)

Business phone no. ( ) | Date business began / / | Business fiscal year-end (*month, day*) / | No. of employees

Nature of business | Cl. | Inst. | Form of business (*check all that apply*)
☐ Corporation (*01*) ☐ Sole proprietorship (*03*) ☐ Tax exempt ☐ Financial institution
☐ Partnership (*02*) ☐ Political subdivision (*04*) ☐ Subchapter S corp. ☐ Professional assoc.

Client no. | Group no. | Cert. cd.

Date | Film No. | Group No. | Batch

## Household Information (*first client only*)

**Circumstances leading to purchase of this product** (*check all that apply*)

☐ Client inquiry (*01*)
☐ Client servicing (*02*)
☐ Client referrals (*03*) (*friends/relatives*)
☐ Direct response to rep. mailing (*04*)
☐ Direct response to DSO marketing program (*05*)
☐ Home office leads (*06*)
☐ Seminars (*07*)
☐ Cold call/mailing follow-up (*08*)
☐ Social contact with rep. (*09*)
X IDS financial plan (*10*)
☐ National advertising leads (*11*)
☐ Other ____

### Financial Information

NASD and IDS Financial Services Inc. rules require the sales representative to review information disclosed by the client to have reasonable grounds for believing that the sale is suitable for the client.

| Assets | | Liabilities | |
|---|---|---|---|
| Cash reserves on hand | $ ,000 | Short-term (*under 5 years*) | $ ,000 |
| Fixed assets (*incl. bonds*) | $ ,000 | Mortgages on principal residence | |
| Equity assets | $ ,000 | 1st mortgage | $ ,000 |
| Principal residence | $ ,000 | 2nd mortgage | $ ,000 |
| Other real estate | $ ,000 | Business-related debts | $ ,000 |
| Business-related assets | $ ,000 | Other mortgages and long-term debts | $ ,000 |
| Other assets | $ ,000 | | |
| **Total Assets** | $ ,000 | **Total Liabilities** | $ ,000 |

**Net Worth** $ ,000

Gross annual household income $ ,000 | Amount of life insurance on household $ ,000 | Net cash value of life insurance on household $ ,000

Current stockbroker? ☐ Yes ☐ No | Current life insurance agent? ☐ Yes ☐ No | Year client moved to current address 19__

| Names of minor children | Birth dates | Names of minor children | Birth dates |
|---|---|---|---|
| 1 | / / | 3 | / / |
| 2 | / / | 4 | / / |

Group no.

**Receipt**

Receipt Number 3198628

| Client's Name (Please Print) | Social Security (TIN) Number | Client's Daytime Phone No. |
|---|---|---|
| Paul L. Russell | 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 | ( ) |

| Financial Planner | Planner Number | CK | D.O. Number | Date |
|---|---|---|---|---|
| Terry D. Nelson | 58869 | 9 | 095 | 7/18/88 |

☒ Check $ 476.56
☐ Cash $
☒ Total $ 476.56

Four Hundred Seventy Six & 56/100 Dollars

| Product Name | Account Number | Check Digit | Tran Code | Payment Amount | Comments |
|---|---|---|---|---|---|
| Flexible | Annuity | | | 476.56 | Thank you (Check for 3160 is attached That was reciepted prior) |
| | | | | | |
| | | | | | |
| | | | Total ▶ | 476.56 | |

Transaction Codes
605 - Back Date Payment (Attach Explanation)
611 - Regular Certificate Payment
621 - IDS Life Premium
521 - IDSL Loan Payment (Principal or Interest)
683 - IDSC Loan Payment (Principal or Interest)
803 - Fund Purchase

Home Office - White copy
Client - Yellow copy
D.O. - Blue copy
Planner - Pink copy

Rec'd in D.O. (Date & Initial)

Payment Control Document
**Quality First**

3112 (6/87)

0214 8 3 1 2 0

88 JUL 20

01363451 4⑈ 07201988 001 0000036356

# CONTRACT DATA

| | | | |
|---|---|---|---|
| Annuitant: | Paul D Russell | Contract Date: | July 20, 1988 |
| Contract Number: | 9300-02057984 | Retirement Date: | July 20, 2016 |
| Contract Owner: | Paul D Russell | | |

Upon issuance of this contract the annual purchase payment has been scheduled to be paid and applied to the fixed and variable accounts as shown below. You may change the amount, frequency and allocations as provided in this contract. Refer to the purchase payments provisions on Page 7.

Lump Sum Single Purchase Payment Only: None
Scheduled Purchase Payment:
Annual Amount: $5,718.72
Payable: Per annuity application

| Variable Accounts | Mutual Fund | Purchase Payment Allocation Percentage |
|---|---|---|
| F | IDS Life Capital Resource Fund | 0.000% |
| G | IDS Life Special Income Fund | 0.000% |
| H | IDS Life Moneyshare Fund | 0.000% |
| N | IDS Life Managed Fund | 0.000% |
| Fixed Account | | 100.000% |

Surrender Charge: If you surrender all or a portion of this contract surrender charges may apply. See Page 10.

Contract Administrative Charge: See Page 8.

Maximum Purchase Payments Permitted:

1st contract year: $250,000

Each contract year thereafter: $ 50,000

CONTRACT DATA - (continued)

Annuitant: Paul D Russell Contract Number: 9300-02057984

Fixed Account

Table of Guaranteed Minimum Contract and Surrender Values

Guaranteed Interest Rate: 4% Per Year Compounded Annually

The following table shows the guaranteed minimum fixed account contract and surrender values based on these assumptions: (1) $100 purchase payments are received and allocated 100% to the fixed account at the beginning of each month; (2) There have been no surrenders; (3) There are no premium tax charges. If purchase payments are otherwise paid or allocated or if there are surrenders, or premium tax charges, the values below will be adjusted in accordance with the provisions of this contract.

| End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value | End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value |
|---|---|---|---|---|---|
| 1 | $ 1,201.64 | $ 1,117.64 | 11 | $ 16,205.74 | $ 15,701.74 |
| 2 | 2,451.35 | 2,283.35 | 12 | 18,055.61 | 17,551.61 |
| 3 | 3,751.04 | 3,499.04 | 13 | 19,979.47 | 19,475.47 |
| 4 | 5,102.72 | 4,766.72 | 14 | 21,980.29 | 21,476.29 |
| 5 | 6,508.47 | 6,088.47 | 15 | 24,061.14 | 23,557.14 |
| 6 | 7,970.45 | 7,466.45 | 16 | 26,225.23 | 25,721.23 |
| 7 | 9,490.91 | 8,986.91 | 17 | 28,475.88 | 27,971.88 |
| 8 | 11,072.18 | 10,568.18 | 18 | 30,816.55 | 30,312.55 |
| 9 | 12,716.71 | 12,212.71 | 19 | 33,250.86 | 32,746.86 |
| 10 | 14,427.02 | 13,923.02 | 20 | 35,782.53 | 35,278.53 |

Variable account contract and surrender values are not guaranteed. Information concerning contract and surrender values will be provided to you at any time upon written request.

As of the date this contract was issued, any amounts allocated to the fixed account will earn interest, for the first year, at the rate of 8.00% compounded annually. If a new rate is declared, it will apply to amounts paid or allocated to the fixed account after the new rate is effective.

**Funds Customer Service**
**Phone Call**

Check on life

Taken By: Renee

Caller: Rep

Date: 8-12-88

Phone Number:

Time:

Account Name/Number: 9300 2057984

Re: address should read:

RR1 BOX 1082
Pine Island, MN 559163

the address that is showing on on CDC is the billing address.

# Hold in File

| Bldg./Flr | Unit | Route to | Date | Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

276 A (9/86)

Date | Film No. | Group No. | Batch

Russell

```
KT16  E13951  BM11              CASE MAINTENANCE                  13:  37   10/26/89
NEXT SCREEN:           ID NUM:                                   TYPE  A  FLOW:
CASE NUM: 892931 039955 01 CL ACCT: 00   0930 0205 7784 1 004 1
- - - - - - - - - - - - - - - - D O C U M E N T - - - - - - - - - - - - - - -
REQ MEDIA        ORIGINATOR: C
DOCUMENT TXT:
- - - - - - - - - - - - - - - - - - C A S E - - - - - - - - - - - - - - - - -
CASE TYPE:   4307   PROB IND: N  PROB CODE:                           REASSIGN TO
CASE TEXT:   SEND CLIENT LETTER STATING THE LAST PAYMENT THAT W       UNIT:
             ENT INTO THE ACCT WAS 9/21/89.                           EMPL:
DATE SET UP: 10 20 1989      DATE AT STD: 10 27 1989
CLO RSN:       CLO TXT:                                               NEW CASE:
TXT XFR:    UNIT:        EMPL:        TO:                                  TYP
- - - - - - - - - - - - - - - - - A C T I O N S - - - - - - - - - - - - - - - -
SEQ ACTN  UNIT EMPL ID  FOLLOW UP CLOSE ACTION TEXT
  10 CASR 33022 E13351
     CASE RECEIVED                     DATE SET UP: 10 20 1989
  20 PROC 00822 E13351
     PROCESSED                         DATE SET UP: 10 20 1989
A = ADD AN ACTION, R = REFER, C = CLOSE, U = UPDATE
NO MORE DATA AVAILABLE
```

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

IDS
An American Express company

October 26, 1989

Paul D Russell
RR 1 Box 682
Pine Island MN 55963

9300-2057984-1

Dear Mr. Russell:

I am writing to confirm receipt of the last payment into the above annuity contract. The amount of the payment was $476.56 which was received August 21, 1989.

If you have any questions or further service needs, please contact Terry Nelson, your IDS personal financial planner, at (507) 288-1345. Or you may contact your service office at 925 North Broadway, Rochester, MN 55901, (507) 289-0737.

Sincerely,

Denise Osberg
Annuity Service Representative
612-372-2844
Policyowner Service

095 058869 0822 0093

MN

**Funds Customer Service**
**Phone Call**

Taken By: Tom

Caller: Terry Nelson (Rep)

Date: 11/22

Phone Number: 507-288-1345

Time:

Account Name/Number: ☆ 9300-2057984-1 (Russell)

Re:

$480/Month

☆ Louis and Fay ~~[illegible]~~ Ricter
RR1 Box 614
Pine Island MN 55963

Change Special Billing on this Account.

# Hold in File

| Bldg./Flr | Unit | Route to | Date | Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

276 A (9/86)

Date | Film No. | Group No. | Batch

Date | Film No. | Group No. | Batch 755

Russell

```
KT16  F13351  BM51            CASE MAINTENANCE                    9:47:16   01/08/90
NEXT SCREEN:          ID NUM:                                      TYPE: A  FLOW:
CASE NUM: 900000 047901 01 CL\ACT: 0800 0930 0205 7984 1 004 IDSL
- - - - - - - - - - - - - - - - - - D O C U M E N T - - - - - - - - - - - - - - - -
REQ MEDIA...: P       ORIGINATOR: C
DOCUMENT TXT:
- - - - - - - - - - - - - - - - - - C A S E - - - - - - - - - - - - - - - - - - - -
CASE TYPE...: 4305    PROB IND: N  PROB CODE:                         REASSIGN TO
CASE TEXT...: CHANGE BILLING AMOUNT TO $480 MONTHLY.                  UNIT:
                                                                      EMPL:
DATE SET UP.: 01 08 1990      DATE AT STU: 01 15 1990
CLO RSN:      CLO TXT:                                               NEW CASE:
TXT XFR:   UNIT:      EMP:          ID:                                     TYP:
- - - - - - - - - - - - - - - - A C T I O N S - - - - - - - - - - - - - - - - - - -
 SEQ ACTN  UNIT EMPL ID  FOLLOW UP CLOSE ACTION TEXT
  10 CASR 00822 E13351
     CASE RECEIVED              DATE SET UP: 01 08 1990
  20 APPV 00822 E13351
     APPROVAL                   DATE SET UP: 01 08 1990
  30 CH3P 00822 E13351
     CHANGE PROCESSED           DATE SET UP: 01 08 1990
A = ADD AN ACTION, R = REFER, C = CLOSE, U = UPDATE
NO MORE DATA AVAILABLE
```