**Funds Customer Service**
**Phone Call**

Taken By: MB

Caller: Paul Russell

Date: 4-16

Phone Number:

Time:

Account Name/Number: 9300 2057984-1 Russell

Re:

Change billing address to be:

Louis and Fay Ricter
RR 1 Box 614
Pine Island MN
55963

# Hold in File

MN ~~901070 830326~~

| Bldg./Flr | Unit | Route to | Date | Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

276 A (9-8)

**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440

IDS
An American Express company

June 8, 1990

Mr. Paul D. Russell
Route 1, Box 682
Pine Island, MN 55963

9300-2057984-1

Dear Mr. Russell:

As you requested, here is a history of the payments received for your Flexible Annuity in 1990.

The April 2, 1990 payment was returned unpaid by the bank. A copy of the returned check is also enclosed.

The payment reminders for your contract are currently being sent to Louis & Fay Ricter each month. If this should be changed, or if you need any additional assistance, please let me know.

Sincerely,

Jane Mayer
Unit 822 -- (612) 372-2360
Policyowner Service
IDS Life Insurance Company

xrr

9300-2057984 - 1
Paul D. Russell - Flexible Annuity

| | | |
|---|---|---|
| 1/15/90 | Payment | $ 480.00 |
| 2/01/90 | Payment | 480.00 |
| 3/01/90 | Payment | 480.00 |
| 4/02/90 | Payment | 480.00 |
| 4/02/90 | Dishonor | 480.00 - |
| 5/01/90 | Payment | 480.00 |
| 6/01/90 | Payment | 480.00 |

Contract Value 6/07/90 $14,019.36

xrr

LOUIS J. OR FAYE L. RICTER
LIC. R-236-244-466-507
PH. 775-2606
508 - 4TH ST., NW., BOX 542
BYRON, MN 55920

APR 09 1990 1491 5150

3-29 19 90 75-676/919

PAY TO THE ORDER OF: [illegible] RETURNED NOT PAID $ 480.00

Four hundred eighty & 00/100 DOLLARS

State Bank of Byron

Presented Twice

MEMO 9300-2057984-711 Faye Ricter

⑆091906760⑆ ⑈330250857⑈ 5150 ⑈0000048000⑈

Russell
2057984

ENDORSEMENT CANCELLED

APR 03 1990

STATE BANK OF BYRON, BYRON, MN
091000019
1789026

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
ENDORSE HERE

MN

**Funds Customer Service**
**Phone Call**

Taken By: Tom

Caller: Paul Russell

Date: 6/15

Phone Number: 507-367-4757

Time:

Account Name/Number: 9300-2057?84-1 (Russell)

Re:

4/2/90 $480.00 dishonored. Client has sent in new check. Please watch for it and make sure it gets applied as of 4/2/90 by Customer Pymts, rather than 6/18, 6/17, whatever.

6/1/90 ACC 14,001.50

is this the contract value? Client wants to know for sure that that is what "ACC" stands for on his pymt confirmations. Please call him back with this.

6-18 480

(91306)

Bo

# Hold in File

| Bldg./Flr | Unit | Route to | Date | Initial |
|---|---|---|---|---|
| | — | Talked to client 6/21/90. — | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

270 A (9/80)

MN

**Funds Customer Service**
**Phone Call**

Taken By: Tom

Caller: Paul Russell (Client)

Date: 7/3

Phone Number:

Time:

Account Name/Number: 9300-2057984-1 (Russell)

Re:

Send Client copy of Confirmation for the 4/2/90 backdated pymt (applied on 6/20/90).

Important! This was a big problem case w/ Jane before - send actual copy, not a letter.

Do

# Hold in File

| Bldg./Flr | Unit | Route to | Date | Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

276 A (9/86)

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

IDS
An American Express company

July 10, 1990

Paul D Russell
RR 1 Box 682
Pine Island MN 55963

9300-2057984-1

Dear Mr. Russell:

As you requested, enclosed is a copy of the confirmation which generated for the April 2, 1990 payment of $480.

If you have any questions or further service needs, please contact Terry Nelson, your IDS personal financial planner, at (507) 281-2012. Or you may contact your service office at 925 North Broadway, Rochester, MN 55901, (507) 289-0737.

Sincerely,

Denise Osberg
Policyowner Service Representative
612-372-2844
Policyowner Service

encl

095 058869 0822 0093

# Reminder Notice

If your address has changed, please check here ☐ and complete information on back of this notice

Please Return this half with your check made payable to IDS. Also write your account number on your check — it is your receipt

Planner D.O. 095 961

Russell

LOUIS & FAY RICTER
RR 1 BOX 614
PINE ISLAND MN 55963

| Account Number | Code | Amount |
|---|---|---|
| 9800-2057984 111 | | 480.00 |

Please Mail receipt to Paul Russell & mark for October payment

By this date pay this amount ▶ 480.00

55963

9800205798411100480001

UNIT 370
JAN 08 1991

LOUIS J. OR FAYE L. RICTER
LIC. R-236-244-488-597
R.R. 1, BOX 614 PH. 356-8422
PINE ISLAND, MN 55963

5334

12-31 19 90

75-676/919

PAY TO THE ORDER OF I. D. S.

$ 480.00

Four hundred eighty + no/100 DOLLARS

First Security Bank
Phone: (507) 775-2316
P.O. Box 128
Byron, MN 55920

MEMO 9800-205-7984 111

Faye Ricter

⑆091906760⑆ ⑈3302508576⑈ 5334

— Immediate confirmation sent —

000 02180

IDS
An American Express company

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

# Annuity Service Request

| Contract Number | Annuitant | Owner (If Other Than Annuitant) |
|---|---|---|
| 9300205 7984 1004 | Paul D. Russell | — |

| Date | Address for Check/Confirmation to be Sent |
|---|---|
| 9/3/92 | 925 8th Ave NE, Jamestown, ND 58401 |

## Surrender

We will withhold a portion of any earnings included in a surrender for payment of Federal taxes unless you instruct us not to do so:

☐ I hereby request that you **do not withhold for Federal taxes.**
☐ I hereby request that you **do withhold** for Federal taxes.
☐ I hereby request a **total surrender** of the above annuity contract.
☐ I hereby request a **partial surrender** from the above annuity contract in the amount of $ ________.
Unless otherwise indicated below, the value of the surrender will be deducted from the variable accumulation value and the fixed dollar accumulation value in the same proportion that each such value bears to the total accumulation value on the date of surrender.

Please include specific instructions for your surrender here.

______________________________

______________________________

## Withdrawal — See Service Charge Explanation on the Reverse Side

We will withhold a portion of any earnings included in a withdrawal for payment of federal taxes unless you instruct us not to do so:

☐ I hereby request that you **do not withhold** for Federal taxes.
☐ I hereby request that you **do withhold** for Federal taxes.
☐ I hereby request a maximum **partial/temporary withdrawal** from the above annuity contract using all available accumulated value.
☐ I hereby request a **Partial/Temporary Withdrawal** from the above annuity contract in the amount of $ ________.
Unless otherwise indicated below, the value of the withdrawal will be deducted from the variable accumulation value and the fixed dollar accumulation value in the same proportion that each such value bears to the total accumulation value on the date of withdrawal.

Please include specific instructions for your withdrawal here.

______________________________

______________________________

## Change in Payment Allocation

Current Series A and B:

I hereby request that future payments be allocated as follows:

________ % Variable
________ % Fixed

Flexible Annuity or Combination Retirement Annuity:

I hereby request that future payments be allocated as follows:

50 % Capital Resource
________ % Special Income
________ % Moneyshare
________ % Fixed
50 % Managed Fund

Note: Allocation percentages must total 100%.

## Transfer of Accumulation Value

Current Series A and B:

I hereby request that $ ________ , ________ units, or ________ % of the accumulated value be transferred from ________ to ________ .

**Flexible Annuity/Variable Retirement Annuity/Combination Retirement Annuity — List Dollar Amount, Percentage, or Units. Total Must Equal Amount Requested.**

| Transfer ____ from Capital Resource to: | Transfer ____ from Special Income to: | Transfer ____ from Moneyshare to: | Transfer ____ from Managed Fund to: | Transfer ____ from Fixed to: |
|---|---|---|---|---|
| ____ Managed Fund | ____ Managed Fund | ____ Managed Fund | ____ Capital Resource | ____ Managed Fund |
| ____ Special Income | ____ Capital Resource | ____ Capital Resource | ____ Special Income | ____ Capital Resource |
| ____ Moneyshare | ____ Moneyshare | ____ Special Income | ____ Moneyshare | ____ Special Income |
| ____ Fixed* | ____ Fixed* | ____ Fixed* | ____ Fixed* | ____ Moneyshare |
| ____ Total | ____ Total | ____ Total | ____ Total | ____ Total |

*The Fixed Option is not available on the Variable Retirement Annuity contracts.

Paul Russell
(Owner)

**This request must be signed by the contract owner(s).**
**Please review the reverse side for information and instructions on the above transactions.**

33442 F (7/87)

IDS An American Express company

**IDS Life Insurance Company**
Box 499
Minneapolis, Minnesota 55440

# Annuity Special Service Request
(Complete only side A or side B)

**Request for Automated Dollar-Cost Averaging (DCA)**

1992 FEB 11 AM 12:50

**Side A**
*Please Print or Type*

**Section 1 - Account Identification (complete this section exactly as it appears on our records)**

Contract Number 930 0205 7984 1 004 Taxpayer ID 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
Contract Owner Paul D. Russell Telephone Number (701) 251-1338

**Section 2 - Dollar-Cost Averaging Options (minimum $50)**

Check One ☒ Establish Plan ☐ Replace Plan ☐ Discontinue Plan (skip to Section 3)

**For Flexible Annuity/Combination Retirement Annuity/Variable Retirement Annuity**
Transfer Money (**$50 minimum**) from each of the accounts as shown below. Amounts requested to be transferred from the fixed account are restricted. The maximum Fixed Account transfer amount = current fixed value ÷ 24.

| Transfer $800/mo from | Transfer ____ from | Transfer ____ from | Transfer ____ from | Transfer ____ from |
|---|---|---|---|---|
| **Fixed to:** | **Moneyshare to:** | **Capital Resource to:** | **Special Income to:** | **Managed Fund to:** |
| 400 Managed Fund | ____ Managed Fund | ____ Managed Fund | ____ Managed Fund | ____ Capital Resource |
| 400 Capital Resource | ____ Capital Resource | ____ Special Income | ____ Capital Resource | ____ Special Income |
| ____ Special Income | ____ Special Income | ____ Moneyshare | ____ Moneyshare | ____ Moneyshare |
| ____ Moneyshare | ____ Fixed* | ____ Fixed* | ____ Fixed* | ____ Fixed* |
| ____ Total | ____ Total | ____ Total | ____ Total | ____ Total |

total D.C.A. = ~~$4,800~~ 9600

*The Fixed Account is not available on the Variable Retirement Annuity contracts.

**For Fund A or Fund B combination annuities**
Transfer $ ____ ($50 minimum) from the ____ account to the ____ account.

How Often? ☒ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually (If frequency is not noted, transfers will be set up to take place on a monthly basis.)

When? Begin Transfers on 3/1/92 and End Transfers on 3/1/93.
If no end date is specified, DCA will continue until you later stop DCA or the account value becomes too low to allow a transfer of the requested amount.

**Section 3 - Authorization and Acknowledgements**

**I understand the following with respect to my request:**

☑ If an automated transfer, as scheduled, falls on a date that is not a normal business day, the transfer will be made on the last normal business day preceding such date.

☑ Automated transfers and any random transfers are subject to the provisions of my contract, the current prospectus and such other rules as IDS Life shall establish.

☑ No written confirmation of the initial set-up of this request will be sent out, but transactions will appear on the quarterly consolidated statement. I agree to notify IDS Life within 90 days if the requested transaction does not appear.

Contract Owner Signature [signature] Date 2-7-92

Planner's Name Amy Suedt Planner No. 84816

Planner's Telephone No. (701) 252-1271 D.O. No. 132

**Send to the Attention of:**
**Annuity Service, Unit 828 (for existing accounts)**
**Annuity New Business, Unit 232 or 809 (with new application)**

30318 C (7/91)

00000485

IDS
An American Express company
AMERICAN EXPRESS

**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440

May 13, 1992

Paul D Russell
925 8th Ave NE
Jamestown ND 58401-3411

9300-2057984-1

Dear Mr Russell:

Enclosed is the payment history you requested. It details all payments from the initial to the most recent payment received.

If you have any questions or further service needs, please contact Amy Twedt, your IDS personal financial planner, at (701) 252-1271. Or you may contact your service office at Suite 202, Midwest Federal Bldg, 3100 13th Ave S, Fargo ND 58103, (701) 232-8886.

Sincerely,

Rebecca Gerou
Client Service Associate
612-671-1200
Policyowner Service

encl

132 084816 0822 0011

IDS
An American Express company
AMERICAN EXPRESS

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

May 27, 1992

Paul D Russell
925 8th Ave NE
Jamestown ND 58401-3411

9300-2057984-1

Dear Mr Russell:

Below is a list of all premiums paid into your account to date. Please note, any dishonored payments will not be shown, as they represent no value.

| Payment Date | Payment Amount | Payment Date | Payment Amount |
|---|---|---|---|
| 07-20-88 | $3,636.56 | 08-05-88 | $476.56 |
| 08-30-88 | $ 476.56 | 10-03-88 | $476.56 |
| 10-31-88 | $ 476.56 | 12-01-88 | $476.56 |
| 12-29-88 | $ 476.56 | 02-07-89 | $476.56 |
| 03-06-89 | $ 476.56 | 04-26-89 | $476.56 |
| 05-31-89 | $ 476.56 | 06-23-89 | $476.56 |
| 07-21-89 | $ 476.56 | 08-21-89 | $476.56 |
| 01-15-90 | $ 480.00 | 02-01-90 | $480.00 |
| 03-01-90 | $ 480.00 | 04-02-90 | $480.00 |
| 05-01-90 | $ 480.00 | 06-01-90 | $480.00 |
| 07-05-90 | $ 480.00 | 09-27-90 | $480.00 |
| 01-08-91 | $ 480.00 | 01-16-91 | $480.00 |
| 01-23-91 | $ 480.00 | 03-04-91 | $480.00 |
| 05-03-91 | $ 480.00 | 07-15-91 | $480.00 |
| 08-29-91 | $ 480.00 | 09-27-91 | $480.00 |
| 10-31-91 | $ 480.00 | 01-06-92 | $480.00 |
| 02-21-92 | $ 480.00 | 03-31-92 | $480.00 |

IDS
An American Express company

IDS Life Insurance Company
Box 499
Minneapolis, Minnesota 55440

RECEIVED
JAN 11 1993
Team 4

# Annuity Special Service Request
(Complete only side A or side B)

**Request for Automated Dollar-Cost Averaging (DCA)**

PROC-N 01 11 1993 CASE ORG-C
UNIT-828 REQMED- EMPL-E29388
CASE TYPE-4032 FICHE-N
CASE NUM-930111 041777 01

**Side A**
***Please Print or Type***

**Section 1 - Account Identification (complete this section exactly as it appears on our records)**

Contract Number: 0000 0930 0205 7984 1 004 — Taxpayer ID: 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
Contract Owner: Paul D. Russell — Telephone Number: (701) 251-1338

**Section 2 - Dollar-Cost Averaging Options (minimum $50)**

Check One: ☐ Establish Arrangement ☐ Replace Arrangement ☐ Discontinue Arrangement (skip to Section 4) ☒ Add to existing Arrangement

**For Flexible Annuity/Combination Retirement Annuity/Variable Retirement Annuity**
Transfer Money ($50 minimum) from each of the accounts as shown below. Amounts requested to be transferred from the fixed account are restricted. The maximum Fixed Account transfer amount = current fixed value ÷ 12.

| Transfer From: (dollar amounts only) | | | | Transfer To: (dollar amounts only) | | | |
|---|---|---|---|---|---|---|---|
| FA Fixed | * 400/mo | AG/JZ Aggressive | | FA Fixed | | AG/JZ Aggressive | |
| SI/G Special Income | | CR/F Capital Res. | | SI/G Special Income | | CR/F Capital Res. | A 400/mo |
| | | MS/H Moneyshare | | | | MS/H Moneyshare | |
| MF/N Managed Fund | | IE/IZ Int'l Equity | | MF/N Managed Fund | | IE/IZ Int'l Equity | |

*The Fixed Account is not available on the Variable Retirement Annuity contracts.

Note: existing transfer will end in March, 1993. Continue with this $400/mo transfer until Feb, '94.

**For Fund A or Fund B combination annuities**
Transfer $ ______ ($50 minimum) from the ______ account
to the ______ account.

**Section 3 - Frequency**

How Often? ☒ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually (If frequency is not noted, transfers will be set up to take place on a monthly basis.)

When? Begin Transfers on 3/1/93 and End Transfers on 2/1/94.
If no end date is specified, DCA will continue until you later stop DCA or the account value becomes too low to allow a transfer of the requested amount. If no start date is specified, arrangement will be effective on the date received in the home office or as soon as the contract allows change to take place.

**Section 4 - Authorization and Acknowledgements**

**I understand the following with respect to my request:**

- ☐ If an automated transfer, as scheduled, falls on a date that is not a normal business day, the transfer will be made on the last normal business day preceding such date.
- ☐ Automated transfers and any random transfers are subject to the provisions of my contract, the current prospectus and such other rules as IDS Life shall establish.
- ☐ No written confirmation of the initial set-up of this request will be sent out, but transactions will appear on the quarterly consolidated statement. I agree to notify IDS Life within 90 days if the requested transaction does not appear.
- ☐ If this request is received by the IDS home office after the requested start date, transfers will begin the following month.

Contract Owner Signature [signature] Date 1-?-93

Planner's Name Amy Twedt Planner No. 84816

Planner's Telephone No (701) 252-1271 D.O. No. 132

**Send to the Attention of:**
**Annuity Service, Unit 828 (for existing accounts)**
**Annuity New Business, Unit 247 (with new application)**

30318 D (1/92)

000 00043

IDS
An American Express company

**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440

May 25, 1993

Paul D Russell
925 8th Ave NE
Jamestown ND 58401-3411

9300-2057984-1

Dear Mr Russell:

Thank you for inquiring about the above account. Rob Elfner, team leader of Unit 861 spoke with me regarding the address situation on the above account.

I understand you received a statement that showed your previous address as: 9834 85th St NW, Pine Island MN 55963. This address was a billing address for your annuity at one time. You have a number of inactive addresses that are recorded on an address history screen on our systems. Your consolidated statement pulled this address as a previous address instead of the 5831 90th St NW in error.

The mailing address for this annuity is shown at the top of this letter. The current billing address for this annuity is: Louis & Fay Ricter, RR 1 Box 614, Pine Island MN 55963. If this is not the special billing address you would like for this account, please contact me.

I want to apologize for the error that was made in regard to the listing of your previous address. The service you have received is not typical of the high quality of service that we provide our clients. Please accept my sincere apology for any inconvenience we may have caused you.

If you have any questions or further service needs, please contact Amy Twedt, your IDS personal financial planner, at (701) 252-1271. Or you may contact your service office at Suite 202, State Bank Center, 3100 13th Ave S, Fargo ND 58103, (701) 232-8886.

Sincerely,

John L. Barten
Client Service Associate
612-671-1200
Policyowner Service

132 084816 0822 0049

# Correspondence/Notes

can be reached on Fri (5/17) at (507) 367-4757

Paul Russell (client)

KA
KS 24 ONLY HOME ADDRESS

acct: 9300-2057984

Called 10 days to 2wks ago to chg address (called Helpline) to 925 8th Ave NE
Jamestown, ND 58401

This was done correctly, but he received his consol. stmt and it listed his previous
4/1/92 start address as 9834 35th st N.W.
Pine Island, MN 55963
4/23/93 end

He says the previous address should have been
5831 90th st. N.W
Pine Island, MN 55963

Apparently, he is renting an apartment to someone + they send in #480 every month straight to IDS to be applied to his annuity. The address that was listed in error on his stmt was the address of the person sending in the $ (the rental property address). He is concerned that mail has been sent incorrectly to this address.

(name: Rieters?)

9090180634
9090221643
9300205798

9310171378

Billing: Ricter's (L102) #480
RR1 Box 614
Pine Island, MN 55963

5/17 - LEFT MESSAGE 10:15 AM
5/20 - LEFT MESSAGE 9:10
5/25 - ANSWERING MACHINE

© 1991 Priority Management Systems Inc.

# Correspondence/Notes

9300205 7984
~~address change 8-12-88~~
~~RR 1 Box 682~~
Pine Island 55963

4-16-90 RR1 Box 614
Pine Island, MN
55963

THE PRIORITY MANAGER™

© 1991 Priority Management Systems Inc.
Printed in U.S.A.

(Circle One)

# Client / Planner Telephone Transaction

Date: 7/23

Taken By: [initials] Processor: [initials] Approver:

Account #: 9300 2057984 Confirmation #: 23092386

Client Name: RUSSELL, PAUL Phone #: (701) 252-1271

Address:

Birthdate: Social Security #:

Planner Name: Planner #: 84816 DO #: 132

**DCA:**

Set up: Change: X Cancel:

Start Date: 8/1/93 End Date:

Frequency: Monthly: X Quarterly: Semi-ann: Annual:

Establish DCA as follows: ($50 minimum)

$ 800 From FA To $400 → MF

$ From To $400 → IE

$ From To

**AAPS:**

Set up: Change: Cancel:

Start Date: End Date:

Frequency: Monthly: Quarterly: Semi-ann: Annual:

Establish AAPS as follows: ($50 minimum)

Surrender: $ ____ DO NOT Withhold

Interest Only: ____ DO Withhold

*Distribute surrender to: ____ Contract Owner

____ Transfer to Cash Management Account

*If distribution is to special payee, bank, or different address, info must be on-line or request must come in writing.

SPECIAL INSTRUCTIONS:

bo/dm

(Circle One) **Client / Planner Telephone Transaction** Date: 8/23

Taken By: JAP Processor: JAP Approver:

Account #: 9300-2057984 Confirmation #: 23145928

Client Name: Paul Russell Phone #: (701) 252-1271

Address:

Birthdate: Social Security #:

Planner Name: Amy Twedt Planner #: 84814 DO #: 132

**LIFE LOANS:** → **Explain Interest to Client** ←

SPL Interest only: Specific: Maximum:

DO NOT Withhold: Do Withhold:

**SURRENDERS:** **LIFE ONLY:**

DO NOT Withhold: Partial Surr Chgs:

Do Withhold: Full Surr Chgs:

Withholding does not apply: Maximum Stop BA:

Withdrawal

TSA 12/31/88 Value: Cancel

IRA tax statement code: (circle one) PRE ROL OTH RET EXC

**TRANSFER REQUEST:** **TRANSACTION DATE:**

Confirm transaction date with owner. Transaction will be processed effective todays date if the call is received before 3:00pm or tomorrows date if call is received after 3:00pm.

Transfer 100% From CR To IE

Transfer From To

Transfer From To

Future Payment Allocation:

Future Monthly Deduction Allocation:
(all states except Texas)

**SPECIAL INSTRUCTIONS:** Fed Ex #:

bo/dm

(Circle One)

# Client / Planner Telephone Transaction

Date: 12/8

Taken By: Jeff Processor: Approver:

Account #: 9300-2057984-1 Confirmation #: 08100041

Client Name: Paul Russell Phone #: ( )

Address:

Birthdate: Social Security #:

Planner Name: Planner #: 84816 DO #:

**LIFE LOANS:** → Explain Interest to Client ←

SPL Interest only: Specific: Maximum:

DO NOT Withhold: Do Withhold:

**SURRENDERS:** **LIFE ONLY:**

DO NOT Withhold: Partial Surr Chgs:

Do Withhold: Full Surr Chgs:

Withholding does not apply: Maximum Stop BA:

Withdrawal

TSA 12/31/88 Value: Cancel

IRA tax statement code: (circle one) PRE ROL OTH RET EXC

**TRANSFER REQUEST:** **TRANSACTION DATE:**

Confirm transaction date with owner. Transaction will be processed effective todays date if the call is received before 3:00pm or tomorrows date if call is received after 3:00pm.

Transfer 100% From F+ To I.E.

Transfer From To

Transfer From To

Future Payment Allocation:

Future Monthly Deduction Allocation:
(all states except Texas)

SPECIAL INSTRUCTIONS: Fed Ex #:

bo/dm