The following list is all the forms printed for 0090-01806324
The following employee requested this printing: 210LB
from FTBLA

01. ADDRESSY
02. 9090.01806324.TRANSMIT
03. RAUX07
04. 9090.01806324.UWELCOME
05. F0055AMN
06. RAUX18
07. MSSV2FAA
08. MSVBOT
09. B0055AMN
10. 9090.01806324.CLARIFY1
11. SPVCANCL
12. RAUX35
13. SPVWITHD
14. RAUX35
15. SPVBACK
16. 9090.01806324.TRANSMIT
17. 9090.01806324.UWELCOME
18. MSSV2FAA
19. MSVBOT
20. 9090.01806324.CLARIFY1
21. 9090.01806324.TRANSMIT
22. SPVLIST
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.

| Date Filmed | Film No. | Group No. | Batch DA or FF |
| --- | --- | --- | --- |
| 3-25-87 | 4 | 9 | DA FF |

New Business

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch 047 Of 2

## INSTRUCTIONS FOR DELIVERY OF POLICY

### POLICY INFORMATION

| | | | |
|---|---|---|---|
| Current Date | March 23, 1987 | Representative | Terry D Nelson |
| Policy Number | 9090-1806324-0 | Repr. Number | 058860 |
| Policy Date | March 17, 1987 | DSO | 095 |
| Insured | Tyva Diane Russell | | |
| Owner | Paul D Russell | | |

### POLICY STATUS

POLICY IS IN FORCE.

### INSTRUCTIONS AND REMARKS

Please use the enclosed postage paid envelope to return these items:

Application TO BE SIGNED BY: Paul D Russell.

INSTEAD OF REQUIRING A SIGNED AMENDMENT, a "Home Office Endorsement" has been included in the policy. Please explain to the policyowner that acceptance of the policy constitutes ratification of the additions or corrections.

Thank you.

0210 LBSW
Region South/West

0210 LBSW
South/West

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch

# HOME OFFICE ENDORSEMENTS

Policy Number: 0090-1306324-0

The following represents clarification of the statements made on the application for insurance.

G Regular/Variable Life Insurance Applied For

b Amount $11,302.20

- NO FURTHER ACTION REQUIRED -

Date Filed 3-?-87 | Film No 4 | Group No 9 | Batch D/A

## POLICY DATA

| | | | |
|---|---|---|---|
| Insured: | Tyva Diane Russell | Issue Age: | 53 |
| Policy Date: | March 17, 1987 | Policy Number: | 9090–01806324 |
| Maturity Date: | March 17, 2020 | Initial Death Benefit: | $11,302 |
| Policy: | Single Premium Variable Life | | |

## SCHEDULE OF BENEFITS

| | |
|---|---|
| Single Premium: | $5,000.00 |
| Monthly Date: | 17 |
| Policy Issue Fee: | $150.00 |
| State Premium Tax Charge: | 2.5% of the single premium |

| Subaccounts | Investment |
|---|---|
| P | Equity Portfolio |
| Q | Income Portfolio |
| R | Money Market Portfolio |
| S | Managed Portfolio |
| T | Government Securities Portfolio |
| 1991 | 1991 Trust |
| 1995 | 1995 Trust |
| 2004 | 2004 Trust |

Each Subaccount is part of the IDS Life Variable Life Separate Account. Subaccounts P, Q, R, S, and T invest in portfolios ("the Portfolios") of the IDS Life Series Fund, Inc. Subaccounts 1991, 1995, and 2004 invest in unit investment trusts ("the Trusts") of the Shearson Lehman Brothers Stripped ("Zero Coupon") U. S. Treasury Securities Fund, Series A.

## TABLE OF SURRENDER CHARGES

| Policy Year | Surrender Charges |
|---|---|
| 1 | 8% of policy value |
| 2 | 7% of policy value |
| 3 | 6% of policy value |
| 4 | 5% of policy value |
| 5 | 4% of policy value |
| 6 | 3% of policy value |
| 7 | 2% of policy value |
| 8 | 1% of policy value |
| thereafter | 0% of policy value |

In no event will the total surrender charges exceed 9% of the premium paid under this policy.

Date Filmed | Film No. | Group No. | Batch

IDS Life Insurance Company
IDS Tower
Minneapolis, MN 55474
An American Express Company

James A. Mitchell
President

March 23, 1987

RE: 9090-1806324-0
OWNER: Paul D Russell

Dear Mr Russell:

Enclosed is your new Single Premium Variable Whole Life policy. The application is attached to your policy and any corrections will appear on a separate home office endorsement form. We feel it is important that you understand the features and terms of your policy. Please take some time to review it and the enclosures carefully.

We are pleased that you purchased a Single Premium policy from IDS Life and are confident it will fulfill an important objective in your personal financial plan. As your representative no doubt pointed out, your policy provides a valuable death benefit as well as cash value benefits.

Your single premium has been allocated among the subaccounts as you specified in your application. Policy values and death benefits may change with the investment results of the subaccounts as described in the prospectus.

If you have any questions, don't hesitate to contact Terry Nelson, your IDS personal financial planner, at (507) 289-0737. Or, you may contact the IDS Division Office located at 925 N Broadway, Rochester, MN 55901, (507) 289-0737. We value our relationship with you and look forward to helping you fulfill your financial planning needs and objectives.

Sincerely,

James A. Mitchell
President - IDS Life

0210 LBSW

| Date Filmed | Film No. | Group No. | Batch |
|---|---|---|---|
| 3-25-87 | 4 | 9 | DA2 or F.T. |

# Underwriting Data Sheet

9090-1806324-0 B (SFT)

| | | | | |
|---|---|---|---|---|
| Proposed Insured ☐ M ☐ F | Birthdate (Day-Mo-Yr) | Birth State | Territory | MIB Record ☐ Yes ☒ No |
| OIR, FIR, Nominator ☐ M ☐ F | Birthdate (Day-Mo-Yr) | Birth State | Sent | MIB Record ☐ Yes ☐ No |

Q,960 SPRL

**Ratings** %

Insured's Age Height Weight

OIR, FIR Age Height Weight

Occupation

Medical

Non-Medical

| U/W | Date | Requirements | Sent | Rec'd |
|---|---|---|---|---|
| | | Consumer Rpt./PHI | | |
| | | Medical Exam | | |
| | | H.O. Specimen | | |
| | | Get owner signature on Delivery. Policy in force as Plan. 13 3/20 | | |

☐ Requirements Continued on Form 33429

## Underwriting Action

Approved:
☐ In Force ☐ Declined
☐ Not In Force ☐ Withdrawn

| Plan | Risk Amount | Ratings |
|---|---|---|
| | | Table ____ /M |
| | | Perm ____ /M |
| | | Temp ____ /M ____ yrs. |
| | | Temp ____ /M ____ yrs. |
| ADB | | OIR FIR Table ____ |
| WP/WMD | | Perm ____ /M |
| DI Exclusion | | Temp ____ /M ____ yrs. |
| | | ADB/AD & D . ____ X |
| W/AV Excluded | | WP ____ X |
| FIR/CIR Excluded | | NOM ____ X |
| | | ☐ Nominator Death Only |

Reason Codes Base ____ OIR ____ FIR/CIR ____

Source Codes ____ ____ ____

Approval Authority

| Date | Signature |
|---|---|
| | |

| Related Applications | Existing Accounts | Amount | Underwriting Action | Date |
|---|---|---|---|---|
| Number With Same Name ____ | / | | | |
| Different Names | | | | |

**Memo To Policy Issue Unit**

Policy Date

Issue Status

Medical Date

Annual Premium

Mode Premium

N. B. Initials

**Reinsurance** ☐ BMA ☐ NARE ☐ PR Code
Date ____ ☐ CAO ☐ Col Re ☐ ____
Underwriter ____ ☐ LNL ☐ M & G IDS Action

Instructions To Reinsurer

Reins Required Company
Base $ ____
OIR $ ____

Suspense Date

33012 F (11/86)

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch 0 of 2 F.T.

## Policy Issue Data Sheet

Policy Number: 9091-1806324

Insured or Annuitant: Tyra Diane Russell

2nd Annuitant

Owner Name and Address: Paul D. Russell

A = 3-17-87

Policy Date | Rel Apps | Rec Type | Own Code | Appl Date | Appl State | Cause | Policy Status | Print Date M D | Route To

Age Yrs. Q | Sex | Birthdate | Apl | Rate Book | Last M | Med D | Commissions Man | $ | Number

N/W/2 Age Yrs Q | 2nd Sex | N/2 Birthdate | Reins | Repr Fiel State | Div

Rein Code | Wife's Birthdate | Comm Restr | Repr DSO | Received M D | Dist

Replc Code | Child's Birthdate | Comm Sched | Res DSO | In M | Issue | Sr

Issue Code | Occupation Code CL | Social Security Number | Code | Class of Risk Basic | Fir | Jr | Svc Rep | Tr

Benefits | Annual Premium | Pay To Age | Exp Yrs | Initial Risk | Face Amount | Annuity Income Pmt | Annuity Income/Ret Date | Pmt Freq | Scheduled Changes M Y Type | Forms

Annuity Survivor Income | Percent To Variable | Years Defer

Insd Avg Mo Salary/Expenses | Special Billing Date

A/SP | SA | Q | M | PA | Spcl Pre-term | Mode Prem

Submitted Premium | P-Term Start Date

Over/Short | Due Date | Adv Prem

Gen Ledger | Irreg Pmt Mos Jan-June | Mode

Group Bill No. | Irreg Pmt Mos July-Dec | How Pay

Errors:

Omissions:

## Underwriting Action

5,000.00

Underwriting Action

1 ☒ No Change
2 ☐ Changed
Approved

3 ☐ Declined

5 ☐ Withdrawn

Reasons For Underwriting Action

Std — D, $1 - 10 AXP (Dt = Std - A) | E + $11 + AXP (Dt = B +) | ADB AD & D

Reins Limits:

Reins Required | Compa.

Insd: ADB/ AD & D

Memo To Policy Issue Unit

SP = 11,302.20
Request owner signature on delivery

Benefits | Plan Change | Risk Amount | Ratings

Table
Perm /M
Temp /M Yr
Temp /M Yr
F Table
Perm /M
Temp /M Yr
ADB/ AD&D M
WP X
Nom WA Excl X

☐ Nom Death Only

Decl/Post/With

Table

Extra

Fr Table/Ot Excl

Fr Extra/Ot Excl

Rated Ben

Denied Ben

War / Aviation / Exclusion: Type | Fr/ Without | Cir With | Exclusion | Reason | Name

Action Date: 3/26/87 | Underwriters Signature

Pending Data Sheet | Approval Coding | Final Check

Policy Coded: KT | Policy Checked | Policy Mailed

35509F (4/85)

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A2 or F.T.
☐ New Business

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 008

(CONTINUED)

***** IDS POLICY INFORMATION *****

| DSO RES | DSO ORIG | CLASS | IDS CODES BUS.INS. | IDS CODES INDUSTRY | IDS CODES OCC. | FAMILY X-REF-NO | SALE DATE | GRACE PERIOD MFYP |
|---|---|---|---|---|---|---|---|---|
| 095 | 095 | 2 | 0 | 34 | 02 | 2508490 | 03/16/87 | 5,000.00 |

| GROUP BILL NUMBER | TAX CODE | UNDERWRITING REASON CODE |
|---|---|---|
| | | |

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch or DP2 F.T.

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 007

PHASE: 09.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | SETTLEMENT OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

PHASE: 10.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | SETTLEMENT OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

(CONTINUED)

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A2 of 2 F.F.

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 006

PHASE: 07.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | SETTLEMENT OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

PHASE: 08.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | SETTLEMENT OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

(CONTINUED)

☐ New Business

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A or F.T.

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 005

PHASE: 05.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

ORIGINAL STIP PREM 0.00 | MIN ANNUAL PREMIUM 0.00 | TAX QUALIFIED CONTRIB LIMIT 0.00 | -------SETTLEMENT------ OPTION EFF: 03 REQ: | FIXED AMT 0.00 0.00 | PER 010 000 | LAG 000

CUMULATIVE GROSS PAYMENTS 0.00 | GROSS PAYMENTS FOR LOADING 0.00 | GROSS PAYMENTS FOR COMMISSIONS 0.00 | EXCESS INT WITHDRAWN 0.00 | LAST CONT ANNIV EFF:03/87 REQ: | LAST PROC ANNIV 03/17/87

INTERFUND TRANSFERS 0 | UNITS OWNED 0.000000

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

PHASE: 06.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

ORIGINAL STIP PREM 0.00 | MIN ANNUAL PREMIUM 0.00 | TAX QUALIFIED CONTRIB LIMIT 0.00 | -------SETTLEMENT------ OPTION EFF: 03 REQ: | FIXED AMT 0.00 0.00 | PER 010 000 | LAG 000

CUMULATIVE GROSS PAYMENTS 0.00 | GROSS PAYMENTS FOR LOADING 0.00 | GROSS PAYMENTS FOR COMMISSIONS 0.00 | EXCESS INT WITHDRAWN 0.00 | LAST CONT ANNIV EFF:03/87 REQ: | LAST PROC ANNIV 03/17/87

INTERFUND TRANSFERS 0 | UNITS OWNED 0.000000

-------------------TOTALS AT LAST PROCESSING ANNIVERSARY-------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

(CONTINUED)

Date Filmed 3-25-88 | Film No. 4 | Group No. 9 | Batch

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 004

PHASE: 03.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | -------SETTLEMENT------ OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

------------------TOTALS AT LAST PROCESSING ANNIVERSARY------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

PHASE: 04.0 ***** IDA CONTROL ***** ACTIVITY POINTER:000

| ORIGINAL STIP PREM | MIN ANNUAL PREMIUM | TAX QUALIFIED CONTRIB LIMIT | -------SETTLEMENT------ OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | EFF: 03 | 0.00 | 010 | 000 |
| | | | REQ: | 0.00 | 000 | |

| CUMULATIVE GROSS PAYMENTS | GROSS PAYMENTS FOR LOADING | GROSS PAYMENTS FOR COMMISSIONS | EXCESS INT WITHDRAWN | LAST CONT ANNIV | LAST PROC ANNIV |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | EFF:03/87 | 03/17/87 |
| | | | | REQ: | |

| INTERFUND TRANSFERS | UNITS OWNED |
|---|---|
| 0 | 0.000000 |

------------------TOTALS AT LAST PROCESSING ANNIVERSARY------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

(CONTINUED)

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A of 2 F.T.

POLICY: 1001806324 03/23/87 DESK: 210LB PAGE 003

PHASE: 01.0 ***** IDA CONTROL *****

ACTIVITY POINTER:000

ORIGINAL STIP PREM 0.00 | MIN ANNUAL PREMIUM 5,000.00 | TAX QUALIFIED CONTRIB LIMIT 0.00

-------SETTLEMENT------

| | OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|
| EFF: | 03 | 0.00 | 010 | 000 |
| REQ: | | 0.00 | 000 | |

CUMULATIVE GROSS PAYMENTS 0.00 | GROSS PAYMENTS FOR LOADING 0.00 | GROSS PAYMENTS FOR COMMISSIONS 0.00 | EXCESS INT WITHDRAWN 0.00 | LAST CONT ANNIV EFF:03/87 REQ: | LAST PROC ANNIV 03/17/87

INTERFUND TRANSFERS 0 | UNITS OWNED 0.000000

-----------------TOTALS AT LAST PROCESSING ANNIVERSARY------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

PHASE: 01.1 ***** IDA CONTROL *****

ACTIVITY POINTER:000

ORIGINAL STIP PREM 0.00 | MIN ANNUAL PREMIUM 0.00 | TAX QUALIFIED CONTRIB LIMIT 0.00

-------SETTLEMENT------

| | OPTION | FIXED AMT | PER | LAG |
|---|---|---|---|---|
| EFF: | 03 | 0.00 | 010 | 000 |
| REQ: | | 0.00 | 000 | |

CUMULATIVE GROSS PAYMENTS 0.00 | GROSS PAYMENTS FOR LOADING 0.00 | GROSS PAYMENTS FOR COMMISSIONS 0.00 | EXCESS INT WITHDRAWN 0.00 | LAST CONT ANNIV EFF:03/87 REQ: | LAST PROC ANNIV 03/17/87

INTERFUND TRANSFERS 0 | UNITS OWNED 0.000000

-----------------TOTALS AT LAST PROCESSING ANNIVERSARY------------------

| GROSS PREMIUMS | NET PREMIUMS | GROSS WITHDRAWALS | MAINTENANCE CHARGES | INTEREST CREDITED | EXCESS INT CREDITED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GROSS PREM CURR TAX YR: 0.00 MONEY SOURCE: NONE

(CONTINUED)

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch DA2 or F.F.
New Business

1001806324 (PAGE 2) ISSUE 12:01:57 03/23/87 210LB

PERSON ----------------AUDIT MESSAGES----------------

01 1 657 NO ADDRESS WAS SPECIFIED AS MAILING, PERSON 01 USED
00 1 720 WITHHOLDING TAX CODE NOT INPUT - DEFAULTED
00 1 727 TAX ID CODE NOT INPUT - DEFAULTED
01 1 720 WITHHOLDING TAX CODE NOT INPUT - DEFAULTED
01 1 727 TAX ID CODE NOT INPUT - DEFAULTED

| PHS | BEN | PER | | |
|---|---|---|---|---|
| 010 | 00 | | 1 | 747 NO BAF ELEMENT HAVING HIGHEST ISSUE DATE > POL ANNIV DATE |
| 040 | 00 | 00 | 1 | 742 MONTHLY DEDUCT % > PAYMENT ALLOC % ON PUP ELEM |
| 070 | 00 | 00 | 1 | 742 MONTHLY DEDUCT % > PAYMENT ALLOC % ON PUP ELEM |

***** UL-II ALLOCATION PERCENTAGES *****

| FUND PHASE | FUND NAME | EFFEC DATE | PAYMENT ALLOC % | MONTHLY DEDUCT % | MONTHLY DEDUCT RULE |
|---|---|---|---|---|---|
| 03.0 | SPVFUNDP | 03/87 | 0.2500 | 0.0000 | SPECIFIC |
| 04.0 | SPVFUNDQ | 03/87 | 0.2500 | 0.5000 | SPECIFIC |
| 05.0 | SPVFUNDR | 03/87 | 0.0000 | 0.0000 | SPECIFIC |
| 06.0 | SPVFUNDS | 03/87 | 0.2500 | 0.0000 | SPECIFIC |
| 07.0 | SPVFUNDT | 03/87 | 0.2500 | 0.5000 | SPECIFIC |
| 08.0 | SPVFUND1991 | 03/87 | 0.0000 | 0.0000 | SPECIFIC |
| 09.0 | SPVFUND1995 | 03/87 | 0.0000 | 0.0000 | SPECIFIC |
| 10.0 | SPVFUND2004 | 03/87 | 0.0000 | 0.0000 | SPECIFIC |

PHASE: 02.0 ***** UNIVERSAL LIFE - AGENT'S COMPENSATION *****

| EFF DATE | OCCUPATION CODE | COMM RULE | % OF PREM LOAD RULE | -----CHANGES IN--------- SPECIFIED AMT | RATING |
|---|---|---|---|---|---|
| ISSUE | 000 | 2 | 0 | $11,302.20 | 1.00 |

| COMM BAND LIMIT | % OF PREM LOAD BAND LIMIT | SPEC SURRENDER AMOUNT | CURRENT GLAP |
|---|---|---|---|
| $5,000.00 | $5,000.00 | $0.00 | $0.00 |

---------------------- GROSS PAYMENTS FOR --------------------------

| LOADING | COMMISSIONS | 1ST LOAD BAND | 1ST COMM BAND | 2ND COMM BAND |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PHASE: 02.0 ***** UNIVERSAL LIFE - CONSTANTS *****

AUTOMATIC INCREASES OF A $0.00 FLAT AMOUNT
ON AN INITIAL AMOUNT OF $11,302.20
TO A MAXIMUM OF $0 PER INCREASE
LIMITED TO TOTAL INCREASES OF $ 0
STARTING 0 YEARS AFTER ISSUE
AND EVERY 0 YEARS THEREAFTER UNTIL 00/00

INITIAL GUIDELINE LEVEL ANNUAL PREMIUM $0.00
FINANCIAL SUITABILITY YES

PHASE: 02.0 ***** UNIVERSAL LIFE - MONTHLY TOTALS *****

DEATH BENEFIT OPTION 1 - SPECIFIED AMOUNT INCLUDES CASH VALUE

| EFF. DATE | -INDICATORS- P.E. | DEDUCT. | SPECIFIED AMOUNT | INCREASE TO DATE | ------AMOUNT FOR MONTH------- DEATH BENEFIT | PURE INSURANCE |
|---|---|---|---|---|---|---|
| ISSUE | 0 | 0 | 11,302.20 | 0.00 | 0.00 | 0.00 |

(CONTINUED)

1001806324

ISSUE

TYVA DIANE RUSSELL
BOX 682 RT #1
PINE ISLAND MN 55963

12:01:57 03/23/87 210LB
BRANCH/AGENCY 30916
AGENT 58869
UNDERWRITER FTBLA
ADMIN EMPLOYEE 9CQ
-GUAR ISSUE

PREM LOCATION: MN-55963

NEW APP
ISSUEDAND RELEASED
*ERRORS
ENTERED 03/18/87 TRAN 02 BY 9CQ
LAST ACT. 03/23/87 TRAN 70 BY 210LB
LAST ACTG 03/18/87 TRAN 30 BY 11111
APP NO
APP STATE MN
PART 1 03/12/87
PART 2 03/12/87
RECEIVED 03/16/87
APPROVED 03/23/87
LIABILITY 03/16/87
POL ANNIV 03/17/87
ISSUED 03/23/87

00=OWNER:
PAUL D RUSSELL
TAX ID: I-474328172 WITH 0
NOT COVERED

01=INSURED:
TYVA DIANE RUSSELL
TAX ID: I-474328172 WITH 0
SEX: F BIRTH: 03/15/1934 STATE:
OCC CLASS: N

| COVERAGE DESCRIPTION | | | | :UND:CAT | :OPTS:NDEG | :C:C: | AMOUNT | PERSON | AGE TRU | AGE RTG | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 010 | 000 | 17 | SPV | 001 | 50C0 | 1 | 5,000 | INSURED | 53 | 53 | 5,000.00 |
| 011 | 000 | 17 | SPVIMP | 001 | 5000 | 0 | .000 | | | | .00 |
| 020 | 000 | 17 | SPVT | 001 | 0000 | 2 | 11,302 | | | | 85.44 |
| 030 | 000 | 17 | SPVFUNDP | 001 | 5000 | 0 | .025 | | | | .00 |
| 040 | 000 | 17 | SPVFUNDQ | 001 | 5000 | 0 | .025 | | | | .00 |
| 050 | 000 | 17 | SPVFUNDR | 001 | 5000 | 0 | .000 | | | | .00 |
| 060 | 000 | 17 | SPVFUNDS | 001 | 5000 | 0 | .025 | | | | .00 |
| 070 | 000 | 17 | SPVFUNDT | 001 | 5000 | 0 | .025 | | | | .00 |
| 080 | 000 | 17 | SPVFUND1991 | 001 | 5000 | 0 | .000 | | | | .00 |
| 090 | 000 | 17 | SPVFUND1995 | 001 | 5000 | 0 | .000 | | | | .00 |
| 100 | 000 | 17 | SPVFUND2004 | 001 | 5000 | 0 | .000 | | | | .00 |

TOTAL ANNUAL PREMIUM 5,000.00

PREMS FOR INS AND EXPENSES NOT INCLUDED IN TOTAL ANNUAL PREMIUM.

| --M RULE-POL FEE | ANN | S.A. | QTLY | MO | SPEC |
|---|---|---|---|---|---|
| +.00-1 | 5,000.00 | 2,500.00 | 1,250.00 | 416.67 | 5,000.00 |

MODE 12 FORM A1 (LEAD BILL)

MODE PREMIUM 5,000.00
ACCTG BALANCE 5,000.00

COM CTL%-- AGENT --LV-NUMBER-S-1ST YR%-RN-P-S-CAUT-L
1 100.00NELSON,T 01 58869 0 03.00 $$ Y NNNN 0
05 30916 0 00.53 $$ 0
10 36459 0 00.53 $$ 0
DSO: 095 FREEZE: 0 SALARY COMMISSION: 9
2 100.00NELSON,T 01 58869 0 00.00 R1 Y NNNN 0
05 30916 0 00.00 R1 0
10 36459 0 00.00 R1 0
DSO: 095 FREEZE: 0 SALARY COMMISSION: 9

COM CTL%--SERVICE REP--LV-NUMBER-S-1ST YR%-RN-P-S-CAUT-L
1 100.00NELSON,T 01 58869 0 03.00 $$ Y NNNN 0
05 30916 0 00.53 $$ 0
10 36459 0 00.53 $$ 0
DSO: 095 FREEZE: 0

(CONTINUED)

| Date Filmed | Film No. | Group No. | Batch |
|---|---|---|---|
| 3-25-87 | 4 | 9 | DA2 of 2 F.T. |

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch DA 2 of 2

CHECK PROCESSING NOTE

NAME

_____ Most complete name on system

X Honorific on system

Owner Also

DATE OF BIRTH

_____ DOB on system matches profile page. Left as is.

ADDRESS

_____ Most complete address on system

_____ Owner address taken from system

TAXPAYER ID

_____ Taxpayer ID is on system. Left as is.

_____ Taxpayer ID on system matches profile page. Left as is.

ANNUITIES

_____ Numbered as qualified

_____ Numbered as non qualified

_____ NEEDS A DRAFT

_____ Rep indicated money submitted but no check received with application.

OTHER