Date Filmed 3-25-88 | Film No. 4 | Group No. 9 | Batch D/A or F/F

11-577-259-2
11-577-258-4

IDS Life Insurance Company
IDS Tower
Minneapolis, Minnesota 55474
An American Express company

# Insurance Application

220

A **Clients** 9090-1806-324-0

1 Insured *(for all base plans)*
Insured's name *(first)* TYVA *(mi)* DIANE *(last)* RUSSELL

2 Owner for all insurance applied for
a Will the Insured own this insurance? *(must be Yes if DI applied for)*
☐ Yes
Mailing address if correspondence should not be sent to Insured's home
*(street, city, state, zip)* ______
______ and Phone no. ( ) ______

☒ No *(complete the following six (•) items)*
• Owner's name(s) ☐ IDS Trust Co. ☒ Other Paul D. Russell

• Type of ownership *(check one)*
☐ Trustee ☐ Sole Proprietorship
☐ Custodian ☐ Partnership
☒ Individual ☐ Corporation *(State of incorporation)* ______
☐ Other ______

• Trust or Custodial ownership basis *(complete one if applicable)*
☐ Retirement Plan *(name)* ______
☐ Trust *(name)* ______ Trust Date ______
☐ Purchased under Uniform Gifts to Minors Act of *(state)* ______

• Owner's address *(street, city, state, zip)* RR #1, Box 682
Pine Island, MN. 55963 Phone no. (507) 367-4757

• Owner's Social Security or Taxpayer Identification No. 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

• If owner is an individual:
Is owner related to representative? ☐ Yes, give relationship ______
☒ No, how long acquainted 3 yrs
Does the owner elect to designate a successor owner? ☒ Yes ☐ No If yes,
give successor owner's name TYVA, DIANE RUSSELL
and relationship to owner wife

b Other ownership information and instructions ______

B **Remarks and Instructions to the Home Office**

C **Home Office Endorsements** *(does not apply in Pennsylvania or West Virginia)*

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/32 Of 2 F.T.

## D Purchase Basis (*complete only one of the eight (•) responses in this Section*)

See New Business Section of Reference Manual for required papers

- ☒ Non-qualified individual purchase
- ☐ Non-qualified 1035 exchange
- ☐ Non-qualified deferred compensation plan (non-governmental)
- ☐ Non-qualified Gift under Uniform Gifts to Minor's Act. (*If Donor is not custodian, give Donor's name, Soc. Sec. No., residence state and relationship to Insured.*) ____

- ☐ Business Insurance (*Non-qualified*)
  1 Type: ☐ Buy/Sell ☐ Key Executive ☐ Business Debt Protection ☐ Business DI ☐ Split-Dollar ☐ Executive Bonus ☐ Section 303 Redemption
  2 How was amount of application determined? ____
  3 How will policy proceeds be used? ____
  4 Insured's share of ownership in the business ____%
  5 Business assets $____ Liabilities $____ Net worth $____
  Net after-tax profits in last 3 years (*give year and amount*)
  19____ $____ 19____ $____ 19____ $____
  6 Insurance on other key individuals or owners

| Name | Applied for | In force | % Ownership of the business |
|---|---|---|---|
| | $ | $ | % |
| | $ | $ | % |
| | $ | $ | % |

- ☐ Other non-qualified ____

- ☐ Tax-qualified Retirement Plan
  1 Type ☐ Profit Sharing (*05*) ☐ Assumed/Target Benefit (*04*) ☐ 401(k) (*02*) ☐ Money Purchase (*06*) ☐ Defined Benefit Pension (*01*) ☐ Other (*10*) ____
  2 Plan Fiscal Year-end Mo.____ Day____ Plan Starting Date Mo.____ Yr.____
  3 Is the Plan an IDS Financial Services prototype? ☐ Yes ☐ No
  4 Plan administrative assistance by IDS Financial Services? ☐ Yes ☐ No
  5 If Custodial Plan, identify participant (*Insured*) as ☐ Employer/Sponsor ☐ Other participant
  6 Source of *employee* contribution to Participant Account
  ☐ Deductible Voluntary ☐ Salary Reduction ☐ Non-deductible Voluntary ☐ Transfer/Rollover
  7 Plan Entry Date for Participant (*Insured*) Mo.____ Yr.____

- ☐ Other Tax-qualified Plan ☐ 457/Government (*07*) ☐ Other ____

## E Beneficiary Designation Instructions

These Instructions and Standard Designations apply for all Beneficiary Designations.

1 **Instructions: Either check "Standard Designation" (*A or B*) and give the spouse's name or check "Other Designation" and give the *complete* wording of the designation, using the examples supplied with this form, as a guide.**

2 **Definitions of Standard Designations referenced in Sections F-H**

**A Beneficiary is: Insured's designated Spouse, if living, otherwise the beneficiaries are the living lawful children of the Insured and they will receive equal shares of the proceeds.**

**B Beneficiary is: Insured's designated Spouse, if living, otherwise the beneficiaries are the lawful children of the Insured and they will receive equal shares of the proceeds. If a child of the Insured has died before the Insured, that child's share of the proceeds will be paid to his or her living lawful children in equal shares.**

☐ New Business | Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A or F.F.

F **Universal Life Insurance Applied For** *(Life Insurance)*

1 **Base Plan** *(complete Section L for the Insured)*
a Plan title ______
b Death benefit option ☐ Option 1 ☐ Option 2 Specified amount $______
c Other information ______ Nonsmoker rates requested? ☐ Yes ☐ No
d Variable Universal Life *(Variable Life is on the next page)*
1 Allocations

| IDS Life Accounts | Premium Allocation | Monthly Deductions | IDS Life Accounts | Premium Allocation | Monthly Deductions |
|---|---|---|---|---|---|
| Fixed Account *(if available)* | % | % | Account R *(Money Market)* | % | % |
| Account P *(Equity)* | % | % | Account S *(Managed)* | % | % |
| Account Q *(Income)* | % | % | Account T *(Govt. Securities)* | % | % |
| | % | % | | % | % |
| | % | % | | % | % |
| | | | | 100% | 100% |

2 ☐ The owner requests to make transfers by telephone between the Accounts within this one policy.
e Beneficiary for all policy benefits except Other Insured Riders. See Section E for instructions.
☐ Standard designation ☐ A ☐ B for Insured's spouse *(name)*______
☐ Other Designation *(unless stated otherwise proceeds will be paid equally to surviving beneficiaries)*

2 **Riders**
a ☐ Waiver of monthly deduction
b ☐ Accidental death benefit $______
c ☐ Children's insurance ______ units *(complete Section K — FIR/CIR Insureds)*
d ☐ Other______
e ☐ Other Insured Riders *(complete Section M for each "Other Insured")*. See Section E for Beneficiary Designation instructions.
1 Other Insured's name______ Amount $______ Nonsmoker? ☐ Yes ☐ No
OIR Beneficiary
☐ Standard designation ☐ A ☐ B for "Other Insured's" spouse *(name)*______
☐ Other Designation *(unless stated otherwise proceeds will be paid equally to surviving beneficiaries)*

2 Other Insured's name______ Amount $______ Nonsmoker? ☐ Yes ☐ No
OIR Beneficiary
☐ Standard designation ☐ A ☐ B for "Other Insured's" spouse *(name)*______
☐ Other Designation *(unless stated otherwise proceeds will be paid equally to surviving beneficiaries)*

3 For more Other Insured Riders, attach page 3 from another application form and write the name of the Insured for the Base Plan, on the top of *that* page.

3 **Universal Life Premiums**
a Minimum First Year Premium for all insurance requested in this Section. $______
b Premium paid with this application for this insurance *(give receipt)*. $______
c Lump sum amount to be paid on delivery of this policy. $______
d Scheduled *(future)* annual premium, if any elected to be paid. *(Complete Section J)* $______ *(annual)*

33886A



136022 (9/85)

☐ New Business

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A 2 of 2 F.T.

G **Regular/Variable Life Insurance Applied For** (Life Insurance)

1 **Base Plan** (*complete Section L for the Insured*)

a Plan title SPVL

b Amount $ 11,960 Term policy ____ years

c Nonsmoker rates requested? (*if available*) ☒ Yes ☐ No

d Whole Life plan Automatic Premium Loan provision will ____ apply

e Other information ____

f Variable Life

1 Allocations

| IDS Life Accounts | Premium Allocation | Monthly Deductions | IDS Life Accounts | Premium Allocation | Monthly Deductions |
|---|---|---|---|---|---|
| Fixed Account (*if available*) | % | % | Account R (*Money Market*) | % | % |
| Account P (*Equity*) | 25 % | % | Account S (*Managed*) | 25 % | % |
| Account Q (*Income*) | 25 % | 50 % | Account T (*Govt. Securities*) | 25 % | 50 % |
| | % | % | | % | % |
| | % | % | | % | % |
| | | | | % | % |
| | | | | 100% | 100% |

2 ☒ The owner requests to make transfers by telephone between the Accounts within this one policy.

g Beneficiary for all policy benefits. See Section E for instructions.

☐ Standard designation ☒ A ☐ B for Insured's spouse (*name*) Paul Russell

☐ Other Designation (*unless stated otherwise proceeds will be paid equally to surviving beneficiaries*)

2 **Riders** (*skip if Base plan is single premium*)

a ☐ Waiver of premium

☐ Waiver of premium + $____ of supplemental monthly income

b ☐ Accidental death benefit $____

c ☐ Children's insurance ____ units (*complete Section K — FIR/CIR Insureds*)

d ☐ Family insurance ____ units (*complete Section K — FIR/CIR Insureds*)

e ☐ Annual reducing term $____ for ____ years

f ☐ Guaranteed purchase rider $____ each purchase

g ☐ Nominator insurance (*complete Section M for the Nominator*)

h ☐ Other ____

3 **Regular/Variable Life Premiums**

a Gross single or annual premium for all insurance requested in this Section. $ 5000

b Premium paid with this application for this insurance (*give receipt*). $ 5000

**For Home Office Use**

Amount submitted $6000.00 DJ IOM amount IOM date

Purchase date 3/17/87 Accepted by

33886A 138052



(9/85)

Date Filed 3-25-86 | Film No. 4 | Group No. 9 | Batch DA2 of 2 F.T.

H **Income Protection Insurance Applied For** (*Disability Insurance*)

The Insured is the Owner of this insurance (*complete Section L for the Insured*)

1 Base Plan — Income Protection Plan

a Insured's occupational class________

b Monthly benefit $________

c Duration of benefit: ☐ To age 65 ☐ 5 years ☐ 3 years ☐ 1 year ☐ Other_______

d Elimination period: ☐ 14 days ☐ 30 days ☐ 90 days ☐ 180 days ☐ 365 days ☐ Other_______

e Disability provision: ☐ Total (IPP-2, IPP-5)
☐ Total and Gradual Recovery (*IPP-GR*)
☐ Total and Gradual Recovery with Occupation Protection Option (*IPP-GR + OPO*)
☐ Other_______

f Premium pattern: ☐ Level ☐ Step rate ☐ Other_______

g ☐ This is Employer Plan coverage (2 participants and employer billing required)

2 Riders

a ☐ Social insurance supplement of $_______ per month with elimination period of_______ days

b ☐ Supplemental DI $_______ per month for_______ months and _______ day elimination period

c ☐ Cost of living provision

d ☐ Future purchase option of $_______ per option with_______ options

e ☐ Lifetime benefits

f ☐ Hospital indemnity $_______ per day

g ☐ Other_______

h ☐ AD&D $_______

Beneficiary for AD&D Only. See Section E for instructions.

☐ Standard designation ☐ A ☐ B for Insured's spouse (*name*) _______

☐ Other Designation (*unless stated otherwise proceeds will be paid equally to surviving beneficiaries*)

3 Income Protection Premiums

a Gross annual premium for all insurance requested in this Section. $_______

b Premium paid with this application for this insurance (*give receipt*). $_______

I **Business Expense Protection Insurance Applied For** (*Disability Insurance*)

The Insured is the Owner of this insurance (*complete Section L for the Insured*)

1 Base Plan — Business Expense Protection Plan

a Insured's occupational class_______

b Monthly benefit $_______

c Benefit pattern: ☐ Level ☐ Increasing

d Elimination period: ☐ 14 days ☐ 30 days ☐ 90 days ☐ Other_______

e ☐ This is Employer Plan coverage (*2 participants and employer billing required*)

f Submit Supplement to Application for Business Protection Plan — Form 34591

2 Business Expense Protection Premiums

a Gross annual premium for insurance requested in this Section. $_______

b Premium paid with this application for this insurance (*give receipt*). $_______

☐ New Business

| Date Filed | Film No. | Group No. | Batch of |
|---|---|---|---|
| 3-25-87 | 4 | 9 | D/A 2 F.T. |

## J Future Premiums

Either check one box for each question below, indicating that all policies are to be paid alike or check individual boxes for each policy applied for.

| | Pay all Policies Alike | Universal Life Policy | Regular Life Policy | Income Protection Policy | Business Expense Policy |
|---|---|---|---|---|---|
| **1 Frequency of premium payments** | | | | | |
| Monthly | ☐ M | ☐ | ☐ | ☐ | ☐ |
| Quarterly | ☐ Q | ☐ | ☐ | ☐ | ☐ |
| Semi-Annual | ☐ SA | ☐ | ☐ | ☐ | ☐ |
| Annual | ☐ A | ☐ | ☐ | ☐ | ☐ |
| **2 Method of Payment** *(give information needed)* | | | | | |
| Add to BA with IDS Account No.______ | ☐ Old BA | ☐ | ☐ | ☐ | ☐ |
| New BA — submit Form 1748 | ☐ New BA | ☐ | ☐ | ☐ | ☐ |
| Add to existing PDS/Employer Bill No.______ | ☐ Old PDS | ☐ | ☐ | ☐ | ☐ |
| New PDS/Employer Bill — submit Form 3188 | ☐ New PDS | ☐ | ☐ | ☐ | ☐ |
| Individual Direct Billing | ☐ Bill | ☐ | ☐ | ☐ | ☐ |
| Military Allotment — give Branch______ and Payor's Service No.______ | ☐ Allot | ☐ | ☐ | | |
| Other Single Pay Variable Life | ☒ Other | ☐ | ☐ | ☐ | ☐ |

## K FIR/CIR Insureds *(Spouse and children of the insured under the base plan)*

1 Spouse proposed for insurance *(complete only if FIR applied for)*

a Name *(first)* ______ *(mi)* ____ *(last)* ______

b Maiden name ______

c Birth date __/__/__ Birthplace ______ Height ____ Weight ____

d Amount of life insurance in force $______

2 Unmarried children under age 19 *(members of insured's household including natural, legally adopted and step children)*

a Children proposed for insurance

| Name | Birth date | Height ft./in. | Weight lbs. | Physical/mental abnormalities at birth? | *(If Yes, explain here)* |
|---|---|---|---|---|---|
| | / / | / | | ☐ Yes ☐ No | |
| | / / | / | | ☐ Yes ☐ No | |
| | / / | / | | ☐ Yes ☐ No | |

b Children not proposed for insurance above *(also under 19 and unmarried)*. List names, birth dates and reason for exclusion.

______

______

3 Additional information about spouse and children proposed for insurance.

a Is anyone currently under treatment for any disease, physical or mental condition? ☐ Yes *(give name and details)* ☐ No

______

b Has anyone, in the last 5 years, consulted a physician or been confined to a hospital, sanitarium or clinic? ☐ Yes *(give name and details)* ☐ No

______

c Is this insurance intended to replace any existing insurance and/or annuity? ☐ Yes ☐ No
If yes, give name, insurance details and termination date(s).

______

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch DA 2 of F.7.

BASE

L **Insured** (*Base Plan Coverage*)

1 **Identity** (*repeat Insured's name on each page of Section L*)

a Insured's name (*first*) Tyva (*mi*) Diane (*last*) Russell

b Maiden name

c If the Insured is not the Owner of this insurance, give:

Relationship to owner wife

Relationship to successor owner same

2 **Personal Data**

a Home address (*street, city, state, zip*) RR #1, Box 682 Pine Island, MN. 55963 Phone no. (507) 367-4757

b Social Security no. 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 Birth date 03/15/34 Insurance Age 53

c Birthplace MN ☐ Male ☒ Female Marital status M

d Citizenship ☒ U.S. ☐ Other

e Current annual income (*after business expenses if self-employed*)

| Amount | Source (*if military occupation, also list pay grade and branch*) |
|---|---|
| $ 25000 | From current occupation |
| $ | |
| $ | |

f Insured's personal physician (*if none, please write "None"*)

Name DR. Spikerman (MAYO Clinic)

Address (*street, city, state, zip*) Rochecter, MN

Phone no. ( ) Date and reason last consulted 1/80 Pain in shoulder

Treatment given or medication prescribed NONE

g If the Insured is under age 15, did the representative see this child? ☐ Yes ☐ No

h Is Insured related to representative? ☐ Yes, give relationship

☒ No, how long acquainted 3yR

i If the Insured must be called, give best time to call, between 8 a.m.-4:30 p.m. CST, M-F: and phone: ☐ Home ☒ Work (*below*)

j Personal History requirement (*check one*)

☐ Personal history interview required

☐ Investigative consumer report requested (*attach tracer form*)

k Medical requirement (*check one*)

☒ Medical examination not required. Insured must complete the medical history questionnaire below

☐ Insured must have a medical examination

Examiner Date of exam appointment / /

3 **Occupation**

a Employer's name and address (*street, city, state, zip*) Bethany Samaritan Nursing Home Phone no. (507) 289-3336

b Current primary occupation Head Nurse Supervisor

c Occupational duties supervision of 100+ nurses Years of service 5

d Other current occupations

e Previous occupation if changed in last 5 years

136022