☐ New Business

Date Received

Date Filed: 3-25-88 | Film No.: 4 | Group No.: 9 | Batch: D/A2 or F.J.

Insured's name (Base Plan Coverage) — repeat Tyva Diane Russell BASE

4 **Existing Insurance**

a Will this insurance replace any existing insurance or annuity policies? ☐ Yes ☒ No
If yes, enter termination dates in the following listings for all policies being replaced.
List any replaced annuity under the Life insurance listing. (*See State Requirements section of the Reference Manual for required papers.*)

b Life insurance that the Insured currently has in force or has applied for: (If none, check here ☐)

| Company | Policy type | Policy no. | Date | Insurance amount | ADB amount | Termination date if being replaced |
|---|---|---|---|---|---|---|
| Group | Term | | / / | $ 40000 | $ | / / |
| | | | / / | $ | $ | / / |
| | | | / / | $ | $ | / / |

c Disability insurance that the Insured currently has in force or has applied for: (If none, check here ☒)

| Company | Policy type | Policy no. | Date | Monthly income | Years payable | ADB amount | Termination date if being replaced |
|---|---|---|---|---|---|---|---|
| | | | / / | $ | | $ | / / |
| | | | / / | $ | | $ | / / |
| | | | / / | $ | | $ | / / |

d If disability insurance applied for: If disabled, the Insured will be eligible for:
1 ☐ Benefits from a required state cash sickness disability program
2 ☐ Continuation of salary from employer at $________ per month for____ months
Is the employer's salary continuation plan integrated with Social Security? ☐ Yes ☐ No
Will the Insured's employer pay for the insurance? ☐ Yes ☐ No

e If the Insured is under age 15:
1 Is there similar insurance in force or applied for on all brothers and sisters? ☐ Yes ☐ No
If No, explain________
2 Give the amount of life insurance already in force on the person responsible for the child's primary support $________

5 **Underwriting Information**

a Has the Insured smoked cigarettes in the past 12 months? ☐ Yes ☒ No
If Yes, give number of cigarettes per day ________

b Has the Insured had life, disability, accident or sickness insurance declined, postponed, modified, rated, or canceled or been refused reinstatement or renewal? ☐ Yes ☒ No
If Yes, Date________ Company________
Reason________

c Does the Insured intend to travel outside the United States? ☐ Yes ☒ No
If Yes, to where?________ For how long?________

d Has the Insured flown during the past 5 years, or does he/she intend to fly, as a pilot, crew member or passenger on *other* than a scheduled airline? (*If Yes, complete an Aviation Questionnaire*) ☐ Yes ☒ No

e Has the Insured participated during the past 5 years, or does he/she intend to participate, in motorcycle riding or racing, or auto racing, scuba or sky diving, hang gliding or other hazardous activities? (*If Yes, complete the appropriate questionnaire*) ☐ Yes ☒ No

33886A



(9/85)

Date Filed 3-25-88 | Film No 4 | Group No 9 | Batch DA

Insured's name (*Base Plan Coverage*) — repeat Tyua Diane Russell BASE

8 **Medical History Questionnaire** (*for the Insured*)
Explain each question answered Yes. Include dates, reasons for consultations, the patient or clinic number, and the names and addresses of all physicians, hospitals, etc., in the space to the right.

| Question | Yes | No | Explanation |
|---|---|---|---|
| a Exact height 5 ft. 10 in. Weight (*clothed*) 140 lbs. | | | |
| b Are you now under observation or treatment? | ☐ | ☒ | |
| c Are you now pregnant? | ☐ | ☒ | |
| d Have you ever had difficulty in pregnancy? | ☐ | ☒ | |
| e Have you ever been treated for or been advised by a physician of any disease of the: | | | |
| 1 Heart, Blood, Blood vessels? | ☐ | ☒ | |
| 2 Lungs, Respiratory system? | ☐ | ☒ | |
| 3 Liver, Stomach, Intestines, Gall bladder, Rectum? | ☐ | ☒ | |
| 4 Kidneys, Bladder, Genital organs, Urinary tract? | ☐ | ☒ | |
| 5 Brain, Nervous system, Eyes, Ears? | ☐ | ☒ | |
| 6 Back, Joints, Muscles, Skin? | ☐ | ☒ | |
| f Do you now have or have you ever had: | | | |
| 1 Chest pain, High blood pressure, Heart murmur, Rheumatic fever? | ☐ | ☒ | |
| 2 Asthma, Shortness of breath, Allergies, Bronchitis, Tuberculosis? | ☐ | ☒ | Family Doctor |
| 3 Stomach ulcers, Hemorrhoids, Hernia, Varicose veins? | ☐ | ☒ | |
| 4 Nephritis, Kidney stone? | ☐ | ☒ | MAYO Clinic |
| 5 Diabetes, Sugar, albumin or blood in urine? | ☐ | ☒ | |
| 6 Fainting spells, Paralysis, Epilepsy, Nervous or mental disorder? | ☐ | ☒ | Dr. Spikerman |
| 7 Deformity, Amputation, Arthritis? | ☐ | ☒ | Rochester, MN. |
| 8 Cancer? | ☐ | ☒ | |
| 9 Goiter? | ☐ | ☒ | (has medical records) |
| 10 Venereal disease? | ☐ | ☒ | |
| 11 Other disease, disorder, physical or mental condition? | ☐ | ☒ | |
| g Other than the above, have you within the past 5 years: | | | |
| 1 Had a checkup, consultation, illness, injury, surgery? | ☐ | ☒ | |
| 2 Had an electrocardiogram, x-ray, other diagnostic test? | ☐ | ☒ | |
| 3 Been confined to a hospital, sanitarium or clinic? | ☐ | ☒ | |
| 4 Been advised to have any diagnostic test, surgery, or hospitalization which was not completed? | ☐ | ☒ | |
| h Have you ever: | | | |
| 1 Received medical treatment for alcoholism or drug addiction? | ☐ | ☒ | |
| 2 Except as prescribed by a physician, used narcotics, opiates, barbiturates, hallucinogens or amphetamines on a regular or habitual basis? | ☐ | ☒ | |
| 3 Joined organization for alcoholism or drug addiction? | ☐ | ☒ | |
| i Do you have any family history (*father, mother, brothers or sisters*) of: (*If Yes, give relationship to the Insured and person's age at occurrence.*) Cancer, Diabetes, High blood pressure, Heart or kidney disease, Mental illness or suicide? | ☒ | ☐ | Father - CVA 83; Mother - Cancer 62. Breast |
| j Have you ever requested or received a pension, benefits or payment because of any injury, sickness or disability? | ☐ | ☒ | |
| k Have you ever been advised to change occupation, residence or diet because of health? | ☐ | ☒ | |

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A 2 of F.F.

## M Insured (*OIR or Nominator Coverage*)

OIR/NOM

If more copies of Section M are needed, take them from another application form, complete and attach to this form, before mailing. (*Do not submit Section L from another form*)

1 **Identity** (*repeat OIR/Nom Insured's name on each page of Section M*)

a Insured's name (*first*) ______ (*mi*) ______ (*last*) ______

b Maiden name ______

c Insured's role in this application (*complete one*)

☐ **An "other insured" under the Universal life insurance application.**

Relationship to the insured under the base plan ______

Relationship to owner ______

Relationship to successor owner ______

☐ **The nominator under the Regular/Variable life insurance application.**

2 **Personal Data**

a Home address (*street, city, state, zip*) ______

______ Phone no. ( ) ______

b Social Security no. ______ Birth date __/__/__ Insurance Age ___

c Birthplace ______ ☐ Male ☐ Female Marital status ______

d Citizenship ☐ U.S. ☐ Other ______

e Current annual income (*after business expenses if self-employed*)

| Amount | Source (*if military occupation, also list pay grade and branch*) |
|---|---|
| $ | From current occupation |
| $ | |
| $ | |

f Insured's personal physician (*if none, please write "None"*)

Name ______

Address (*street, city, state, zip*) ______

Phone no. ( ) ______ Date and reason last consulted __/__/__

Treatment given or medication prescribed ______

g If the Insured is under age 15, did the representative see this child? ☐ Yes ☐ No

h Is Insured related to representative? ☐ Yes, give relationship ______

☐ No, how long acquainted ______

i If the Insured must be called, give best time to call, between 8 a.m.-4:30 p.m. CST, M-F: ______ and phone: ☐ Home ☐ Work (*below*)

j Personal History requirement (*check one*)

☐ Personal history interview required

☐ Investigative consumer report requested (*attach tracer form*)

k Medical requirement (*check one*)

☐ Medical examination not required. Insured must complete the medical history questionnaire below

☐ Insured must have a medical examination

Examiner ______ Date of exam appointment __/__/__

3 **Occupation**

a Employer's name and address (*street, city, state, zip*) ______

______ Phone no. ( ) ______

b Current primary occupation ______

c Occupational duties ______

______ Years of service ______

d Other current occupations ______

e Previous occupation if changed in last 5 years ______

Date Filed | Film No. | Group No. | Batch

Insured's name (*OIR/Nominator Coverage*) — repeat ____________________ OIR/NOM

4 **Existing Insurance**

a Will this insurance replace any existing insurance or annuity policies? ☐ Yes ☐ No
If yes, enter termination dates in the following listing for all policies being replaced. List any replaced annuity under the Life Insurance listing. (*See State Requirements section of the Reference Manual for required papers.*)

b Life insurance that the Insured currently has in force or has applied for: (*If none, check here* ☐)

| Company | Policy type | Policy no. | Date | Insurance amount | ADB amount | Termination date if being replaced |
|---|---|---|---|---|---|---|
| | | | / / | $ | $ | / / |
| | | | / / | $ | $ | / / |
| | | | / / | $ | $ | / / |

5 **Underwriting Information**

a Has the insured smoked cigarettes in the past 12 months? ☐ Yes ☐ No
If Yes, give number of cigarettes per day ____________

b Has the Insured had life, disability, accident or sickness insurance declined, postponed, modified, rated, or canceled or been refused reinstatement or renewal? ☐ Yes ☐ No
If Yes, Date ____________ Company ____________
Reason ____________

c Does the Insured intend to travel outside the United States? ☐ Yes ☐ No
If Yes, to where? ____________ For how long? ____________

d Has the Insured flown during the past 5 years, or does he/she intend to fly, as a pilot, crew member or passenger on *other* than a scheduled airline? (*If Yes, complete an Aviation Questionnaire*) ☐ Yes ☐ No

e Has the Insured participated during the past 5 years, or does he/she intend to participate, in motorcycle riding or racing, or auto racing, scuba or sky diving, hang gliding or other hazardous activities? (*If Yes, complete the appropriate questionnaire*) ☐ Yes ☐ No

Medical History Questionnaire is on the next page

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A 2 of F.T.

Insured's name (*OIR/Nominator Coverage*) — repeat ____________________ OIR/NOM

8 **Medical History Questionnaire** (*for the Insured*)
Explain each question answered Yes. Include dates, reasons for consultations, the patient or clinic number, and the names and addresses of all physicians, hospitals, etc., in the space to the right.

a Exact height______ ft.______ in.
Weight (*clothed*)________ lbs.

| | Yes | No | Explanation |
|---|---|---|---|
| b Are you now under observation or treatment? | ☐ | ☐ | |
| c Are you now pregnant? | ☐ | ☐ | |
| d Have you ever had difficulty in pregnancy? | ☐ | ☐ | |
| e Have you ever been treated for or been advised by a physician of any disease of the: | | | |
| 1 Heart, Blood, Blood vessels? | ☐ | ☐ | |
| 2 Lungs, Respiratory system? | ☐ | ☐ | |
| 3 Liver, Stomach, Intestines, Gall bladder, Rectum? | ☐ | ☐ | |
| 4 Kidneys, Bladder, Genital organs, Urinary tract? | ☐ | ☐ | |
| 5 Brain, Nervous system, Eyes, Ears? | ☐ | ☐ | |
| 6 Back, Joints, Muscles, Skin? | ☐ | ☐ | |
| f Do you now have or have you ever had: | | | |
| 1 Chest pain, High blood pressure, Heart murmur, Rheumatic fever? | ☐ | ☐ | |
| 2 Asthma, Shortness of breath, Allergies, Bronchitis, Tuberculosis? | ☐ | ☐ | |
| 3 Stomach ulcers, Hemorrhoids, Hernia, Varicose veins? | ☐ | ☐ | |
| 4 Nephritis, Kidney stone? | ☐ | ☐ | |
| 5 Diabetes, Sugar, albumin or blood in urine? | ☐ | ☐ | |
| 6 Fainting spells, Paralysis, Epilepsy, Nervous or mental disorder? | ☐ | ☐ | |
| 7 Deformity, Amputation, Arthritis? | ☐ | ☐ | |
| 8 Cancer? | ☐ | ☐ | |
| 9 Goiter? | ☐ | ☐ | |
| 10 Venereal disease? | ☐ | ☐ | |
| 11 Other disease, disorder, physical or mental condition? | ☐ | ☐ | |
| g Other than the above, have you within the past 5 years: | | | |
| 1 Had a checkup, consultation, illness, injury, surgery? | ☐ | ☐ | |
| 2 Had an electrocardiogram, x-ray, other diagnostic test? | ☐ | ☐ | |
| 3 Been confined to a hospital, sanitarium or clinic? | ☐ | ☐ | |
| 4 Been advised to have any diagnostic test, surgery, or hospitalization which was not completed? | ☐ | ☐ | |
| h Have you ever: | | | |
| 1 Received medical treatment for alcoholism or drug addiction? | ☐ | ☐ | |
| 2 Except as prescribed by a physician, used narcotics, opiates, barbiturates, hallucinogens or amphetamines on a regular or habitual basis? | ☐ | ☐ | |
| 3 Joined organization for alcoholism or drug addiction? | ☐ | ☐ | |
| i Do you have any family history (*father, mother, brothers or sisters*) of: (*If Yes, give relationship to the Insured and person's age at occurrence.*) Cancer, Diabetes, High blood pressure, Heart or kidney disease, Mental illness or suicide? | ☐ | ☐ | |
| j Have you ever requested or received a pension, benefits or payment because of any injury, sickness or disability? | ☐ | ☐ | |
| k Have you ever been advised to change occupation, residence or diet because of health? | ☐ | ☐ | |

33886A



136022

(9/85)

Date Filed 3-25-87 | Film No. 4 | Group No. 9 | Batch 012 of F.T.

**Variable life/variable universal life.** If you have applied for this type of insurance, check each of the following to acknowledge that you have read and understood them:

☐ **Adequate information.** You have received the current prospectuses for the policy applied for and any funds involved.

☐ **Purpose.** You agree that this variable type of insurance is in accord with your insurance and financial objectives.

☐ **Variable values.** The amount of Death Benefit and Policy Value can both increase and decrease, however the Death Benefit will never be less than any Guaranteed Minimum Death Benefit.

☐ **Fees and charges.** The fees and charges (including possible surrender charges) have been explained to you and are also explained in detail in the policy.

☐ **Telephone transfers.** You release IDS Financial Services, IDS Life Insurance Company and their respective officers and employees from all liability for any action resulting from a telephone transfer that appears to be authentic.

**Consolidated Statement**

IDS periodically sends out informational Statements, for each of its accounts, which are consolidated into one Statement covering all accounts owned by members of the same household. If you don't want this account reported that way, check here ☐

**Authorization to Obtain Information — IDS Life Insurance Company**

You authorize any physician, medical practitioner, hospital, other medical facility, the Medical Information Bureau and any other organization or person having medical and other information about you and your minor children to give that information to the company or its reinsurer. You understand that the company will use this information to determine eligibility for insurance and benefits. The company will not release the information except to a reinsurance company, the Medical Information Bureau, and any person or organization providing business or legal services relating to your application or any claim. You know that your medical records, including any alcohol or drug abuse information, may be protected by Federal Regulations 42 CFR Part 2.

You authorize the company to obtain investigative consumer reports on you and your minor children. You understand that you have the right to request a personal interview if an investigative consumer report is obtained.

You agree that a photographic copy of this authorization will be as valid as the original.

You agree that this authorization will be valid for two and one-half years from the date shown below.

**Signatures**

**Signatures of all Insureds** (*Insureds under age 15 need not sign.*)

Insured (base plan) X Tyra Diane Russell    OIR Insured x

FIR Spouse x    OIR Insured x

Nominator x    OIR Insured x

**Owner's signature** (*omit if owner already signed as an Insured*) x

**Signed at** (*city*) Rochester, (*state*) MN, on (*date*) 3/12/87

## Receipt

All checks must be completed in full and be made payable to the company (*not to the representative*).

Received from T. Diane Russell the sum of $ 50.00 with this application.

☐ No money paid with this application

## Representative's Report

You certify that you personally requested the information in this application and witnessed its signing and received any money that was paid. You are not aware of anything detrimental to the risk that is not recorded in this application and:

**All applications:** To the best of your knowledge and belief this application ☐ does ☒ does not involve replacement of existing insurance or annuities.

☐ **Virginia applications only:** You certify that the paragraph marked "Virginia applications only," in the Agreement above, was discussed with the client and its terms were satisfied.

Representative's signature Terry D. Nelson    No. 58869-9    DSO 095

Representative's name (*print*) Terry D. Nelson    Phone (507) 288-1345

☐ Junior ☐ Trainer name (*print*)    No.

**Variable life/variable universal life.** If you have applied for this type of insurance, check each of the following to acknowledge that you have read and understood them:

☐ **Adequate information.** You have received the current prospectuses for the policy applied for and any funds involved.

☐ **Purpose.** You agree that this variable type of insurance is in accord with your insurance and financial objectives.

☐ **Variable values.** The amount of Death Benefit and Policy Value can both increase and decrease, however the Death Benefit will never be less than any Guaranteed Minimum Death Benefit.

☐ **Fees and charges.** The fees and charges (including possible surrender charges) have been explained to you and are also explained in detail in the policy.

☐ **Telephone transfers.** You release IDS Financial Services, IDS Life Insurance Company and their respective officers and employees from all liability for any action resulting from a telephone transfer that appears to be authentic.

**Consolidated Statement**

IDS periodically sends out informational Statements, for each of its accounts, which are consolidated into one Statement covering all accounts owned by members of the same household. If you don't want this account reported that way, check here ☐.

**Authorization to Obtain Information — IDS Life Insurance Company**

You authorize any physician, medical practitioner, hospital, other medical facility, the Medical Information Bureau and any other organization or person having medical and other information about you and your minor children to give that information to the company or its reinsurer. You understand that the company will use this information to determine eligibility for insurance and benefits. The company will not release the information except to a reinsurance company, the Medical Information Bureau, and any person or organization providing business or legal services relating to your application or any claim. You know that your medical records, including any alcohol or drug abuse information, may be protected by Federal Regulations 42 CFR Part 2.

You authorize the company to obtain investigative consumer reports on you and your minor children. You understand that you have the right to request a personal interview if an investigative consumer report is obtained.

You agree that a photographic copy of this authorization will be as valid as the original.

You agree that this authorization will be valid for two and one-half years from the date shown below.

**Signatures**

**Signatures of all Insureds** *(Insureds under age 15 need not sign.)*

Insured (base plan) x Tyra Diane Russell — OIR Insured x ____________

FIR Spouse x ____________ — OIR Insured x ____________

Nominator x ____________ — OIR Insured x ____________

**Owner's signature** *(omit if owner already signed as an Insured)* X

**Signed at** *(city)* Rochester, *(state)* MN, on *(date)* 3/12/87

## Receipt

All checks must be completed in full and be made payable to the company (*not to the representative*).

Received from T. Diane Russell the sum of $ 5000 with this application.

☐ No money paid with this application

## Representative's Report

You certify that you personally requested the information in this application and witnessed its signing and received any money that was paid. You are not aware of anything detrimental to the risk that is not recorded in this application and:

**All applications:** To the best of your knowledge and belief this application ☐ does ☒ does not involve replacement of existing insurance or annuities.

☐ **Virginia applications only:** You certify that the paragraph marked "Virginia applications only" in the Agreement above, was discussed with the client and its terms were satisfied.

Representative's signature Terry D. Nelson No. 58869-9 DSO 095

Representative's name (*print*) Terry D. Nelson Phone (507) 288-21345

☐ Junior ☐ Trainer name (*print*) ____________ No. ____________

33886A 14 136022 (9/85)

Date Filmed | Film No. | Group No. | Batch

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch DA of F.F.

**Variable life/variable universal life.** If you have applied for this type of insurance, check each of the following to acknowledge that you have read and understood them:

☐ **Adequate information.** You have received the current prospectuses for the policy applied for and any funds involved.

☐ **Purpose.** You agree that this variable type of insurance is in accord with your insurance and financial objectives.

☐ **Variable values.** The amount of Death Benefit and Policy Value can both increase and decrease, however the Death Benefit will never be less than any Guaranteed Minimum Death Benefit.

☐ **Fees and charges.** The fees and charges (including possible surrender charges) have been explained to you and are also explained in detail in the policy.

☐ **Telephone transfers.** You release IDS Financial Services, IDS Life Insurance Company and their respective officers and employees from all liability for any action resulting from a telephone transfer that appears to be authentic.

**Consolidated Statement**

IDS periodically sends out informational Statements, for each of its accounts, which are consolidated into one Statement covering all accounts owned by members of the same household. If you **don't** want this account reported that way, check here ☐

**Authorization to Obtain Information — IDS Life Insurance Company**

You authorize any physician, medical practitioner, hospital, other medical facility, the Medical Information Bureau and any other organization or person having medical and other information about you and your minor children to give that information to the company or its reinsurer. You understand that the company will use this information to determine eligibility for insurance and benefits. The company will not release the information except to a reinsurance company, the Medical Information Bureau, and any person or organization providing business or legal services relating to your application or any claim. You know that your medical records, including any alcohol or drug abuse information, may be protected by Federal Regulations 42 CFR Part 2.

You authorize the company to obtain investigative consumer reports on you and your minor children. You understand that you have the right to request a personal interview if an investigative consumer report is obtained.

You agree that a photographic copy of this authorization will be as valid as the original.

You agree that this authorization will be valid for two and one-half years from the date shown below.

**Signatures**

**Signatures of all Insureds** (*Insureds under age 15 need not sign.*)

Insured (base plan) X Tyra Diane Russell    OIR Insured x ____________

FIR Spouse x ____________    OIR Insured x ____________

Nominator x ____________    OIR Insured x ____________

**Owner's signature** (*omit if owner already signed as an Insured*) x ____________

**Signed at** (*city*) Rochester, (*state*) MN, **on** (*date*) 3/12/87

## Receipt

All checks must be completed in full and be made payable to the company (*not to the representative*).

Received from T. Diane Russell the sum of $ 5000 with this application.

☐ No money paid with this application

## Representative's Report

You certify that you personally requested the information in this application and witnessed its signing and received any money that was paid. You are not aware of anything detrimental to the risk that is not recorded in this application and:

**All applications:** To the best of your knowledge and belief this application ☐ does ☒ does not involve replacement of existing insurance or annuities.

☐ **Virginia applications only:** You certify that the paragraph marked "Virginia applications only," in the Agreement above was discussed with the client and its terms were satisfied.

Representative's signature Terry D Nelson No. 58869-9 DSO 095

Representative's name (*print*) Terry D. Nelson Phone (507) 288-7-1345

☐ Junior ☐ Trainer name (*print*) ____________ No. ____________

33886A



136022 A (9/8