IDS AMERICAN EXPRESS

# Insurance Client Profile

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A2 or F.T.

## First Client Profile Information

First client's name, Social Security No., address, client number ...ng account numb... information must be completed.

☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. First client's name (first) (middle) (last) Social Security No.

Home address (street, city, state, zip)

IDS client no. (if known) Existing IDS client account no. (if any) ☐ Corporate Employee Marketing Corp. name:

☐ New IDS Client
Complete remainder of *Client Profile*. Profile includes *Client Profile Information, Business or Organizational Information,* and *Household Information.*

☐ Existing IDS Client
Has a *Client Profile* ever been submitted for this client?
☐ Yes Has *Client Profile* changed? ☐ Yes ☐ No (*If yes, make changes to profile as needed.*)
☐ No Complete remainder of *Client Profile.*

Any other name used on IDS accounts (maiden, nickname, etc.) Birth date / / Sex ☐ M ☐ F Citizenship ☐ U.S. ☐ Other

Home phone no. ( ) Work phone no. ( ) Mailing address (*if different from above*)

Occupation Self-employed? ☐ Yes ☐ No Cl. Occ. Gross annual income $ Currently retired? ☐ Yes (*give mo./yr.*) / ☐ No (*give planned retirement age*)

Current will? ☐ Yes ☐ No IRA in force? ☐ Yes (*give value*) $ ☐ No Qualified Retirement Plan? ☐ Yes ☐ No American Express Card? ☐ Yes ☐ No

Married? ☐ Yes ☐ No Spouse's name (*if not second client listed below*) Social Security No. Birth date / /

Client no. Group no. Spouse's client no. Cert. cd.

## Second Client Profile Information (*complete for joint owners and the spouse of first client*)

Second client's name, Social Security No., address, client number and existing account number information must be completed.

☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. Second client's name (first) (middle) (last) Social Security No.

Home address (street, city, state, zip)

IDS client no. (if known) Existing IDS client account no. (if any) ☐ Corporate Employee Marketing Corp. name:

☐ New IDS Client
Complete remainder of *Client Profile*. Profile includes *Client Profile Information, Business or Organizational Information,* and *Household Information.*

☐ Existing IDS Client
Has a *Client Profile* ever been submitted for this client?
☐ Yes Has *Client Profile* changed? ☐ Yes ☐ No (*If yes, make changes to profile as needed.*)
☐ No Complete remainder of *Client Profile.*

Relationship to first client
☐ Spouse ☐ Other, describe relationship

Any other name used on IDS accounts (maiden, nickname, etc.) Birth date / / Sex ☐ M ☐ F Citizenship ☐ U.S. ☐ Other

Home phone no. ( ) Work phone no. ( ) Mailing address (*if different from above*)

Occupation Self-employed? ☐ Yes ☐ No Cl. Occ. Gross annual income $ Currently retired? ☐ Yes (*give mo./yr.*) / ☐ No (*give planned retirement age*)

Current will? ☐ Yes ☐ No IRA in force? ☐ Yes (*give value*) $ ☐ No Qualified Retirement Plan? ☐ Yes ☐ No American Express Card? ☐ Yes ☐ No

Married? ☐ Yes ☐ No Spouse's name (*if not first client listed above*) Social Security No. Birth date / /

Client no. Group no. Spouse's client no. Cert. cd.

M20333 MAR 1 7 87

136022

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch

## Business or Organizational Information *(complete if first or second client is or owns a business)*

Business name

Business taxpayer ID no.

Business address *(street, city, state, zip)*

Business phone no. ( )

Date business began / /

Business fiscal year-end *(month, day)* /

No. of employees

Nature of business

Cl. Inst.

Form of business *(check all that apply)*
- ☐ Corporation *(01)*
- ☐ Partnership *(02)*
- ☐ Sole proprietorship *(03)*
- ☐ Political subdivision *(04)*
- ☐ Tax exempt
- ☐ Subchapter S corp.
- ☐ Financial institution
- ☐ Professional assoc.

Client no. Group no. Cert. cd.

## Household Information *(first client only)*

**Circumstances leading to purchase of this product** *(check all that apply)*

- ☐ Client inquiry *(01)*
- ☐ Client servicing *(02)*
- ☐ Client referral *(03)* *(friends/relatives)*
- ☐ Direct response to rep. mailing *(04)*
- ☐ Direct response to DSO marketing program *(05)*
- ☐ Home office lead *(06)*
- ☐ Seminar *(07)*
- ☐ Cold call/mailing follow-up *(08)*
- ☐ Social contact with rep. *(09)*
- ☒ IDS financial plan *(10)*
- ☐ National advertising lead *(11)*
- ☐ Other

### Financial Information

NASD and IDS Financial Services Inc. rules require the sales representative to review information disclosed by the client to have reasonable grounds for believing that the sale is suitable for the client.

| Assets | | Liabilities | |
|---|---|---|---|
| Cash reserves on hand | $ ,000 | Short-term *(under 5 years)* | $ ,000 |
| Fixed assets *(incl. bonds)* | $ ,000 | Mortgages on principal residence | |
| Equity assets | $ ,000 | 1st mortgage | $ ,000 |
| Principal residence | $ ,000 | 2nd mortgage | $ ,000 |
| Other real estate | $ ,000 | Business-related debts | $ ,000 |
| Business-related assets | $ ,000 | Other mortgages and long-term debts | $ ,000 |
| Other assets | $ ,000 | | |
| **Total Assets** | $ ,000 | **Total Liabilities** | $ ,000 |

**Net Worth** $ ,000

Gross annual household income $ ,000

Amount of life insurance on household $ ,000

Net cash value of life insurance on household $ ,000

Current stockbroker? ☐ Yes ☐ No

Current life insurance agent? ☐ Yes ☐ No

Year client moved to current address 19

| Names of minor children | Birth dates | Names of minor children | Birth dates |
|---|---|---|---|
| 1 | / / | 3 | / / |
| 2 | / / | 4 | / / |

Group no.

IDS
An American Express company

IDS Life Insurance Company
Box 499
Minneapolis, Minnesota 55440

J RECEIVED A
FEB 10 '92 -9 AM
MAIL UNIT

# Variable Universal Life Special Service Request

DATE APPROVED 2/10/92

Request for Automated Dollar-Cost Averaging (DCA)

*Please Print or Type*

**Section 1 — ~~Account Identification (Complete this~~ section exactly as it appears on our records)**

| | | | |
|---|---|---|---|
| Policy Number | 9090180 6324-0-004 | Taxpayer ID | 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 |
| Policy Owner | Paul D Russell | Telephone Number | (701)-251-1338 |

**Section 2 — Dollar-Cost Averaging Options (Minimum $50)**

Check One ☐ Establish Plan ☐ Replace Plan ☐ Discontinue Plan (Skip to Section 3)

Transfer Money ($50 minimum) from one account to the accounts as shown below. Amounts requested to be transferred from the fixed account are restricted. The maximum monthly Fixed Account transfer amount = current fixed value ÷ 24 months.

Transfer acct. values from equity, income, and govt to Mgd.

| Transfer from one account: | | | | Transfer to: | | | |
|---|---|---|---|---|---|---|---|
| Equity | All | 1991 Trust | | Equity | | 1991 Trust | |
| Income | All | 1995 Trust | | Income | | 1995 Trust | |
| Money Market | | 2004 Trust | | Money Market | | 2004 Trust | |
| Managed | | Fixed Account | | Managed | All | Fixed Account | |
| Gov't Securities | All | | | Gov't Securities | | | |

How Often? ☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually (If frequency is not noted, transfers will be set up to take place on a monthly basis.)

When? Begin Transfers on __/__/__ and End Transfers on __/__/__.

If no end date is specified, DCA will continue until you later stop DCA or the account value becomes too low to allow a transfer of the requested amount.

RECEIVED
FEB 10 1992
UNIT 828

**Section 3 — Authorization and Acknowledgements**

**I understand the following with respect to my request:**

☑ If an automated transfer, as scheduled, falls on a date that is not a normal business day, the transfer will be made on the last normal business day preceding such date.

☑ Automated transfers and any random transfers are subject to the provisions of my contract, the current prospectus and such other rules as IDS Life shall establish.

☑ No written confirmation of the initial set-up of this request will be sent out, but transactions will appear on the quarterly consolidated statement. I agree to notify IDS Life within 90 days if the requested transaction does not appear.

Policy Owner Signature Paul Russell Date 2-5-92

Planner's Name Amy Twedt Planner No. 84816-

Planner's Telephone No. (701) 252-1271 D.O. No. 132

**Send to the Attention of:**
**Life Service, Unit 828 (for existing accounts)**
**Life New Business (with new application)**

30306 A (8/91)

00000487

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch DA2 of 2 F.T.

CLIENT REVIEW DOCUMENT

D095 R58869
08/14/86

CLIENT NAME: MRS TYVA DIANE RUSSELL
CLIENT NO: 11 577 259 TYPE: PERSON

0001162

ACCOUNTS FOR CLIENT IN THIS GROUP (RETAIL BROKERAGE ACCTS WILL NOT SHOW A SREP OR SDSO)

| | | | | |
|---|---|---|---|---|
| 0113 2508 490-0-002 CASH MANAGE FD | INACTIVE | ROLES: OWN TAX | SREP: 0058869-9 | SDSO: 00095 |
| 0125 2508 490-6-002 EXTRA INCOME FD | ACTIVE | ROLES: OWN TAX | SREP: 0058869-9 | SDSO: 00095 |
| 9310 1712 727-1-004 FLEXIBLE ANNUITY TQ | ACTIVE | ROLES: OWN ANN TAX | SREP: 0058869-9 | SDSO: 00095 |
| 0187 2508 490-1-008 CARLYLE LIMITED PART | ACTIVE | ROLES: OWN RR 1, PINE ISLAND MN 55963 | SREP: 0058869-9 | SDSO: 00095 |
| 0287 2508 490-0-008 CARLYLE LIMITED PART | ACTIVE | ROLES: OWN | SREP: 0058869-9 | SDSO: 00095 |
| 0191 2508 490-5-013 PFA II | ACTIVE | ROLES: OWN | SREP: 0058869-9 | SDSO: 00095 |
| 0387 2508 490-9-014 JONES INCOME I | ACTIVE | ROLES: OWN TAX | SREP: 0058869-9 | SDSO: 00095 |

Date Filmed 3-25-87 | Film No. 4 | Group No. 9 | Batch D/A2 of 2

CLIENT REVIEW DOCUMENT

D095 R58869
08/14/86

CLIENT NAME: MRS TYVA DIANE RUSSELL
CLIENT NO: 11 577 259 TYPE: PERSON

SERVICE DATE: / /
ROLE(S) ON NEW ACCT: OWNER ( ) PARTICIPANT ( ) ANNUITANT ( )
INSURED: BASE PLAN ( ) OR RIDER ( )
NONE-INFO UPDATE ONLY ( )

CLIENT INFORMATION 0001162

TIN: 403 40 2208 (MAKE TIN CHANGES ONLY ON A W-9)

MAILING ADDRESS: (DO NOT USE EXCEPT WHEN SUBMITTING NEW BUSINESS)

HOME ADDR: ... N APPLICABLE, ADDITIONAL ADDRESSES ARE LISTED IN ACCT SECTION):
(AN A... IANGE MADE HERE WILL CHANGE ALL ACCOUNTS FOR ALL CLIENTS IN THIS GROUP)

BOX ... KE ISLAND MN 55963

BIRTHDATE: 03/15/34

SEX (M/F): F — CITIZENSHIP? US(Y/N): Y — OTHER:

MAIDEN/NICKNAME: — HOME PHONE: 507-367-4757

WORK PHONE: 507-286-8174 — EXT:

OCC: MEDICAL/HEALTH WORK — SELF-EMPLOYED (Y/N): N

GROSS ANN INCOME: $24,000

RETIRED (Y/N): N — PLANNED RETIRE AGE: 70

WILL (Y/N): — IRA (Y/N): Y

QUALIFIED RETIREMENT PLAN (Y/N): N — AMEX CARD (Y/N): — MARRIED (Y/N): Y

HOUSEHOLD INFORMATION

GROUP NO: 0 2508 490-6-001 OTHER MEMBERS: MR PAUL D RUSSELL 11 577 258
TOTAL MEMBERS: 2
NEXT STATEMENT: 09/12/86

TOTAL ASSETS: $312,000

| ASSETS: | | LIABILITIES: | |
|---|---|---|---|
| CASH RESERVES: | $ 8,000 | SHORT-TERM: | $ |
| FIXED ASSETS: | | MORT. ON PRINCIPAL | |
| EQUITY ASSETS: | 49,000 | RESIDENCE: 1ST: | |
| PRINCIPAL RESIDENCE: | 130,000 | 2ND: | |
| OTHER REAL ESTATE: | 50,000 | BUS-RELATED DEBTS: | |
| BUS-RELATED ASSETS: | | OTHER MORTGAGES/ | |
| OTHER ASSETS: | 75,000 | LONG-TERM DEBT: | |

GROSS ANN HSLD INCOME: $50,000 — AMT LIFE INS ON HSLD:

STOCKBROKER (Y/N): N — LIFE INS AGENT (Y/N): N
YR MOVED TO CURR ADD:

TOTAL DEPENDENTS: 2
MINOR CHILDREN & BIRTHDATES: TODD 10/31/1966
TAMMARA 10/31/1966

ACCOUNTS FOR CLIENT IN THIS GROUP (RETAIL BROKERAGE ACCTS WILL NOT SHOW A SREP OR SDSO)

*0140 8608 488-7-001 ACTIVE ROLES: OWN TAX SREP: 0058869-9 SDSO: 00095
86 2YR RET SING PY

0107 2508 490-8-002 ACTIVE ROLES: OWN TAX SREP: 0058869-9 SDSO: 00095
MUTUAL FD

N2003?7 MAR 1687

**LIFE STATUS REPORT**

| TYPE | TRN | ?R | ACCOUNTING PDTO/GLO | CASH | SUNDRY |
|---|---|---|---|---|---|
| STAT | 641 | 04 | 02/92 | | 2,198.43 |
| STAT | 642 | 07 | 02/92 | | 2,198.43 |
| STAT | 641 | 05 | 02/92 | | 1,377.81 |
| STAT | 642 | 07 | 02/92 | | 1,377.81 |
| STAT | 641 | 08 | 02/92 | | 1,395.20 |
| STAT | 642 | 07 | 02/92 | | 1,395.20 |

| CO | POLICY NO. | BRNC |
|---|---|---|
| 10 | 01806324 | 039 |

BASIC BENEFIT

| | | | |
|---|---|---|---|
| 09 17 7V9100V | 0 MN0535320387031534 | 00000 10000 10000 | 5 0 0 1105HV0031988032029 |
| 10 17 7V9500V | 0 MN0535320387031534 | 00000 10000 10000 | 5 0 0 1105HV0031988032029 |
| 11 17 7V0400V | 0 MN0535320387031534 | 00000 10000 10000 | 5 0 0 1105HV0031988032029 |

00000313

LIFE STATUS REPORT

---------------INSURED N/A---------------
TYVA DIANE RUSSELL
925 8TH AVE NE
JAMESTOWN ND 58401

SOCIAL SECURITY NO.-00-I-474328172-0

OWNER--PAUL D RUSSELL
CLIENT-TYVA DIANE RUSSELL
PH: 03
CLIENT ID SEQ O I B BL P R
01
NET COST TRAILER FIELDS:
TYP PH TAX RID YEAR GAINS
1 01 1988 0.00

**********GUARANTEED PREMIUMS**********

PHASE 03------------------------------
PREMIUMS VARY BY AGE
GUARANTEED PREMIUM PER UNIT 10.92
INITIAL GUARANTEE PERIOD 1 YEARS

PHASE 01---INTERFUND TRANSFER--------
PRE-TEFRA INCOME 7,059.26
PRE-TEFRA INC. WITHDRWN 7,059.26

PHASE 02---INTERFUND TRANSFER--------

PHASE 03---INTERFUND TRANSFER--------

PHASE 04---INTERFUND TRANSFER--------
INTERPOLATED CASH VALUE 2,198.43
UNIT PRICE 2.332371
UNITS OWNED 942.571925
TRANSFER TO FUND VFS
NET AMOUNT TRANSFERED 2,198.43
TOTAL GROSS TRANSFER 2,198.43
TOTAL UNITS REDEEMED 942.571925

PHASE 05---INTERFUND TRANSFER--------
INTERPOLATED CASH VALUE 1,377.81
UNIT PRICE 1.480629
UNITS OWNED 930.558494
TRANSFER TO FUND VFS
NET AMOUNT TRANSFERED 1,377.81
TOTAL GROSS TRANSFER 1,377.81
TOTAL UNITS REDEEMED 930.558494

PHASE 06---INTERFUND TRANSFER--------
UNIT PRICE 1.419332

PHASE 07---INTERFUND TRANSFER--------
INTERPOLATED CASH VALUE 2,087.82
UNIT PRICE 2.203425
UNITS OWNED 947.532345
TOTAL NET TRANSFER IN 4,971.44
TOTAL UNITS PURCHASED 2,256.232910

PHASE 08---INTERFUND TRANSFER--------
INTERPOLATED CASH VALUE 1,395.20
UNIT PRICE 1.480514
UNITS OWNED 942.372255
TRANSFER TO FUND VFS
NET AMOUNT TRANSFERED 1,395.20
TOTAL GROSS TRANSFER 1,395.20
TOTAL UNITS REDEEMED 942.372255

PHASE 09---INTERFUND TRANSFER--------
UNIT PRICE 1.000000

PHASE 10---INTERFUND TRANSFER--------
UNIT PRICE 1.552356

PHASE 11---INTERFUND TRANSFER--------
UNIT PRICE 1.689541

608 INTERFUND TRANSFER SUCCESSFUL

| CONTRACT | | PAID TO | BILLED TO | ISSUE DAY | DUE DAY | | EXTRACT DATE | MESSAGE | PROCESS DATE | | | LOCATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 01806324 | 1 0388 | 0388 | 17 | | 0 | 021792 | PROCESS | 021092 | 0117922 | 0131923 | ND | 584 | 01 | 039 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12A142000 | 500000 | 0010 | 10000000201 | | | |

A BASIC BENEFIT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 17 | VO 100 M | 0 | MN0535320387031534 | 5000000 | 10000 | 10000 | 5 | 0 | 0 | 1105BP1 | 031988032029 |
| 02 | 17 | VO 200 M | 0 | MN0535320387031534 | 00000 | 10000 | 10000 | 5 | 0 | 0 | 1105HI0 | 031988032029 |
| 03 | 17 | 90 300 M | 0 | MN0535320387031534 | 1130220 | 100000 | 1092 | 0 | 0 | 0 | 1105B52 | 031992032029 |
| 04 | 17 | VF P 00 M | 0 | MN0535320387031534 | 25000 | 10000 | 10000 | 5 | 0 | 0 | 1105RV0 | 031988032029 |
| 05 | 17 | VF Q 00 M | 0 | MN0535320387031534 | 25000 | 10000 | 10000 | 5 | 0 | 0 | 1105RV0 | 031988032029 |
| 06 | 17 | VF R 00 M | 0 | MN0535320387031534 | 25000 | 10000 | 10000 | 5 | 0 | 0 | 1105HV0 | 031988032029 |
| 07 | 17 | VF S 00 M | 0 | MN0535320387031534 | 00000 | 10000 | 10000 | 5 | 0 | 0 | 1105HV0 | 031988032029 |
| 08 | 17 | VF T 00 M | 0 | MN0535320387031534 | 25000 | 10000 | 10000 | 5 | 0 | 0 | 1105RV0 | 031988032029 |
| [illegible] | 17 | [illegible] | 0 | MN05353[illegible]7031534 | 25000 | 10000 | 10000 | 5 | 0 | 0 | 1105HV0 | 031988032029 |

B SUPPLEMENTAL BENEFIT — H6/7 BENEFIT CHARGES — E TEMPORARY VALUES

H-D ETI EXPIRY — U-C STEPPED RESERVE — S SUSPENSE — F DEPOSITS AND AUCTIONS

M-G MESSAGE — J EXTRA LIFE PREMIUM — G PREMIUMS ON DEPOSIT

L AGENT COMMISSION CONTROL

U-F PPA PAYMENT — H-I PREMIUM CHANGE — V/W RENEWABLE TERM RATE FILE ACCESS

V 0300000001

U-H PPA HISTORY — NET COST

| | | | |
|---|---|---|---|
| 01 | 500000 | 00 | 00 |

CONT'D