CAP. TRANSFER

IDS Life Insurance Company
IDS Tower 10
Minneapolis, MN 55440

I/O 11 577 258 4 00
9090636 1163 8 004

# Life and Disability Income Insurance Application

| Insured | Other Insured Rider (OIR)/2nd Insured |
|---|---|
| Please provide both day and evening telephone numbers | Please provide both day and evening telephone numbers |
| Day (352) 357-4569 Evening ( ) SAME | Day ( ) ______ Evening ( ) ______ |
| Best time to call for a medical interview ✓ Day ___ Evening | Best time to call for a medical interview ___ Day ___ Evening |

## Section A Insured and Owner Information

**1. Insured:** Is Insured the owner? ☑ Yes ☐ No

Other Insured Rider (OIR) ☐ or 2nd Insured ☐ ? Is OIR/2nd Insured the owner? ☐ Yes ☐ No

| Insured | OIR/2nd Insured |
|---|---|
| ☒ Mr. ☐ Mrs. ☐ Miss ☐ Ms. | ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. |
| Insured's name *(first) (full middle) (last)*: PAUL D RUSSELL | OIR/2nd Insured's name *(first) (full middle) (last)* |
| Home address *(street)*: 2710 GRAND ISLAND SHORES ROAD | Home address *(street)* |
| City, State, Zip: EUSTIS, FL 32726 | City, State, Zip |
| Social Security No.: 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 | Driver's License No. and State: R240-684-31-347-0 FL | Social Security No. | Driver's License No. and State |
| Birthdate: 9/27/31 | Marital status: M | State of birth: ND | ☑ Male ☐ Female | Birthdate | Marital status | State of birth | ☐ Male ☐ Female |
| Citizenship ☑ U.S. ☐ Other ______ | Self-Employed ☐ Yes ☑ No | Citizenship ☐ U.S. ☐ Other ______ | Self-Employed ☐ Yes ☐ No |
| Occupation: RETIRED | Tax bracket 28 % | Occupation | Tax bracket % |
| Individual occ. income $ -0- | Net worth $ 1,000,000 (+) | Household income $ 60,000 | Individual income from occupation $ | Relationship to insured |
| Employer name: Retired | Employer name |
| Address *(street)* | Address *(street)* |
| City, State, Zip | City, State, Zip |

**2. Owner** ***(Complete if owner is different from Insured/OIR/2nd Insured)***

| | | | | |
|---|---|---|---|---|
| ☐ **Individual** ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms. | Owner's name *(first) (full middle) (last)* | | Birthdate | ☐ Male ☐ Female |
| Individual occ. income $ | Net worth $ | Household income $ | Bus. Tax ID, Taxpr. ID or Social Security No. | Tax bracket % |
| Relationship to insured | Home address *(street) (city) (state) (zip)* | | | |
| Employer name | Address *(street) (city) (state) (zip)* | | | |
| ☐ **Business** Business name | Address *(street) (city) (state) (zip)* | | | |

☐ Sole Proprietorship (03) ☐ S Corporation (01) ☐ Partnership (02) ☐ C Corporation (01)

Type of Business Insurance: ☐ Buy/Sell ☐ Business Debt Protection ☐ Split Dollar ☐ Key Person ☐ Executive Bonus/GEBA ☐ Deferred Compensation (nongovernmental) ☐ Other______

☐ **Trust:** Name of Trust ______ Date of Trust ______
☐ Revocable Grantor's taxpayer identification number ______
☐ Irrevocable Trust's taxpayer identification number ______
Name and address of Trustee ______

☐ **Other** ______

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement or claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.



477-04588

## Section B Life Insurance

### 1. Life Insurance Plan

Insured Amount $ 100,000

OIR Amount $

- ☐ Life Protection Plus
- ☒ Variable Universal Life
- ☐ Survivorship Variable Life (V2D)
- ☐ 1-Year Term ☐ 10-Year Term
- ☐ Whole Life
- ☐ Other

*(You must select either Option 1 or Option 2 for these plans)*

☐ ***Death Benefit Option 1:*** Initial death benefit is insured amount.

☐ ***Death Benefit Option 2:*** Initial death benefit is insured amount plus accumulated cash value. Cost of insurance is greater than Option 1.

**Variable Universal Life & Survivorship Variable Life Allocations** *(complete financial suitability statement on signature page).*

Premium allocation: *(premium amount to be directed to specific investment options within policy)*

Monthly deductions: *(investment options within the policy from which the cost of insurance will be deducted)*

**Owner's tax bracket** ____ % *(required for VUL & V2D policies)*

| Investment options | Premium allocation | Monthly deductions | Investment options | Premium allocation | Monthly deductions | Investment options | Premium allocation | Monthly deductions |
|---|---|---|---|---|---|---|---|---|
| Fixed | % | % | Equity | % | % | AIM | % | % |
| Income | % | % | Money Market | 100% | % | Putnum VT N Opp | % | % |
| Managed | % | % | Gov't securities | % | % | Other | % | % |
| Int'l Equity | % | % | 2004 Trust | % | % | | 100% | 100% |

Monthly deductions should be taken using ☐ Monthly deduction % ☐ Premium allocation % ☐ Pro-rata by value

### 2. Life Insurance Riders

- ☐ Other Insured Rider (OIR). **Complete OIR in Section A and OIR Amount $ and Beneficiary in Section B.**
- ☒ Accelerated Benefit Rider for Terminal Illness
- ☐ Waiver of Premium or Waiver of Monthly Deduction
- ☐ Accidental Death Benefit of $
- ☐ Automatic Increase Benefit Rider: ☐ 2% ☐ 3% ☐ 4% ☐ 5% ☐ 6%
- ☐ Four-Year Term of $ ____ (V2D Only)
- ☐ Policy Split Option (V2D Only)
- ☐ Other

☐ Children's Insurance (CIR) ____ Units
☐ Family Insurance (FIR) ____ Units
} Complete FIR/CIR information below.

**Children's Insurance Rider and Family Insurance Rider Information:**

**A.** ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms.

| Spouse information *(first, middle and last name)* | Birthdate | State of birth | Height | Weight |
|---|---|---|---|---|
| | | | | |

**B.** Name(s) of children to be covered by rider *(must be under age 19 and unmarried)*

| Name *(first)* | *(full middle)* | *(last)* | Birthdate | Sex | Physical/mental abnormalities at birth? *(If yes, explain here)* |
|---|---|---|---|---|---|
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

**C.** Has anyone listed above received treatment for any disease, physical or mental condition in the past five years?
☐ **Yes** ☐ **No**

**D.** Is this insurance intended to replace any existing insurance and/or annuity? ☐ **Yes** ☐ **No**

**E.** If yes to C or D above, explain here

**F.** Are there any children under the age of 19 and unmarried not listed above ☐ **Yes** ☐ **No**

If yes, list name, birthdate and reason for exclusion

## Section B Life Insurance (continued)

### 3. Life Insurance Premiums

| Amount of scheduled/ ~~annual~~ premiums | Amount paid with application | Lump-sum amount to be paid on delivery of policy | Premium Payment Frequency ☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually |
|---|---|---|---|
| $ 44,640 | $ | $ 44,640 | |

Method of Payment: ☐ New Bank Authorization ☐ Add to Existing Bank Authorization account no. ______
(BA can be set up for **monthly** or **quarterly** frequencies only. Complete attached BA form.)

☐ Direct Billing ☐ Other ______

### 4. Life Insurance Beneficiary (for Survivorship Variable Life, complete b. below)

a. **Option A.** Beneficiary is: Insured's designated spouse, if living, otherwise the beneficiaries are the living lawful children of the Insured and they will receive equal shares of the proceeds.

**Option B.** Beneficiary is: Insured's designated spouse, if living, otherwise, the beneficiaries are the living lawful children of the Insured and they will receive equal shares of the proceeds; provided, however, that if a child of the Insured has died before the Insured, the share which the child would have received if he/she survived the Insured will be paid to his/her living lawful children in equal shares.

**Option C.** Other designation.

**Insured:**

☐ **Option A** ☐ **Option B** ☑ **Option C**

For Option A or B:
Insured's spouse's full name ______

Option C: Other designation ESTATE

Relationship to Insured ______

**OIR:**

☐ **Option A** ☐ **Option B** ☐ **Option C**

For Option A or B:
OIR's spouse's full name ______

Option C: Other designation ______

Relationship to OIR ______

b. **Survivorship Variable Life Beneficiary designation** ______

Relationship to Insureds ______

### 5. Juvenile Insurance

**COMPLETE IF INSURED IS UNDER AGE 15**

Did the representative see this child? ☐ **Yes** ☐ **No**

Is there similar insurance in force or applied for on all brothers and sisters? ☐ **Yes** ☐ **No** If not, why? ______

Amount of life insurance already in force on the person responsible for child's primary support $ ______

X ______
Signature of Parent or Legal Guardian

X ______
Signature of Witness

______
Date



477-04588

## Section C Disability Income and Business Expense Protection Insurance

### 1. Disability Income Insurance Plan

| Monthly Benefit | Insured's Occupation Class | Waiting Period |
|---|---|---|
| $ | ☐ 1A ☐ 2A ☐ 3A<br>☐ 4A ☐ 5A | ☐ 30 days ☐ 60 days ☐ 90 days<br>☐ 180 days ☐ 365 days |
| **Duration of Benefit**<br>☐ 1 yr ☐ 3 yrs ☐ 5 yrs ☐ to age 65 | **Multiple Case Discount**<br>☐ **Yes** ☐ **No** | **Premium Pattern**<br>☐ Level ☐ Step Rate |

Employer Plan Coverage Unisex Rates *(two participants and employer billing required)* ☐ **Yes** ☐ **No**

**Disability Provision** *Occupation Classes 1A, 2A & 3A:* ☐ 2 Years Occupation Protection
*Occupation Classes 4A & 5A:* ☐ 5 Years Occupation Protection ☐ Gradual Recovery Benefits
☐ Gradual Recovery Benefits/5 Year Occupation Protection Option

### 2. Disability Underwriting Information

A. Complete description of job duties. Years of service ______ Number of hours worked per week ______

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

If self-employed: 1. Date business began ______ Number of employees ______
2. What % of duties are supervisory? ______

B. Any contemplated change in occupation? ☐ **Yes** ☐ **No** If yes, explain ______

C. Previous occupation if changed in the past five years ______

D. Amount of unearned income $ ______ Source ______

E. Is the Insured a member of a State, Public, or Federal Retirement System? ☐ **Yes** ☐ **No**
If yes, which one? ______

F. Is the Insured eligible for or does the Insured have any Disability Income Insurance through his/her employer?
a. Short-term ☐ Yes ☐ No at $ ______ per month for ______ months and ______ day waiting period
b. Long-term ☐ Yes ☐ No at $ ______ per month for ______ months and ______ day waiting period
c. If yes to b., is the group long-term disability integrated with Social Security? ☐ **Yes** ☐ **No**

G. Will the Insured's employer be paying the premiums for the IDS Life Disability Insurance? ☐ **Yes** ☐ **No**

H. Is the Insured eligible for benefits from a required state Cash Sickness disability program? ☐ **Yes** ☐ **No**



477-04588

**Section C** Disability Income and Business Expense Protection Insurance (continued)

## 3. Disability Income Insurance Riders

☐ Social Benefits Rider $ ____ per month with waiting period of ____ days.
☐ Supplemental DI $ ____ per month for ____ months and ____ day waiting period
☐ Cost-of-Living Maximum (classes 2A, 3A, 4A and 5A)
Maximum ☐ 3% ☐ 4% ☐ 5% ☐ 6% ☐ 7% ☐ 8% ☐ 9% ☐ 10%
☐ Future Purchase Option $ ____ Pool Amount
☐ Hospital Indemnity $ ____ per month
☐ Other ____

☐ Accidental Death and Dismemberment (AD&D) $ ____ Complete AD&D Beneficiary information below

**AD&D Beneficiary**
☐ Option A ☐ Option B Insured's spouse's full name ____
☐ Option C Other designation ____

Relationship to Insured ____

## 4. Disability Income Insurance Premiums

| Annual premiums | Amount paid with application | Amount to be paid on delivery of policy | Premium Payment Frequency ☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually |
|---|---|---|---|
| $ | $ | $ | |

Method of Payment: ☐ New Bank Authorization ☐ Add to Existing Bank Authorization account no. ____
(BA can be set up for **monthly** or **quarterly** frequencies only. Complete attached BA form.)
☐ Direct Billing ☐ Other ____

**Business Expense Protection Insurance**

## 1. Business Expense Protection Insurance Plan

(Cannot be applied for without personal Disability Income Protection in force or applied for.)
**Complete Disability Underwriting Information Section**

| Monthly Benefit | Insured's Occupation Class | Waiting Period | Benefit Pattern |
|---|---|---|---|
| $<br>**Submit Form 34591 (Available on DI Proposal System)** | ☐ 3A ☐ 4A ☐ 5A | ☐ 30 days ☐ 60 days ☐ 90 days | ☐ Level ☐ Increasing |

Multiple Case Discount ☐ **Yes** ☐ **No**

## 2. Business Expense Protection Insurance Premiums

| Annual premiums | Amount paid with application | Amount to be paid on delivery of policy | Premium Payment Frequency ☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually |
|---|---|---|---|
| $ | $ | $ | |

Method of Payment: ☐ New Bank Authorization ☐ Add to Existing Bank Authorization account no. ____
(BA can be set up for **monthly** or **quarterly** frequencies only. Complete attached BA form.)
☐ Direct Billing ☐ Other ____



477-04588

## Section D Medical History

**Insured:**

| Doctor or Clinic | |
|---|---|
| 1. Mayo Clinic | |
| Patient number | Phone number |
| | |

| Address | City | State | Zip |
|---|---|---|---|
| 2nd ST | Rochester | MN. | 55903 |

| Date last seen | Reason last seen |
|---|---|
| 6/1997 | Physical |

2. Height 6 Weight 215

3. Have you ever had, or been told you had, consulted with, been tested for, or treated by a doctor, medical practitioner or any other type of health care provider for any of the following:

**(CIRCLE DISORDER FOR "YES" ANSWERS)**

A. Cancer or tumor, unusual fatigue, problems with or disorder of the muscles, bones, neck, back, joints, skin, liver, kidneys, urinary tract, digestive, or reproductive system? ☐ **Yes** ☑ **No**
Date of last consultation, test, or treatment ________

B. Chest pain, problems with or disorder of the heart, circulation, high blood pressure, lung or breathing, diabetes, high blood sugar, epilepsy, stroke, loss of consciousness, memory loss, paralysis, brain, or nervous system? ☐ **Yes** ☑ **No**
Date of last consultation, test, or treatment ________

C. Mental illness, stress, anxiety, depression, emotional disorder, or alcohol or drug/substance abuse? ☐ **Yes** ☑ **No**
Date of last consultation, test or treatment ________

4. Have you ever used marijuana, cocaine, heroine, or amphetamines? ☐ **Yes** ☑ **No**
Date of last use ________

5. Have you ever been diagnosed by a member of the medical profession as having AIDS (Acquired Immune Deficiency Syndrome) or ARC (AIDS-Related Complex?)
☐ **Yes** ☑ **No**
Date of last consultation or test ________

6. Within the past five years have you stayed overnight in a hospital or gone to an emergency room for any illness, or injury; been to a medical clinic, therapist, doctor, or health care provider; or presently have a physical impairment or illness not listed above? ☐ **Yes** ☑ **No**
Date of last consultation, test, or treatment ________
If yes, give reason:
________________________
________________________
________________________

7. A. Have you ever used tobacco or nicotine in any form?
☐ **Yes** ☑ **No**
B. If yes, what is/was used? ________
C. What amount? ________
D. Date last used? ________ (month and year)

**Other Insured Rider (OIR)/2nd Insured:**

| Doctor or Clinic | |
|---|---|
| 8. | |
| Patient number | Phone number |
| | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Date last seen | Reason last seen |
|---|---|
| | |

9. Height ________ Weight ________

10. Have you ever had, or been told you had, consulted with, been tested for, or treated by a doctor, medical practitioner or any other type of health care provider for any of the following:

**(CIRCLE DISORDER FOR "YES" ANSWERS)**

A. Cancer or tumor, unusual fatigue, problems with or disorder of the muscles, bones, neck, back, joints, skin, liver, kidneys, urinary tract, digestive, or reproductive system? ☐ **Yes** ☐ **No**
Date of last consultation, test, or treatment ________

B. Chest pain, problems with or disorder of the heart, circulation, high blood pressure, lung or breathing, diabetes, high blood sugar, epilepsy, stroke, loss of consciousness, memory loss, paralysis, brain, or nervous system? ☐ **Yes** ☐ **No**
Date of last consultation, test, or treatment ________

C. Mental illness, stress, anxiety, depression, emotional disorder, or alcohol or drug/substance abuse? ☐ **Yes** ☐ **No**
Date of last consultation, test or treatment ________

11. Have you ever used marijuana, cocaine, heroine, or amphetamines? ☐ **Yes** ☐ **No**
Date of last use ________

12. Have you ever been diagnosed by a member of the medical profession as having AIDS (Acquired Immune Deficiency Syndrome) or ARC (AIDS-Related Complex?)
☐ **Yes** ☐ **No**
Date of last consultation or test ________

13. Within the past five years have you stayed overnight in a hospital or gone to an emergency room for any illness, or injury; been to a medical clinic, therapist, doctor, or health care provider; or presently have a physical impairment or illness not listed above? ☐ **Yes** ☐ **No**
Date of last consultation, test, or treatment ________
If yes, give reason:
________________________
________________________
________________________

14. A. Have you ever used tobacco or nicotine in any form?
☐ **Yes** ☐ **No**
B. If yes, what is/was used? ________
C. What amount? ________
D. Date last used? ________ (month and year)

## Section E Underwriting Information

**Insured:**

1. Do you have any current plans to travel outside of the United States? ☐ Yes ☒ No
   If yes, where ______
   For how long ______ Reason ______

2. During the past five years have you:
   A. Flown, or do you contemplate flying as a pilot, student pilot, or crew member? ☐ Yes ☒ No
   B. Participated in or do you contemplate participating in motorcycle riding, racing (automobile, snowmobile, motorcycle, or boat), skin/scuba diving, skydiving, hang-gliding, or other similar activities?
   ☐ Yes ☒ No
   If yes, what activity? ______
   C. Had your driver's license revoked, received a moving violation or been cited for a DUI/DWI? ☐ Yes ☒ No

**Other Insured Rider (OIR)/2nd Insured:**

5. Do you have any current plans to travel outside of the United States? ☐ Yes ☐ No
   If yes, where ______
   For how long ______ Reason ______

6. During the past five years have you:
   A. Flown, or do you contemplate flying as a pilot, student pilot, or crew member? ☐ Yes ☐ No
   B. Participated in or do you contemplate participating in motorcycle riding, racing (automobile, snowmobile, motorcycle, or boat), skin/scuba diving, skydiving, hang-gliding, or other similar activities?
   ☐ Yes ☐ No
   If yes, what activity? ______
   C. Had your driver's license revoked, received a moving violation or been cited for a DUI/DWI? ☐ Yes ☐ No

**Insured:**

3. Have you ever had an application for insurance declined, postponed, or modified in any way? ☐ Yes ☒ No
   If yes, provide date ______ Company name ______
   Reason ______

4. Do you have any annuities or life or disability income insurance currently in force or applied for? ☐ Yes ☐ No
   If yes, provide the information below and indicate **if this insurance is replacing** any of the existing policies.
   If replacing an existing IDS Life policy, the cash value should be: ☐ **applied to the new IDS Life policy** ☐ **returned to the client**

| Company name | Plan type | Policy number | Policy date | Ins. amount/ mo. income | D.I. yrs payable | ADB amount | Will this be replaced?* |
|---|---|---|---|---|---|---|---|
| | | | | $ | | $ | ☐ Yes ☐ No |
| | | | | $ | | $ | ☐ Yes ☐ No |
| | | | | $ | | $ | ☐ Yes ☐ No |

If the insurance applied for will replace any existing insurance, submit replacement form(s) if required.

**Other Insured Rider (OIR)/2nd Insured:**

7. Have you ever had an application for insurance declined, postponed, or modified in any way? ☐ Yes ☐ No
   If yes, provide date ______ Company name ______
   Reason ______

8. Do you have any annuities or life or disability income insurance currently in force or applied for? ☒ Yes ☐ No
   If yes, provide the information below and indicate if this insurance is replacing any of the existing policies.
   If replacing an existing IDS Life policy, the cash value should be: ☐ **applied to the new IDS Life policy** ☐ **returned to the client**

| Company name | Plan type | Policy number | Policy date | Ins. amount/ mo. income | D.I. yrs payable | ADB amount | Will this be replaced?* |
|---|---|---|---|---|---|---|---|
| FIDELITY | ANNU | | | $ | | $ | ☐ Yes ☒ No |
| UL | IDS X | | | $ | | $ | ☒ Yes ☐ No |
| | | | | $ | | $ | ☐ Yes ☐ No |

*If the insurance applied for will replace any existing insurance, submit replacement form(s) if required.

31477 A X WILL BE REPLACED BY 2TODIE (6/97)

477-04588

**Financial Suitability Statement — Variable Universal Life/Survivorship Variable Life.** If you have applied for this type of insurance, check each of the following to acknowledge that you have received and read them:

- [X] **Adequate information.** You have received the current prospectuses for the policy applied for and any funds involved.
- [X] **Purpose.** You agree that this variable type of insurance is in accord with your insurance and financial objectives.
  - [X] You understand that there can be no assurance that such objectives will be achieved.
  - [X] Your risk tolerance for investment is: ☐ Low ☒ Medium ☐ High
  - [X] Your specific long-term goals and objectives are: ☒ Protection ☒ Tax Deferral ☒ Capital Appreciation ☐ Stability of Principal
- [X] **Variable values. The amount of Death Benefit and Policy Value can both increase and decrease; however, the Death Benefit will never be less than any Guaranteed Minimum Death Benefit.**
- [X] **Fees and charges.** The fees and charges have been explained to you and are also explained in detail in the policy.

***Social Security or Taxpayer Identification Number Certification***

**You certify, under the penalties of perjury as required by Form W-9 of the Internal Revenue Service, that:**

**1. The number shown on this form is your correct taxpayer identification number (or you are waiting for a number to be issued to you), and**

**2. You are not subject to backup withholding because: (a) you are exempt from backup withholding, or (b) you have not been notified by the Internal Revenue Service that you are subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified you that you are no longer subject to backup withholding.**

**Certification Instructions — You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.**

**Authorization to Obtain Information — IDS Life Insurance Company**

You authorize any physician, medical practitioner, hospital, other medical facility, the Medical Information Bureau, employer, and consumer reporting agency having medical and other information about you and your minor children to give that information to the company or its reinsurer. You understand that the company will use this information to determine eligibility for insurance and benefits. You acknowledge that your medical records, including any alcohol or drug abuse information, may be protected by the Federal Alcohol and Drug Abuse Regulation 42 CFR Part 2.

You authorize the company to obtain investigative consumer reports on you and your minor children. You understand that you have the right to request a personal interview if an investigative consumer report is obtained.

You agree that a photographic copy of this authorization will be as valid as the original.

You agree that this authorization will be valid for two and one-half years from the date shown below.

You acknowledge that you have received a copy of this authorization.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Signatures** *(Insureds under age 15 need not sign.)*

**Insured (base plan)** X *Paul D. Russell* **OIR/2nd Insured** X

**FIR Spouse** X **OIR Insured** X

**Owner's signature *(omit if owner already signed as an Insured)*** X

**Signed on *(date)*** 3 – 30 – 99 **, *(state)*** FL **, at *(city)*** X Leesburg FL

**Receipt** — All checks must be completed in full and be made payable to the company *(not to the representative)*.

Received from ______ the sum of $ ______ with this application.

☐ No money paid with this application.

N/C

**Representative's Report —**

Is Insured related to representative? ☐ Yes ☐ No If yes, give relationship ______

You certify that you personally requested the information in this application and witnessed its signing and received any money that was paid. You also certify that you truly and accurately recorded on the application the information supplied by the applicant. You are not aware of anything detrimental to the risk that is not recorded in this application.

You certify that, to the best of your knowledge and belief, the information provided on Page 7 of this application regarding replacement of existing insurance and annuities is true and accurate.

**Florida Licensed Agent signature** X *[signature]* Agent's License ID Number 104578

Compensation 50 % Phone (352) 728 - 8772 No. 87186-3 Area Office 026

**Florida Licensed Agent's name (print or type)** IAN A. STAPLES Team ID 4828

**Joint Florida Licensed Agent signature** X Agent's License ID Number

Compensation % Phone ( ) – No. Area Office

**Joint Florida Licensed Agent's name (print or type)** Team ID

Indicate Fax No. ( ) — if you want to receive status information via fax instead of Telememo.

31477 A

477-04588

IDS Life Insurance Company
IDS Tower 10
Minneapolis, MN 55440

# Life and Disability Income Insurance Application

## Agreement and Signature

**Agreement**

By signing this application, you acknowledge all of the following terms and conditions.

**Adequate information.** You have received the **IDS Life's Client Information Practices**, and you have read and understood it.

**When coverage begins.** You agree that an Insured for life or disability insurance will be covered prior to policy delivery only when all of the following requirements have been met:

The owner has paid the full first premium, according to the mode of premium payment selected, for all insurance applied for in this application (any check or draft for that payment must be honored by the bank); and

The premium has not been returned by the company; and

The Insured has submitted all medical and other information required by the company's written underwriting rules; and

The Insured is insurable on the Effective Date, as defined below, under the company's underwriting rules, for the plan and amount of coverage at the rate applied for with no modification. "Effective Date" as used herein means the later of: (a) the date of this application; or (b) the date of completion of all medical examinations and other information (which may include the company's medical information gathering interview) required by the company's written underwriting rules.

In cases where the Insured is not insurable for the plan of insurance, amount of insurance, or at the premium rate applied for, coverage begins if and when the company insures that person under a policy accepted by the owner.

For disability coverage, all disability policies specified to be discontinued in this application must also be discontinued before coverage will begin. *(This limitation is subject to the incontestability provision in the policy.)*

**Amount of Life Insurance Coverage.** If coverage begins prior to delivery of the policy under the conditions described above, the amount of life insurance coverage on each Insured will be the total requested for that person by this application and any other applications for life insurance on the Insured being considered by the company, up to a maximum of $500,000. Except as limited by this agreement, any coverage provided will be under the terms of the policy applied for.

**Amount of Disability Insurance Coverage.** If coverage begins prior to delivery of the policy under the conditions described above, the disability coverage monthly benefit on the Insured will be the lesser of (1) $3,500 of monthly benefit, (2) the monthly benefit applied for in this application, or (3) the maximum monthly benefit based on the company's written underwriting rules. Coverage on the Insured for this monthly benefit will be provided under the terms of the policy until the first of the following to occur: (1) benefits paid and payable total $500,000; or (2) the Insured is no longer eligible for benefits under the terms of the policy because the Insured is no longer disabled or the maximum benefit period has been reached. When the first of (1) or (2) occur, all benefits will cease and coverage under this agreement and the policy will cease.

**Company's responsibilities.** You understand that:

Only the officers of the company have the authority to decide on insurability and risk classification and to bind the company to insure a proposed Insured. The officers of the company are the President, Vice President, Secretary and Assistant Secretary;

If a policy does not go into effect, the company's sole liability will be to refund any premium paid, plus interest if required by law;

No change in or waiver of anything in this application or alteration of an insurance policy is binding unless it is in writing and signed by an officer of the company; and

By accepting a policy, the owner ratifies any changes entered at any time on the Home Office Endorsement form attached to the policy. However, the owner must sign a separate written document for any change in type of plan, amount, benefits or Insured's risk classification. *(Not applicable in New Hampshire, New Jersey and West Virginia.)*

Any insurance provided by this agreement will be subject to the conditions and terms of the policy applied for.

**Release of Information.** You understand and agree that the company will use and release information about you as described in the attached IDS Life's Client Information Practices. You may inform us not to use information for certain marketing purposes described in IDS Life's Client Information Practices.

**Qualified Plans only.** You certify that the plan under **Ownership** of the insurance application is qualified under Section 401(a) of the United States Internal Revenue Code. This policy will be issued based on representations by you that the Plan is qualified.

**Life Protection Plus/Universal Life Insurance.** If you have applied for this type of insurance, you acknowledge that you have been informed that (1) the company may periodically change the current interest rate being credited on cash values, and (2) that surrender charges may apply in certain circumstances.

**Declaration**

You declare that each of the answers made in this application is true and complete to the best of your knowledge and belief and will be a basis for any policy issued. You also acknowledge that you have received a copy of this agreement and receipt for any premium paid with this application.

# Life Insurance and Annuity Change of Beneficiary and Election of Optional Method of Settlement

Mail to:
**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, MN 55440

RECEIVED MAIL CENTER
00 JAN 17 AM 4:42

Bene-acct

| Please check here if this is a new address ☐ | Owner's Name: Paul D. Russell | Policy Number: 9090 6361163.8 |
|---|---|---|
| | Street Address: 2710 Grand Island Shores Rd. ~~9090 0636 1163~~ | ~~Name of Insured/Annuitant or OIR~~ Paul D. Russell |
| | City: Eustis | State: FL Zip Code: 32726 |

The undersigned hereby revokes any and all prior beneficiary designations and/or elections by the Owner(s) of a method of settlement for the beneficiary of the proceeds upon the death of the Insured/Annuitant. Any amount payable to a beneficiary because of the death of the Annuitant after the Retirement Date will be paid as provided in the Annuity Payment Plan then in effect.

**Change of Beneficiary.**** The undersigned hereby requests that the named beneficiary of said Policy/Contract be changed to:

**Choose only one option:** *(Show full names of all beneficiaries, and their relationships to the Insured/Annuitant.)*

☐ **A. Spouse as Primary, then Children Equally.** The Insured/Annuitant's designated Spouse, ______________________, if living; if not, then to the living lawful children of the Insured/Annuitant, and they will receive equal shares of the proceeds.

☒ **B. Spouse, then Children Equally Per Stirpes.** The Insured/Annuitant's designated Spouse, Tyra D. Russell, if living; if not, then to the lawful children of the Insured/Annuitant, equally, the survivors equally, or the survivor; provided, however, that if any said child is deceased at the time of the Insured/Annuitant's death, his or her share will be paid to his or her living lawful children in equal shares.

☐ **C. Children Equally.** The living lawful children of the Insured/Annuitant, equally, the survivors equally, or the survivor.

| Full Name | Birthdate | Relationship |
|---|---|---|
| Jean Willson | | |
| JAN 20 2000 | | |
| Settlements | | |
| | | |

☐ **D. Children Equally, Per Stirpes.** The living lawful children of the Insured/Annuitant, equally, the survivors equally, or the survivor; provided, however, that if any said child is deceased at the time of the Insured/Annuitant's death, his or her share will be paid to his or her living lawful children in equal shares.

| Full Name | Birthdate | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ **E. Equally with Rights of Survivorship.** The beneficiaries are as listed below, and they will receive equal shares of the proceeds. If a beneficiary dies before the Insured/Annuitant, his or her share will be equally divided among the surviving beneficiaries. *(Attach separate page for additional names.)*

| Full Name | Birthdate | Relationship | Social Security Number |
|---|---|---|---|
| [illegible] | | | |
| | | | |
| | | | |
| | | | |

☐ **F. With Rights of Survivorship.** The beneficiaries are as listed below, and they will receive the indicated percentage of the proceeds. If a beneficiary dies before the Insured/Annuitant, his or her share will be proportionately divided among the surviving beneficiaries. *(Attach separate page for additional names.)*

| Full Name | Birthdate | Relationship | Social Security Number | Percentage |
|---|---|---|---|---|
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |

☐ **G. Corporation. (Do not** *choose this for debt repayment purposes, use a Collateral Assignment.)*
Full Name and Address of corporation required: ______________________________________
______________________________, its successors or assigns.

☐ **H. Non-Profit Organization.** Full Name and Address of organization required: ____________________
______________________________, a voluntary association, its successors or assigns. Payment of the proceeds to the treasurer of the association shall fully and finally discharge the Company from all liability under the Policy/Contract.

☐ **I. Trust Agreement.** ______________________, as Trustee(s), or their successor(s) in trust, under the ______________________________ Agreement, dated ____________________, and supplements or amendments thereto; if said agreement shall then be in force; if not, then to ____________________ ______________________________ Payment of the proceeds to the Trustee(s) shall, to the extent of such payment, fully and finally discharge the Company from all liability under the Policy/Contract.

☐ **J. Testamentary Trust under a Will.** The Testamentary Trustee(s) named in the Last Will and Testament of the Insured/Annuitant, as detailed under paragraph or article number ______________________________ *(copies of appropriate pages can be provided instead)* of said Testamentary Trust, provided that such Testamentary Trustee(s) is/are duly appointed pursuant to the probate of the Will. Payment of the proceeds to the Testamentary Trustee(s) shall, to the extent of such payment, fully and finally discharge the Company from all liability under the Policy/Contract.

☐ **K. Other.** This designation will be subject to the approval of the home office. Please use the Examples and the listed options to assist you in proper wording for your designation. Use of the term "equally" shall be interpreted to mean with rights of survivorship.

**Right of Revocation Reserved.** The right to revoke this instrument and to change the designated beneficiaries upon written notice to, and acceptance by, the Company is reserved to the Owner without the consent of the revocable beneficiaries. Unless a specific contrary provision is contained herein, election of a different settlement option, consistent with the Policy/Contract provisions, may be made after the Insured/Annuitant's death by the beneficiary or class of beneficiaries then immediately entitled to demand and receive full payment of the proceeds.

**Spendthrift Clause.** Except as otherwise specifically provided herein, no beneficiary entitled to any payment hereunder shall have the right to withdraw, surrender for cash, borrow against, commute, anticipate, encumber, alienate, or assign such payment, or any part thereof, or any interest therein, nor shall such payment, or any part thereof, or any interest herein be in any way subject to such person's debts, contracts, or engagements, nor to any judicial process to levy upon or attach the same for payment thereof. This clause shall be effective to the extent permitted by law.

## This Section Must Be Completed In Full By All Owners

Signature's: Paul Russell Date: 1-17-00

Signature's: ______ Date: ______

Signature's: ______ Date: ______

Please check appropriate box to indicate Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

**Community Property Consent of Spouse:**

This Consent of Spouse must be signed if all of the following conditions are present:
**a)** the Spouse of the Owner is living, **b)** the Spouse of the Owner is not being named as the Primary Beneficiary, and **c)** the Owner and Spouse are residents of a Community Property State (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.) I have reviewed the above beneficiary designation and, as the spouse of the owner, I consent to the beneficiary designation and all contributions of money or property to be used for the purchase of such accounts to be issued in my spouse's name, whether heretofore, now, or hereafter and I relinquish all my statutory or other rights thereto.

Spouse's Signature: ______ Date: ______

***Questions concerning the legal effect of this designation should be referred to your attorney.*

## General Instructions

**(The Policy/Contract is not required by the home office for this change.)**

The purpose of this form is to change the beneficiary designation of an insurance policy or annuity contract, including individual IRA annuity contracts. It may also be used to select in advance the method of payment of death proceeds to that beneficiary. Refer to the Settlement Options provisions of the Policy/Contract for more details.

1. Insert the Name and Address of the Owner, the Policy/Contract Number, and the name of the Insured/Annuitant.
2. Choose the Beneficiary Designation option that is appropriate. If you do not find an option that fits your needs, then choose the final option and write in your designation. Refer to the examples below for assistance. The home office can provide the proper wording if needed. **It is very important that proper wording be used. Any deviation in wording may create legal complications at the time of claim that would delay the payment of the proceeds. Therefore, all designations are subject to home office approval.**
3. Have the Owner sign the form, along with any irrevocably assigned beneficiary, or spouse in a Community Property state.

   **Note:** If the Owner is a corporation, indicate the name of the corporation, followed with "by:" and have two corporate officers sign and place their titles after their signatures. Also affix the corporate seal, or else a copy of the corporate resolution of the board of directors, authorizing the change of beneficiary. If the Owner is a partnership, indicate the name of the partnership, followed with "by:" and have at least two partners sign with the word "partner" after each signature.
4. Return the form to the home office for approval and recording. After recording, the home office will acknowledge the designation in writing to the Owner. This acknowledgement should then be attached by the Owner to the Policy/Contract.

## Examples of Beneficiary Designations

**One Person...** Mary Smith, Wife.

**One Primary, One Secondary...** Mary Smith, Wife, if living; if not, Gary Smith, Father.

**Friend...** Helen Jones, Friend. *(Also include birthdate, birthplace, social security number, and/or current address to aid in identification at the time of claim.)*

**The Estate...** The Insured's Estate — *or*, The Annuitant's Estate. *(No other Estates can be named.)*

**Multiple Beneficiaries...** Mary Smith, Wife, Gary Smith, Father, and Amy Smith, Sister, equally, the survivors equally, or the survivor.

**Common Disaster Clause...** Mary Smith, Wife, if living at midnight on the fifteenth (15th) day after the death of the Insured/Annuitant; if not, then to Gary Smith, Father.

**Irrevocable Beneficiary...** Mary Smith, Wife, as Irrevocable Beneficiary.

**Custodian/Keogh Accounts...** Any designation is acceptable, but because of the Custodian ownership, the designation must conclude with the Insured/Annuitant's Estate as the final beneficiary.