**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440

# FLEXIBLE PREMIUM ADJUSTABLE WHOLE LIFE INSURANCE POLICY

- **Adjustable death benefit payable at insured's death prior to the maturity date.**
- **Cash value less indebtedness payable on the maturity date.**
- **Flexible premiums payable as provided herein.**
- **This policy is nonparticipating. Dividends are not payable.**

| | | | |
|---|---|---|---|
| Insured: | Paul D Russell | Policy Number: | 9090-02316436 |
| Policy Date: | January 23, 1990 | Initial Specified Amount: | $100,000 |
| Maturity Date: | January 23, 2032 | Death Benefit Option: | Option 1 |
| Issue Age: | 58 | | |

This is a life insurance policy. It is a legal contract between you, as the owner, and us, IDS Life Insurance Company, A Stock Company, Minneapolis, Minnesota. **PLEASE READ YOUR POLICY CAREFULLY.**

In consideration of your application and payment of the initial premium we issue this policy and we promise:

1. to pay the proceeds to you if, on the maturity date, the insured is living and this policy is in force; or

2. to pay the proceeds described in this policy to the beneficiary if we receive proof satisfactory to us that the insured died while this policy was in force.

The owner and beneficiary are as named in the application unless they are changed as provided in this policy.

## RIGHT TO CANCEL

You may cancel this policy by written notice or by telegram and by returning this policy before midnight of the 10th day after you receive it. Notice given by mail and return of the policy are effective on being postmarked, properly addressed and postage prepaid. Our address is IDS Life, IDS Tower 10, Minneapolis, Minnesota 55440. We will return all payments made for this policy within 10 days of receipt of your notice and this policy.

Signed for and issued by IDS Life Insurance Company in Minneapolis, Minnesota, as of the policy date shown above.

**President:**

James A. Mitchell

**Secretary:**

William A. Stoltzmann

# GUIDE TO POLICY PROVISIONS


| | |
|---|---|
| **Rate Table** | **Table showing the Guaranteed Maximum Monthly Cost of Insurance Rates/Page 4** |
| **Definitions** | **Important words and meanings/Page 6** |
| **Insurance Contract** | **Entire contract; Incontestability, Suicide Provision; Misstatement of age or sex; Termination/Page 7** |
| **Owner and Beneficiary** | **Owner's rights; Successor owner; Change of Ownership; Beneficiary designation; Change of Beneficiary; Assignment/Page 8** |
| **Premiums** | **Payment of premiums; Grace period; Rein-statement/Page 9** |
| **Death Benefits** | **Describes the two death benefit options available/Page 11** |
| **Policy Change** | **Describes how to increase or decrease the Specified Amount or to change the death benefit options/Page 12** |
| **Policy Values** | **Describes the policy's cash value and how it is determined; Monthly deduction; Cost of insurance; Continuationof insurance; Basis of policy values/Page 13** |
| **Policy Surrender Provisions** | **Surrender value, Full and partial surrender rules/Page 15** |
| **Policy Loans** | **How to request a loan; Amount of loan; Interest rate; Loan repayment/Page 16** |
| **Payment of Policy proceeds** | **How proceeds are paid; Payment Options/Page 17** |

## Policy Data

| | | | |
|---|---|---|---|
| Insured: | Paul D Russell | Issue Age: | 58 |
| Policy Date: | January 23, 1990 | Policy Number: | 9090-02316436 |
| Maturity Date: | January 23, 2032 | Initial Specified Amount: | $100,000.00 |
| Type of Policy: | Flexible Premium Adjustable Whole Life | Death Benefit Option: | Option 1 |

| | |
|---|---|
| Initial Premium | $5,651.50 |
| Scheduled Premium | $1,428.00 Per Year Payable Monthly |
| Monthly Date | 23 |
| Minimum Monthly Premium | $199.50 |
| Premium Expense Charge | 0% of Premium |
| Policy Fee | $5.00 Per Month |
| Partial Surrender Fee | $25.00 |
| Rating Classification | Standard Nonsmoker |
| Minimum Specified Amount | Policy Year 1: $100,000<br>Years 2-5: 90,000<br>Years 6-10: 75,000<br>Thereafter: 50,000 |

Table of Surrender Charges

| Policy Year | Beginning of Year |
|---|---|
| 1 | $ 2,628.00 |
| 2 | 2,365.20 |
| 3 | 2,102.40 |
| 4 | 1,839.60 |
| 5 | 1,576.80 |
| 6 | 1,314.00 |
| 7 | 1,051.20 |
| 8 | 788.40 |
| 9 | 525.60 |
| 10 | 262.80 |

This table applies to the initial specified amount with surrender charges decreasing on a monthly basis. Additional charges will apply to each increase in the specified amount for 10 years after the effective date of the increase.

NOTE:

It is possible that coverage will expire prior to the maturity date shown when either (1) no premiums are paid following payment of the initial premium, or (2) subsequent premiums are insufficient to continue coverage to such date.

The initial specified amount includes the cash value.

9090-02316436

## Schedule of Benefits and Riders

| | Effective Date | Expiration Date | Monthly Cost of Insurance |
|---|---|---|---|
| Flexible Premium Adjustable Whole Life | January 23, 1990 | January 23, 2032 | See Policy Form |

# Male Rate Table

## Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000 for Insureds with a Standard Rate Classification

| Attained Age | Standard | Standard Non-Smoker | Attained Age | Standard | Standard Non-Smoker | Attained Age | Standard | Standard Non-Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | $ .34 | N/A | 35 | $.21 | $ .14 | 70 | $ 4.67 | $ 2.94 |
| 1 | .08 | N/A | 36 | .23 | .14 | 71 | 5.08 | 3.31 |
| 2 | .08 | N/A | 37 | .25 | .15 | 72 | 5.55 | 3.63 |
| 3 | .08 | N/A | 38 | .27 | .16 | 73 | 6.08 | 4.05 |
| 4 | .07 | N/A | 39 | .30 | .17 | 74 | 6.66 | 4.54 |
| 5 | .07 | N/A | 40 | .32 | .19 | 75 | 7.31 | 5.06 |
| 6 | .07 | N/A | 41 | .36 | .20 | 76 | 7.99 | 5.62 |
| 7 | .06 | N/A | 42 | .39 | .22 | 77 | 8.68 | 6.21 |
| 8 | .06 | N/A | 43 | .43 | .23 | 78 | 9.37 | 6.83 |
| 9 | .06 | N/A | 44 | .47 | .25 | 79 | 10.08 | 7.49 |
| 10 | .06 | N/A | 45 | .52 | .27 | 80 | 10.86 | 8.22 |
| 11 | .06 | N/A | 46 | .57 | .29 | 81 | 11.71 | 9.05 |
| 12 | .07 | N/A | 47 | .62 | .32 | 82 | 12.66 | 9.99 |
| 13 | .08 | N/A | 48 | .67 | .34 | 83 | 13.73 | 11.07 |
| 14 | .09 | N/A | 49 | .73 | .37 | 84 | 14.88 | 12.26 |
| 15 | .11 | N/A | 50 | .80 | .41 | 85 | 16.07 | 13.55 |
| 16 | .12 | N/A | 51 | .87 | .44 | 86 | 17.27 | 14.91 |
| 17 | .13 | N/A | 52 | .95 | .48 | 87 | 18.45 | 16.34 |
| 18 | .14 | N/A | 53 | 1.05 | .53 | 88 | 19.76 | 17.80 |
| 19 | .15 | N/A | 54 | 1.15 | .59 | 89 | 21.08 | 19.33 |
| 20 | .19 | $ .14 | 55 | 1.27 | .65 | 90 | 22.42 | 20.94 |
| 21 | .19 | .13 | 56 | 1.39 | .72 | 91 | 23.82 | 22.66 |
| 22 | .19 | .13 | 57 | 1.52 | .79 | 92 | 25.33 | 24.57 |
| 23 | .18 | .13 | 58 | 1.65 | .87 | 93 | 27.31 | 26.76 |
| 24 | .18 | .13 | 59 | 1.80 | .96 | 94 | 29.94 | 29.63 |
| 25 | .17 | .12 | 60 | 1.95 | 1.06 | 95 | 30.16 | 30.16 |
| 26 | .17 | .12 | 61 | 2.13 | 1.17 | 96 | 32.66 | 32.66 |
| 27 | .17 | .12 | 62 | 2.33 | 1.29 | 97 | 35.23 | 35.23 |
| 28 | .17 | .12 | 63 | 2.56 | 1.43 | 98 | 37.89 | 37.89 |
| 29 | .17 | .12 | 64 | 2.81 | 1.60 | 99 | 40.64 | 40.64 |
| 30 | .17 | .12 | 65 | 3.08 | 1.78 | | | |
| 31 | .18 | .12 | 66 | 3.37 | 1.97 | | | |
| 32 | .18 | .12 | 67 | 3.67 | 2.18 | | | |
| 33 | .19 | .12 | 68 | 3.98 | 2.41 | | | |
| 34 | .20 | .13 | 69 | 4.31 | 2.66 | | | |

For insureds with other than a standard rating classification, the guaranteed monthly cost of insurance rates are calculated by multiplying the above monthly rates by the Special Class Rating Factor shown under Policy Data.

# Female Rate Table

### Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000 for Insureds with a Standard Rate Classification

| Attained Age | Standard | Standard Non-Smoker | Attained Age | Standard | Standard Non-Smoker | Attained Age | Standard | Standard Non-Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | $ .24 | N/A | 35 | $ .16 | $ .12 | 70 | $ 2.36 | $ 1.78 |
| 1 | .07 | N/A | 36 | .17 | .13 | 71 | 2.58 | 1.96 |
| 2 | .06 | N/A | 37 | .19 | .13 | 72 | 2.84 | 2.19 |
| 3 | .06 | N/A | 38 | .20 | .14 | 73 | 3.17 | 2.47 |
| 4 | .06 | N/A | 39 | .22 | .16 | 74 | 3.55 | 2.80 |
| 5 | .06 | N/A | 40 | .25 | .17 | 75 | 3.98 | 3.17 |
| 6 | .06 | N/A | 41 | .27 | .18 | 76 | 4.45 | 3.58 |
| 7 | .06 | N/A | 42 | .30 | .20 | 77 | 4.93 | 4.02 |
| 8 | .05 | N/A | 43 | .33 | .21 | 78 | 5.45 | 4.50 |
| 9 | .05 | N/A | 44 | .35 | .23 | 79 | 6.01 | 5.03 |
| 10 | .05 | N/A | 45 | .38 | .24 | 80 | 6.63 | 5.62 |
| 11 | .05 | N/A | 46 | .41 | .26 | 81 | 7.33 | 6.31 |
| 12 | .06 | N/A | 47 | .44 | .28 | 82 | 8.15 | 7.11 |
| 13 | .06 | N/A | 48 | .47 | .30 | 83 | 9.08 | 8.05 |
| 14 | .06 | N/A | 49 | .50 | .32 | 84 | 10.19 | 9.10 |
| 15 | .07 | N/A | 50 | .54 | .34 | 85 | 11.32 | 10.26 |
| 16 | .07 | N/A | 51 | .58 | .37 | 86 | 12.62 | 11.53 |
| 17 | .07 | N/A | 52 | .62 | .40 | 87 | 13.90 | 12.91 |
| 18 | .08 | N/A | 53 | .68 | .43 | 88 | 15.36 | 14.39 |
| 19 | .08 | N/A | 54 | .73 | .47 | 89 | 16.78 | 16.00 |
| 20 | .09 | $ .08 | 55 | .78 | .51 | 90 | 18.45 | 17.75 |
| 21 | .09 | .08 | 56 | .84 | .55 | 91 | 20.26 | 19.68 |
| 22 | .10 | .08 | 57 | .89 | .58 | 92 | 22.30 | 21.86 |
| 23 | .10 | .08 | 58 | .94 | .62 | 93 | 24.66 | 24.42 |
| 24 | .10 | .08 | 59 | .99 | .66 | 94 | 27.67 | 27.67 |
| 25 | .10 | .09 | 60 | 1.04 | .71 | 95 | 28.95 | 28.95 |
| 26 | .11 | .09 | 61 | 1.12 | .76 | 96 | 31.40 | 31.40 |
| 27 | .11 | .09 | 62 | 1.20 | .83 | 97 | 33.93 | 33.93 |
| 28 | .11 | .09 | 63 | 1.32 | .92 | 98 | 36.55 | 36.55 |
| 29 | .12 | .10 | 64 | 1.45 | 1.02 | 99 | 39.25 | 39.25 |
| 30 | .12 | .10 | 65 | 1.60 | 1.13 | | | |
| 31 | .13 | .10 | 66 | 1.75 | 1.25 | | | |
| 32 | .14 | .10 | 67 | 1.90 | 1.37 | | | |
| 33 | .14 | .11 | 68 | 2.04 | 1.50 | | | |
| 34 | .15 | .11 | 69 | 2.19 | 1.63 | | | |

For insureds with other than a standard rating classification, the guaranteed monthly cost of insurance rates are calculated by multiplying the above monthly rates by the Special Class Rating Factor shown under Policy Data.

# DEFINITIONS

The following words are used often in this policy. When we use these words, this is what we mean:

**The Insured**

The person whose life is insured by this policy.

**You, Your**

The owner of this policy. The owner may be someone other than the insured. The owner is shown in the application unless the owner has been changed as provided in this policy.

**We, Our, Us**

IDS Life Insurance Company.

**Policy Date**

It is the date from which policy anniversaries, policy years and policy months are determined. Your policy date is shown under Policy Data.

**Monthly Date**

It is the same day each month as the policy date. If there is no monthly date in a calendar month, the monthly date will be the first day of the next calendar month.

**Policy Anniversary**

The same day and month as the policy date each year that the policy remains in force.

**Maturity Date**

It is the date upon which proceeds, as defined herein, are payable if the insured is living. The maturity date is shown under Policy Data.

**Insurance Age**

The insurance age of the insured on the policy date is the issue age shown under Policy Data as determined by us from the birthdate stated in the application. Attained insurance ages are determined from the policy date.

**Age Anniversary**

An age anniversary is the policy anniversary on which the insured becomes a certain attained insurance age.

**Written Request**

A request in writing signed by you.

**Net Premium**

The portion of a premium paid that is credited to this policy as described in the Policy Values section. It is the premium paid less the premium expense charge shown under Policy Data.

**Surrender Value**

The policy proceeds if the policy is surrendered in full prior to the maturity date. It is the cash value less indebtedness, less surrender charges as shown under Policy Data.

**Indebtedness**

All existing loans on this policy plus earned policy loan interest which has either been accrued or added to the policy loan.

**Proceeds**

Proceeds means the amount payable by this policy as follows:

1. Upon death of the insured, proceeds shall be the death benefit under the Option in effect as of the date of the insured's death less any indebtedness;
2. On the maturity date, proceeds shall be the cash value less any indebtedness;
3. On surrender of the policy prior to the maturity date, the proceeds shall be the surrender value.

**In Force**

The insured's life remains insured under the terms of this policy.

**Terminate**

This policy is no longer in force. All insurance coverage under this policy has stopped.

# THE INSURANCE CONTRACT

### What is the Entire Contract of Insurance?

This policy and the copy of the application attached to it are the entire contract between you and us.

No one except one of our corporate officers (President, Vice President, Secretary, or Assistant Secretary) can change or waive any of our rights or requirements under this policy. That person must do so in writing. None of our representatives or other persons have the authority to change or waive any of our rights or requirements under this policy.

In issuing this policy, we have relied upon the application. The statements contained in the application are, in the absence of fraud, considered representations and not warranties. No statement made in connection with the application will be used by us to void the policy or to deny a claim unless that statement is part of the application.

### When Will the Policy Become Incontestable?

After this policy has been in force during the insured's lifetime for two years from the policy date, we cannot contest the policy except for nonpayment of premiums.

Any additional specified amount other than that resulting solely from a change in death benefit option, issued after the policy date will be incontestable only after such amount has been in force during the insured's lifetime for two years from the effective date of such amount.

### Is There a Suicide Exclusion?

Suicide by the insured, whether sane or insane, within two years from the policy date is not covered by this policy. In this event the only amount payable by us to the beneficiary will be the premiums which you have paid, less any indebtedness and partial surrenders.

If the insured commits suicide while sane or insane within two years after the effective date of:

1. any additional specified amount other than that resulting solely from a change in death benefit option; or
2. any rider attached to this policy;

the amount payable by us with respect to the increased coverage or rider will be limited to the monthly deductions for such additional amount or rider.

### What if the Insured's Age or Sex has been Misstated?

If the insured's age or sex has been misstated, the proceeds payable upon death will be:

1. the cash value on the date of death; plus
2. the amount of insurance that the cost of the insurance on the insured, which was deducted from the cash value for the policy month during which such death occurred, would have purchased had the cost of the insurance been calculated using the Cost of Insurance Rates for the correct age and sex; minus
3. any indebtedness on the date of death.

### When Does this Policy Terminate?

This policy will terminate on the earliest of the following:

1. the date you request that coverage ends; or
2. the date you surrender the policy in full; or
3. the end of the grace period; or
4. the date of death of the insured; or
5. the maturity date.

# OWNER AND BENEFICIARY

**What are Your Rights as Owner of this Policy?**

As long as the insured is living and unless otherwise provided in this policy, you may exercise all rights and privileges provided in this policy or allowed by us.

**What is a Successor Owner?**

A successor owner becomes the new owner of this policy if you die during the lifetime of the insured. If no successor owner is living at the time of your death, ownership will pass to your estate. The successor owner, if any, is shown in the application unless changed as provided below.

**How can You Change Ownership of this Policy?**

You can change the ownership of this policy by written request on a form approved by us. A successor owner may also be changed in this same way. The change must be made while the insured is living.

Once the change is recorded by us, it will take effect as of the date of your request, subject to any action taken or payment made by us before the recording.

**To Whom are the Proceeds Paid on the Insured's Death?**

We will pay the proceeds to the beneficiary or beneficiaries which you have named in the application unless you have since changed the beneficiary as provided below.

If the beneficiary has been changed, we will pay the proceeds in accordance with your last change of beneficiary request.

**How do You Change the Beneficiary?**

You may change the beneficiary anytime while the insured is living by satisfactory written request to us. Once the change is recorded by us, it will take effect as of the date of your request, subject to any action taken or payment made by us before the recording.

**If One or All of the Beneficiaries Die Before the Insured, to Whom are the Proceeds Payable?**

Only those beneficiaries who are living at the insured's death may share in the proceeds. If no beneficiary survives the insured, we will pay the proceeds to you, if living; otherwise, to your estate.

**Can You Assign this Policy as Collateral?**

Yes, while the insured is living, you can assign this policy or any interest in it. Your interest and the interest of any beneficiary is subject to the interest of the assignee. An assignment is not a change of ownership and an assignee is not an owner as these terms are used in this policy. Any policy proceeds payable to the assignee will be paid in a single sum.

A copy of any assignment must be submitted to us. Any assignment is subject to any action taken or payment made by us before the assignment was recorded at our home office. We are not responsible for the validity of any assignment.

# PREMIUMS

**What are the Premium Payments for this Policy?**

There are three types of premium payments that apply to this policy. We call these:

1. the initial premium;
2. scheduled premiums; and
3. unscheduled premiums.

**What is the Initial Premium?**

The initial premium is the premium due on the policy date of this policy.

**What is the Scheduled Premium? Can it be Changed?**

The scheduled premium is the premium shown under Policy Data. It is payable at the stated interval which you selected in the application.

The scheduled premium will serve only as an indication of your preference as to probable future amount and frequency of payment. You may change the amount or interval at any time by written request.

Scheduled premiums may be paid annually, semi-annually, or quarterly. Payment at any other interval must be approved by us. We require a minimum scheduled premium payment of at least $25. We also reserve the right to limit the amount of any increase in scheduled premiums.

**Can You Make Unscheduled Premium Payments?**

Yes. You can make additional premium payments of at least $25 at any time prior to the maturity date. We do reserve the right to limit the number and amount of these unscheduled premiums. This includes our right to refuse such premiums if there is indebtedness on this policy.

**Where are Premiums Payable?**

Premiums must be paid or mailed to us at our home office or to an authorized agent. We will give you a receipt if you request one. A check or draft given for all or part of a premium, unless paid upon its presentation to the bank or person drawn on, shall not be considered payment.

**Is There a Grace Period for Paying Premiums?**

Yes, if the surrender value on a monthly date is insufficient to cover the monthly deduction for the month following such monthly date, a grace period of 61 days shall be allowed for the payment of a premium sufficient to continue your coverage. The monthly deduction is described in the Policy Values section. Notice of such premium will be mailed to your last known address. Such premium shall be due on such monthly date. If the premium is not paid within the grace period, and if the policy is not being continued under the Minimum Monthly Premium provision described below, all coverage under this policy will terminate without value at the end of the 61 day grace period.

If a claim by death during the grace period becomes payable under the policy, any overdue monthly deductions will be deducted from the proceeds.

## What is the Minimum Monthly Premium Provision?

This policy will not terminate during the first two policy years if (a-b) equals or exceeds (c) where:

(a) is the sum of total premiums paid to date;

(b) is the outstanding loan balance and any partial surrender amounts; and

(c) is the Minimum Monthly Premium, as shown under Policy Data, multiplied by the number of months since the Policy Date, including the current month.

If the Specified Amount is increased as described in the Policy Change section of this policy, a new Minimum Monthly Premium will be established.

This policy will not terminate during the two year period following the effective date of the increase if (a - b) equals or exceeds (c) where:

(a) is the sum of the premiums paid since the effective date of the increase;

(b) is any loans taken and not repaid and any partial surrenders taken since the effective date of the increase; and

(c) is the Minimum Monthly Premium effective on the date of the increase, as shown under Policy Data, multiplied by the number of months since the effective date of the increase, including the current month.

## Can You Ever Reinstate this Policy?

This policy may be reinstated within 5 years after the end of the grace period, unless it was surrendered for cash. To do this we will require all of the following:

1. your written request to reinstate the policy;
2. evidence of insurability of the insured satisfactory to us;
3. payment of a premium that will keep the policy in force for at least 3 months;
4. payment of the monthly deductions that were not collected during the grace period;
5. payment or reinstatement of any indebtedness.

Surrender charges will also be reinstated.

The effective date of a reinstated policy will be the monthly date on or next following the day we approve the application for reinstatement.

The suicide and incontestability periods will apply from the effective date of reinstatement. We will have two years from the effective date of reinstatement to contest the truth of statements or representations in the reinstatement application.

## What are the Rules for Premium Payments?

This policy is intended to qualify for treatment as a life insurance policy under Sections 72, 101, and 7702 of the Internal Revenue Code as they now exist or may later be amended.

We reserve the right to refuse premiums and to return premiums with interest if such premiums would disqualify your policy from:

1) treatment as a life insurance policy under Code Sections 72, 101, and 7702; or

2) favorable tax treatment under Code Sections 72 and 101.

We reserve the right to endorse this policy to comply with:

1. future changes in the Internal Revenue Code;
2. any regulations or rulings issued under the Code; and
3. any other requirements imposed by the Internal Revenue Service;

with respect to remaining qualified for treatment as a life insurance policy under these Code sections.

We will provide the owner with a copy of any such endorsement.

# DEATH BENEFITS

### What is the Death Benefit Provided by this Policy?

The death benefit is used in determining the proceeds payable by us if the insured dies while this policy is in force. It will be calculated based on the death benefit Option in effect as of the date of the insured's death. One of two Options will apply: Option 1 or 2. Both of these Options are described below.

### What is Option 1?

The death benefit under this option will be the greater of:

1. the Specified Amount; or
2. the percentage of cash value for the insured's attained age shown in the table below.

Under this option, the cash value of this policy is part of the Specified Amount. The Initial Specified Amount is shown under Policy Data. Such amount may be changed as explained in the Policy Change section. A partial surrender will reduce the Specified Amount.

### What is Option 2?

The death benefit under this option will be the greater of:

1. the cash value of this policy, plus the Specified Amount; or
2. the percentage of cash value for the insured's attained age shown in the table below.

Under this option, the cash value is not a part of the Specified Amount. The Initial Specified Amount is shown under Policy Data. Such amount may be changed as explained in the Policy Change section.

| Insured's Attained Age | Applicable Percentage | Insured's Attained Age | Applicable Percentage |
|---|---|---|---|
| 40 or less | 250 | 61 | 128 |
| 41 | 243 | 62 | 126 |
| 42 | 236 | 63 | 124 |
| 43 | 229 | 64 | 122 |
| 44 | 222 | 65 | 120 |
| 45 | 215 | 66 | 119 |
| 46 | 209 | 67 | 118 |
| 47 | 203 | 68 | 117 |
| 48 | 197 | 69 | 116 |
| 49 | 191 | 70 | 115 |
| 50 | 185 | 71 | 113 |
| 51 | 178 | 72 | 111 |
| 52 | 171 | 73 | 109 |
| 53 | 164 | 74 | 107 |
| 54 | 157 | 75-95 | 105 |
| 55 | 150 | 96 | 104 |
| 56 | 146 | 97 | 103 |
| 57 | 142 | 98 | 102 |
| 58 | 138 | 99 | 101 |
| 59 | 134 | 100 | 100 |
| 60 | 130 | | |

### Which Death Benefit Option will Apply?

You chose the death benefit option you wanted when you applied for this policy. The Option is shown under Policy Data.

While this policy is in force, you may change the Option as explained in the Policy Change section.

# POLICY CHANGE

**Can You Request to Change the Benefits of this Policy?**

Yes. While this policy is in force, you may request to decrease or increase the Specified Amount. You may also change the death benefit Option from 1 to 2 or from 2 to 1. All such changes will be subject to the rules below.

**What are the Rules for Changing the Specified Amount?**

You may change the Specified Amount once per year by written request. Decreases may only be made after the first policy year. The rules are as follows:

**Decreases of the Specified Amount**

1. Any decrease will be effective on the monthly date on or next following our receipt of your written request. Any such decrease will be applied in the following order:
   (a) against the Specified Amount provided by the most recent increase; then
   (b) against the next most recent increases successively; then
   (c) against the Initial Specified Amount shown under Policy Data.
2. The Specified Amount that remains in force after a requested decrease may not be less than the Minimum Specified Amount shown under Policy Data.

**Increases of the Specified Amount**

The following rules apply to any increase in specified amount other than that resulting solely from a change in death benefit option:

1. You must apply for an increase by written request on a form satisfactory to us, and not later than the insured's age 75 anniversary.
2. You must furnish satisfactory evidence of insurability of the insured.
3. Any increase will be subject to our issue rules and limits at the time of increase.
4. The minimum increase in the Specified Amount is $10,000.
5. Any increase will be effective on the monthly date on or next following the date your application is approved.
6. A new schedule of surrender charges will apply to the amount of any increase in the Specified Amount.

**How do you Change the Death Benefit Option?**

You may change the death benefit Option once per year by written request. The change in Option will be effective on the monthly date on or next following the date we approve your request.

If the death benefit is Option 2, it may be changed to Option 1. The new Specified Amount will be the Option 2 death benefit as of the effective date of change.

If the death benefit is Option 1, it may be changed to Option 2. The new Specified Amount will be the Option 1 death benefit less the cash value as of the effective date of change.

The Specified Amount after a change may not be less than the Minimum Specified Amount shown under Policy Data.

# POLICY VALUES

**What is the Policy's Cash Value?**

The cash value is the dollar value of the policy at a point in time. Net premiums and interest we credit to this policy act to increase the cash value. Monthly deductions and surrenders decrease the cash value.

On the policy date, the cash value is equal to the initial net premium, less the monthly deductions for the first policy month.

On any subsequent monthly date, the cash value will be calculated as:

(a) + (b) + (c) + (d)-(e)-(f)-(g)

where:

(a) is the cash value on the preceding monthly date;

(b) is one month's interest on (a);

(c) is the net premiums received since the preceding monthly date;

(d) is interest on (c), from the date the premium which is received in our home office becomes available to us for use, to the monthly date;

(e) is the amount of partial surrender, partial surrender charge, and Partial Surrender Fee taken since the preceding monthly date;

(f) is the interest on (e) from the effective date of the partial surrender to the monthly date; and

(g) is the monthly deduction for the month following the monthly date.

On any day other than the monthly date, the cash value will be calculated as:

(a) + (b) + (c) + (d)-(e)-(f)

where:

(a) is the cash value on the preceding monthly date;

(b) is the interest on (a) for the time elapsed since the monthly date;

(c) is the net premiums received since the preceding monthly date;

(d) is the interest on (c), for the time elapsed since the date the payment, which was received in our home office, became available to us for use;

(e) is the amount of partial surrender, partial surrender charge, and Partial Surrender Fee taken since the preceding monthly date; and

(f) is the interest on (e) for the time elapsed since the effective date of the partial surrender.

**What is the Monthly Deduction?**

A monthly deduction is made each monthly date for the cost of insurance, Policy Fee, and the cost of any riders, for the policy month following such monthly date. The monthly deduction for a policy month will be calculated as:

(a) + (b) + (c)

where:

(a) is the cost of insurance for the policy month;

(b) is the Policy Fee shown under Policy Data; and

(c) is the cost of any policy riders for the policy month.

**How is the Cost of Insurance Calculated?**

The cost of insurance for the policy month is calculated as:

a x (b - c) + (d)

where:

(a) is the cost of insurance rate described below;
(b) is the death benefit divided by 1.0036748; and
(c) is the cash value at the beginning of the policy month. At this point, the cash value has been reduced by the monthly deduction except for the part of the monthly deduction that pays for the cost of insurance; and
(d) is the amount of any flat extra insurance charges as shown under Policy Data.

If the cash value is included in the Specified Amount and there have been changes in the Specified Amount, the cash value is considered a pro rata part of each Specified Amount.

**What is the Cost of Insurance Rate?**

The cost of insurance rate is the rate applied to the insurance under this policy to determine the monthly deduction. It is based on the sex, attained age, and rate classification of the insured. Attained age means age on the prior policy anniversary. The Guaranteed Maximum Monthly Cost of Insurance Rates shown in this policy on page 4 and 5 are based on the 1980 Commissioners Standard Ordinary Smoker and Non-smoker Mortality Tables, Age Nearest Birthday.

Any change in the cost of insurance rate will apply to all individuals of the same rating class as the insured. Monthly cost of insurance rates will be determined by us based on our expectations as to future mortality experience.

**What Interest Rate is Used to Determine the Cash Value?**

The guaranteed interest rate applied in the calculation of cash values is .36748 percent per month compounded monthly. This is equivalent to 4 1/2% per year compounded yearly. Interest in excess of the guaranteed rate may be applied in the calculation of cash values at such increased rates and in such manner as we may determine.

However, interest in excess of 4 1/2% on an annual basis will not be applied to the portion of the cash value which equals any indebtedness due us.

**For How Long will the Cash Value Continue Your Insurance?**

In the event sufficient scheduled premium payments are not continued, insurance coverage under this policy and any benefits provided by riders will be continued until the surrender value is insufficient to cover the monthly deduction, as provided in the grace period provision. This provision shall not continue the policy beyond the maturity date nor continue any rider beyond the date for its termination, as provided in the rider.

**What is the Basis Used for Policy Values?**

The methods and factors used to calculate your minimum cash values are based on certain mortality tables and interest rates required by state law.

All values are equal to or greater than those required by law. Where required, we have filed a statement with the insurance officials of the state where this policy was delivered. The statement outlines the methods used to determine the policy values.

Additional benefits or riders attached to this policy do not increase policy values unless the benefit or rider specifies that it does.

**Will You Receive Information About the Values of this Policy?**

Yes. At least once a year we will send you a report which shows:

1. the current cash value;
2. the premiums paid;
3. the interest credited by us;
4. all charges since the last report;
5. indebtedness on this policy, and
6. the current surrender value.

# POLICY SURRENDER PROVISIONS

## Can You Surrender this Policy?

Yes. You may surrender this policy for its surrender value at any time. Upon surrender for the full surrender value, this policy will terminate.

The surrender value of this policy is:

1. the cash value at the time of surrender; less
2. any indebtedness on this policy; less
3. any applicable surrender charges as shown under Policy Data.

For any surrender request, we have the right to postpone the payment for up to six months. If we postpone payment more than 30 days, we will also pay you interest. The interest will be at the rate of 3% per year based on the amount surrendered for the period we postpone the payment.

Surrender charges are shown under Policy Data. They apply in the first 10 policy years, and for 10 policy years following any increases in Specified Amount.

## Is a Partial Surrender Possible?

Yes. Subject to the rules below and payment of the Partial Surrender Fee shown under Policy Data and the partial surrender charge described below, you may partially surrender this policy for an amount less than the surrender value. We do reserve the right to limit the frequency of partial surrenders you may request.

If death benefit Option 1 is in effect, both the Specified Amount and the cash value will be reduced by the amount of surrender, Partial Surrender Fee, and the partial surrender charge described below. If death benefit Option 2 is in effect, the cash value will be reduced by the amount of surrender, the Partial Surrender Fee, and the partial surrender charge described below.

## What is the Partial Surrender Charge?

A surrender charge is applicable to each partial surrender. The partial surrender charge is in proportion to the surrender charge, as shown under Policy Data, that would apply to a full surrender.

The proportion will be computed as the amount of cash value that is surrendered, divided by the total surrender value. Future surrender charges will be reduced in this proportion.

## What are the Rules for a Partial Surrender?

The following rules shall apply to any partial surrender:

1. partial surrenders may not be made in the first policy year;
2. the minimum amount that may be surrendered is $100;
3. the cash value, less indebtedness, that remains must be at least the greater of $500, or the remaining full surrender charges;
4. the Specified Amount that remains in force may not be less than the minimum Specified Amount shown under Policy Data; and
5. the surrender amount, surrender charges, and Partial Surrender Fee will be deducted from the cash value at the time of each partial surrender.

# POLICY LOANS

### Can You Borrow Money on this Policy? How?

You may obtain a loan from us whenever this policy has a loan value. Just send us a written request. The loan value of this policy is the only security required for your loan. A loan must be for at least $100.

We will process your loan request as soon as possible. We do have the right to postpone your loan for not more than six months unless the loan is used to pay premiums on any policies you have with us.

### What is the Maximum Loan Value of this Policy?

You can borrow an amount up to the available loan value. The loan value is this policy's surrender value. We calculate the surrender value as of the date of the loan.

Interest to pay for the loan until the next policy anniversary will be included in determining the maximum loan value.

### What is the Interest Rate for a Policy Loan?

The interest rate of a policy loan is 7.4% per year and is payable in advance to your next policy anniversary and annually in advance on each policy anniversary after that.

If interest is not paid when it is due, it will be added to your loan and charged the same interest rate as your loan.

### When Can You Repay Your Loan?

Your loan can be repaid in full or in part at anytime before the insured's death and while this policy is in force. A loan that exists at the end of the grace period may not be repaid unless this policy is reinstated.

Repayments should be clearly marked as "loan repayments"; otherwise, they will be credited to this policy as premiums. Loan repayments must be in amounts of at least $25.

### What if Your Loan is not Repaid?

This policy will remain in force so long as the policy indebtedness does not exceed the cash value, less any surrender charges. Subject to the Policy Values provisions, failure to repay a loan will not terminate this policy unless the indebtedness exceeds the cash value, less any surrender charges.

# PAYMENT OF POLICY PROCEEDS

**How are the Proceeds Paid?**

The proceeds will be paid in a single sum unless a payment option has been selected. The date on which the proceeds are paid in a lump sum or first placed under a payment option is the settlement date. The settlement date will be no later than two months after we receive due proof of death. All proceeds are payable at our home office. We will pay interest at a rate not less than 4% per year on single sum death proceeds from the date of the insured's death to the settlement date.

**What are the Payment Options Other Than a Single Sum?**

During the insured's lifetime, you may request in writing that we pay the proceeds under one or more of the payment options shown below or change a prior election. You may elect other payment options not shown if we agree. However, unless we agree otherwise, a payment option may be selected only if the payments are to be made to a natural person in that person's own right. Also, the amount of proceeds placed under a payment option must be at least $5,000.

**Option A - Interest Payments**

Payment of interest on the proceeds placed under this option at the rate of 4% per year compounded annually. We will make regular interest payments at intervals and for a period that is agreeable to both you and us. At the end of any payment interval, a withdrawal of proceeds may be made in amounts of at least $100. At any time, all of the proceeds that remain may be withdrawn or placed under a different payment option approved by us.

**Option B - Payments for a Specified Period**

Monthly payments for a specified number of years. The amount of each monthly payment for each $1,000 placed under this option is shown in the table below. The monthly payment amount for years not shown will be furnished upon request.

**Option B Table**

| Number of Years | Monthly Payment/$1000 |
|---|---|
| 5 | $18.32 |
| 10 | 10.06 |
| 15 | 7.34 |
| 20 | 6.00 |
| 25 | 5.22 |
| 30 | 4.72 |

**Option C - Life Income**

Monthly payments for the life of the person (the payee) who is to receive the income. Payments will be guaranteed for either 10, 15, or 20 years. The amount of each monthly payment for each $1,000 placed under this option will be based on our Table of Settlement Rates in effect at the time of the first payment. The amounts will not be less than those shown in the table below for the sex and Adjusted Age of the payee on the due date of the first payment. Adjusted Age means the age on the payee's nearest birthday minus an "adjustment" based on the year of birth of the payee as follows:

| Calendar Year of Payee's Birth | Adjustment | Calendar Year of Payee's Birth | Adjustment |
|---|---|---|---|
| Prior to 1920 | 0 | 1945 through 1949 | 6 |
| 1920 through 1924 | 1 | 1950 through 1959 | 7 |
| 1925 through 1929 | 2 | 1960 through 1969 | 8 |
| 1930 through 1934 | 3 | 1970 through 1979 | 9 |
| 1935 through 1939 | 4 | 1980 through 1989 | 10 |
| 1940 through 1944 | 5 | After 1989 | 11 |

The monthly income amounts for any Adjusted Age not shown in the following table will be furnished upon request.

**Option C Table** **M = Male F = Female**

| Adjusted Age Payee | Life Income per $1,000 with Payments Guaranteed for | | | | | |
|---|---|---|---|---|---|---|
| | 10 years | | 15 years | | 20 years | |
| | M | F | M | F | M | F |
| 50 | 4.81 | 4.47 | 4.74 | 4.45 | 4.65 | 4.40 |
| 55 | 5.20 | 4.80 | 5.09 | 4.74 | 4.94 | 4.67 |
| 60 | 5.70 | 5.22 | 5.51 | 5.12 | 5.24 | 4.98 |
| 65 | 6.35 | 5.77 | 5.98 | 5.58 | 5.54 | 5.32 |
| 70 | 7.14 | 6.50 | 6.47 | 6.12 | 5.77 | 5.63 |
| 75 | 8.00 | 7.40 | 6.87 | 6.64 | 5.91 | 5.85 |

**Will a Supplemental Contract be Prepared if Proceeds are Placed Under a Payment Option?**

If a payment option is requested, we will prepare an agreement stating the terms under which payments will be made. The agreement will include statements about withdrawal value, if any, and to whom remaining proceeds will be paid if the payee dies.

**Can a Beneficiary Request a Payment Option?**

After the insured's death but before any proceeds are paid, the beneficiary may select a payment option by written request to us. However, you may provide that the beneficiary will not be permitted to change the payment option you have selected.

**Are Excess Interest Earnings Payable by us?**

On each anniversary of the settlement date we will determine excess interest, if any, on payment option deposits. Any such excess interest will be paid under Options A or B.

# FLEXIBLE PREMIUM ADJUSTABLE WHOLE LIFE INSURANCE POLICY

**- Adjustable death benefit payable at insured's death prior to the maturity date.**
**- Cash value less indebtedness payable on the maturity date.**
**- Flexible premiums payable as provided herein.**
**- This policy is nonparticipating. Dividends are not payable.**

**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440