# EXHIBIT 10

✓ New Business

| Date Filmed | Film No. | Group No. | Batch |
|---|---|---|---|
| 8-5-86 | 1 | 8 | LB, of |

The following list is all the forms printed for 9310-01712727
The following employee requested this printing: 9LV
from 0232
Ignore RAUX forms.

01. ADDRESS
02. FLA38696
03. RAUX11
04. WH33606
05. RAUX14
06. F30307MN
07. RAUX18
08. FLXIFP
09. B30307MN
10. TSA30860
11. FLXBACK
12. ANNLIST
13. FLXIFP
14.
15. 7/31 R.P
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.

Bethany Samaritan Inc
24 NW 8th St
Rochester MN 55901
9-2-86 400.00
mo
Set up GBH
22651

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch LB,

I 11-577-259-2
G 2508-490-6
S 11-577-258-4

IDS Life Insurance Company
IDS Tower
Minneapolis, Minnesota 55474
An American Express company

# Annuity Application

A Clients 03 (860) 9310-1912 727-1

1 **Annuitant**

a Name (first) Tyva (mi) D (last) Russell

b Home address (street, city, state, zip) Box 682 Pine Island, MN. 55963 Phone no. (507) 367-4757

c Social Security No. 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 ☐ Male ☒ Female

d Birth date 3/15/34 Age 52 (submit proof of age for immediate annuity)

e Citizenship ☒ U.S. ☐ Other

f Relationship to the representative N/A

g Is this annuity intended to replace existing annuities or life insurance? ☐ Yes ☒ No
If Yes, see State Requirements Section of the Reference Manual for required papers.

2 **Joint Annuitant** (*for Immediate Joint Annuity only*)

a Name (first) (mi) (last)

b Social Security No. - - ☐ Male ☐ Female

c Birth date / / Age (submit proof of age)

3 **Owner**

a Will the Annuitant own this Annuity? (*must be Yes for IRA and TSA*)

☒ Yes
Mailing address *if* correspondence should *not* go to Annuitant's home
(*street, city, state, zip*)
and Phone no. ( )

☐ No (*complete the following six (•) items*)
*Joint ownership and designation of a successor owner are not allowed*

- Owner's name(s) ☐ IDS Trust Co. ☐ Other
- Type of ownership (check one)
  - ☐ Trustee
  - ☐ Custodian
  - ☐ Individual
  - ☐ Other
  - ☐ Sole Proprietorship
  - ☐ Partnership
  - ☐ Corporation (State of incorporation)
- Trust or Custodial ownership basis (*complete one if applicable*)
  - ☐ Retirement Plan (*name*)
  - ☐ Trust (*name*) Trust Date
  - ☐ Purchased under Uniform Gifts to Minors Act of (*state*)
- Owner's address (street, city, state, zip) Phone no. ( )
- Owner's Social Security or Taxpayer Identification No.
- If ownership is individual, give owner's birth date / / Age
  Relationship to Annuitant and to Representative

b Other ownership information and instructions

Date Filmed 8-5-86 | File No. 1 | Group No. 8 | Batch LB, Of

**B** **Purchase Basis** *(complete only one of the eight (•) responses on this page)*

See New Business Section of Reference Manual for required papers

- • ☐ Non-qualified individual purchase
- • ☐ Non-qualified 1035 exchange
- • ☐ Non-qualified deferred compensation plan (non-governmental)
- • ☐ Non-qualified Gift under Uniform Gifts to Minor's Act. *(If Donor is not custodian, give Donor's name, Soc. Sec. No., residence state and relationship to Annuitant.)* ____________
- • ☐ Other non-qualified: ____________
- • ☐ **IRA** *(complete all that apply)*
  - 1 ☐ **Regular** *(active)* **IRA**
    - a Type ☐ Personal *(1)* ☐ Spousal *(2)* ☐ SEP *(3)* Group no. of SEP ________ Name of employer ________ Address ________
    - b Amount paid with this application for prior year $ ________
    - c Amount paid with this application for current year $ ________
  - 2 ☐ **Rollover IRA** *(Rollover qualifications are specified in* ***Your Guide to IRAs****)*
    - a Source ☐ IRA/SEP distribution. ☐ Deductible voluntary employee contribution. ☐ Trusteed or Custodial plan, Tax-Sheltered Annuity or Custodial Account.
    - b Amount paid with this application, for rollover $ ________
    - c Does client want a rollover account which *cannot* take active, add-on contributions?
      - ☐ Yes Client maintains the right to roll back into another Trusteed or Custodial Plan, TSA or TSCA if the distribution was from one of those sources.
      - ☐ No Rollover amount cannot be rolled back to a plan of the same kind.
  - 3 ☐ **Transfer IRA** *(submit "Request for Transfer" form. Send no money with application)*
- • ☐ **Tax-qualified Retirement Plan** *(IRC Section 401)*
  - 1 Type ☐ Profit Sharing *(05)* ☐ Money Purchase *(06)* ☐ Assumed/Target Benefit *(04)* ☐ Defined Benefit Pension *(01)* ☐ 401(k) *(02)* ☐ Other *(10)* ________
  - 2 Plan Fiscal Year-end Mo. ____ Day ____ Plan Starting Date Mo. ____ Yr. ____
  - 3 Is the Plan an IDS Financial Services prototype? ☐ Yes ☐ No
  - 4 Plan administrative assistance by IDS Financial Services? ☐ Yes ☐ No
  - 5 If Custodial Plan, identify participant *(Annuitant)* as ☐ Employer/Sponsor ☐ Other participant
  - 6 Source of *employee* contribution to Participant Account ☐ Deductible Voluntary ☐ Salary Reduction ☐ Non-deductible Voluntary ☐ Transfer/Rollover
  - 7 Plan Entry Date for Participant *(Annuitant)* Mo. ____ Yr. ____
- • ☒ **Other Tax-qualified Plan**
  - 1 Type of Plan ☐ 403(b) TSA ☐ 457/Government *(07)* ☐ Other ________
  - 2 Type of group ☐ Public Schools and Universities ☒ 501(c)(3) Non-profit ☐ State or subdivision ☐ Other ________
  - 3 ☐ This is a qualified TSA exchange.
  - 4 403(b) participant (Annuitant) information
    - a Current annual salary from employer $ ________
    - b Employment date __/__/__ Has employment been continuous? ☐ Yes ☐ No
    - c Total contributions to other tax-sheltered plans while employed with present employer were $ ________ through end of last taxable year (usually Dec. 31) and $ ________ during current tax year
    - d Is Annuitant covered by employer's retirement plan? ☐ Yes ☐ No If Yes, give name of plan ________
    - e Will the Annuitant be electing an alternative calculation under Section 415 of the Internal Revenue Code? ☐ Yes ☐ No If Yes, state which ________

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch LB, of

## C Annuity Applied For

1 Type (*complete one*) — Purchase payment — Annuitant's Retirement* — Other

X Flexible Deferred — Annual Amt intended $ 4800 (if "none" indicate) — Date 3/15/2004 (*Complete C2*)

Single Pmt $

☐ Fixed Deferred Initial Guarantee Period — Single $ — ☐ 1-yr ☐ 3-yr ☐ 5-yr — Age — Bailout? ☐ Yes ☐ No

☐ Fixed Immediate — Single $ — (*Complete C3*)

☐ Other

*If omitted, later of 65th birthday or 10th contract anniversary, will be assumed.

2 Flexible annuity information

a Payment allocation

| | | | |
|---|---|---|---|
| Fixed Account | 25 % | Special Income Fund | 25 % |
| Moneyshare Fund | % | Capital Resource Fund | 25 % |
| | % | Managed Fund | 25 % Total = 100% |

b X The Owner requests to make transfers by telephone between the Account/Funds within this one contract.

3 Immediate annuity information

a Payout option: ☐ Individual Annuitant ☐ Joint and full to survivor ☐ Joint and ⅔ to survivor

b Payout mode: ☐ Nonrefund ☐ Life income with period certain 5, 10, 15, 20 years. circle one

☐ Installment Refund (*not available with Joint and ⅔ option*)

☐ Term Certain only ______ years. (*5 to 30 years*)

c Payout checks to be received on ______ day of each month

## D Future Payments (*Flexible Annuity only*)

1 Frequency of payment

X Monthly ☐ Quarterly ☐ Semi-annual ☐ Annual

☐ Other - Specify months ☐ Jan ☐ Feb ☐ March ☐ April ☐ May ☐ June ☐ July ☐ Aug ☐ Sept ☐ Oct ☐ Nov ☐ Dec

2 Payments to start (*or first notice to be received*) Mo. Sept Day 1

If omitted, the Home Office will establish a starting date.

3 Method of payment:

☐ Add to existing bank authorization with IDS account no.

☐ New bank authorization (*submit form 1748*)

☐ Add to existing PDS/employer billing no. ______ (*contact the employer*)

X New PDS/employer billing (*submit form 3188 and contact the employer*)

☐ Individual direct billing

☐ Other allowed method

## E Beneficiary (*Skip for non-refund immediate annuity*)

Either check a "standard designation" (A or B) and give the name of the Annuitant's spouse, or check "other designation" and give the complete wording of the designation, using the examples supplied with this form, as a guide.

X Standard designation (*see page 4*) X A ☐ B for (*Spouse's name*) Paul Russell

☐ Other designation (*unless stated otherwise, proceeds will be paid equally to surviving beneficiaries*)

Date Filmed | Film No. 1 | Group No. 8 | Batch

**Definitions of standard beneficiary designations**

A Beneficiary is: Annuitant's designated Spouse, if living, otherwise the beneficiaries are the living lawful children of the Annuitant and they will receive equal shares of the proceeds.

B Beneficiary is: Annuitant's designated Spouse, if living, otherwise the beneficiaries are the lawful children of the Annuitant and they will receive equal shares of the proceeds. If a child of the Annuitant has died before the Annuitant, that child's share of the proceeds will be paid to his or her living lawful children in equal shares.

## F Remarks and Instructions to the Home Office

Send contract to: ☐ Representative ☒ Owner

FOR HOME OFFICE USE ONLY

UNIT # ______ EMPL. # ______

CASE TYPE # 5735 FICHE Y/N

CASE # ______

## G Home Office Corrections and Additions

## Agreement and Signatures

1 Agreement. By signing this application and checking each statement that pertains to your annuity, you understand and acknowledge the following:

a All Annuities

☒ **Cancellation.** You may return the contract within 10 days of receipt and receive the *lesser* of the current value plus a refund of any fees charged by the company or refund of all premiums paid.

☒ **Changes.** Only the Company has authority to accept any representation or information not contained in this application or to modify any annuity contract or waive any requirement in the application.

Except where prohibited by law, acceptance of any annuity issued on this application will constitute a ratification of any change in the Home Office Corrections and Additions section of this application. However, the applicant must agree in writing to any change in amount, issue age, plan or benefit.

☒ **Taxes.** Earnings credited to the contract are usually not taxable until they are actually received through surrender or monthly income payments. Under an IRA annuity, all earnings are sheltered from taxes until distributed.

☒ **Earnings.** The fixed and/or variable earnings basis for your particular contract has been explained to you.

☒ **Release of information.** Unless you indicate on your application or in writing to us that you object, we may give information about you to another company so that it can inform you about a product or service.

b IRA applications

☐ **Disclosure.** You have received a copy of *Your Guide to IRAs* and understand the terms contained in it.

☐ **Responsibility.** You assume all responsibility for any tax consequences and penalties that may result from making contributions to, transactions with, and distributions from this IRA.

c Immediate Annuity

☐ **Access to contract value.** The contract value of an immediate annuity may not be surrendered or loaned. Also, there is no death benefit under the non-refund payout mode.

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch of LB,
New Business
Date Received | Date Pulled
Date Loaded | Amount

d **Deferred Annuity** (*Please read all four headings, because several categories may apply to your type of contract*)

1 **Flexible and Fixed Deferred Annuity**

X **Purpose.** You understand that the basic purpose of an annuity is to provide lifetime income at retirement and it should be purchased for this purpose. Surrender of a contract may result in a loss to you because of the fees and charges mentioned below.

X **Surrender.** The contract value may be surrendered in full or in part before annuity payments begin, but not after.

X **Fees and charges.** The fees and charges (including possible surrender charges and state or federal taxes) and the bail-out provision, if applicable, have been explained to you. They are explained in detail in the contract.

2 **Flexible Annuity**

X **Adequate Information.** You have received the current prospectuses for the annuity applied for and any funds involved.

X **Variable values.** Earnings, values and monthly income benefits based on the performance of a Variable Fund are not guaranteed and may both increase and decrease.

X **Transfers.** A flexible annuity may allow for transfers of value between the fixed account and the Variable Funds prior to retirement.

X **Telephone transfers.** You release IDS Financial Services, IDS Life Insurance Company and their respective officers and employees from all liability for any action resulting from a telephone transfer request that appears to be authentic.

3 **Flexible Annuity**

X **Termination.** The Company reserves the right to terminate a flexible payment contract for full value, if in any 24-month period, no purchase payments have been received and the amount paid in is less than the minimum annual purchase payment.

4 **Fixed Deferred Annuity**

☐ **Premium payments.** You cannot make additional premium payments to the single premium Fixed Deferred Annuity.

e **Consolidated Statement**

IDS periodically sends out informational Statements, for each of its accounts, which are consolidated into one Statement covering all accounts owned by members of the same household. If you don't want this account reported that way, check here ☐.

f **Declaration**

You declare that each of the statements and answers given in this application is true and complete to the best of your knowledge and belief and will be the basis of any annuity issued from this application.

7 **Signatures**

**Signatures of all Annuitants** X Tyra Diane Russell

x ______________________

**Owner's signature**
(*omit if owner is the Annuitant*) x ______________________

**Other applicant's signature** (*if required*) x ______________________

**Signed at** (*city*) Rochester (*state*) MN. on (*date*) 7.23.86

33089



057396 (3/86)

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch or LB,

## Representative's Report

1 **Declaration and signature.** You certify that you personally solicited this application and witnessed its signing. The application and this report are complete and accurate to the best of your knowledge and belief.

This application ☐ does ☒ does not involve replacement of existing insurance or annuities.

Representative's signature Terry D. Nelson No. 58869-9 DSO 095

Representative's name (*print*) Terry D. Nelson Phone (507) 289-0737

☐ Junior ☐ Trainer name ............ No. ............

2 **Immediate non-refund annuity report.** Give any required explanation here or in a separate letter attached to this application.

To the best of your knowledge:

a Are the Annuitants in good physical condition?
☐ Yes ☐ No If No, explain ............

b Is any Annuitant now under a doctor's care?
☐ Yes ☐ No If Yes, explain. Be sure to give physician's name and address.

c Do the Annuitants fully understand this contract?
☐ Yes ☐ No If No, explain ............

d Are the finances of each Annuitant, not including proceeds from this annuity, adequate to meet emergencies?
☐ Yes ☐ No If No, explain ............

e Does the Annuitant have an advisor, attorney, accountant, clergyman, etc. with whom he or she consults concerning the management of financial affairs?
☐ Yes ☐ No If Yes, explain. Be sure to give their names and addresses and state whether the purchase of this annuity was discussed with them.

f Give names and addresses of close relatives and identify those with whom the Annuitant has discussed the purchase of this annuity.

g Attach a signed statement by the Annuitant, in the Annuitant's handwriting, indicating his or her understanding that the contract does not provide for a death benefit, loan or surrender.

3 **New Jersey only** (*complete for variable or combination annuity applications only*)

a Direct sources of retirement income (*in dollars of monthly income*):

| | |
|---|---|
| Pension | $ ............ per mo. |
| Social Security | $ ............ per mo. |
| Fixed Dollar Annuities | $ ............ per mo. |
| Other | $ ............ per mo. |

b Total amount of reasonable expected monthly *fixed* dollar income at retirement from assets and direct sources $ ............ per mo.

c Total amount of reasonably expected monthly *variable* income at retirement before this application $ ............ per mo.

**For Home Office Use** IDS LIFE

| Amount submitted | IOM amount | |
|---|---|---|
| GB N/C CASH NO | | |
| Purchase date JUL 28 1986 | Accepted by | |

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch Of LB,

IDS
An American Express company

# Annuity Client Profile

REC'D UNIT 232
JUL 28 1986

## First Client Profile Information

9310-1712 727-1

First client's name, Social Security no., address, client number and existing account number information must be completed.

[ ] Mr. [X] Mrs. [ ] Miss [ ] Ms
First client's name (first) Tyva (middle) Diane (last) Russell
Social Security No. 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
Home address (street, city, state, zip) Box 682 Pine Island, MN. 55963
IDS client no (if known)
Existing IDS client account no. (if any)
[ ] Corporate Employee Marketing
Corp. name:

[ ] New IDS Client
Complete remainder of *Client Profile*. Profile includes *Client Profile Information*, *Business or Organizational Information*, and *Household Information*.

[X] Existing IDS Client
Has a *Client Profile* ever been submitted for this client?
[ ] Yes Has *Client Profile* changed? [X] Yes [ ] No (*if yes, make changes to profile as needed.*)
[X] No Complete remainder of *Client Profile*.

Any other name used on IDS accounts (maiden, nickname, etc.)

Birth date 3/15/34 Sex [ ] M [X] F Citizenship [X] U.S. [ ] Other

Home phone no. (507) 367-4757
Work phone no. (507) 289-3336
Mailing address (if different from above)

Occupation NURSE
Self-employed? [ ] Yes [X] No Cl. Occ.
Gross annual income $ 25,000
Currently retired? [ ] Yes (give mo./yr.) / [X] No (give planned retirement age) 70

Current will? [ ] Yes [ ] No
IRA in force? [X] Yes (give value) $ 22,000 [ ] No
Qualified Retirement Plan? [ ] Yes [X] No
American Express Card? [ ] Yes [ ] No

Married? [X] Yes [ ] No
Spouse's name (if not second client) Paul D. Russell
Social Security no. 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
Birth date 3/15/34

Client no. Group no. Spouse's client no. Cert. cd.

## Second Client Profile Information (*complete for joint owners and the spouse of first client*)

Second client's name, Social Security no., address, client number and existing account number information must be completed.

[ ] Mr [ ] Mrs [ ] Miss [ ] Ms
Second client's name (first) (middle) (last)
Social Security No
Home address (street, city, state, zip)
IDS client no (if known)
Existing IDS client account no (if any)
[ ] Corporate Employee Marketing
Corp. name:

[ ] New IDS Client
Complete remainder of *Client Profile*. Profile includes *Client Profile Information*, *Business or Organizational Information*, and *Household Information*.

[ ] Existing IDS Client
Has a *Client Profile* ever been submitted for this client?
[ ] Yes Has *Client Profile* changed? [ ] Yes [ ] No (*if yes, make changes to profile as needed.*)
[ ] No Complete remainder of *Client Profile*.

Relationship to first client
[ ] Spouse [ ] Other, describe relationship

Any other name used on IDS accounts (maiden, nickname, etc.)

Birth date / / Sex [ ] M [ ] F Citizenship [ ] U.S. [ ] Other

Home phone no ( )
Work phone no. ( )
Mailing address (if different from above)

Occupation
Self-employed? [ ] Yes [ ] No Cl. Occ.
Gross annual income $
Currently retired? [ ] Yes (give mo./yr.) [ ] No (give planned retirement age)

Current will? [ ] Yes [ ] No
IRA in force? [ ] Yes (give value) $ [ ] No
Qualified Retirement Plan? [ ] Yes [ ] No
American Express Card? [ ] Yes [ ] No

Married? [ ] Yes [ ] No
Spouse's name (if not second client)
Social Security no.
Birth date / /

Client no. Group no. Spouse's client no. Cert. cd.

33989

057396

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch LB, Of

## Business or Organizational Information *(complete if first or second client is or owns a business)*

Business name — Business taxpayer ID no.

Business address *(street, city, state, zip)*

Business phone no. ( ) — Date business began / / — Business fiscal year-end *(month, day)* / — No. of employees

Nature of business — Cl. Inst.

Form of business *(check all that apply)*
- ☐ Corporation (01)
- ☐ Partnership (02)
- ☐ Sole proprietorship (03)
- ☐ Political subdivision (04)
- ☐ Tax exempt
- ☐ Subchapter S corp.
- ☐ Financial institution
- ☐ Professional assoc.

Client no. — Group no. — Cert. cd.

## Household Information *(first client only)*

**Circumstances leading to purchase of this product** *(check all that apply)*

- ☐ Client inquiry (01)
- ☐ Client servicing (02)
- ☐ Client referrals (03) *(friends/relatives)*
- ☐ Direct response to rep. mailing (04)
- ☐ Direct response to DSO marketing program (05)
- ☐ Home office leads (06)
- ☐ Seminars (07)
- ☐ Cold call/mailing follow-up (08)
- ☐ Social contact with rep. (09)
- ☒ IDS financial plan (10)
- ☐ National advertising leads (11)
- ☐ Other ________

### Financial Information

NASD and IDS Financial Services Inc. rules require the sales representative to review information disclosed by the client to have reasonable grounds for believing that the sale is suitable for the client.

| Assets | | Liabilities | |
|---|---|---|---|
| Cash reserves on hand | $ 8,000 | Short-term *(under 5 years)* | $ ,000 |
| Fixed assets *(incl. bonds)* | $ ,000 | Mortgages on principal residence | |
| Equity assets | $ 49,000 | 1st mortgage | $ ,000 |
| Principal residence | $ 130,000 | 2nd mortgage | $ ,000 |
| Other real estate | $ 50,000 | Business-related debts | $ ,000 |
| Business-related assets | $ ~~53~~,000 | Other mortgages and long-term debts | $ ,000 |
| Other assets | $ 75,000 | | |
| **Total Assets** | $ 312,000 | **Total Liabilities** | $ 000 |

**Net Worth** $ 312,000

Gross annual household income $ 50,000 — Amount of life insurance on household $ 100,000 — Net cash value of life insurance on household $ ,000

Current stockbroker? ☐ Yes ☒ No — Current life insurance agent? ☐ Yes ☒ No — Your client moved to current address 19

| Names of minor children | Birth dates | Names of minor children | Birth dates |
|---|---|---|---|
| 1 Todd | 10/31/66 | 3 | / / |
| 2 Tammara | 10/31/66 | 4 | / / |

Group no.

PAS 131/1/19

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch LB, Of

**Salary Reduction Agreement**

By this Agreement made between Tyra Diane RUSSELL (Employee) and Bethy Samaritan Heights (Employer), the parties hereto agree as follows:

Effective with amounts earned by the Employee after the Effective Date shown below, the Employer shall reduce the Employee's present salary by the Reduction Amount shown below in the manner described below.

Effective Date:

The Effective Date must be a date after the date of execution of this Agreement. The Employee's salary shall be reduced as of the first day of the pay period beginning 9/1, 19 86

Reduction Amount:

The total amount of reduction under this Agreement (Reduction Amount) in a tax year of the Employee shall not exceed the maximum amount allowable under Sections 403(b) and 415(c) of the Internal Revenue Code of 1954, as amended (Code).

The Employee hereby requests to have his/her salary for each pay period reduced by either 600 ($ or %) for a total annual Reduction Amount of 1200 ($ or %). The pay periods shall be bi-weekLy (weekly, bi-weekly, monthly, etc.)

The Employer hereby agrees to remit the Reduction Amount for each pay period as follows: (designate the company(ies) for such funding vehicle(s) in the appropriate blank).

1. ✓ To IDS Life Insurance Company for the purchase of a non-transferable annuity contract to provide retirement benefits for the Employee.

2. ______ To IDS/Trust Company, as Custodian, to be deposited in the named Employee's 403(b)(7) Tax Sheltered Custodial Account, and invested by the Custodian in accordance with the 403(b)(7) Custodial Account Agreement and the Employee's written investment instructions.

This Agreement shall be binding between the parties while employment continues. However, either party may terminate this Agreement as of the end of any pay period so that it will not apply to compensation earned after the date of termination, by giving at least thirty (30) days written notice of the date of termination. No more thatn one Agreement for salary reduction may be made within any tax year of the Employee, except to the ex*net otherwise permitted under Section 403(b) of the Code.

This Agreement is not a contract of employment between Employer and Employee, and shall not affect the amount which would otherwise be due the Employee if this Agreement had not been executed. If any portion of this Agreement is in conflict with the Employee's contract of employment, the contract of Employment will control.

Signature of Employee X Tyra Diane Russell

Employee's Social Security No. 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

Date 7/23/86

Signature of Employer's authorized representative [signature]

Title Business Manager

Date 7-24-86

Form 33246B (1/85)

Date | Film No. | Group No. | Batch

# IDS

**IDS LIFE INSURANCE COMPANY IDS Tower, Minneapolis, Minnesota 55402**

| REPRESENTATIVE | REPR. NO. | DSO | DATE |
|---|---|---|---|
| Terry D. Nelson | 58869-9 | 095 | 07-29-86 |

SUBJECT: ASSIGNMENT OF GROUP BILLING NUMBER FOR
9310-1712727-1
Tyra Diane Russell

Bethany Samaritan Inc.
24 NW 8th St.
Rochester, Mn. 55901

| GROUP BILLING NO. | NOTE: |
|---|---|
| 22651 | If IDS products are submitted in addition to annuities disregard this number. A new number will be issued to be used for both IDS and IDSL products. You will be notified of this new number. |

We have received the first application(s) from this organization and have assigned the above group billing number for purposes of sending group billing notices.

The monthly billing notice will be sent to the above address approximately 10 days prior to the 2nd of the month. Please advise if this is not the correct address.

Unless notified otherwise, refer to this group billing number on all future applications submitted from this organization as they will automatically be added to this group billing account. Any correspondence or questions about annuities included in this group billing account should also be identified by this number.

Char Liebl
Annuity Processing

This group billing number has been set up on a monthly basis
9-2-86

A subsidiary of Investors Diversified Services, Inc. IDS IDEAS TO HELP YOU MANAGE MONEY

FORM 33383C (12/82)

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch of LB,

# CONTRACT DATA

| | | | |
|---|---|---|---|
| Annuitant: | Tyva Diane Russell | Contract Date: | September 2, 1986 |
| Contract Number: | 9310-01712727 | Retirement Date: | March 15, 2004 |
| Contract Owner: | Tyva Diane Russell | | |

Upon issuance of this contract the annual purchase payment has been scheduled to be paid and applied to the fixed and variable accounts as shown below. You may change the amount, frequency and allocations as provided in this contract. Refer to the purchase payments provisions on Page 7.

Lump Sum Single Purchase Payment Only: None
Scheduled Purchase Payment:
Annual Amount: $4,800.00
Payable: Per annuity application

| Variable Accounts | Mutual Fund | Purchase Payment Allocation Percentage |
|---|---|---|
| F | IDS Life Capital Resource Fund | 25.000% |
| G | IDS Life Special Income Fund | 25.000% |
| H | IDS Life Moneyshare Fund | 0.000% |
| N | IDS Life Managed Fund | 25.000% |
| Fixed Account | | 25.000% |

Surrender Charge: If you surrender all or a portion of this contract surrender charges may apply. See Page 10.

Contract Administrative Charge: See Page 8.

Maximum Purchase Payments Permitted:

| | |
|---|---|
| **1st contract year:** | **$250,000** |
| **Each contract year thereafter:** | **$ 50,000** |

Date Filmed 8-5-86 | Film No. 1 | Group No. 8 | Batch Of LB,

CONTRACT DATA - (continued)

Annuitant: Tyva Diane Russell Contract Number: 9310-01712727

Fixed Account

Table of Guaranteed Minimum Contract and Surrender Values

Guaranteed Interest Rate: 4% Per Year Compounded Annually

The following table shows the guaranteed minimum fixed account contract and surrender values based on these assumptions: (1) $100 purchase payments are received and allocated 100% to the fixed account at the beginning of each month; (2) There have been no surrenders; (3) There are no premium tax charges. If purchase payments are otherwise paid or allocated or if there are surrenders, or premium tax charges, the values below will be adjusted in accordance with the provisions of this contract.

| End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value | End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value |
|---|---|---|---|---|---|
| 1 | $ 1,201.64 | $ 1,119.32 | 16 | $ 26,225.23 | $ 25,721.23 |
| 2 | 2,451.35 | 2,285.03 | 17 | 28,475.88 | 27,971.88 |
| 3 | 3,751.04 | 3,500.72 | 18 | 30,816.55 | 30,312.55 |
| 4 | 5,102.72 | 4,768.40 | | | |
| 5 | 6,508.47 | 6,090.15 | | | |
| 6 | 7,970.45 | 7,468.13 | | | |
| 7 | 9,490.91 | 8,986.91 | | | |
| 8 | 11,072.18 | 10,568.18 | | | |
| 9 | 12,716.71 | 12,212.71 | | | |
| 10 | 14,427.02 | 13,923.02 | | | |
| 11 | 16,205.74 | 15,701.74 | | | |
| 12 | 18,055.61 | 17,551.61 | | | |
| 13 | 19,979.47 | 19,475.47 | | | |
| 14 | 21,980.29 | 21,476.29 | | | |
| 15 | 24,061.14 | 23,557.14 | | | |

Variable account contract and surrender values are not guaranteed. Information concerning contract and surrender values will be provided to you at any time upon written request.

IDS An American Express company

**IDS Life Insurance Company**
IDS Tower 10
Minneapolis, Minnesota 55440

# Annuity Service Request

| Contract Number | Annuitant | Owner (If Other Than Annuitant) |
|---|---|---|
| 9310171 2727 1004 | Tyna Dianne Russell | |
| Date: 2/5/92 | Address for Check/Confirmation to be Sent: 925 8th Ave NE, Jamestown, ND 58401 | |

## Surrender

We will withhold a portion of any earnings included in a surrender for payment of Federal taxes unless you instruct us not to do so:

☐ I hereby request that you **do not withhold for Federal taxes.**
☐ I hereby request that you **do withhold** for Federal taxes.
☐ I hereby request a **total surrender** of the above annuity contract.
☐ I hereby request a **partial surrender** from the above annuity contract in the amount of $ ______________.
Unless otherwise indicated below, the value of the surrender will be deducted from the variable accumulation value and the fixed dollar accumulation value in the same proportion that each such value bears to the total accumulation value on the date of surrender.

Please include specific instructions for your surrender here.

______________________________________________

## Withdrawal — See Service Charge Explanation on the Reverse Side

We will withhold a portion of any earnings included in a withdrawal for payment of federal taxes unless you instruct us not to do so:

☐ I hereby request that you **do not withhold** for Federal taxes.
☐ I hereby request that you **do withhold** for Federal taxes.
☐ I hereby request a maximum **partial/temporary withdrawal** from the above annuity contract using all available accumulated value.
☐ I hereby request a **Partial/Temporary Withdrawal** from the above annuity contract in the amount of $ ______________.
Unless otherwise indicated below, the value of the withdrawal will be deducted from the variable accumulation value and the fixed dollar accumulation value in the same proportion that each such value bears to the total accumulation value on the date of withdrawal.

Please include specific instructions for your withdrawal here.

______________________________________________

## Change in Payment Allocation

Current Series A and B:

I hereby request that future payments be allocated as follows:
______% Variable
______% Fixed

Flexible Annuity or Combination Retirement Annuity:

I hereby request that future payments be allocated as follows:
______% Capital Resource
______% Special Income
______% Moneyshare
______% Fixed
______% Managed Fund

Note: Allocation percentages must total 100%.

## Transfer of Accumulation Value

Current Series A and B:

I hereby request that $ ____________ , ____________ units, or ____________ % of the accumulated value be transferred from ____________ to ____________.

**Flexible Annuity/Variable Retirement Annuity/Combination Retirement Annuity — List Dollar Amount, Percentage, or Units. Total Must Equal Amount Requested.**

| Transfer 100% from Capital Resource to: | Transfer 100% from Special Income to: | Transfer ____ from Moneyshare to: | Transfer ____ from Managed Fund to: | Transfer ____ from Fixed to: |
|---|---|---|---|---|
| X Managed Fund | X Managed Fund | ____ Managed Fund | ____ Capital Resource | ____ Managed Fund |
| ____ Special Income | ____ Capital Resource | ____ Capital Resource | ____ Special Income | ____ Capital Resource |
| ____ Moneyshare | ____ Moneyshare | ____ Special Income | ____ Moneyshare | ____ Special Income |
| ____ Fixed* | ____ Fixed* | ____ Fixed* | ____ Fixed* | ____ Moneyshare |
| ____ Total | ____ Total | ____ Total | ____ Total | ____ Total |

*The Fixed Option is not available on the Variable Retirement Annuity contracts.

Tyna D Russell
(Owner)

This request must be signed by the contract owner(s).
Please review the reverse side for information and instructions on the above transactions.
33442 F (7/87)