# EXHIBIT 11

KL03 C67112 A294 SEARCH - CLIENT VERIFICATION 15:53:19 05/25/05
NEXT SCREEN: KL04 ID NUMBER:

GROUP ID: 0 2508 490 6 001 HSLD

NO ADV RC: ADVISOR ADVERSE
CLIENT ID: 11 577 258 4 001 IDSAMX TAXPAYER ID: 474 32 8172 C
MR PAUL D RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907
CS: Y
ADDRESS STATUS:
DOB: 09 27 1931

HOME ADDRESS

NO ADV RC: ADVISOR ADVERSE
CLIENT ID: 11 577 259 2 001 IDSAMX TAXPAYER ID: 403 40 2208 C
MRS TYVA DIANE RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907
CS: Y
ADDRESS STATUS:
DOB: 03 15 1934

HOME ADDRESS

NO MORE DATA AVAILABLE