# EXHIBIT 12

**IDS Life Insurance Company**

December 2002

*9650763*
PAUL RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 93002057984 |
| Owner of Record/Participant: | PAUL RUSSELL |
| Default Payee or Alternate Payee: | PAUL RUSSELL |
| Default Measuring Life or Alternate Measuring Life: | PAUL RUSSELL |
| Accidental Death Benefit Amount: | $36,376.00 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

**IDS Life Insurance Company**

December 2002

PAUL RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 90901806324 |
| Owner of Record/Participant: | PAUL RUSSELL |
| Default Payee or Alternate Payee: | PAUL RUSSELL |
| Default Measuring Life or Alternate Measuring Life: | TYVA RUSSELL |
| Accidental Death Benefit Amount: | $8,084.00 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

**IDS Life Insurance Company**

December 2002

PAUL RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 90906361163 |
| Owner of Record/Participant: | PAUL RUSSELL |
| Default Payee or Alternate Payee: | PAUL RUSSELL |
| Default Measuring Life or Alternate Measuring Life: | PAUL RUSSELL |
| Accidental Death Benefit Amount: | $12,125.00 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

**IDS Life Insurance Company**

December 2002

PAUL RUSSELL
2701 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6955

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 90902316436 |
| Owner of Record/Participant: | PAUL RUSSELL |
| Default Payee or Alternate Payee: | PAUL RUSSELL |
| Default Measuring Life or Alternate Measuring Life: | PAUL RUSSELL |
| Accidental Death Benefit Amount: | $9,431.00 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

**IDS Life Insurance Company**

December 2002

*1630302 7*
TYVA RUSSELL
2710 GRAND ISLAND SHORES RD
EUSTIS FL 32726-6907

In accordance with the settlement approved by the Courts in the class action Benacquisto, et al. v. American Express Financial Corporation, et al., it has been determined that you will receive free Accidental Death Benefit coverage.

This coverage became effective October 15, 2001, for the Accidental Death Benefit Amount and Coverage Period shown below. You do not need to do anything to receive this free Accidental Death Benefit coverage. It is provided free of charge to you, and no premium or other payment by you is required.

| | |
|---|---|
| Policy or Annuity Number: | 93101712727 |
| Owner of Record/Participant: | TYVA RUSSELL |
| Default Payee or Alternate Payee: | TYVA RUSSELL |
| Default Measuring Life or Alternate Measuring Life: | TYVA RUSSELL |
| Accidental Death Benefit Amount: | $29,640.00 |
| Accidental Death Benefit Coverage ends: | OCTOBER 15, 2004 |

**Enclosed is a Certificate of Insurance.** Please keep the Certificate and this letter with your other important insurance papers.

Filing Claims: Upon the Accidental Death of the Measuring Life while the Accidental Death Benefit coverage is in effect, you should submit a copy of this letter, along with due proof of the accidental death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Please keep a copy for your files.

Enclosed are "Frequently Asked Questions and Answers" about the Accidental Death Benefit coverage. If you have additional questions after reading the "Frequently Asked Questions and Answers," please call 1-877-657-8655. If you use a TDD/TTY terminal for the hearing impaired, please call 1-877-657-8808.

# Certificate of Insurance

## Accidental Death
## Benefit Coverage

**Provided to**

**American Express**
**Company, et al.**

*Blanket Accident Insurance*
*Declarations*

***Chubb Group of Insurance Companies***
***15 Mountain View Road***
***Warren, NJ 07059***

*Policyholder's Name and Mailing Address*

AMERICAN EXPRESS COMPANY
C/O IDS LIFE INSURANCE COMPANY OF NEW YORK
20 MADISON AVENUE EXTENSION
ALBANY, NY 12203

*Policy Number* 6476-39-06

*Effective Date* OCTOBER 15, 2001

*Issued by the stock insurance company indicated below.*
**FEDERAL INSURANCE COMPANY**
*Incorporated under the laws of INDIANA*

*Producer No.* 0013413-999

*Producer* AON RISK CONSULTING, INC.
685 THIRD AVENUE
NEW YORK, NY 10017

***Section I - Policy Period***

From: OCTOBER 15, 2001 To: OCTOBER 15, 2004

12:01 A.M. standard time at the **Policyholder's** mailing address shown above.

***Section II - Persons Insured***

The following are the Persons Insured under this policy:

***Class*** ***Description***

1 THERE IS ONLY ONE (1) CLASS OF PERSONS INSURED UNDER THIS POLICY, AND THAT CLASS CONSISTS OF THOSE MEMBERS OF THE PLAINTIFF CLASS, ENTITLED TO RECEIVE GENERAL RELIEF, PURSUANT TO THE TERMS AND CONDITIONS SET FORTH IN THE STIPULATION OF SETTLEMENT FOR THE FOLLOWING CLASS ACTION LITIGATION:

(1) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 96-018477 (CONSOLIDATED CASE NOS. 96-018477, 97-004742, 98-105681) (MINNESOTA DISTRICT COURT, HENNEPIN COUNTY, 4TH JUDICIAL DISTRICT)

(2) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 00-1980 DSD/JMM (UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA)

All other terms and conditions remain unchanged.



If an **Insured Person** is included in more than one **Class**, the **Insured Person** will be covered for only the **Benefit Amount** applicable to one **Class**. The **Insured Person** will be considered a member of the applicable **Class** that provides the **Insured Person** the largest **Benefit Amount** for the particular **Accident** and **Loss** that has occurred.

An **Insured Person** is added for coverage as a **Class** member at any time during the policy period that the **Insured Person** fits the **Class** description. An **Insured Person** will be deleted from a **Class** and coverage ends at any time the **Insured Person** no longer fits the **Class** description. All premium adjustments will be made according to the terms of this policy.

***Section III - Hazards***

The following are the **Hazards** during which coverage applies:

| *Hazards* | *Form Number* |
|---|---|
| 24 HOUR BUSINESS AND PLEASURE | 44-02-0896(01/95) |

24 Hour Business and Pleasure Hazard means all circumstances, subject to the terms and conditions of this policy, to which the Insured Person may be exposed.

***Section IV - Benefits***

BENEFIT AMOUNTS

Accidental Loss of Life and Scheduled Benefits

The following are **Loss of Life Benefit Amounts** for each **Class** and corresponding **Hazards**:

***Class*** ***Benefit Amounts***

*24 HOUR BUSINESS AND PLEASURE*

1 AS DETERMINED PER THE STIPULATION OF SETTLEMENT FOR THE FOLLOWING CLASS ACTION LITIGATION:

(1) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 96-018477 (CONSOLIDATED CASE NOS. 96-018477, 97-004742, 98-105681) (MINNESOTA DISTRICT COURT, HENNEPIN COUNTY, 4TH JUDICIAL DISTRICT)

(2) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 00-1980 DSD/JMM (UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA)

All other terms and conditions remain unchanged.

☐ Multiple of salary/compensation applies, refer to the Supplemental Benefit Amounts Declarations (Not Applicable).

The following are **Losses** covered and the corresponding Scheduled **Benefit Amounts.**

| ***Accidental Loss of*** | ***Percent of Loss of Life Benefit Amount*** |
|---|---|
| *Life* | *100%* |
| *Speech and Hearing* | *N/A* |
| *Speech and one of: Hand, Foot or Sight of One Eye* | *N/A* |
| *Hearing and one of: Hand, Foot or Sight of One Eye* | *N/A* |
| *Both Hands, Both Feet or Sight of Both Eyes or a Combination of a Hand, a Foot or Sight of One Eye* | *N/A* |
| *One Hand or One Foot or Sight of One Eye* | *N/A* |
| *Speech or Hearing* | *N/A* |
| *Thumb and Index Finger of the same Hand* | *N/A* |

If an **Insured Person** has multiple **Losses** as the result of one **Accident**, we will pay only the single largest **Benefit Amount** applicable to the **Losses** suffered.

### *Section V - Maximum Limit Of Insurance*

The following are the maximum amounts we will pay:

***Limit of Insurance***

N/A per ACCIDENT

If more than one (1) **Insured Person** suffers a **Loss** in the same **Accident,** we will not pay more than the maximum Limit of Insurance shown above. If an **Accident** results in **Benefit Amounts** becoming payable, which when totaled, exceed the applicable Limit of Insurance shown above, the maximum **Limit of Insurance** will be divided proportionally among the **Insured Persons,** based on each applicable **Benefit Amount.**

Coverage only applies for the **Classes, Hazards, Benefit Amounts** and **Losses** that are specifically indicated as covered.

## *Certificate of Insurance Contract*

***READ YOUR CERTIFICATE CAREFULLY***

*This certificate contains the major provisions of the* ***Policy.*** *It describes the coverage, exclusions, limitations and payment of* ***Loss.*** *This certificate replaces all prior certificates issued to the* ***Insured Person*** *for this* ***Policy.***

*Words and phrases that appear in* ***bold*** *print have special meanings and are defined in the Definitions section(s) of this contract.*

*Throughout this certificate the words "we", "us" and "our" refer to the* ***Company*** *providing this insurance.*



### *Section I - Coverage*

We will pay the applicable **Benefit Amount** if an **Accident** results in a **Loss** not otherwise excluded. The **Accident** must result from a covered **Hazard** and occur during the policy period. The **Loss** must occur within one (1) year of the **Accident.**

### *Section II - Extensions Of Coverage*

*Disappearance*

If the **Insured Person** has not been found within one (1) year of the disappearance, stranding, sinking, wrecking or breakdown of any conveyance in which the **Insured Person** was covered as an occupant, it will be assumed, subject to all other terms of the policy, that the **Insured Person** has suffered **Loss of Life** covered under this policy.

*Exposure*

**Accident** includes unavoidable exposure to elements arising from a covered **Hazard.**

### *Section III - Territory*

This insurance applies worldwide.

### *Section IV - Exclusions*

***Aircraft Owned, Leased Or Operated***

This insurance does not apply to an **Accident** occurring while an **Insured Person** is in, entering, or exiting any aircraft owned, leased or operated by the **Policyholder** or any aircraft owned, leased or operated by an employee of the **Policyholder** on behalf of the **Policyholder.**

This exclusion does not apply to aircraft chartered with pilot or crew on a one time charter basis.

***Aircraft Pilot or Crew***

This insurance does not apply to an **Accident** occurring while an **Insured Person** is in, entering, or exiting any aircraft while acting or training as a pilot or crew member.

This exclusion does not apply to passengers who temporarily perform pilot or crew functions in a life threatening emergency.

***Disease or Illness***

This insurance does not apply to **Loss** caused by or resulting from an **Insured Person's** emotional trauma, mental or physical illness, disease, pregnancy, childbirth or miscarriage, bacterial or viral infection, or bodily malfunctions.

This exclusion does not apply to **Loss** resulting from an **Insured Person's** bacterial infection caused by an **Accident** or from **Accidental** consumption of a substance contaminated by bacteria.

***Suicide or Intentional Injury***

This insurance does not apply to suicide, attempted suicide or **Loss** that is intentionally self-inflicted.

***War***

This insurance does not apply to **Loss** caused by or resulting from a declared or undeclared **War**. Declared or undeclared **War** does not include acts of terrorism.

## *Section V - Definitions*

*Accident or Accidental*

**Accident** or **Accidental** means a sudden, unforeseen and unexpected event happening by chance.

*Accidental Bodily Injury(ies)*

**Accidental Bodily Injury(ies)** means bodily injury which is **Accidental**, is the direct source of a **Loss**, is independent of disease, illness or other cause and occurs while this policy is in force.

*Benefit Amount*

**Benefit Amount** means the **Loss** amount applicable to each **Class** and **Hazard** as shown in Section IV of the Declarations, Benefits.

*Class*

**Class** means the persons described in Section II of the Declarations, Persons Insured.

*Company*

**Company** means the Federal Insurance Company.

*Hazard*

**Hazard** means the covered circumstances for which this insurance is provided as stated in Section III of the Declarations, **Hazards**, and described in the **Hazards** form.

*Insured Person*

**Insured Person** means a person described as a **Class** member in Section II of the Declarations, Persons Insured.

*Loss*

**Loss** means the types of **Accidental Bodily Injuries** listed in Section IV of the Declarations, Benefits, and for which this insurance provides coverage.

*Loss of Foot*

**Loss of Foot** means the complete severance through or above the ankle joint. We will consider it a **Loss of Foot** even if the foot is later reattached.



*Loss of Hand*

**Loss of Hand** means complete severance through or above the knuckle joints of at least (four) 4 fingers on the same hand or at least 3 fingers and the thumb on the same hand. We will consider it a **Loss of Hand** even if the fingers and/or thumb are later reattached.

*Loss of Hearing*

**Loss of Hearing** means the permanent and irrecoverable loss of hearing in both ears, as determined by a **Physician**.

*Loss of Life*

**Loss of Life** means death, including clinical death determined by the local governing medical authorities.

*Loss of Sight of an Eye*

**Loss of Sight of an Eye** means the permanent loss of vision in one eye. Remaining vision must be no better than 20/200 using a corrective aid or device as determined by a **Physician**.

*Loss of Speech*

**Loss of Speech** means the permanent and irrecoverable total loss of the capability of speech without the aid of mechanical devices, as determined by a **Physician**.

*Loss of Thumb and Index Finger*

**Loss of Thumb and Index Finger** means complete severance through or above the knuckle joints of the thumb and index finger of the same hand. We will consider it a **Loss of Thumb and Index Finger** even if one or both are later reattached.

*Physician*

**Physician** means a person who is licensed as a medical doctor or a doctor of osteopathy by the laws of the jurisdiction in which treatment is given and who is qualified to provide the medical treatment. A **Physician** does not include a family member of the **Insured Person**, a social worker, a physical therapist or an intern.

*Policyholder*

**Policyholder** means the entity responsible for the payment of premium, identified and stated in the Insuring Agreement.

*War*

**War** means:

1). hostilities following a declaration of **War** by a government authority;

2). if there is no declaration of **War**, then armed, open and continuous hostilities between two countries; or

3). armed, open and continuous hostilities between two factions, each in control of territory, or claiming jurisdiction over the site of the area of hostility.

***Certificate of Insurance***
***Common Policy Conditions***

***Addition of New Persons Insured***

All new persons added to the **Class(es)** described in Section II of the Declarations, Persons Insured, will automatically be **Insured Persons** under this policy.

***Arbitration***

In the event of a dispute under this policy, either we or the **Insured Person** may make a written demand for arbitration. In that case, we and the **Insured Person** will each select an arbitrator. The two arbitrators will select a third. If they cannot agree within fifteen (15) days, either we or the **Insured Person** may request that the choice of arbitrator be submitted to the American Arbitration Association. The arbitration will be held in the state of the **Insured Person's** principal residence.

***Beneficiary***

The **Loss of Life** benefit will be paid to the beneficiary designated by the **Insured Person.** This choice must be in writing and filed with the **Policyholder.** All other **Benefit Amounts** are paid to the **Insured Person,** unless otherwise directed by the **Insured Person** or the **Insured Person's** designee.

If the **Insured Person** has not chosen a beneficiary, or if there is no beneficiary alive when the **Insured Person** dies, we will pay the **Benefit Amount** to the first surviving class in the following order:

a) the **Insured Person's** spouse;
b) in equal shares to the **Insured Person's** surviving children;
c) in equal shares to the **Insured Person's** surviving parents;
d) in equal shares to the **Insured Person's** surviving brothers and sisters;
e) to the **Insured Person's** estate.

***Beneficiary Changes***

The **Insured Person,** and no one else, has the right to change the beneficiary. The **Insured Person** does not need the consent of anyone to do so. Changes must be in writing and filed with the **Policyholder.** We do not assume any responsibility for the validity of these changes.

***Benefit Assignment***

Benefits may be assigned by giving us prior written notice.

***Claim Forms***

When we receive notice of a claim we will send the **Insured Person** or the **Insured Person's** designee, within fifteen (15) days, forms for giving us Proof of Loss. If the **Insured Person** or the **Insured Person's** designee does not receive the forms, the **Insured Person** or the **Insured Person's** designee should send us a written description of the **Loss.** This written description should include information covering the occurrence, character and extent of the **Loss** for which claim is made.



***Claim Notice***

Written Notice of Claim must be given to us or any of our appointed agents or brokers within twenty (20) days after the occurrence or commencement of any **Loss** covered by this policy or as soon as reasonably possible. Notice must include enough information to identify the **Insured Person** and **Policyholder.** Failure to give Notice of Claim within twenty (20) days will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

***Claim Payment***

For benefits payable involving disability, we will pay the **Insured Person** or beneficiary the applicable **Benefit Amount** no less frequently than monthly during the continuance of the period for which we are liable. At the end of this period, we will immediately pay any remaining balance of the **Benefit Amount.** All payments by us are subject to receipt of written Proof of Loss.

For all benefits payable under this policy except those for disability, we will pay the **Insured Person** or beneficiary the applicable **Benefit Amount** within sixty (60) days after we receive a complete Proof of Loss, if the **Insured Person** and **Policyholder** have complied with all the terms of this policy.

***Claim Proof of Loss***

For claims involving disability, written Proof of Loss must be given to us within thirty (30) days after commencement of the period for which we are liable. Subsequent written proof of the continuance of such disability must be given to us at such intervals as we may reasonably require.

Failure to give written Proof of Loss within these time frames will not invalidate or reduce any claim if notice is given as soon as reasonably possible, and in no event, except in cases where the claimant lacks legal capacity, later than one (1) year after the deadline to submit written Proof of Loss.

For all claims except those involving disability, written Proof of Loss must be given to us within ninety (90) days after the date of **Loss,** or as soon as reasonably possible.

***Claim and Suit Cooperation***

In the event of a claim under this policy, the **Policyholder** and the **Insured Person** must fully cooperate with us in our handling of the claim, including but not limited to timely provision of all medical and other reports, and full cooperation with all physical examinations and autopsies that we may choose to conduct.

If the **Policyholder** is sued in connection with a claim under this policy, the **Policyholder** will immediately give us copies of every demand, notice and summons which the **Policyholder** receives relating to such suit.

The **Policyholder** must fully cooperate with us in the handling of such suit. At our request, the **Policyholder** will assist in the settlement or conduct of the suit, and in the enforcement of any right of contribution or indemnity against any person who may be liable to an **Insured Person** in connection with a covered **Loss** under this policy. The **Policyholder** or

its designee will attend all hearings and trials and assist in giving evidence and securing the attendance of witnesses. The **Policyholder** must not, except at its own expense, voluntarily make any payment or assume any obligation in connection with such suit without our prior written consent.

***Compliance by Policyholder and Insured***

We have no duty to provide coverage under this insurance policy unless the **Policyholder** and the **Insured Person** have fully complied with all the terms and conditions of this insurance policy.

***Examination Under Oath***

The **Company** has a right to examine under oath, as often as it may reasonably require, the **Insured Person**, the **Policyholder** or the beneficiary. The **Company** may also require the **Insured Person**, the **Policyholder** or the beneficiary to provide a signed description of the circumstances surrounding the **Loss** and their interest in the **Loss**. The **Insured Person**, the **Policyholder** and the beneficiary will also produce all records and documents requested by the **Company**, and will permit the **Company** to make copies of such records or documents.

***Liberalization***

If we adopt any changes:

1). within 45 days prior to the effective date shown in the Insuring Agreement; or
2). during the policy period,

which could broaden this insurance without an additional premium charge, the **Insured Person** will automatically receive the benefit of the broadened coverage.

***Legal Action Against Us***

No legal action may be brought to recover on this policy until sixty (60) days after we have been given complete written Proof of Loss. No such action may be brought after three (3) years from the time written Proof of Loss is required to be given. No such action may be brought unless there has been full compliance with all of the terms of this policy.

In no case will we be liable for benefits that are not payable under the terms of this policy or that exceed the applicable **Benefit Amounts** or Limits of Insurance.

***Physical Examination and Autopsy***

We have the right to have the **Insured Person** examined by a **Physician** approved by the **Company**, as often as reasonably necessary while a claim is pending. We may also have an autopsy done, unless prohibited by law. Any examinations or autopsies that we require will be done at our expense and by a **Physician**.

***Record Maintenance***

The **Policyholder** must maintain information pertaining to **Hazards** and Persons Insured, such as, but not limited to, compensation of the **Insured Persons** and beneficiary designations.



***Statement by Policyholder or Insured Person and Incontestability***

We will not use any statements made by the **Policyholder** or an **Insured Person** to avoid the insurance or reduce benefits payable under this policy, or to otherwise contest the validity of this policy, unless such statements are contained in a written document signed by the **Policyholder** or the **Insured Person**. If we rely on such statements for this purpose, we will provide a copy of the written document to the **Policyholder**, the **Insured Person**, the **Insured Person's** designee or beneficiary, as appropriate.

We will consider all statements made by the **Policyholder** and the **Insured Person** to be representations and not warranties.

Except for nonpayment of premium, we will not use statements made by the **Policyholder** or an **Insured Person** regarding insurability to contest the validity of this policy when the statements are made more than two (2) years after this policy has been in force during the **Policyholder's** or **Insured Person's** lifetime.

Nothing in this section will preclude us from asserting, at any time, defenses based upon a claimant's ineligibility for coverage under this policy, or upon any other policy provision.

***Workers' Compensation***

The benefits payable under the policy are not in lieu of and do not affect any requirement for Workers' Compensation Insurance.

---

***Blanket Accident Insurance Endorsement***

| | |
|---|---|
| Policy Number: | 6476-39-06 |
| Policyholder: | AMERICAN EXPRESS COMPANY |
| Policy Period: | OCTOBER 15, 2001 TO OCTOBER 15, 2004 |
| Name of Company: | FEDERAL INSURANCE COMPANY |
| Effective Date: | OCTOBER 15, 2001 |

---

The following amends the Blanket Accident Insurance Contract:

*POLICYHOLDER*

AMERICAN EXPRESS COMPANY, AND THOSE SUBSIDIARIES OF AMERICAN EXPRESS COMPANY NAMED AS DEFENDANTS IN THE FOLLOWING CLASS ACTION LITIGATION:

(1) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 96-018477 (CONSOLIDATED CASE NOS. 96-018477, 97-004742, 98-105681) (MINNESOTA DISTRICT COURT, HENNEPIN COUNTY, 4TH JUDICIAL DISTRICT)

(2) LESA BENACQUISTO, ET AL. V. AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL., CASE NO. 00-1980 DSD/JMM (UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA)

All other terms and conditions remain unchanged.

## FREQUENTLY ASKED QUESTIONS AND ANSWERS ABOUT THE ACCIDENTAL DEATH BENEFIT (ADB) COVERAGE

**Q: What is the Accidental Death Benefit coverage?**

A: The Accidental Death Benefit (ADB) coverage is a benefit under the terms of the settlement. It comes from the agreement between the plaintiffs (the persons suing the Company) and the Company, and not from any other insurance coverage or policy you might have. It lasts for a specific length of time, and if the Measuring Life dies accidentally during that time, the Payee will receive the amount of ADB coverage listed on the enclosed letter. The ADB coverage does *not* affect any coverage you may otherwise have under your Policy or Annuity. It is a separate, additional benefit.

**Q: When did the Accidental Death Benefit coverage begin?**

A: Upon the Implementation Date of the settlement, which was October 15, 2001.

**Q: What company is providing the Accidental Death Benefit coverage?**

A: IDS has arranged for the ADB coverage to be issued by Federal Insurance Company, part of The Chubb Group of Insurance Companies, under Policy Number 6476-39-06.

**Q: What is a "Default" Measuring Life?**

A: The Default Measuring Life is the insured under the Class policy, or the annuitant under the Class annuity. If the Default Measuring Life died before October 15, 2001, and you designated another person to be the Measuring Life, then that person is the "Alternate" Measuring Life. The ADB amount will be paid if the Measuring Life (Default or Alternate) dies accidentally during the ADB coverage period, and adequate proof of that accidental death is submitted. Please refer to the enclosed Certificate of Insurance for the specific terms of the ADB coverage.

**Q: Who is the Measuring Life for my Policy/Annuity?**

A: The Measuring Life is listed on the attached letter. If you have already named an "Alternate Measuring Life," that will be noted on the attached letter.

**Q: Last fall I received a Benefit Voucher as evidence of my Accidental Death Benefit coverage. Why are you sending me a Certificate of Insurance?**

A: State regulations governing the actual terms and conditions of the ADB coverage require that Class members receive this Certificate of Insurance. You should keep both the Benefit Voucher and the Certificate of Insurance with your other important insurance papers.

**Q: I notice there are some differences between the terms listed in the Benefit Voucher and the terms listed in the Certificate of Insurance. Please explain.**

A: The "Insured Person" referred to in the Certificate of Insurance corresponds to the "Default Measuring Life" in the Benefit Voucher. The "Beneficiary" referred to in the Certificate of Insurance corresponds to the "Default Payee" in the Benefit Voucher.

**Q: How do I know how much Accidental Death Benefit coverage I have and how long it will last?**

A: The ADB amount and the coverage period are listed in the attached letter.

**Q: What is an "accidental" death for purposes of this coverage?**

A: The term "accidental" is described in the enclosed Certificate of Insurance. You should read the Certificate of Insurance for a complete description of what is an "accidental" death, but generally, an "accidental death" is death within one year of and as a result of an accident, and the accident occurred during the policy period. An "accident" is a sudden, unforeseen and unexpected event happening by chance.

**Q: Who gets the Accidental Death Benefit amount when it becomes payable?**

A: Unless you request otherwise, the ADB amount will be paid to a person called the "Default Payee" if the Measuring Life dies accidentally while the ADB coverage is in effect. The Default Payee is the owner of the Policy or Annuity. On the enclosed Certificate of Insurance, the Default Payee is referred to as the "Beneficiary."

**Q: May I change the Default Payee of the Accidental Death Benefit coverage?**

A: Yes. As provided in the Class Notice Package you received, you can change the Default Payee to an Alternate Payee. To change the Default Payee, follow the instructions on the white Designation Form included in the Class Notice Package and return it to the address on the back of that form. You should change the Default Payee if the Default Payee has died or dies during the period the ADB coverage is in effect. When the Default Payee is changed, the person named is known as the "Alternate Payee." If you have already made this change, the enclosed Certificate of Insurance refers to the Alternate Payee as the "Beneficiary."

**Q: Can I designate more than one Alternate Payee?**

A: No. Under the terms of the settlement, you may only designate one Alternate Payee.

**Q: May I change the Default Measuring Life on the Accidental Death Benefit coverage?**

A: No. The deadline for changing the Default Measuring Life has passed. If you have already named an "Alternate Measuring Life," that will be noted on the attached letter.

**Q: Is my Accidental Death Benefit coverage just added on to my Policy's death benefit? For example, are they paid together as one check?**

A: No. The ADB coverage is separate and distinct from any existing life insurance coverage you may have.

**Q: What effect will receiving the Accidental Death Benefit coverage have on my Policy/Annuity?**

A: Receiving the ADB coverage will have no effect on your Policy or Annuity.

**Q: How do I file a claim for the Accidental Death Benefit amount?**

A: To file a claim under the ADB coverage, follow the instructions on the enclosed letter. You must submit proof of the Measuring Life's accidental death to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, MN 55440-1531

Claims should be submitted within 90 days of the date of accidental death of the Measuring Life, or as soon as reasonably possible, but no later than October 15, 2005. Upon receipt of notification of the Measuring Life's accidental death, a claim kit will be sent to you. Please follow the instructions on the claim kit.

**Q: Can I cash in/roll over/surrender my Accidental Death Benefit?**

A: No. The ADB is additional coverage with no cash value. You cannot surrender this benefit and receive cash.

**Q: What happens when the Accidental Death Benefit coverage period ends?**

A: When the period designated on the enclosed letter ends, the coverage ends as well. The coverage amount is only paid out if the Measuring Life dies accidentally ***within*** the coverage period, which is the number of years listed on the enclosed letter.

IDS Life Accidental Death Benefit Administrator
PO Box 1531
Minneapolis MN 55440-1531