**IN THE UNITIED STATES DISTRICT COURNT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2005, I caused the following documents:

1) Motion
2) Memorandum of Law in Support of Motion to Enforce Class Action Settlement as to Claims of Paul and Tyva Russell before the NASD
3) Affidavits of Justin D. Hoogs and Cheryl M. Printon and Exhibits to Memorandum of Law in Support of Motion to Enforce Class Action Settlement as to Claims of Paul and Tyva Russell before the NASD

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by standard overnight FedEx, to the following non-ECF participants:

Robert E. Austin, Jr.
1330 Citizens Blvd.
Suite 401
Leesburg, Florida 34748

Dated: August 19, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
5050 Lincoln Drive, Suite 480
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com
*Attorney for Respondents*