UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon the motion of defendant American Express Financial Advisor, Inc. to enforce the class action settlement as to the claims of Paul D. Russell and Tyva D. Russell. Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Paul D. Russell and Tyva D. Russell shall file their response to defendant's motion not later than September 30, 2005.

2. Defendant shall file a reply to the Russell's response not later than October 13, 2005.

3. Defendant shall immediately serve on the counsel of Paul D. Russell and Tyva D. Russell a copy of this order.

Dated: September 20, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court