UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-1980 (DSD/JMM)

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT, and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

JOINT MOTION TO ENLARGE TIME
FOR RESPONSE AND REPLY

Plaintiffs Paul D. Russell and Tyva D. Russell ("Russells") and defendant American Express Financial Advisors, Inc. ("AEFA") move the court to enlarge the time for the Russells to file their response to AEFA's motion to enforce the class action settlement (Doc. 174) until October

27, 2005 and for AEFA to file its reply to the Russell's response until November 10, 2005.

Dated: September 29, 2005

Robert E. Austin, Jr.
Law Offices

/s/ Robert E. Austin, Jr.
By: Robert E. Austin, Jr.
Florida Bar No. 0002701
P. O. Box 490200
Leesburg, FL 34749-0200
(352)728-1020
reajr@robertaustinlaw.com
Attorney for Paul D. and Tyva D. Russell

Edgerton, Weaver & Irwin, LLC

/s/ Gary R. Irwin
By: Gary R. Irwin
(License #0179991)
5050 Lincoln Drive, Ste. 480
Interlachen Corp. Center
Minneapolis, MN 55436
(952)345-4444
girwin@neilaw.com
Attorney for American Express Financial Advisors, Inc.