# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, a true and correct copy of The Motion for Admission Pro Hac Vice was served upon the following counsel via E-mail and First-Class mail, postage prepaid:

Gary R. Irwin
5050 Lincoln Drive
Suite 480
Interlachen Corp. Center
Minneapolis, MN 55436
girwin@neilaw.com

Stephanie Bourgeois