**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,<br><br>Defendents. | Civil No. 00-1980 (DSD/JMM)<br><br>**ORDER** |

---

This matter is before the court on the joint motion of plaintiffs Paul D. Russell and Tyva D. Russell ("Russells") and defendant American Express Financial Advisors, Inc. ("AEFA") to enlarge the time for the Russells to file their response to AEFA's motion to enforce the class action settlement (Doc. 174) and for AEFA to file its reply to the Russell's response.

Upon consideration thereof, IT IS HEREBY ORDERED that:

1. The Russells shall file their response to AEFA's motion not later than October 27, 2005.

2. AEFA shall file its reply to the Russell's response not later than November 10, 2005.

3. Defendant shall immediately serve on the counsel of Paul D. Russell and Tyva D. Russell a copy of this order.

Dated: September 30, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court