Returned Mail

00 CV 1980 DSD/JMM

US POSTAGE
$ 00.60
Mailed From 55802
09/30/2005
031A 0002303571

RECEIVED
BY MAIL
OCT 1 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS

SCANNED
OCT 1 2 2005
U.S. DISTRICT

RECEIVED
BY MAIL
OCT 11 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Charles M Thompson
Thompson Law Office
2142 Highland Ave S
Birmingham, AL 35205

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 9/30/2005 at 9:00 AM CDT and filed on 9/30/2005
**Case Name:** Benacquisto, et al v. American Express Fin, et al
**Case Number:** 0:00-cv-1980
**Filer:**
**WARNING: CASE CLOSED on 05/16/2001**
**Document Number:** 178

**Docket Text:**
ORDER re [175] Stipulation to Enlarge Time filed by American Express Financial Advisors, Inc. Signed by Judge David S Doty on 9/30/05. (PJM)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=9/30/2005] [FileNumber=728360-0] [a13a78041f32dad23fe4e45dcd5cae16d0981192a965c99164f123b0630d47e0d723 3d9b96379910e01d8d550349c5bde3f2b33a634cfaebf48de3ac00da2e43]]

**0:00-cv-1980 Notice will be electronically mailed to:**

Katheryn A Andresen kandresen@bssdlaw.com

Karl L Cambronne kcambronne@chestnutcambronne.com, cdawson@chestnutcambronne.com

Jack L Chestnut jchestnut@chestnutcambronne.com

David M Cialkowski dmc@zimmreed.com, jlt@zimmreed.com

Joseph S Friedberg joefriedberg@hotmail.com, lodin@visi.com

Jane F Godfrey jane.godfrey@leonard.com,

Gary R Irwin girwin@neilaw.com,

Thomas E Jamison tjamison@fruthlaw.com, jjohnson@fruthlaw.com

Charles H Johnson johnsonbarbara5@aol.com

Richard A Lockridge lockrra@locklaw.com, emmonrm@locklaw.com;juellsl@locklaw.com

Michael Sutton MacDonald msloffices@qwest.net

Robert G Malone malonelaw6@aol.com

George F McGunnigle george.mcgunnigle@courts.state.mn.us,

David M Peterson dmp@petersonlawfirm.com

Robert L Schnell , Jr rschnell@faegre.com, klongo@faegre.com

Ahna M Thoresen Severts athoresen@faegre.com, crowles@faegre.com;cculbertson@faegre.com

Frank H Tomlinson hiltont@pm-j.com

B Scott Whipple swhipple@schwabe.com,

**0:00-cv-1980 Notice will be delivered by other means to:**

Clair M Carlin
Carlin Law Office
62 S Main
PO Box 5369
Poland, OH 44514

Edward W Cochran
Not Admitted
,

Randall M Fox
LeBoeuf Lamb Greene & MacRae
125 W 55th St
New York, NY 10019-5389

Andrew S Friedman
Not Admitted
,

Brad N Friedman
Milberg Weiss Bershad Hynes & Lerach
1 Pennsylvania Plz 49th Fl
New York, NY 10119-0165

Brad N Friedman
Not Admitted
,

David Grossman
Not Admitted
,

Joseph F Henderson
Law Firm Unknown
INACTIVE
,

Stephen L Hubbard
Hubbard & Biederman
1717 Main St Ste 4700
Dallas, TX 75201

Steven Hubbard
Not Admitted
,

Regina L LaPolla
Milberg Weiss Bershad Hynes & Lerach
1 Pennsylvania Plz 49th Fl
New York, NY 10119-0165

Andrew Lustigman
Not Admitted
,

Sheldon S Lustigman
Not Admitted
,

Kenneth E Nelson
Nelson Law Office
1100 Main St Ste 2850
Kansas City, MO 64105

Neil Osborne
Not Admitted
,

Frank Pacinelli
16139 Kranker Dr
Stillwell, KS 66085-9283

Ronald R Parry
Parry Deering Futscher & Sparks
PO Box 2618
Covington, KY 41012-2618

Charles C Platt
LeBoeuf Lamb Greene & MacRae
125 W 55th St
New York, NY 10019-5389

Janine L Pollack
Milberg Weiss Bershad Hynes & Lerach
1 Pennsylvania Plz 49th Fl
New York, NY 10119-0165

Paul S Rothstein
Rothstein Law Office
626 NE 1st St
Gainesville, FL 32601

Robert R Sparks
Arnzen Parry & Wentz
128 Second St E
Covington, KY 41011

Charles M Thompson
Thompson Law Office
2142 Highland Ave S
Birmingham, AL 35205

Ronald A Uitz
Not Admitted
,

Lee A Weiss
Not Admitted
,

Melvyn I Weiss
Milberg Weiss Bershad Hynes & Lerach
1 Pennsylvania Plz 49th Fl
New York, NY 10119-0165

Barry A Weprin
Milberg Weiss Bershad Hynes & Lerach
1 Pennsylvania Plz 49th Fl
New York, NY 10119-0165

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Civil No. 00-1980 (DSD/JMM)

Plaintiffs,

v.

**ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendents.

---

This matter is before the court on the joint motion of plaintiffs Paul D. Russell and Tyva D. Russell ("Russells") and defendant American Express Financial Advisors, Inc. ("AEFA") to enlarge the time for the Russells to file their response to AEFA's motion to enforce the class action settlement (Doc. 174) and for AEFA to file its reply to the Russell's response.

Upon consideration thereof, IT IS HEREBY ORDERED that:

1. The Russells shall file their response to AEFA's motion not later than October 27, 2005.

2. AEFA shall file its reply to the Russell's response not later than November 10, 2005.

3. Defendant shall immediately serve on the counsel of Paul D. Russell and Tyva D. Russell a copy of this order.

Dated: September 30, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court