UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-1980 (DSD/JMM)

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT, and SUSAN MELCHERT,on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

MEMORANDUM OF PAUL D. AND TYVA D. RUSSELL IN RESPONSE TO MOTION OF AMERICAN EXPRESS FINANCIAL ADVISORS, INC. TO ENFORCE CLASS ACTION SETTLEMENT

Paul D. and Tyva D. Russell ("Russells") do not take exception with AEFA's assertion that "any claims settled by the Benacquisto Class Action may not be

asserted in the Russells' NASD claim." AEFA Memorandum, dated August 19, 2005, at page 5 (Doc. 170). They do, however, take exception to AEFA's assertion that "the relevant Class Period begins January 1, 1985 and continues through and including August 31, 2000." Id. at page 7.

The Notice of Class Action served herein described the Class as "all persons or entities who have or had an ownership interest in an individual deferred annuity contract or a participation or beneficial interest by any of the Defendants in the United States, including its territories and commonwealth, that was in force at any time during the period of January 1, 1985 through February 29, 2000." A copy of the relevant pages of the Notice is included in the Russells' separately filed exhibits.

Through its Final Order and Judgment, the court approved a release that provides:

> 3. Nothing in this Release shall be deemed to alter * * * (ii) a Class Member's right to assert any claim that independently arises from acts, facts or circumstances that occur for the first time after the last day of the Class

Period.

Document 94; Final Order and Judgment dated May 15, 2001 at page 10.

While the effective date of settlement might differ, the "last day of the Class Period" is February 29, 2000.

The Russells and AEFA filed separate submission agreements with NASD. A copy of each is included in the Russells' separately filed exhibits.

As previously observed in orders denying motions similar to that now before the court,

> [W]hen parties agree to arbitrate claims that may be barred by a prior settlement, the evaluation of any weight to be accorded the settlement agreement "is a determination committed to the arbitrators' discretion." DVC-JPW Investors v. Gershman, 5 F.3d 1172, 1174 (8th Cir. 1993).

Document 163, Order dated June 13, 2005 regarding Peter G. and Linda L. Covert at page 5; Document 164, Order dated June 13, 2005 regarding Trudy A. and Richard M. Kalac at page 4.

It is therefore submitted that the effect to be accorded the settlement agreement with the Russells is a matter that should be similarly determined by the arbitrators. AEFA's motion to enforce should be

denied.

Dated: October 27, 2005

Respectfully submitted,

/s/ Robert E. Austin, Jr.
______________________________

Robert E. Austin, Jr.
Pro Hac Vice
Robert E. Austin, Jr.
Law Offices
P. O. Box 490200
Leesburg, FL 34749-0200
E-Mail:
reajr@robertaustinlaw.com

and

William G. Carpenter
Briol & Associates, PLLC
80 S. 8th St., Ste. 3700
Minneapolis, MN 55402
E-Mail:
bill@briollaw.com

Attorneys for Paul D. and Tyva D. Russell

CERTIFICATE OF COUNSEL

I certify that the foregoing memorandum complies with the length limitation of Local Rule 7.1, the type size limitation of Local Rule 7.1(e), and contains 526 words. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. WordPerfect 9 was used to prepare the memorandum.

Dated: October 27, 2005

/s/ Robert E. Austin, Jr

Robert E. Austin, Jr.
P. O. Box 490200
Leesburg, FL 34749-0200

CERTIFICATE OF SERVICE

I certify that a copy hereof, together with the separately filed exhibits, was furnished to Gary R. Irwin, 5050 Lincoln Dr., Ste. 480, Interlachen Corp. Center, Minneapolis, MN 55436, by mail on October 27, 2005.

/s/ Robert E. Austin, Jr.