**IN THE UNITIED STATES DISTRICT COURNT**

**FOR THE DISTRICT OF MINNESOTA**

**WORD COUNT CERTIFICATE**

I hereby certify that the number of words in the Reply Memorandum of Ameriprise Financial Services, Inc. in Support of its Motion to Enforce Class-Action Settlement as to Claims of Paul D. and Tyva D. Russell has been counted at 3,252. Microsoft Word 2002 was used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated: November 10, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
821 Marquette Avenue, Suite 1308
Minneapolis, MN 55402
(612) 333-1905
girwin@neilaw.com
*Attorney for Respondents*