**IN THE UNITIED STATES DISTRICT COURNT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I caused the following documents:

1) Reply Memorandum of Ameriprise Financial Services, Inc. in Support of its Motion to Enforce Class-Action Settlement as to Claims of Paul D. and Tyva D. Russell
2) Declaration in Support of Ameriprise Financial Services, Inc.'s Motion to Enforce Class-Action Settlement as to Claims of Paul D. and Tyva D. Russell Before the NASD

to be filed electronically with the Clerk of Court through ECF. I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by standard overnight FedEx, to the following non-ECF participants:

Robert E. Austin, Jr.
1330 Citizens Blvd.
Suite 401
Leesburg, Florida 34748

Dated: November 10, 2005

**s/ Gary R. Irwin**
By: Gary R. Irwin (0179991)
5050 Lincoln Drive, Suite 480
Minneapolis, MN 55436
(952) 345-4444
girwin@neilaw.com
*Attorney for Respondents*