**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**DECLARATION IN SUPPORT OF AMERIPRISE FINANCIAL SERVICES, INC.'S MOTION TO ENFORCE CLASS ACTION SETTLEMENT AS TO CLAIMS OF PAUL AND TYVA RUSSELL BEFORE THE NASD** |

I, Justin D Hoogs, hereby declare the following:

1. I am a legal assistant at the law firm of Edgerton, Weaver & Irwin, LLC. Because of my position with Edgerton, Weaver & Irwin, LLC and my work in connection with the representation of Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc., I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated September 18, 2000 entered into by the parties in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Submission Agreement submitted by American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc. submitted to NASD Dispute Resolution in the arbitration between Paul D. and Tyva Diane Russell and American Express Financial Advisors, NASD Case No. 05-02624.

4. Attached hereto as Exhibit 3 is a true and correct copy of *Smith v. Bartolini*, No. 01 C 4311, 2003 WL 21148940, (N.D. Ill. May 14, 2003).

5. Attached hereto as Exhibit 4 is a true and correct copy of *Jolly v. Pittore*, Nos. 92 Civ. 3593 (JSM), 92 Civ. 5244 (JSM), 1995 WL 566002, (S.D.N.Y. Sept. 22, 1995).

6. Attached hereto as Exhibit 5 is a true and correct copy of *In re Union Square Assocs. Secus. Litig.*, No. 11028, 1993 WL 220528, (Del. Ch. June 16, 1993).

7. Attached hereto as Exhibit 6 is a true and correct copy of *Hartley v. Stamford Towers Ltd. P'ship*, Nos. 92-16802, 92-56528, 36 F.3d 1102, 1994 WL 463497, (9th Cir. Aug. 26, 1994).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 10, 2005.

s/ Justin D. Hoogs
JUSTIN D. HOOGS

M2:20754152.03