# Exhibit Index for Declaration of Justin Hoogs

**Exhibit 1 – Stipulation of Settlement dated September 18, 2000 entered into by the parties in this action**
**Part I: pages 1-25**
**Part II: pages 26-50**
**Part III: pages 51-76**

**Exhibit 2 – Submission Agreement submitted by American Express Financial Advisors, Inc., n/k/a Ameriprise Financial Services, Inc. submitted to NASD Dispute Resolution in the arbitration between Paul D. and Tyva Diane Russell and American Express Financial Advisors, NASD Case No. 05-02624**

**Exhibit 3 – *Smith v. Bartolini*, No. 01 C 4311, 2003 WL 21148940, (N.D. Ill. May 14, 2003)**

**Exhibit 4 – *Jolly v. Pittore*, Nos. 92 Civ. 3593 (JSM), 92 Civ. 5244 (JSM), 1995 WL 566002, (S.D.N.Y. Sept. 22, 1995)**

**Exhibit 5 – *In re Union Square Assocs. Secus. Litig.*, No. 11028, 1993 WL 220528, (Del. Ch. June 16, 1993)**

**Exhibit 6 – *Hartley v. Stamford Towers Ltd. P'ship*, Nos. 92-16802, 92-56528, 36 F.3d 1102, 1994 WL 463497, (9th Cir. Aug. 26, 1994)**