# Exhibit Index


| Exhibit # | Description | Pages |
|---|---|---|
| 1 | Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint | 001-019 |
| 2 | Statement of Claim | 020-032 |
| 3 | Stipulation of Settlement | 033-108 |
| 4 | Deferred Annuity Contract | 109-125 |
| 5 | Notice of Class Action, Proposed Settlement, and Fairness Hearing | 126-138 |
| 6 | Claim Form IDS Life Class Action Settlement | 139-197 |