**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on Behalf of Themselves and all Others Similarly Situated vs. American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York

Civil No. 00-1980 DSD/JMM

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I caused the following documents:

1. Motion to Enforce Class-Action Settlement as to Claims of Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust Presented to the NASD;

2. Notice of Hearing on Motion to Enforce Class-Action Settlement as to Claims of Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust Presented to the NASD;

3. Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to Claims of Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust Presented to the NASD;

4. Declaration of Amy L. Lake in Support of Motion to Enforce Class-Action Settlement as to Claims of Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust Presented to the NASD;

5. Exhibit Index with Exhibits 1-6; and

6. Proposed Order (Per local rule, sent to Judge via email and not electronically filed).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com
- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com
- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com
- **William G Carpenter**
  bill@briollaw.com
- **Jack L Chestnut**
  jchestnut@chestnutcambronne.com
- **David M Cialkowski**
  dmc@zimmreed.com jlt@zimmreed.com
- **Randall M Fox**
  rmfox@llgm.com
- **Joseph S Friedberg**
  joefriedberg@hotmail.com lodin@visi.com
- **Brad N Friedman**
  bfriedman@milbergweiss.com
- **Jane F Godfrey**
  jane.godfrey@leonard.com
- **Stephen L Hubbard**
  slhubbard@hblawfirm.com
- **Gary R Irwin**
  girwin@neilaw.com
- **Thomas E Jamison**
  tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
  johnsonbarbara5@aol.com
- **Regina L LaPolla**
  regina@lapollalaw.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com

- **Michael Sutton MacDonald**
  msloffices@qwest.net
- **Robert G Malone**
  malonelaw6@aol.com
- **George F McGunnigle**
  george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
  kennelson@mclaw.com
- **Ronald R Parry**
  rparry@pdfslaw.com
- **David M Peterson**
  dmp@petersonlawfirm.com
- **Charles C Platt**
  charles.platt@wilmerhale.com
- **Janine L Pollack**
  jpollack@milbergweiss.com
- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com
- **Robert R Sparks**
  rsparks@pdfslaw.com
- **Charles M Thompson**
  cmtlaw@aol.com
- **Ahna M Thoresen**
  athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com
- **Frank H Tomlinson**
  hiltont@pm-j.com
- **Melvyn I Weiss**
  mweiss@milbergweiss.com
- **Barry A Weprin**
  bweprin@milbergweiss.com
- **B Scott Whipple**
  swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

David G. Derickson, P.C.
One Columbus Plaza
3636 North Central, Suite 1050
Phoenix, AZ 85012

Dated: December 21, 2005

FAEGRE & BENSON LLP

s/ Fiona B. Ruthven

Michael F. Cockson (# 280549)
Fiona B. Ruthven (#0333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendants**

M2:20628522.01