UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil No. 00-1980 DSD/JMM

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that David M. Cialkowski, Zimmerman Reed, PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, Minnesota, shall appear as counsel of record for Richard Vehring, individually and as Trustee of the Vivian Vehring Decedent Trust in this case.

**ZIMMERMAN REED, P.L.L.P.**

Dated: January 13, 2006

By: s/David M. Cialkowski

David M. Cialkowski – MN # 0306526
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
(612) 341-0400

**ATTORNEYS FOR**
**RICHARD VEHRING, INDIVIDUALLY AND AS TRUSTEE OF THE VIVIAN VEHRING DECEDENT TRUST**