**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, I caused the following documents:

Motion for Admission Pro Hac Vice of David G. Derickson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Katheryn A Andresen kandresen@bssdlaw.com

Robert E Austin , Jr reajr@robertaustinlaw.com,

Karl L Cambronne kcambronne@chestnutcambronne.com, djohnson@chestnutcambronne.com, frankr@randslawfirm.com

William G Carpenter bill@briollaw.com

Jack L Chestnut jchestnut@chestnutcambronne.com

David M Cialkowski dmc@zimmreed.com, jlt@zimmreed.com

Randall M Fox rmfox@llgm.com,

Joseph S Friedberg joefriedberg@hotmail.com, lodin@visi.com

Brad N Friedman bfriedman@milbergweiss.com,

Jane F Godfrey jane.godfrey@leonard.com,

Stephen L Hubbard slhubbard@hblawfirm.com,

Gary R Irwin girwin@neilaw.com,

Thomas E Jamison tjamison@fruthlaw.com, jjohnson@fruthlaw.com

Charles H Johnson johnsonbarbara5@aol.com

Regina L LaPolla regina@lapollalaw.com,

Richard A Lockridge lockrra@locklaw.com, emmonrm@locklaw.com

Michael Sutton MacDonald msloffices@qwest.net

Robert G Malone malonelaw6@aol.com

George F McGunnigle george.mcgunnigle@courts.state.mn.us,

Kenneth E Nelson kennelson@mclaw.com,

Ronald R Parry rparry@pdfslaw.com,

David M Peterson dmp@petersonlawfirm.com

Charles C Platt charles.platt@wilmerhale.com,

Janine L Pollack jpollack@milbergweiss.com,

Fiona B Ruthven fruthven@faegre.com, jkuhlman@faegre.com

Robert L Schnell , Jr rschnell@faegre.com, klongo@faegre.com

Robert R Sparks rsparks@pdfslaw.com,

Charles M Thompson cmtlaw@aol.com,

Ahna M Thoresen athoresen@faegre.com, crowles@faegre.com; cculbertson@faegre.com

Frank H Tomlinson hiltont@pm-j.com

Melvyn I Weiss mweiss@milbergweiss.com,

Barry A Weprin bweprin@milbergweiss.com

B Scott Whipple swhipple@schwabe.com,

Dated: February 7, 2006

s/David M. Cialkowski
David M. Cialkowski