UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil No. 00-1980 DSD/JMM<br><br>**MOTION FOR CLARIFICATION OF THIS COURT'S ORDER OF FEBRUARY 23, 2006** |

---

Class Action Plaintiff Richard Vehring, surviving son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust, hereby requests this Court clarify its order of February 23, 2006, by indicating whether the Court wishes to enjoin contract, theft and RICO claims which are based upon the "misrepresentation" referred to repeatedly in this Court's order, or all contract,

theft and RICO claims which are based upon the contract and the actions of Defendants IDS Life Insurance Company, Ameriprise Financial, Inc., formerly known as American Express Financial Corporation, and Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc. (collectively "Ameriprise"), even those that arose after the class period and do not rely upon "released conduct."

This motion is based upon the accompanying memorandum of authorities and Affidavit of David M. Cialkowski.

**ZIMMERMAN REED, P.L.L.P.**

Dated: March 31, 2006

By: s/David M. Cialkowski
David M. Cialkowski – MN # 0306526
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
(612) 341-0400

DAVID G. DERICKSON, P.C.
David G. Derickson, Esq.
John Foreman, Esq.
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Attorneys for Plaintiff Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust

**ATTORNEYS FOR RICHARD VEHRING, SURVIVING SON OF VIVIAN A. VEHRING AND TRUSTEE OF THE VIVIAN VEHRING DECEDENT TRUST**