# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Civil No. 00-1980 DSD/JMM

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**NOTICE OF MOTION FOR CLARIFICATION OF THIS COURT'S ORDER OF FEBRUARY 23, 2006**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiffs will move the Court for Clarification of this Court's Order of February 23, 2006. This motion is based upon the files, records, and proceedings herein, and Plaintiff's Memorandum of

Law and the Affidavit of David M. Cialkowski. At the direction of the Court there will be no hearing.

**ZIMMERMAN REED, P.L.L.P.**

Dated: March 31, 2006

By: s/David M. Cialkowski
David M. Cialkowski – MN # 0306526
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
(612) 341-0400

DAVID G. DERICKSON, P.C.
David G. Derickson, Esq.
John Foreman, Esq.
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Attorneys for Plaintiff Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust

**ATTORNEYS FOR RICHARD VEHRING, SURVIVING SON OF VIVIAN A. VEHRING AND TRUSTEE OF THE VIVIAN VEHRING DECEDENT TRUST**