UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF COMPLIANCE**

---

I certify that this brief complies with the type-volume limitation set forth in L.R. 7.1(c). This brief contains 711 words, counted through Microsoft Word's word-counting function. The Brief was prepared using Microsoft Word in 13 point Times New Roman type style.

**ZIMMERMAN REED, P.L.L.P.**

Dated: March 31, 2006

By: s/David M. Cialkowski
David M. Cialkowski MN # 0306526
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
(612) 341-0400

**DAVID G. DERICKSON, P.C.**
David G. Derickson, Esq. (*pro hac* pending)
John Foreman, Esq. (*pro hac* pending)
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012

**ATTORNEYS FOR RICHARD VEHRING, INDIVIDUALLY AND AS TRUSTEE OF THE VIVIAN VEHRING DECEDENT TRUST**