# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, AND IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil No. 00-1980 DSD/JMM

**AFFIDAVIT OF DAVID M. CIALKOWSKI**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David M. Cialkowski, being duly sworn states and deposes as follows:

1. I am an attorney with the law firm of Zimmerman Reed P.L.L.P. I make this affidavit in Support of Plaintiffs' Vehring Motion for Clarification.

2. Attached as Exhibit A is a true and correct copy of Triple Five of Minnesota, Inc. v. Simon, 2003 WL 23018825 (D. Minn. December 23, 2003).

3. Attached as Exhibit B is a true and correct copy of Coca-Cola Co. v. Purdy, 2003 WL 202582 (D. Minn. January 28, 2003).

4. Attached as Exhibit C is a true and correct copy of Action Elec., Inc. v. Local Union No. 292, Int'l Bhd. of Elec. Workers, 1987 WL 49625 (D. Minn. July 1, 1987).

5. Attached as Exhibit D is a true and correct copy of Anchor Wall Systems, Inc. v. Rockwood Retaining Walls, Inc., 2004 WL 2218382.

6. Attached as Exhibit E is a true and correct copy of Decade Indus. v. Wood Tech., Inc., 145 F. Supp. 1075 (D. Minn. 2001).

**FURTHER YOUR AFFIANT SAYETH NOT.**

s/David M. Cialkowski
David M. Cialkowski

Subscribed and sworn to before me

this 31st day of March, 2006.

s/Julie L. Tinkham
Notary Public