H

Motions, Pleadings and Filings

Only the Westlaw citation is currently available.

United States District Court,
D. Minnesota.
ANCHOR WALL SYSTEMS, INC., Plaintiff,
v.
ROCKWOOD RETAINING WALLS, INC., a Minnesota corporation; GLS Industries, Inc., a Minnesota corporation; Equipment, Inc., a Minnesota corporation; Raymond R. Price, an individual; and Gerald P. Price, an individual, Defendants.
**No. Civ.991356(JRT/FLN).**

Sept. 30, 2004.

Alan Gary Carlson and Dennis Bremer, Carlson Caspers Vandenburgh & Lindquist, Minneapolis, MN; and Douglas A. Strawbridge, Anchor Wall Systems, Minnetonka, MN, for plaintiff.

Randall Thomas Skaar and Scott Gregory Ulbrich, Patterson Thuente Skaar & Christensen, Minneapolis, MN; and Malcolm Lane Moore, Moore Hansen & Sumner, Minneapolis, MN, for Defendants.

**ORDER**

TUNHEIM, J.

***1** Plaintiff Anchor Wall Systems ("Anchor") filed a letter with the Court requesting permission to file a **motion** for reconsideration of the portion of this Court's September 7, 2004 Memorandum Opinion and **Order** [Docket No. 199] ("**Order**") concerning defendants' prosecution laches defense. This request is denied. As determined in the **Order**, the defendants are allowed to raise the defense of prosecution laches. (**Order** at 39-40.)

Anchor filed a second letter with the Court seeking **clarification** with respect to the invalidity and unenforceability defense regarding the Keystone Garden Wall block. It is unclear to the Court that plaintiff sought this specific relief. Nonetheless, the Court did not explicitly rule on this particular issue. The Court, therefore, will **clarify** its **Order**, and now expressly declines to exclude this defense. From the limited evidence available, it appears the defense was timely disclosed. Even if the defense was not timely disclosed, no prejudice resulted because plaintiff's expert addressed the Keystone Garden Wall block.

**ORDER**

Based upon the foregoing, the submissions of the parties, the arguments of counsel and the entire file and proceedings herein, IT IS HEREBY **ORDERED** that:

1. Plaintiff's request for permission to file a **motion** for reconsideration [Docket No. 202] is DENIED.

2. Plaintiff's request for **clarification** with respect to the Keystone Garden Wall block [Docket No. 204] is GRANTED. The Court holds that this defense is available to the defendants.

Not Reported in F.Supp.2d, 2004 WL 2218382 (D.Minn.)

**Motions, Pleadings and Filings** (Back to top)

• 2005 WL 1352617 (Trial Motion, Memorandum and Affidavit) Anchor's Opposition to Rockwoods' Motion to Compel (Jan. 24, 2005)

• 2005 WL 1352613 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Production of Unredacted 'Confidential Invention Disclosure" (Plaintiff's Proposed Trial Exhibit No. 51) (Jan. 05, 2005)

• 2004 WL 3370743 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Opposition to Defendants' First Motion in Limine (Oct. 19, 2004)

• 2004 WL 3370747 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Opposition to Defendants' Second Motion in Limine (Oct. 19, 2004)

• 2004 WL 3370749 (Trial Motion, Memorandum and Affidavit) The Defendants' Memorandum of Law in Opposition to Plaintiff's Motions in limine (Oct. 19, 2004)

• 2004 WL 3370721 (Trial Motion, Memorandum

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

and Affidavit) Amended Defendants' Objections to Plaintiffs' Exhibits (Oct. 14, 2004)

• 2004 WL 3370725 (Trial Motion, Memorandum and Affidavit) Memorandum of Law in support of Rockwood's Second Set of Motions in limine (Oct. 14, 2004)

• 2004 WL 3370730 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Support of Its Motion in Limine to Bifurcate Legal and Equitable Issues for Trial (Oct. 14, 2004)

• 2004 WL 3370734 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Support of Its Motion in Limine to Exclude the Proposed Expert Testimony of Thomas Nikolai at Trial (Oct. 14, 2004)

• 2004 WL 3370737 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Support of Its Motion in Limine to Preclude References to Judge Doty's Prior Summary Judgment Order at Trial (Oct. 14, 2004)

• 2004 WL 3370740 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum of Law in Support of Its Motion in Limine to Limit Defendants' Invalidity Arguments to Those in Their Timely Interrogatory Responses or Allowed by This Court's 9/7/04 Order, and to Preclude Defendants from Recasting and Urging Those Arguments in Support of a 'Practicing the Prior Art" Defense (Oct. 14, 2004)

• 2004 WL 3370715 (Trial Motion, Memorandum and Affidavit) Plaintiff's Objections to Defendants' Proposed Exhibits (Oct. 12, 2004)

• 2004 WL 3370718 (Trial Motion, Memorandum and Affidavit) Plaintiff's Trial Brief (Oct. 12, 2004)

• 2004 WL 3370719 (Trial Motion, Memorandum and Affidavit) Defendants' Objections to Plaintiffs' Exhibits (Oct. 12, 2004)

• 2004 WL 3370714 (Trial Motion, Memorandum and Affidavit) Defendants' Opposition to Plaintiff's Motion to Compel Production of Discovery Related to Legend, Stonehedge and U.S. Patent No. 5,709,062 (Jul. 26, 2004)

• 2004 WL 3370711 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Anchor's Motion to Compel Production of Discovery Related to Legend, Stonehedge and U.S. Patent No. 5,709,062 (Jul. 16, 2004)

• 2004 WL 3370709 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike (May. 26, 2004)

• 2004 WL 3370707 (Trial Motion, Memorandum and Affidavit) Plaintiff's Memorandum in Support of Its Motion to Strike the Declaration of Akira Yamada (May. 18, 2004)

• 2004 WL 3370694 (Trial Motion, Memorandum and Affidavit) Plaintiff's Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Validity and Enforceability (May. 17, 2004)

• 2004 WL 3370698 (Trial Motion, Memorandum and Affidavit) Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment of Non-Infringement and Invalidity for the '363 Family of Patents (May. 17, 2004)

• 2004 WL 3370700 (Trial Motion, Memorandum and Affidavit) Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment of Non-Infringement and Invalidity for the '015 Family of Patents (May. 17, 2004)

• 2004 WL 3370706 (Trial Motion, Memorandum and Affidavit) Memorandum of Law in Support of Defendants' Motion to Strike (May. 17, 2004)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.