**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, I caused the following documents:

Motion for Clarification of this Court's Order of February 23, 2006

Notice of Motion for Clarification of this Court's Order of February 23, 2006

Memorandum in Support of Motion for Clarification of this Court's Order of February 23, 2006

Affidavit of David M. Cialkowski

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Katheryn A Andresen kandresen@bssdlaw.com

Robert E Austin , Jr reajr@robertaustinlaw.com,

Karl L Cambronne kcambronne@chestnutcambronne.com, djohnson@chestnutcambronne.com, frankr@randslawfirm.com

William G Carpenter bill@briollaw.com

Jack L Chestnut jchestnut@chestnutcambronne.com

David M Cialkowski dmc@zimmreed.com, jlt@zimmreed.com

Randall M Fox rmfox@llgm.com,

Joseph S Friedberg joefriedberg@hotmail.com, lodin@visi.com

Brad N Friedman bfriedman@milbergweiss.com,

Jane F Godfrey jane.godfrey@leonard.com,

Stephen L Hubbard slhubbard@hblawfirm.com,

Gary R Irwin girwin@neilaw.com,

Thomas E Jamison tjamison@fruthlaw.com, jjohnson@fruthlaw.com

Charles H Johnson johnsonbarbara5@aol.com

Regina L LaPolla regina@lapollalaw.com,

Richard A Lockridge lockrra@locklaw.com, emmonrm@locklaw.com

Michael Sutton MacDonald msloffices@qwest.net

Robert G Malone malonelaw6@aol.com

George F McGunnigle george.mcgunnigle@courts.state.mn.us,

Kenneth E Nelson kennelson@mclaw.com,

Ronald R Parry rparry@pdfslaw.com,

David M Peterson dmp@petersonlawfirm.com

Charles C Platt charles.platt@wilmerhale.com,

Janine L Pollack jpollack@milbergweiss.com,

Fiona B Ruthven fruthven@faegre.com, jkuhlman@faegre.com

Robert L Schnell , Jr rschnell@faegre.com, klongo@faegre.com

Robert R Sparks rsparks@pdfslaw.com,

Charles M Thompson cmtlaw@aol.com,

Ahna M Thoresen athoresen@faegre.com, crowles@faegre.com; cculbertson@faegre.com

Frank H Tomlinson hiltont@pm-j.com

Melvyn I Weiss mweiss@milbergweiss.com,

Barry A Weprin bweprin@milbergweiss.com

B Scott Whipple swhipple@schwabe.com,

Dated: March 31, 2006

s/David M. Cialkowski
David M. Cialkowski