**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**LOCAL RULE 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR CLARIFICATION OF THE COURT'S ORDER OF FEBRUARY 23, 2006**

---

I, Michael F. Cockson, certify that the **Memorandum of Law in Opposition to Motion for Clarification of the Court's Order of February 23, 2006 as to Claims of Richard Vehring, Surviving Son of Vivian A. Vehring and Trustee of the Vivian Vehring Decedent Trust Presented to the NASD** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,016 words.

Date: April 11, 2006.

FAEGRE & BENSON LLP

s/Michael F. Cockson
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEY FOR DEFENDANTS

M2:20789048.01