**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Benacquisto et al. v. American Express Financial Corporation et al.**
Civil No. 00-1980 DSD/JMM

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, I caused the following documents:

**Memorandum of Law in Opposition to Motion for Clarification of the Court's Order of February 23, 2006**

**Local Rule 7.1(C) Word Count Compliance Certificate Regarding Memorandum of Law in Opposition to Motion for Clarification of the Court's Order of February 23, 2006**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com

- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com

- **William G Carpenter**
  bill@briollaw.com

- **Jack L Chestnut**
  jchestnut@chestnutcambronne.com

- **David M Cialkowski**
  dmc@zimmreed.com jlt@zimmreed.com

- **Randall M Fox**
  rmfox@llgm.com

- **Joseph S Friedberg**
  joefriedberg@hotmail.com lodin@visi.com

- **Brad N Friedman**
  bfriedman@milbergweiss.com

- **Jane F Godfrey**
  jane.godfrey@leonard.com
- **Stephen L Hubbard**
  slhubbard@hblawfirm.com
- **Gary R Irwin**
  girwin@neilaw.com
- **Thomas E Jamison**
  tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
  johnsonbarbara5@aol.com
- **Regina L LaPolla**
  regina@lapollalaw.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com
- **Michael Sutton MacDonald**
  msloffices@qwest.net
- **Robert G Malone**
  malonelaw6@aol.com
- **George F McGunnigle**
  george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
  kennelson@mclaw.com
- **Ronald R Parry**
  rparry@pdfslaw.com
- **David M Peterson**
  dmp@petersonlawfirm.com
- **Charles C Platt**
  charles.platt@wilmerhale.com
- **Janine L Pollack**
  jpollack@milbergweiss.com
- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com

- **Robert R Sparks**
rsparks@pdfslaw.com
- **Charles M Thompson**
cmtlaw@aol.com
- **Ahna M Thoresen**
athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com
- **Frank H Tomlinson**
hiltont@pm-j.com
- **Melvyn I Weiss**
mweiss@milbergweiss.com
- **Barry A Weprin**
bweprin@milbergweiss.com
- **B Scott Whipple**
swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

David G. Derickson, P.C.
One Columbus Plaza
3636 North Central, Suite 1050
Phoenix, AZ 85012

Dated: April 11, 2006

FAEGRE & BENSON LLP

s/ Michael F. Cockson

Michael F. Cockson (# 280549)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
**ATTORNEYS FOR DEFENDANTS**

M2:20789075.01