UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon the motion of Richard Vehring for clarification of the court's February 23, 2006, order. Based upon a review of the file, record and proceedings herein, the court finds that a clarification is not necessary or warranted. Accordingly, **IT IS HEREBY ORDERED** that Richard Vehring's motion for clarification [Doc. No. 203] is denied.

Dated: April 11, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court