| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 96-018477

(Consolidated Cases: 96-018477, 97-004742, 98-105681)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

STATE OF MINNESOTA }
} ss.:
COUNTY OF RICE }

Amy Lake affirms the following statements are true under the penalties of perjury:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("RUST"). At the direction of this Court, defendant, American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York (collectively, the "Defendants") appointed RUST to serve as the Class Action Administrator for the class action settlement approved by these Courts in Benacquisto et al., v American Express et al., Case No. 96-018477 and Case No. 00-1980 DSD/JMM. I make this affidavit based on personal knowledge or on records maintained by RUST in the ordinary course of business.

2. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to Earl Lindsay at: 104 Cross Pointe Ct, Yorktown, VA 23693-5580, on or about December 1, 2000, with respect to policy and annuity numbers 90901572118, 93002108903, 93102324244 and 93104135530.

3. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to Nancy Lindsay at: 104 Cross Pointe Ct, Yorktown, VA 23693-5580, on or about November 24, 2000, with respect to policy and annuity numbers 90901572112 and 93001016136 (together with 90901572118, 93002108903, 93102324244 and 93104135530, the "Class Acounts").

4. Based on the procedures used for printing, mailing, and quality control review of these processes, along with the postal certificates verifying the mailing of all class notice packages, I can confirm that the notice packages were mailed as indicated above.

5. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailings or otherwise, that the notice packages were undeliverable at the addresses noted in paragraphs 2 and 3 above.

6. Notice of the settlement was published in the newspaper with the largest circulation in each of the 50 states, as well as the national additions of the New York Times, The Wall Street Journal, and the USA Today.

7. After the final approval of the settlement, on or about November 10, 2001, notice of the General Relief provided under the settlement was mailed to Earl Lindsay at: 104 Cross Pointe Ct, Yorktown, VA 23693-5580.

8. After the final approval of the settlement, on or about November 10, 2001, notice of the General Relief provided under the settlement was mailed to Nancy Lindsay at: 104 Cross Pointe Ct, Yorktown, VA 23693-5580.

9. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailings or otherwise, that the General Relief notices were undeliverable at the addresses noted in paragraphs 7 and 8 above.

10. No exclusion request, either timely or untimely, was submitted with respect to the Class Accounts. The deadline to request exclusion from the settlement was January 29, 2001.

Amy Lake
Amy Lake

Sworn and subscribed to before
me this 28th day of April, 2006.

Virginia L. Sartor
Notary Public

VIRGINIA L. SARTOR
Notary Public-Minnesota
My Commission Expires Jan 31, 2010