**UNITED STATES DISTRICT COURT**
**District of Minnesota**

| | | |
|---|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, on behalf of themselves and all others similarly situated<br><br>Plaintiffs | ) | |
| v. | ) | **Civil No. 00-1980 DSD/JMM** |
| American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York | ) | |

**AFFIDAVIT OF EARL AND NANCY LINDSAY**

THE AFFIANTS, BEING DULY SWORN, MAKE OATH AS FOLLOWS:

1. We were class plaintiffs in the above-captioned class proceeding. This affidavit is executed in connection with the motion of Ameriprise Financial Services, Inc. to enjoin claims brought by us in an NASD arbitration proceeding styled Earl and Nancy Lindsay v. Ameriprise Financial Services, Inc. (fka American Express Financial Advisors), Case # 06-1769.

2. On or about October 18, 2000, we received the *Notice of Class Action, Proposed Settlement, and Fairness Hearing* in this matter, together with a letter from a person identifying himself as R.W. Kling, President and CEO of IDS Life Insurance, urging us to contact a “special toll free number” with any questions; representing that “specially trained personnel [were] available and best qualified to answer questions [we] may have about the proposed settlement;” and requesting that we not call the Court with our questions. A true copy of the referenced letter is attached hereto and incorporated herein by reference.

3. At the time of our receipt of the Class Action Notice, we were both 74 years old and had no experience with or knowledge of class action litigation, had no prior knowledge of the existence of this class action and had no understanding of the meaning or import of the Class Action Notice or its contents.

4. Pursuant to Mr. Kling’s instructions, on November 1, 2000, we placed a call to the “special toll free number” referenced in Mr. Kling’s letter and spoke with someone we presumed to be one of the “specially trained personnel” also referenced in Mr. Kling’s letter. We advised the person to whom we spoke that we did not understand the purpose or content of the Class Action Notice and inquired as to what, if anything, we were supposed to do.

5. In response to our inquiries, the person we spoke to at the referenced special toll free number advised us to “do nothing” and “stay put.” Attached hereto and incorporated herein by reference are contemporaneous notes of the

above-described telephone conversation which were made by affiant Nancy Lindsay during and immediately following the telephone conversation.

6. At no time during the above-described telephone conversation did the person we spoke with at the “special toll free number” ever ask us if we wanted to speak to class counsel, advise us to contact class counsel, or advise us to speak to counsel of our own choosing.

7. At no time during the above-described telephone conversation did the person we spoke with at the “special toll free number” explain to us that, if we followed his advice to “stay put” and “do nothing,” we would be forfeiting important legal rights regarding the life insurance policies for which we had paid significant premiums and the variable annuities which constituted a significant portion of our net worth.

8. In reliance upon the recommendations and representations of the person we spoke with at the “special toll free number,” we did nothing in response to receiving the Class Action Notice.

Further Affiants Saith Not

/s/ Earl E. Lindsay
______________________________
Earl E. Lindsay

/s/ Nancy L. Lindsay
______________________________
Nancy L. Lindsay

Commonwealth of Virginia )
) to wit:
City/County of James City )

I hereby certify that EARL E. LINDSAY and NANCY L. LINDSAY appeared before me this 12th day of May, 2006, and after having been duly sworn, made oath that the matters contained in the foregoing affidavit are true and correct to the best of her knowledge and belief.

/s/ Janice L. Eeks

______________________________________

Notary Public

My Commission Expires: 12/31/09

IDS Life Insurance Company

October 12, 2000

Dear Customer:

I am writing to inform you of benefits you may be eligible to receive as part of a proposed class action settlement. You are receiving this information because, according to our records, you may be a member of the proposed settlement class because you own or owned or had an interest in either (1) one or more life insurance policies that were issued between January 1, 1985 and February 29, 2000 by IDS Life Insurance Company or IDS Life Insurance Company of New York, or (2) one or more deferred annuity contracts that were in force during the period of January 1, 1985 and February 29, 2000 and that were issued by IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company or American Partners Life Insurance Company (collectively referred to, along with the related entities American Express Financial Corporation and American Express Financial Advisors, as the "Defendants"). The class of policy and annuity owners affected by the lawsuit is described in more detail at pages 4 through 5 of the enclosed Notice of Class Action. As a member of the class, you would be eligible to participate in the proposed settlement.

If you are or were acting on behalf of a tax-qualified retirement plan and its participants and beneficiaries (with respect to the plan), such as a trustee, plan administrator or plan sponsor, and the plan has an interest or its participants have or had an interest in a group annuity contract, please refer to the Fact Sheet for Qualified Plans for an explanation of particular issues that affect your rights and obligations in connection with the settlement. If you are a participant in a retirement plan and have an interest in a group annuity contract, please refer to the Plan Participant Information Sheet for an explanation of particular issues that affect your rights and obligations in connection with the settlement.

The parties to the lawsuit believe that the proposed settlement is in the best interest of all members of the class. As explained in the enclosed materials, the benefits and remedies available under the proposed settlement have been tailored to meet the circumstances of individuals like you.

Nevertheless, before the Defendants can make any settlement benefits available to customers, the proposed settlement must receive the final approval of the Courts involved in the litigation. A hearing on the settlement is scheduled for March 6, 2001 at 9:00 a.m. The purpose of this mailing is to provide you with information about the proposed settlement and what actions, if any, you may want or need to take before the Courts make their rulings.

## What Materials Are Included With This Letter?

The materials included with this letter are:

- A Notice of Class Action, Proposed Settlement, and Fairness Hearing
- A Statement of Eligibility
- A Benefit Voucher
- An Election Form
- A Designation Form
- A Change of Address Form

Please read all of the enclosed materials carefully to understand your rights and the decisions you need to make. If you have further questions or need a large-print version of this Class Notice Package, please call a special toll-free number, 1-800-433-5314 (or, if you use TDD/TTY, 1-877-657-8808). Specially trained personnel are available and best qualified to answer questions you may have about the proposed settlement. Please do not call the Courts or the Clerks of the Courts.

## American Express' Commitment To Its Customers

Throughout its history, American Express has always strived to deal fairly with its customers. We are committed to providing the best possible service and products and to maintaining the highest possible standards of business conduct, ethics and integrity. We firmly believe that our life insurance policies and deferred annuity contracts have always delivered significant value to our customers. The substantial General Relief offered by the proposed settlement is further evidence of American Express' commitment to its customers. In addition, the proposed settlement provides a forum for redress for any of our customers who may feel that they have been treated unfairly.

Sincerely,

Richard W Kling

R. W. Kling
President and CEO
IDS Life Insurance Company

11-1-00

Called IDS - number
listed: do nothing
if we choose "Gen
Relief Route". - Stay put!
If we have any questions
at anytime call this
same number.

Keep this info sent
to us - on file!