**UNITED STATES DISTRICT COURT**
**District of Minnesota**

| | | |
|---|---|---|
| Lesa Benacquisto, *et al* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | **Civil No. 00-1980 DSD/JMM** |
| | ) | |
| | ) | |
| American Express Financial Corporation, | ) | |
| *et al* | ) | |

Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2006, I caused the following documents:

1. Memorandum of Earl and Nancy Lindsay in Opposition to Motion to Enjoin Arbitration Proceeding

2. Affidavit of Earl and Nancy Lindsay in connection with their opposition to Ameriprise's motion to enjoin arbitration proceeding

3. Exhibits (in 4 Parts) in support of Memorandum of Earl and Nancy Lindsay in Opposition to Motion to Enjoin Arbitration Proceeding

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Katheryn A Andresen
kandresen@bssda.com

Robert E Austin, Jr
reajr@robertaustinlaw.com

Karl L Cambronne
kcambronne@chestnutcambronne.com
cdawson@chestnutcambronne.com;dproulx@chestnutcambronne.com

William G Carpenter
bill@briollaw.com

Jack L Chestnut
jchestnut@chestnutcambronne.com

David M Cialkowski
dmc@zimmreed.com jlt@zimmreed.com

Michael F Cockson
mcockson@faegre.com JKuhlman@faegre.com,fruthven@faegre.com

David G Derickson
dderickson@dgdlaw.com dhatheway@dgdlaw.com

Harvey H Eckart
eckart@eckartandleonetti.com leonetti@eckartandleonetti.com

John Foreman
jforeman@dgdlaw.com dhatheway@dgdlaw.com

Randall M Fox
rmfox@llgm.com

Joseph S Friedberg
joefriedberg@hotmail.com lodin@visi.com

Brad N Friedman
bfriedman@milbergweiss.com

Jane F Godfrey
jane.godfrey@leonard.com

Stephen L Hubbard
slhubbard@hblawfirm.com

Gary R Irwin
girwin@neilaw.com

Thomas E Jamison
tjamison@fruthlaw.com jjohnson@fruthlaw.com

Charles H Johnson
johnsonbarbara5@aol.com mhua@mnlawcenter.com

Regina L LaPolla
regina@lapollalaw.com

Richard A Lockridge
lockrra@locklaw.com emmonrm@locklaw.com

Michael Sutton MacDonald
msloffices@qwest.net

Robert G Malone
malonelaw6@aol.com

George F McGunnigle
george.mcgunnigle@courts.state.mn.us

Kenneth E Nelson
kennelson@mclaw.com

Ronald R Parry
rparry@pdfslaw.com

David M Peterson
dmp@petersonlawfirm.com

Charles C Platt
charles.platt@wilmerhale.com

Janine L Pollack
jpollack@milbergweiss.com

Fiona B Ruthven
fruthven@faegre.com jkuhlman@faegre.com

Robert L Schnell, Jr
rschnell@faegre.com klongo@faegre.com

Robert R Sparks
rsparks@pdfslaw.com

Charles M Thompson
cmtlaw@aol.com

Ahna M Thoresen
athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com

Frank H Tomlinson
hiltont@pm-j.com

Melvyn I Weiss
mweiss@milbergweiss.com

Barry A Weprin
bweprin@milbergweiss.com

B Scott Whipple
swhipple@schwabe.com

I further certify that I caused two (2) alternative proposed orders to be filed with the court via e-mail to the Honorable David S. Doty, who is hearing the motion, and to be e-mailed to the recipients listed above.

Dated: June 2, 2006

**/s/ Charles W. Austin, Jr.**

Charles W. Austin, Jr.
C. W. AUSTIN, JR. P.C.
11930 Rothbury Drive
Richmond, VA 23236
Va. State Bar # 28684
(804) 379-3590
(804) 379-3121 FAX
CWAjr@mindspring.com

Appearing *Pro Hac Vice*
on behalf of
Earl and Nancy Lindsay