**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**LOCAL RULE 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF EARL E. AND NANCY LINDSAY PRESENTED TO THE NASD**

---

I, Fiona B. Ruthven, certify that the **Reply Memorandum in Support of Motion to Enforce Class-Action Settlement as to Claims of Earl E. and Nancy Lindsay Presented to the NASD** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,161 words.

Dated: June 12, 2006

FAEGRE & BENSON LLP

s/ Fiona B. Ruthven

Michael F. Cockson (# 280549)
Fiona B. Ruthven (#0333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendants IDS Life Insurance Company, American Express Financial Corporation n/k/a Ameriprise Financial Inc., and American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Advisors, Inc.**