C. W. Austin, Jr. P.C.
ATTORNEY AT LAW

June 15, 2006

Hon. David S. Doty, Judge
UNITED STATES DISTRICT COURT
for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

**BY ECF and Electronic Mail**
**E-Mail Address: doty_chambers@mnd.uscourts.gov**

RE: Benacquisto, *et al* v. American Express Financial Corp., *et al*
Case # 00-1980

Dear Judge Doty:

I represent Earl and Nancy Lindsay in connection with the motion of Ameriprise Financial to enforce the settlement in the above-referenced class action to enjoin certain claims brought by Dr. and Mrs. Lindsay in NASD arbitration.

Among the arguments the Lindsays' have advanced in opposition to Ameriprise's motion is that Ameriprise is *equitably estopped* from claiming the benefits of the class action settlement due to certain acts and omissions of RUST Consulting (*see* "Argument" Section B of the Lindsays' memorandum in opposition to motion to enjoin arbitration proceeding; Docket Entry # 234).

The purpose of this letter is to advise the Court that the Lindsays are hereby withdrawing that aspect - and only that aspect - of their opposition to Ameriprise's motion. I wanted to ensure that the Court was aware of this well in advance of the hearing scheduled for next Friday, June 23, 2006.

Thank you for your attention to this matter. Please don't hesitate to contact me with any questions or comments.

Respectfully,

Charles W. Austin, Jr.
(electronic signature)

cc: Michael Cockson, Esq. (by electronic mail)

11930 Rothbury Drive ✦ Richmond, Virginia 23236
Telephone: 804.379.3590 ✦ Facsimile: 804.379.3121 ✦ E-Mail: CWAJR@mindspring.com