**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | ) | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**STIPULATION TO ENTRY OF ORDER** |

IT IS HEREBY STIPULATED and agreed by Plaintiffs Earl and Nancy Lindsay and Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc. (“Ameriprise”), by their respective undersigned attorneys that the Court may enter the attached order on Ameriprise’s Motion to Enforce the Class-Action Settlement as to Claims of Earl E. and Nancy L. Lindsay Presented to the NASD (Docket # 213) without further notice or a hearing.

Dated: June 20, 2006.

By: s/ Charles W. Austin, Jr.
Charles W. Austin, Jr.
C.W. Austin, Jr. P.C.
11930 Rothbury Drive
Richmond, VA 23236
(804) 379-3590
CWAJR@mindspring.com

**ATTORNEYS FOR PLAINTIFFS EARL AND NANCY LINDSAY**

Dated: June 20, 2006

By: s/Fiona Ruthven
Michael F. Cockson, # 280549
Fiona B. Ruthven, # 333761
2200 Wells Fargo Center
90 S. Seventh Street,
Minneapolis, MN 55402
(612) 766-8425
MCockson@faegre.com

**ATTORNEYS FOR DEFENDANT AMERICAN EXPRESS FINANCIAL ADVISORS, INC. N/K/A AMERIPRISE FINANCIAL SERVICES, INC.**