**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**ORDER** |

This matter is before the Court on the motion of Ameriprise Financial Services, Inc. ("Ameriprise") to enforce the class-action settlement in the above-captioned matter by enjoining Earl and Nancy Lindsay from pursuing certain claims in an arbitration proceeding the Lindsays filed with NASD Dispute Resolution styled Earl E. Lindsay and Nancy L. Lindsay v. Ameriprise Financial Services, Inc. and bearing NASD Case Number 06-01769 ("the Arbitration"). The Court having considered the Stipulation to Entry of an Order of the parties dated June 20, 2006,

IT IS HEREBY ORDERED:

1. Ameriprise's motion to enforce the class action settlement [Doc. No. 213] is GRANTED insofar as the claims asserted by the Lindsays in the Arbitration seek recovery for damages related to life insurance and annuity policy numbers 90901572112, 93001016136, 90901572118, 93002108903, 93102324244, and 93104135530;

2. Within ten (10) business days of the date of the entry of this Order, the Lindsays shall submit the following stipulation to NASD Arbitration with respect to the Arbitration:

> Claimants stipulate that they are not seeking in this arbitration damages associated with or arising out of variable annuity or life insurance policies 90901572112, 93001016136, 90901572118, 93002108903, 93102324244 and 93104135530 and further stipulate that any of their claims which arise out of those policies and/or annuities have been settled, released and foreclosed by Order of the U.S. District Court for the District of Minnesota in the class action styled Benacquisto, et al v. American Express Financial Corp., et al, and bearing Case Number 00-1980.

3. The parties are in all other respects bound by the provisions of the Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint entered by the Court in this matter on May 15, 2001; and

4. Ameriprise's motion to enforce the class action settlement is DENIED in all other respects.

Dated June 20, 2006

s/ David S. Doty
David S. Doty, Judge
United States District Court