UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon defendant American Express Financial Advisor, Inc.'s motion to enforce the class action settlement as to the claims of Dr. G. Allen and Barbara West. The motion had been scheduled for hearing on July 14, 2006. However, the court having received no response to defendant's motion from Allen and West, a hearing is presently unnecessary. Although the court would not normally grant additional time to submit papers under such circumstances, the potentially difficult

communications with the claimants warrant such an allowance at this time. Accordingly, **IT IS HEREBY ORDERED** that:

1. Dr. G. Allen and Barbara West shall have until July 25, 2006, to file their response to defendant's motion.

2. Defendant shall have until August 8, 2006, to file a reply to the claimants' response.

3. Defendant shall immediately serve on the counsel of Dr. G. Allen and Barbara West a written notice of this order.

4. Upon receipt of the response and reply, the court will determine whether a hearing is required.

Dated: July 11, 2006

s/ David S. Doty
David S. Doty, Judge
United States District Court