**UNITED STATES DISTRICT COURT**
**District of Minnesota**
AMENDED
**MOTION FOR ADMISSION PRO HAC VICE**

**Case Number: Civil No. 00-1980 DSD/JMM**

**Case Title:** LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated, Plaintiffs

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY and IDS LIFE INSURANCE COMPANY OF NEW YORK, Defendants

**Affidavit of Movant**

I, BOB HALAGAN, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice JAMES M. GARY, an attorney admitted to practice and currently in good standing in the U. S. District Courts for the Eastern and Western Districts of Kentucky, and the U. S. District Court for the Southern District of Indiana, but not admitted to the bar of this court, who will be counsel for the claimants, Dr. G. Allen West and Barbara West, in the case listed above, and more specifically in connection with the pending "Motion to Enforce Class-Action Settlement as to Claims of Dr. G. Allen West and Barbara West presented to the NASD", which motion was filed in the above-referenced civil action on May 30, 2006, and is scheduled for a hearing before the U. S. District Court for the District of Minnesota at 10:00 a.m. on Friday, July 14, 2006 before the Honorable David S. Doty in Courtroom 14W at the United States Courthouse in Minneapolis, Minnesota. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).

Signature: [signature]
Bob Halagan, Esq.

0136402
MN Attorney License #

Date: 7/6/6

**Affidavit of Proposed Admittee**

I, JAMES M. GARY, am currently a member in good standing of the U. S. District Courts for the Eastern and Western Districts of Kentucky, and the U.S. District Court fo the Southern District of Indiana, but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

*Signature:* [signature]
James M. Gary

Date: 6-29-'06

Attorney License Number: 24590, issued by the State of KY; and Attorney # 7959-10, issued by the State of IN.

*Law Firm Name & Address:*

Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202

Main: (502) 589-2200
Direct: (502) 357-7313
Facsimile: (502) 589-3400
Email Addrs: jgary@weberandrose.com