**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK

Defendants.

**Civil No. 00-1980 DSD/JMM**

**MOTION OF DR. G. ALLEN WEST and BARBARA WEST FOR LEAVE TO FILE RESPONSE OUT OF TIME IN OPPOSITION TO MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF DR. G. ALLEN AND BARBARA WEST PRESENTED TO THE NASD**

---

**PLEASE TAKE NOTICE** that Claimants, Dr. G. Allen West and Barbara West ("the Wests"), by counsel, hereby move the Court for Leave to File Out of Time Response in Opposition to Motion of American Express Financial Advisors, Inc. ("Ameriprise") to Enforce Class-Action Settlement as to Claims of Dr. G. Allen West and Barbara West Presented to the NASD. The Wests have concurrently filed and tendered their Response Memorandum in

opposition to Ameriprise's motion (Document Number 251), with supporting Exhibits.

As grounds for this Motion, counsel for the Wests hereby states that the Wests are residents of Louisville, Kentucky, and undersigned counsel is likewise a resident of Louisville, Kentucky, and licensed to practice in the states of Kentucky and Indiana. The undersigned counsel is not licensed to practice in the State of Minnesota, or before the United States District Court, District of Minnesota. Undersigned counsel was required to contact counsel in Minnesota, and otherwise make arrangements to be admitted *pro hac vice* for purposes of appearing on and defending Ameriprise's pending motion. Due to complications, the motion to be admitted *pro hac vice* in this matter was just granted on this date.

Ameriprise's pending motion is scheduled for a hearing before this Court on Friday, July 14, 2006 at 10:00 a.m. The undersigned counsel will personally appear on behalf of the Wests at the hearing. In view of the nature of the specific motion, counsel is not certain as to the specific time frame for filing the Wests' Response in Opposition, but believes it is greater than two (2) days in advance of the scheduled hearing.

For all of the foregoing reasons, Dr. G. Allen and Barbara West, by counsel, respectfully request this Court to grant their Motion for Leave to File Out of Time Response in Opposition to Motion of American Express Financial Advisors, Inc. ("Ameriprise") to Enforce Class-Action Settlement as to Claims of Dr. G. Allen West and Barbara West Presented to the NASD.

Respectfully submitted,

Dated: July 12, 2006

S/James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202

Telephone No. (502) 589-2200
Facsimile No. (502) 589-3400

**ATTORNEY FOR CLAIMANTS DR. G. ALLEN WEST AND BARBARA WEST**