**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I caused the following documents:

1. Motion for Leave to File Out of Time Response in Opposition to Motion of American Express Financial Advisors, Inc. ("Ameriprise") to Enforce Class-Action Settlement as to Claims of Dr. G. Allen West and Barbara West Presented to the NASD

2. Proposed Order (Per local rule, sent to Judge via email and not electronically filed).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Katheryn A Andresen** kandresen@bssda.com

**Charles W Austin , Jr** cwajr@mindspring.com

**Robert E Austin , Jr** reajr@robertaustinlaw.com,

**Karl L Cambronne** kcambronne@chestnutcambronne.com,
cdawson@chestnutcambronne.com; dproulx@chestnutcambronne.com

**William G Carpenter** bill@briollaw.com

**Jack L Chestnut** jchestnut@chestnutcambronne.com

**David M Cialkowski** dmc@zimmreed.com, jlt@zimmreed.com

**Michael F Cockson** mcockson@faegre.com, JKuhlman@faegre.com, fruthven@faegre.com

**David G Derickson** ! dderickson@dgdlaw.com, dhatheway@dgdlaw.com

**Harvey H Eckart** eckart@eckartandleonetti.com, leonetti@eckartandleonetti.com

**John Foreman** jforeman@dgdlaw.com, dhatheway@dgdlaw.com

**Randall M Fox** rmfox@llgm.com,

**Joseph S Friedberg** joefriedberg@hotmail.com, lodin@visi.com

**Brad N Friedman** bfriedman@milbergweiss.com,

**James M Gary** jgary@weberandrose.com

**Jane F Godfrey** jane.godfrey@leonard.com,

**Robert S Halagan** rhalagan@halaganlaw.com, na! bri@comcast.net

**Stephen L Hubbard** ! slhubbard@hblawfirm.com,

**Gary R Irwin** girwin@neilaw.com,

**Thomas E Jamison** tjamison@fruthlaw.com, jjohnson@fruthlaw.com

**Charles H Johnson** johnsonbarbara5@aol.com, mhua@mnlawcenter.com

**Regina L LaPolla** regina@lapollalaw.com,

**Richard A Lockridge** lockrra@locklaw.com, emmonrm@locklaw.com

**Michael Sutton MacDonald** msloffices@qwest.net

**Robert G Malone** malonelaw6@aol.com

**George F McGunnigle** george.mcgunnigle@courts.state.mn.us,

**Kenneth E Nelson** ! kennelson@mclaw.com,

**Ronald R Parry** rparry@pdfslaw.com,

**David M Peterson** dmp@petersonlawfirm.com

**Charles C Platt** charles.platt@wilmerhale.com,

**Janine L Pollack** jpollack@milbergweiss.com,

**Fiona B Ruthven** fruthven@faegre.com, jkuhlman@faegre.com

**Robert L Schnell , Jr** rschnell@faegre.com, klongo@faegre.com
**Robert R Sparks** rsparks@pdfslaw.com,

**Charles M Thompson** cmtlaw@aol.com,

**Ahna M Thoresen** ! athoresen@faegre.com, crowles@faegre.! com; ccu lbertson@faegre.com

**Frank H Tomlinson** hiltont@pm-j.com

**Melvyn I Weiss** mweiss@milbergweiss.com,

**Barry A Weprin** bweprin@milbergweiss.com

**B Scott Whipple** swhipple@schwabe.com,

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Clair M Carlin
Carlin Law Office
62 S Main
PO Box 5369
Poland, OH 44514

Frank Pacinelli
16139 Kranker Dr
Stillwell, KS 66085-9283

Paul S Rothstein
Rothstein Law Office
626 NE 1st St
Gainesville, FL 32601

Dated: July 12, 2006

s/James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center, 400 W. Market Street
Louisville, Kentucky 40202
(502) 589-2200
**Attorney for Claimants, G. Allen and Barbara West**