FAEGRE & BENSON LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

AHNA M. THORESEN
athoresen@faegre.com
(612) 766-7829

July 12, 2006

RECEIVED BY MAIL
JUL 17 2006
CLERK US DIST COURT MINNEAPOLIS MN

Clerk of Court
United States District Court
300 South Fourth Street
Suite 202
Minneapolis MN 55415

Re: Benacquisto, et al. v. American Express Financial Services, et al.
Court File No. 00-cv-01980-DSD-JMM

Dear Clerk of Court:

Please remove me from the ECF mailing list for the above-referenced matter. I am no longer involved in the case.

Thank you for your attention to this matter.

Sincerely yours,

Ahna M. Thoresen

THOAM:rowca
M2:20802403.01

SCANNED
JUL 17 2006
U.S. DISTRICT COURT MPLS