**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK

Defendants.

**Civil No. 00-1980 DSD/JMM**

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE IN SUPPORT OF SUPPLEMENTAL RESPONSE TO MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF DR. G. ALLEN WEST AND BARBARA WEST PRESENTED TO THE NASD**

---

I, James M. Gary, certify that the **Supplemental Response of Dr. G. Allen West and Barbara West ("Claimants") to Motion to Enforce Class Action Settlement as to Claims of Claimants Presented to NASD** complies with Local Rule 7.1.

I further certify that, in preparation of this memorandum, I used Corel WordPerfect X3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,529 words.

Respectfully submitted,

Dated: July 25, 2006

s/James M. Gary
James M. Gary, Esq.
Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202
Telephone No. (502) 589-2200
Facsimile No. (502) 589-3400

**ATTORNEY FOR CLAIMANTS DR. G. ALLEN WEST AND BARBARA WEST**