**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006, I caused the following documents:

1. Supplemental Response of Dr. G. Allen West and Barbara West ("Claimants") to Motion to Enforce Class-Action Settlement as to Claims of Claimants Presented to the NASD

2. Local Rule 7.1 Word Count Compliance Certificate in Support of Supplemental Response to Motion to Enforce Class-Action Settlement as to Claims of Dr. G. Allen and Barbara West Presented to the NASD

3. Supplemental Exhibit List to Supplemental Response of Dr. G. Allen West and Barbara West ("Claimants") to Motion to Enforce Class-Action Settlement as to Claimants Presented to the NASD

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Katheryn A Andresen** kandresen@bssda.com

**Charles W Austin , Jr** cwajr@mindspring.com

**Robert E Austin , Jr** reajr@robertaustinlaw.com,

**Karl L Cambronne** kcambronne@chestnutcambronne.com, cdawson@chestnutcambronne.com; dproulx@chestnutcambronne.com

**William G Carpenter** bill@briollaw.com

**Jack L Chestnut** jchestnut@chestnutcambronne.com

**David M Cialkowski** dmc@zimmreed.com, jlt@zimmreed.com

**Michael F Cockson** mcockson@faegre.com, JKuhlman@faegre.com, fruthven@faegre.com

**David G Derickson** ! dderickson@dgdlaw.com, dhatheway@dgdlaw.com

**Harvey H Eckart** eckart@eckartandleonetti.com, leonetti@eckartandleonetti.com

**John Foreman** jforeman@dgdlaw.com, dhatheway@dgdlaw.com

**Randall M Fox** rmfox@llgm.com,

**Joseph S Friedberg** joefriedberg@hotmail.com, lodin@visi.com

**Brad N Friedman** bfriedman@milbergweiss.com,

**James M Gary** jgary@weberandrose.com

**Jane F Godfrey** jane.godfrey@leonard.com,

**Robert S Halagan** rhalagan@halaganlaw.com, na! bri@comcast.net

**Stephen L Hubbard** ! slhubbard@hblawfirm.com,

**Gary R Irwin** girwin@neilaw.com,

**Thomas E Jamison** tjamison@fruthlaw.com, jjohnson@fruthlaw.com

**Charles H Johnson** johnsonbarbara5@aol.com, mhua@mnlawcenter.com

**Regina L LaPolla** regina@lapollalaw.com,

**Richard A Lockridge** lockrra@locklaw.com, emmonrm@locklaw.com

**Michael Sutton MacDonald** msloffices@qwest.net

**Robert G Malone** malonelaw6@aol.com

**George F McGunnigle** george.mcgunnigle@courts.state.mn.us,

**Kenneth E Nelson** ! kennelson@mclaw.com,

**Ronald R Parry** rparry@pdfslaw.com,

**David M Peterson** dmp@petersonlawfirm.com

**Charles C Platt** charles.platt@wilmerhale.com,

**Janine L Pollack** jpollack@milbergweiss.com,

**Fiona B Ruthven** fruthven@faegre.com, jkuhlman@faegre.com

**Robert L Schnell , Jr** rschnell@faegre.com, klongo@faegre.com
**Robert R Sparks** rsparks@pdfslaw.com

**Charles M Thompson** cmtlaw@aol.com

**Frank H Tomlinson** hiltont@pm-j.com

**Melvyn I Weiss** mweiss@milbergweiss.com,

**Barry A Weprin** bweprin@milbergweiss.com

**B Scott Whipple** swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Clair M Carlin
Carlin Law Office
62 S Main
PO Box 5369
Poland, OH 44514

Frank Pacinelli
16139 Kranker Dr
Stillwell, KS 66085-9283

Paul S Rothstein
Rothstein Law Office
626 NE 1st St
Gainesville, FL 32601

Dated: July 25, 2006

s/James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center, 400 W. Market Street
Louisville, Kentucky 40202
(502) 589-2200
**Attorney for Claimants, G. Allen and Barbara West**