**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

* * *CONTINUATION OF EXHIBIT E* * *

(Supplemental Response of Dr. G. Allen West and Barbara West
To Motion to Enforce Class-Action Settlement as to Claims
Presented to the NASD)

# Exhibit E - part 3

# STATEMENT OF ELIGIBILITY

## IDS LIFE CLASS ACTION SETTLEMENT

**Policy/Annuity Ownership Information:**

Owner of Record/Participant: BARBARA WEST
902 BROADFIELDS DR
LOUISVILLE KY 40207-4342

Co-Owners:

Policy or Annuity No.: 90906301502
Product Type: Insurance
Policy/Annuity Status as of August 31, 2000: In Force

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

**If the information printed here is incorrect, please send any corrections immediately to: IDS Life Class Action Information Center, P.O. Box 405, Minneapolis, Minnesota 55440-0405. For address changes, please use the enclosed Change of Address form.**

According to our records, you are a member of a class on whose behalf lawsuits have been brought against IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, American Express Financial Corporation and American Express Financial Advisors (collectively referred to as "Defendants"). The lawsuits, and the proposed settlement of the lawsuits, are described in detail in the accompanying Class Notice. **Please read the entire Notice carefully.**

This statement describes the relief that you will be eligible to receive if the proposed settlement is approved by the Courts and you remain a member of the class. Each of the forms of relief offered under the settlement is described in detail in the accompanying Notice at pages 8-14. There will be only one award of relief per Policy or Annuity. Where more than one person or entity has or had an ownership interest in a Policy or Annuity, all owners are presumed to be acting jointly. If one such person or entity requests that the Policy or Annuity be excluded from the Class, then all persons with an ownership interest in that particular Policy or Annuity shall be bound by that decision.

| Relief For Which You Will Be Eligible If The Proposed Settlement Is Approved |
|---|
| **GENERAL RELIEF**<br>**ACCIDENTAL DEATH BENEFIT**<br>**Default Payee: BARBARA WEST**<br>**Default Measuring Life: G WEST JR**<br>**OR**<br>**CLAIM REVIEW PROCESS** |

# ELECTION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

* 6 9 1 7 9 0 6 *

**Policy/Annuity Ownership Information:** Sequence - 1

Owner of Record/Participant: BARBARA WEST
902 BROADFIELDS DR
LOUISVILLE KY 40207-4342

Policy or Annuity Number: 90906301502

**RETURN THIS FORM ONLY IF YOU WANT TO ELECT THE CLAIM REVIEW PROCESS.**

**IF YOU WANT GENERAL RELIEF, YOU SHOULD NOT RETURN THIS ELECTION FORM.**

**I/we want to participate in the Claim Review Process to pursue a claim that I was/we were misled, or that wrongdoing with economic consequences otherwise occurred, with respect to the marketing, sale, administration or servicing of the Policy or Annuity indicated by the number printed above. (If the number printed above is not the number for which you want to submit a claim, please call the toll-free number below). I/we understand that the claim, once submitted, will be evaluated by a Claim Evaluator chosen by counsel for plaintiffs and the class and that I/we may or may not receive an award through the Claim Review Process. The relief awarded in the Claim Review Process can range from none at all to relief designed to redress any loss that may have resulted from the alleged wrongdoing. I/we realize that this election will make me/us ineligible for the General Relief.**

________________________________
Signature of BARBARA WEST

(___) ___ - ____
Daytime Telephone Number

* You must return this Election Form if you want to elect to submit a claim to the Claim Review Process. If you elect to submit a claim to the Claim Review Process, then once the proposed settlement is final, you will receive a separate Claim Form with instructions on how to present your claim. DO NOT SUBMIT YOUR SPECIFIC CLAIM AT THIS TIME.

**If you want to elect to submit a claim to the Claim Review Process, you must complete this Election Form and mail it so that it is postmarked by**

# COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE MEASURING LIFE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form below and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death, within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates.

The Default Measuring Life is deceased. I am designating the below named Alternate Measuring Life. The person I am designating is currently living and is either my spouse, parent or child (including a stepchild residing with me) or is a person in whom I have an insurable interest.

Name: ______________________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Date of Birth: ___ ___ / ___ ___ / ___ ___ ___ ___

Relationship to you: ______________________________

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**

**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ______________________________

Printed Name: ______________________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Street Address: ______________________________

City: ______________________________

State: ___ ___ Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Daytime Phone: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

**All completed and signed Designation Forms (including documents proving the death of the Measuring Life) should be mailed before the settlement is implemented, or if that is not possible because of the date**

*Payment of the accidental death benefit described in this voucher is subject to the final settlement of the lawsuits captioned* Benacquisto v. American Express Financial Corp., State Court Docket No. 96-18477, Federal Court Docket No. 00-1980, *and the provisions found in the Stipulation of Settlement, including all of its exhibits.*

**Accidental Death Benefit (ADB)**. The ADB provides a benefit to the Payee, payable upon Defendants' timely receipt of due proof of the Accidental Death of the Measuring Life during the ADB coverage period. The ADB coverage is as described in the Stipulation of Settlement and Class Notice. The term "Accidental Death" is defined below. The period of coverage is scheduled to begin on the date the settlement is implemented and lasts for the period of time shown on the front of this Benefit Voucher. The estimated ADB amount is shown on the front of this voucher, and the final amount, which will be no less, will be determined as described in the Stipulation of Settlement and Class Notice.

**General Provisions and Definitions**. The following general provisions and definitions apply to this voucher:

Accidental Death. Accidental Death means death occurring as a result, directly and independently of all other causes, of bodily injuries, effected solely through external, violent and accidental means within 90 days of the accident. The Accidental Death Benefit will not be paid for death resulting from suicide, while sane or insane; disease or infections, except for an infection resulting from an accidental cut or wound; physical or mental illnesses or the diagnosis or treatment of such illnesses; declared or undeclared war, or an act of war; any drug taken or absorbed, unless prescribed by a physician; committing or attempting to commit an assault or felony; or injuries received while operating, learning to operate or acting as a pilot or crew member of an aircraft.

Estimated Accidental Death Benefit. The amount of the accidental death benefit shown on the front of this voucher is an estimate, based upon the provisions in the Stipulation of Settlement and the Class Notice. The actual amount, which will be no less than the estimated amount, cannot be known before all of the settlement procedures are completed, which will not occur before the Courts approve the settlement, any appeals are exhausted, and the Claim Review Process has been administered. You may call the toll free number shown below after that date for information on the actual date on which the benefits will first be payable.

Measuring Life. The Measuring Life under the accidental death benefit described in this voucher will be the Default Measuring Life shown on the front of this voucher. However, if the Default Measuring Life is deceased, then the accompanying Designation Form must be used to identify an Alternate Measuring Life, which can be your spouse, parent or child (including a stepchild residing with you) or any other person in whom you have an insurable interest.

Payee. The Payee under the accidental death benefit described in this voucher will be the Default Payee shown on the front of this voucher, unless the Designation Form is used to identify an Alternate Payee applicable to the accidental death benefit provided in the settlement.

Reliance on Statements. We will rely on all statements in the application for coverage for any Alternate Measuring Life as being complete and true to the best of that person's knowledge and belief.

Filing Claims. Upon the Accidental Death of the Measuring Life while the accidental death benefit described in this voucher is in effect, you should submit this voucher, together with due proof of the Accidental Death of the Measuring Life, to:

IDS Life Settlement/ADB Claims
P.O. Box 1531
Minneapolis, Minnesota 55440-1531

# BENEFIT VOUCHER

## IDS LIFE CLASS ACTION SETTLEMENT

Voucher # 6917906

*This document is evidence of valuable death benefit coverage. Please do not discard. Keep this document with your important papers.*

**Owner of Record/Participant:** ........ **BARBARA WEST**

**Default Payee:** ........ **BARBARA WEST**

**Default Measuring Life:** ........ **G WEST JR**

**Estimated Accidental Death Benefit Amount:** ........ **$4,500.00**

**Accidental Death Benefit Coverage Period:** ........ **2 Years**

**Policy Face Amount or Annuity Account Value:** ........ **$235,000.00**

**Status of Policy or Annuity as of 8/31/00:** ........ **In Force**

**Policy or Annuity Number:** ........ **90906301502**

For purposes of the proposed settlement, if your policy is providing coverage under a reduced paid-up or extended term nonforfeiture option or if your annuity has been settled (i.e., annuitized), its status is shown as terminated.

*As part of a proposed class action settlement, the Defendants will provide free Accidental Death Benefit coverage to all Class Members receiving General Relief.*

The Accidental Death Benefit will take effect only if the proposed settlement is implemented and the above Owner or Participant receives General Relief. The

# DESIGNATION FORM

## IDS LIFE CLASS ACTION SETTLEMENT

**Owner of Record/ Participant:** BARBARA WEST

**Policy or Annuity Number:** 90906301502
**Default Payee:** BARBARA WEST
**Default Measuring Life:** G WEST JR

Use the Designation Form below to designate an Alternate Payee. Unless you state otherwise, the Payee will be the Default Payee shown above. Use the Designation Form on the back of this page to designate an Alternate Measuring Life if the person shown above as the Default Measuring Life is deceased as of the date the settlement is implemented. Otherwise, the Measuring Life will be the Default Measuring Life shown above.

## COMPLETE THIS SIDE OF THE FORM TO DESIGNATE AN ALTERNATE PAYEE

**YOU DO NOT NEED TO RETURN THIS DESIGNATION FORM TO TAKE ADVANTAGE OF THE ACCIDENTAL DEATH BENEFIT COVERAGE PROVIDED IN THIS SETTLEMENT, except as follows:** If the Default Measuring Life is deceased as of the date the settlement is implemented, then you ARE REQUIRED to change the Measuring Life. To do so, complete the Alternate Measuring Life Designation Form on the next page and mail it to the address provided before the date the settlement is implemented or, if that is impossible because of the date of the Measuring Life's death within 30 days of the death of the Measuring Life. You may not change the Measuring Life after those dates. You SHOULD change the Payee if the Payee dies before the date the settlement is implemented or during the period your death benefits are in effect. You may change the Payee at any time before payment of a claim for the accidental death benefit.

**If you are not the Owner of Record/Participant, but are acting on behalf of the Owner of Record/Participant, you must provide proof of your authority to act on behalf of the Owner of Record/Participant.**

**If you are the personal representative of a deceased Owner of Record/Participant, you must provide:**

**(1) proof of the death of the Owner of Record/Participant (i.e., a death certificate) and**
**(2) proof of your authority to act on behalf of the deceased Owner of Record/Participant.**

I designate and understand that the Default Payee will be changed to the person named below as Alternate Payee.

**Alternate Payee:**

Name: ____________________

Social Security #: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ____________________

City: ____________________

State: ___ ___ Zip: ___ ___ ___ ___ ___-___ ___ ___ ___

**Signature of Owner of Record/Participant or person signing on behalf of Owner of Record/Participant:**

Signature: ____________________

Printed Name: ____________________

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

IDS Life Insurance Company

October 12, 2000

Dear Customer:

I am writing to inform you of benefits you may be eligible to receive as part of a proposed class action settlement. You are receiving this information because, according to our records, you may be a member of the proposed settlement class because you own or owned or had an interest in either (1) one or more life insurance policies that were issued between January 1, 1985 and February 29, 2000 by IDS Life Insurance Company or IDS Life Insurance Company of New York, or (2) one or more deferred annuity contracts that were in force during the period of January 1, 1985 and February 29, 2000 and that were issued by IDS Life Insurance Company, IDS Life Insurance Company of New York, American Centurion Life Assurance Company, American Enterprise Life Insurance Company or American Partners Life Insurance Company (collectively referred to, along with the related entities American Express Financial Corporation and American Express Financial Advisors, as the "Defendants"). The class of policy and annuity owners affected by the lawsuit is described in more detail at pages 4 through 5 of the enclosed Notice of Class Action. As a member of the class, you would be eligible to participate in the proposed settlement.

If you are or were acting on behalf of a tax-qualified retirement plan and its participants and beneficiaries (with respect to the plan), such as a trustee, plan administrator or plan sponsor, and the plan has an interest or its participants have or had an interest in a group annuity contract, please refer to the Fact Sheet for Qualified Plans for an explanation of particular issues that affect your rights and obligations in connection with the settlement. If you are a participant in a retirement plan and have an interest in a group annuity contract, please refer to the Plan Participant Information Sheet for an explanation of particular issues that affect your rights and obligations in connection with the settlement.

The parties to the lawsuit believe that the proposed settlement is in the best interest of all members of the class. As explained in the enclosed materials, the benefits and remedies available under the proposed settlement have been tailored to meet the circumstances of individuals like you.

Nevertheless, before the Defendants can make any settlement benefits available to customers, the proposed settlement must receive the final approval of the Courts involved in the litigation. A hearing on the settlement is scheduled for March 6, 2001 at 9:00 a.m. The purpose of this mailing is to provide you with information about the proposed settlement and what actions, if any, you may want or need to take before the Courts make their rulings.

## What Materials Are Included With This Letter?

The materials included with this letter are:

- A Notice of Class Action, Proposed Settlement, and Fairness Hearing
- A Statement of Eligibility
- A Benefit Voucher
- An Election Form
- A Designation Form
- A Change of Address Form

Please read all of the enclosed materials carefully to understand your rights and the decisions you need to make. If you have further questions or need a large-print version of this Class Notice Package, please call a special toll-free number, 1-800-433-5314 (or, if you use TDD/TTY, 1-877-657-8808). Specially trained personnel are available and best qualified to answer questions you may have about the proposed settlement. Please do not call the Courts or the Clerks of the Courts.

## American Express' Commitment To Its Customers

Throughout its history, American Express has always strived to deal fairly with its customers. We are committed to providing the best possible service and products and to maintaining the highest possible standards of business conduct, ethics and integrity. We firmly believe that our life insurance policies and deferred annuity contracts have always delivered significant value to our customers. The substantial General Relief offered by the proposed settlement is further evidence of American Express' commitment to its customers. In addition, the proposed settlement provides a forum for redress for any of our customers who may feel that they have been treated unfairly.

Sincerely,

Richard W Kling

R. W. Kling
President and CEO
IDS Life Insurance Company

STATE OF MINNESOTA
DISTRICT COURT, FOURTH DISTRICT

BENACQUISTO, ET AL. : Nos. 96-18477,
v. : 97-4742, 98-15681
AMERICAN EXPRESS :
FINANCIAL CORP., ET AL. :

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BENACQUISTO, ET AL. : No. 00-1980 DSD
v. :
AMERICAN EXPRESS :
FINANCIAL CORP., ET AL. :

# NOTICE OF CLASS ACTION, PROPOSED SETTLEMENT, AND FAIRNESS HEARING

**THIS NOTICE HAS BEEN SENT TO YOU BY ORDER OF THE COURT. PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** It discusses the proposed settlement of class action lawsuits involving certain life insurance policies and deferred annuity contracts. **You have not been sued.** Nevertheless, the proposed settlement may affect your rights as a member of the class.

**YOU MUST MAKE CERTAIN DECISIONS NOW:**

**First**, you must decide whether you want to be part of the proposed settlement as to each applicable life insurance policy or deferred annuity contract you own or owned. If you do, you must make other decisions before January 29, 2001, about (1) certain settlement benefits that are described below and (2) whether you want to object to the proposed settlement or appear at the fairness hearing, following the procedures set forth in Part I of this Notice. The Courts will hold a hearing on March 6, 2001, to evaluate the fairness of the proposed settlement.

**Second**, if you do not want to be part of the settlement with respect to a life insurance policy or deferred annuity contract, you must request exclusion from the settlement for that policy or annuity by January 29, 2001, following the procedures set forth in Part H of this Notice. Otherwise, for each policy or annuity you do not exclude from the class, you will be bound by all of the terms of the proposed settlement if the Courts approve it.

If you do not exclude yourself from the class, the proposed settlement (if approved) may affect your right to start or continue any other lawsuit or proceeding involving your Policy or Annuity. In addition, you will give up any claims arising from the marketing, sale, servicing or administration of your Policy or Annuity. The Release of Claims, which addresses this issue, is reprinted in full as an appendix to this notice.

/. **You need not do anything now if you want the**

is discussed at pages 9-10 below.

ement Relief. Class members who purchased endants in order to replace earlier-purchased life may be eligible, in certain circumstances described at : Notice, to receive relief directed to the costs or other iat transaction. The enclosed Statement of Eligibility ou may be eligible to participate in the Internal f. **If you are eligible and wish to participate in lacement Relief, you must properly fill out the n Form by electing the Internal Replacement rn it so that it is postmarked no later than l.** Your Election Form will only refer to the Internal : if, according to the Defendants' records, you may be m of relief.

:ement Relief is discussed at pages 10-11 below.

w Process. In contrast with General Relief and the ient Relief, the Claim Review Process requires ort a claim that they were misled, or that wrongdoing isequences otherwise occurred, with respect to the administration or servicing of their Policies or believe you were misled, or that wrongdoing with ences otherwise occurred with respect to your Policy y elect to participate in the Claim Review Process. A l review the strength or weakness of your claim, and if any, will be based upon that review. **To participate view Process you must properly fill out the ı Form by electing the Claim Review Process, hat it is postmarked no later than January 29,**

'rocess is discussed at pages 11-14 below.

ttlement relief is estimated to be $215 million.

**TION OF THE CLASS**

· 2, 2000, the Courts preliminarily certified a Class for t.

ll persons or entities who have or had an ownership life insurance policy issued by IDS Life Insurance nsurance Company of New York as a result of an e United States, including its territories and at any time during the period of January 1, 1985 )00; (b) all persons or entities who have or had an an individual deferred annuity contract or a al interest in a tax-qualified group deferred annuity of the Defendants in the United States, including its ıwealths, that was in force at any time during the 985 through February 29, 2000; and (c) all tax-



qualified retirement plans and persons or entities acting on behalf of such a plan and its participants and beneficiaries (with respect to the plan), including but not limited to trustees, plan administrators and plan sponsors, that purchased, owned, held or had any interest with respect to a group deferred annuity contract issued in the United States, including its territories and commonwealths, by one of the Defendants and that was in force at any time during the period of January 1, 1985 through February 29, 2000. You can be a member of this Class even if your Policy or Annuity is no longer in force.

Notwithstanding the description above, the following persons and entities are not included in the proposed Class:

- any present officer, any former officer of grade 50 and above, or equivalent, or any financial advisor of Defendants;
- any insurance company that owns or owned a Policy or Annuity pursuant to an absolute assignment effected as part of an exchange under section 1035 of the Internal Revenue Code.

In addition, the proposed Class does not include persons or entities (unless such persons or entities are Class members by virtue of their ownership interest in another Policy or Annuity) who have or had an ownership interest in Policies or Annuities that:

- were timely excluded from the Class in accordance with the steps described in Part H (pp. 15-17) of this Notice; or
- were terminated by reason of death, and, in the case of a Policy, death benefits were paid; or
- were not accepted or funded, or were returned to the issuer, as part of the exercise of a free look provision in the Policy or Annuity; or
- were rescinded as part of a reissue of a new policy or annuity contract, or because of a material misrepresentation on a Policy or Annuity application, or where the Policy or Annuity was rescinded and the premiums or other monies paid were returned to the Policy or Annuity owner; or
- were the subject of a release signed by any person or entity while represented by counsel settling a claim or dispute and releasing the issuer from any further liability concerning such Policy or Annuity; or
- were term life insurance policies, graded premium whole life insurance policies, immediate annuities, or deferred annuities that were settled (that is, annuitized) prior to January 1, 1985.

If you satisfy the criteria described in this Part B, you are a Class Member.

## PART C: DECISIONS YOU MUST MAKE NOW

**You must decide *now* whether you want to remain in the Class or to exclude yourself from the Class.**

If you remain in the Class, you have two additional choices to make now, as described below in Parts E and I (pp. 8-9 and 17-19).

l from the Class, you must notify the Courts as (pp. 15-17).

rship interest in more than one Policy or Annuity the Class, you must make a separate decision for

on has or had an ownership interest in a Policy or presumed to be acting jointly with the person or ity number or taxpayer identification number cords as the identifying owner of the Policy or ides a particular Policy or Annuity from the Class, presumed to be acting jointly, and all persons with iat Policy or Annuity are bound by that decision. you have or had an interest in a Group Qualified n Participant Information Sheet, which should be if you have a participation interest in a Group Fact Sheet for Qualified Plans, which should be if you are acting on behalf of a tax-qualified articipants and beneficiaries (with respect to the sed, owned, held or had any interest in a Group did not receive the Plan Participant Information Qualified Plans, and you believe you should have, on Information Center at 1-800-433-5314.

**REMAIN IN THE CLASS:**

one of three types of settlement relief available if the ent is approved. Unless you choose otherwise, you receive the General Relief. Alternatively, you may l elect the Internal Replacement Relief, or you may rough the Claim Review Process. You must decide ement benefit you want to receive. These three ibed in greater detail in Part E below.

iect to any aspect of the proposed settlement by jection. Your written objection must be mailed to eparately to the parties postmarked no later than . If you want to speak at the Fairness Hearing, you nd serve a Notice of Intention to Appear at the by that same date. The procedures for objecting t the Fairness Hearing are described in Part I w.

d by the Courts' rulings. If you remain in the Class, and by all orders and judgments in these cases, le or unfavorable. As set forth in the Release ppendix to this Notice, you will not be able to start, rwise participate in certain other claims, lawsuits or gs relating to any Policy or Annuity for which you n in the Class.



**2. IF YOU DECIDE TO EXCLUDE YOURSELF FROM THE CLASS:**

- You must submit a written request to exclude yourself from the Class with respect to a particular Policy or Annuity, which must be postmarked no later than January 29, 2001. The procedure for doing so is described at pages 15-17 below.
- If you exclude yourself from the Class with respect to a particular Policy or Annuity: (1) you will not be eligible for General Relief, the Internal Replacement Relief or the Claim Review Process for that Policy or Annuity; (2) you will not be able to object to the proposed settlement; and (3) you will not be bound, for the purposes of the Policy or Annuity you exclude from the proposed settlement, by any orders or judgments entered in these cases if the proposed settlement is approved.

## PART D: DESCRIPTION OF THE LAWSUITS AND THE SETTLEMENT NEGOTIATIONS

This litigation involves four lawsuits against the Defendants. Three cases were filed in the Minnesota State Court for the County of Hennepin and were later consolidated. A fourth case was filed in the United States District Court for the District of Minnesota. The cases are referred to collectively in this Notice as the "Actions."

All of the Plaintiffs styled their cases as class actions, seeking relief not only for themselves, but for all similarly-situated persons.

In the Actions, Plaintiffs allege that the Defendants made certain misrepresentations, failed to disclose certain facts and engaged in other wrongdoing in connection with the marketing, sale, administration, and servicing of their life insurance and deferred annuity products. The Defendants vigorously dispute these allegations.

The parties negotiated the proposed settlement with an understanding of the factual and legal issues that would affect the outcome of these Actions. During the course of the lawsuits, Plaintiffs, through their attorneys, thoroughly examined and investigated the facts and law relating to the issues in these cases. Plaintiffs' factual investigation included review of approximately 350,000 pages of documents from the Defendants' files, interviews and sworn depositions of Defendants' officers, employees and sales representatives, and consultations with various experts.

The Plaintiffs and the Defendants believe the final outcome of the lawsuit, if it were to proceed through trial and appeals, is uncertain. Based on their evaluation of the facts and law, the Plaintiffs, the Defendants and their attorneys have determined that this proposed settlement is fair, reasonable and adequate. They have reached this conclusion based on the substantial benefits the proposed settlement provides Class Members, the risks, uncertainties and costs inherent in this litigation, and the desirability of providing benefits to Class Members promptly, rather than continuing this protracted litigation.

ɔt determined the merits of the claims or defenses in these vill not do so if they approve the proposed settlement. The nt does not suggest that the Defendants have or have not ng, or that Plaintiffs and the Class would or would not win were to go to trial.

## BENEFITS OF THE PROPOSED SETTLEMENT

main in the Class, and if the Courts approve the proposed y receive one form of settlement benefits for each of your es. The specific benefits for which you are eligible depend which are explained further below. You do not have to give nnuity to receive benefits under the proposed settlement.

**is Notice is a Statement of Eligibility for each of d Annuities, which identifies the benefits you are re. Please consult your Statement of Eligibility as enefits described below. If you have any questions ment of Eligibility, please call 1-800-433-5314.**

categories of benefits available under the proposed l Relief, the Internal Replacement Relief, and the Claim ich of these categories is described below. **If you decide Class, you must, for each Policy or Annuity you in the Class, choose now among General Relief, ment Relief (if you are eligible), and the Claim You may only choose one form of settlement Policy or Annuity.**

ral Relief, you do not need to do anything now. You will Relief automatically if the Courts approve the proposed

o participate in the Internal Replacement Relief and you benefit instead of General Relief or the Claim Review make this choice now, and submit an Election Form Replacement Relief so that it is postmarked no later than

l Relief or the Internal Replacement Relief, you want to im Review Process, you must make this choice now, and Form electing the Claim Review Process so that it is than January 29, 2001.

ne award of relief per Policy or Annuity.

e available under the proposed settlement only if and appen. First, the Courts must approve the proposed urts will grant approval if they find that the proposed sonable and adequate and that these Actions meet all of its of a class action. Second, the Courts' approval of the me final and no longer be subject to appeal. No one can or when these events will occur.



Please note: You will not be eligible for any relief under this settlement, nor will you release any claims, if the Courts do not approve the proposed settlement, or if one of the parties terminates the settlement.

### 1. GENERAL RELIEF

If you do not elect the Internal Replacement Relief (if you are eligible) or the Claim Review Process and do not exclude yourself from the Class with respect to a Policy or Annuity, you automatically will receive the General Relief. The General Relief consists of the Accidental Death Benefit (referred to in this Notice as the "ADB"), described below. The value of the General Relief will be $100 million, based on comparable insurance rates in the open market.

The ADB provides death benefit coverage as described below. This benefit will be provided free of charge to all Class Members who are to receive General Relief.

- *Payment of Benefit*. The ADB provides for payment of the death benefit when the Defendants receive due and timely proof of the accidental death of the "Measuring Life" (defined below) within the time period described below. The payment of the benefit will be made to the "Payee" (defined below).
- *Amount of Benefit*. The amount of the death benefit available under the ADB will be based on whether it relates to a Policy, Annuity, or tax-qualified Annuity, and the account value of or premiums paid on the Annuity, or the face amount of the Policy, as set forth in the Stipulation of Settlement. Please see the Benefit Voucher for the estimated amount. The estimated amount may be adjusted upward, depending upon the elections made by all Class Members.
- *Duration of the Benefit*. The duration of the benefit available under the ADB will depend on the attained age of the Measuring Life. The ADB will have the duration indicated on the Benefit Voucher.
- *"Measuring Life" and "Payee"*. The "Measuring Life," for purposes of the ADB, is the person upon whose accidental death the ADB will be paid, subject to the terms set forth in the enclosed Benefit Voucher. The person who will be paid the ADB is the "Payee." Unless changed, the Measuring Life and the Payee will be the persons listed on the Benefit Voucher.
- *Changing the Measuring Life or Payee*. If the person shown on your Benefit Voucher as your Default Measuring Life is deceased as of the date the settlement is implemented, before the date the settlement is implemented (or, if that is impossible due to the date of death of your Default Measuring Life, within 30 days of the death of the Default Measuring Life), you must choose an Alternate Measuring Life from among your spouse, parent, child or any other person in whom you have an insurable interest. You also may change the Payee at any time before the payment of a claim for the accidental death benefit. You should change the Payee if the person designated as Payee dies before the date the settlement is implemented or during the coverage period. To change the Measuring Life or the Payee, you must fill out the enclosed