**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,

Defendants.

**Civil No. 00-cv-01980 DSD/JMM**

**EXHIBIT LIST TO REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF DR. G. ALLEN AND BARBARA WEST PRESENTED TO THE NASD**

| Exhibit | Description | Pages |
|---|---|---|
| A | Uniform Submission Agreement and Statement of Claim | 001-009 |
| B | Motion to Stay Arbitration Pursuant to NASD Code of Arbitration Procedure Rule 10301(D)(2) | 010-013 |

M2:20815813.01