**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK

Defendants.

**Civil No. 00-1980 DSD/JMM**

**DR. G. ALLEN WEST and BARBARA WEST ("Claimants") MOTION TO ALTER, AMEND OR VACATE THE COURT'S ORDER OF AUGUST 9, 2006**

---

**MOTION TO ALTER, AMEND OR VACATE**

Dr. G. Allen West and Barbara West ("the Wests"), as Claimants, and by counsel, respectfully move this Court to alter, amend or vacate its Order of August 9, 2006, which granted Defendant's, Ameriprise Financial Services, Inc.'s, motion to enforce a class action settlement as to the Wests. This motion is being made pursuant to Fed. Rule Civ. Proc. 59, *et seq.*, or, in the

alternative, pursuant to Fed. Rule Civ. Proc. 60(b). The Court has the authority to reconsider its own rulings, either under the provisions of F.R.C.P. 59 and/or F.R.C.P. 60(b), where errors of fact and/or law are present. The Court also has the authority to reconsider its Order whereby it ruled without considering certain arguments and/or aspects of relevant case law.

The Court's Order and accompanying opinion of August 9, 2006 contains one critical error of fact in relation to the Wests' existing claims against the Defendant(s) at the time of the Class Settlement. This factual error directly relates to a United States Supreme Court opinion that was not addressed by the Defendant(s) or referenced by the Court in its opinion, but which was raised by the Wests in this matter's record.

WHEREFORE, Dr. G. Allen West and Barbara West, by counsel, respectfully request the Court to reconsider, and alter, amend or vacate its Order of August 9, 2006, in light of errors present in the record. The Wests further request the Court to set this matter for a hearing convenient to it and all involved parties.

This Motion to Alter, Amend or Vacate is timely filed pursuant to Fed. Rule Civ. Proc. 59(e) and 60(b), and is further supported by the attached Memorandum in Support. A proposed Order is being tendered, pursuant to applicable local rules.

Respectfully submitted,

Dated: August 19, 2006

s/James M. Gary

James M. Gary, Esq.
Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202
Telephone No. (502) 589-2200
Facsimile No. (502) 589-3400

Robert S. Halagan, Esq. (# 0136402)
Halagan Law Firm, Ltd.
101 Courthouse Square
15 Second Street NW
Buffalo, MN 55313
Telephone No. (763) 682-8975
Facsimile No. (763) 682-6793

*Counsel for Dr. G. Allen West and Barbara West*