**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006, I caused the following documents:

1. Memorandum of Law in Opposition to Dr. G. Allen West and Barbara West's Motion to Alter, Amend or Vacate the Court's Order of August 9, 2006

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com
- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com
- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com
- **William G Carpenter**
  bill@briollaw.com
- **Jack L Chestnut**
  jchestnut@chestnutcambronne.com
- **David M Cialkowski**
  dmc@zimmreed.com jlt@zimmreed.com
- **Randall M Fox**
  rmfox@llgm.com
- **Joseph S Friedberg**
  joefriedberg@hotmail.com lodin@visi.com
- **Brad N Friedman**
  bfriedman@milbergweiss.com

- **Jane F Godfrey**
  jane.godfrey@leonard.com
- **Stephen L Hubbard**
  slhubbard@hblawfirm.com
- **Gary R Irwin**
  girwin@neilaw.com
- **Thomas E Jamison**
  tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
  johnsonbarbara5@aol.com
- **Regina L LaPolla**
  regina@lapollalaw.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com
- **Michael Sutton MacDonald**
  msloffices@qwest.net
- **Robert G Malone**
  malonelaw6@aol.com
- **George F McGunnigle**
  george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
  kennelson@mclaw.com
- **Ronald R Parry**
  rparry@pdfslaw.com
- **David M Peterson**
  dmp@petersonlawfirm.com
- **Charles C Platt**
  charles.platt@wilmerhale.com
- **Janine L Pollack**
  jpollack@milbergweiss.com
- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com

- **Robert R Sparks**
  rsparks@pdfslaw.com
- **Charles M Thompson**
  cmtlaw@aol.com
- **Frank H Tomlinson**
  hiltont@pm-j.com
- **Melvyn I Weiss**
  mweiss@milbergweiss.com
- **Barry A Weprin**
  bweprin@milbergweiss.com
- **B Scott Whipple**
  swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

James M. Gary
Justin S. Gilfert
WEBER & ROSE P.S.C.
2700 Aegon Center
400 West Market Street
Louisville, Kentucky 40202

Dated: August 29, 2006

FAEGRE & BENSON LLP

s/Fiona B. Ruthven
Michael F. Cockson (#280549)
Fiona B. Ruthven (#333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone No. (612) 766-7000
Facsimile No. (612) 766-1600

ATTORNEYS FOR DEFENDANTS