**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006, I caused the following documents:

1. Motion to Enforce Class-Action Settlement as to Claims of Kathleen F. Council Presented to the NASD;

2. Notice of Hearing on Motion to Enforce Class-Action Settlement as to Claims of Kathleen F. Council Presented to the NASD;

3. Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to Claims of Kathleen F. Council Presented to the NASD;

4. Declaration of Amy L. Lake in Support of Motion to Enforce Class-Action Settlement as to Claims of Kathleen F. Council Presented to the NASD;

5. Exhibit Index with Exhibits 1-5; and

6. Proposed Order (Per local rule, sent to Judge via email and not electronically filed).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com

- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com

- **William G Carpenter**
  bill@briollaw.com

- **Jack L Chestnut**
  jchestnut@chestnutcambronne.com

- **David M Cialkowski**
  dmc@zimmreed.com jlt@zimmreed.com
- **Randall M Fox**
  rmfox@llgm.com
- **Joseph S Friedberg**
  joefriedberg@hotmail.com lodin@visi.com
- **Brad N Friedman**
  bfriedman@milbergweiss.com
- **Jane F Godfrey**
  jane.godfrey@leonard.com
- **Stephen L Hubbard**
  slhubbard@hblawfirm.com
- **Gary R Irwin**
  girwin@neilaw.com
- **Thomas E Jamison**
  tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
  johnsonbarbara5@aol.com
- **Regina L LaPolla**
  regina@lapollalaw.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com
- **Michael Sutton MacDonald**
  msloffices@qwest.net
- **Robert G Malone**
  malonelaw6@aol.com
- **George F McGunnigle**
  george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
  kennelson@mclaw.com
- **Ronald R Parry**
  rparry@pdfslaw.com

- **David M Peterson**
  dmp@petersonlawfirm.com
- **Charles C Platt**
  charles.platt@wilmerhale.com
- **Janine L Pollack**
  jpollack@milbergweiss.com
- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com
- **Robert R Sparks**
  rsparks@pdfslaw.com
- **Charles M Thompson**
  cmtlaw@aol.com
- **Ahna M Thoresen**
  athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com
- **Frank H Tomlinson**
  hiltont@pm-j.com
- **Melvyn I Weiss**
  mweiss@milbergweiss.com
- **Barry A Weprin**
  bweprin@milbergweiss.com
- **B Scott Whipple**
  swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Kathleen F. Council
201 S. Connecticut Street,
Hobart, IN 46342

Dated: August 29, 2006

FAEGRE & BENSON LLP

s/Fiona B. Ruthven

Michael F. Cockson (# 280549)
Fiona B. Ruthven (#0333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc.**