**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**EXHIBIT LIST IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF LEO J. HERZING RAISED IN THE COURT OF COMMON PLEAS, MCKEAN COUNTY, PENNSYLVANIA**

---

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Final Order and Judgment | 001-019 |
| 2 | Complaint | 020-025 |
| 3 | Stipulation of Settlement | 026-101 |
| 4 | Notice of Class Action, Proposed Settlement, and Fairness Hearing | 102-114 |

M2:20821518.01