**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

***AND***

AMERIPRISE FINANCIAL SERVICES, INC. f/k/a AMERICAN EXPRESS FINANCIAL ADIVSORS, INC., ET AL.

Movants,

Vs.

KATHERINE CARADORI and MARY CAMPBELL,

Respondents.

Civil Case No.
00-1980 (DSD/JMM)

**RESPONDENTS, KATHERINE CARADORI and MARY CAMPBELL'S MOTION TO COMPEL ARBITRATION**
**and**
**RESPONDENTS, KATHERINE CARADORI and MARY CAMPBELL'S OPPOSITION TO MOTION TO ENFORCE CLASS ACTION SETTLEMENT**

Katherine Caradori and Mary Campbell hereby move the Court to Compel Arbitration and deny Movants' Motion to Enforce Class Action and state as follows:

1. Katherine Caradori and Mary Campbell (arbitration Claimants) are citizens of Nebraska who brought an action in arbitration against American Express Financial Advisors (n/k/a Ameriprise Financial Services, Inc.), Mr. David L. Stinnett and Mr. Gerald Denney (arbitration Respondents) on or about June 13, 2005.

2. Respondents were served with the Statement of Claim on or about September 29, 2005.

3. Respondents filed their Answer to the Claim with the National Association of Securities Dealers (hereinafter "NASD") on or about December 9, 2005.

4. The arbitration was scheduled to begin on September 12, 2006.

5. On August 29, 2006, Ameriprise filed their Motion to Enforce Class Action with this court contrary to law and the industry rules provided for under the NASD Arbitration Procedures.

6. The arbitration Claimants request this Court to Deny Movants' Motion to Enforce Class Action and to Compel Ameriprise to Arbitration pursuant to their obligations under contract, law and industry rules.

WHEREFORE, arbitration Claimants request the Court to deny Movants' Motion to Enforce Class Action; to compel the Movants to arbitration before the NASD and for such other and further relief as the Court may deem just and equitable in these proceedings.

Kathy Caradori and Mary Campbell
Arbitration Claimants,

By: /s/ Gail E. Boliver

Gail E. Boliver, IA # 000475
Boliver Law Firm
2414 S. Second Street
Marshalltown, IA 50158
Telephone: 641-752-7757
Facsimile: 641-752-6597
e-mail: boliver@marshallnet.com

and

By: /s/ Patrick Anderson

Patrick Anderson, MN # 333736
Meier, Kennedy & Quinn Chartered
Suite 2200, Bremer Tower
455 Minnesota Street
Saint Paul, Minnesota 55101-2100
Telephone (651) 228-1911
Facsimile (651) 223-5483
e-mail: panderson@mkqlaw.com