**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

***AND***

AMERIPRISE FINANCIAL SERVICES, INC. f/k/a AMERICAN EXPRESS FINANCIAL ADIVSORS, INC., ET AL.

Movants,

Vs.

KATHERINE CARADORI and MARY CAMPBELL,

Respondents.

Civil Case No.
00-1980 (DSD/JMM)

**AFFIDAVIT**

Gail E. Boliver, being first duly sworn upon oath, hereby deposes and states as follows:

1. Attached as Exhibit 1 is a true and correct copy of Claimants' Uniform Submission Agreement consisting of 2 pages.

2. Attached as Exhibit 2 is a true and correct copy of NASD Code of Arbitration Procedure § 10314 consisting of 1 page.

3. Attached as Exhibit 3 is a true and correct copy of the NASD's Uniform Forms Guide consisting of 2 pages.

4. Attached as Exhibit 4 is a true and correct copy of Respondents' executed Submission Agreement consisting of 2 pages.

5. Attached as Exhibit 5 is a true and correct copy of NASD Code of Arbitration Procedure § 10301 consisting of 1 page.

6. Attached as Exhibit 6 is a true and correct copy of a letter from the NASD dated September 29, 2005 consisting of 3 pages.

7. Attached as Exhibit 7 is a true and correct copy of letters from the NASD dated January 9, 2006 consisting of 9 pages.

8. Attached as Exhibit 8 is a true and correct copy of Respondents' Answer filed with the Director of Arbitration consisting of 24 pages.

9. Attached as Exhibit 9 is a true and correct copy of NASD Code of Arbitration Procedure § 10106 consisting of 1 page.

10. Attached as Exhibit 10 is a true and correct copy of NASD Code of Arbitration Procedure § 10324 consisting of 1 page.

Dated September 8, 2006

Gail E. Boliver

Subscribed and sworn to before me
This 8th day of September 2006

Notary Public

NOTARIAL SEAL IOWA
KELLY FAIR
Commission Number 729842
My Commission Expires
8-4-2007