NASD Dispute Resolution Arbitration
UNIFORM SUBMISSION AGREEMENT

Claimant(s)

In the Matter of the Arbitration Between

Name(s) of Claimant(s)

Mrs. Mary Campbell, individually and as Trustee and Mrs. Katherine Caradori, individually, and as Trustee

and

Name(s) of Respondents(s)

American Express Financial Advisors, broker-dealer and Mr. David L. Stinnett, Registered Representative and Mr. Gerald Denney, Registered Representative.

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, and all related counterclaims and/or third-party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.

2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.

3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.

4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, competent jurisdiction which may properly enter such judgment.

5. The parties hereto have signed and acknowledged the foregoing Submission Agreement.

Mrs. Mary Campbell, individually, and as Trustee

Claimant Name (please print) MARY CAMPBELL AND MARY CAMPBELL, TRUSTEE

Mary Campbell and Mary Campbell, Trustee Jan 9, 2005

Claimant's Signature Date

EXHIBIT 1

Mrs. Katherine Caradori, individually, and as Trustee
Claimant's Name (please print) KATHERINE CARADORI AND KATHERINE CARADORI, TRUSTEE

Katherine Caradori and Katherine Caradori, Trustee
Claimant's Signature

June 8, 2005
Date