NASD

NASD Dispute Resolution

# Uniform Forms Guide

As of May 2005

EXHIBIT

3

**NASD Dispute Resolution Arbitration**
**UNIFORM SUBMISSION AGREEMENT**

***Respondent(s)***

**In the Matter of the Arbitration Between**

Name(s) of Claimant(s)

______________________________

______________________________

______________________________

**and**

Name(s) of Respondent(s)

______________________________

______________________________

______________________________

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, and all related counterclaims and/or third-party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.
2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.
3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.
4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the undersigned parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.
5. The parties hereto have signed and acknowledged the foregoing Submission Agreement.

______________________________
Respondent Name (please print)

______________________________
Respondent's Signature Date

______________________________
Respondent Name (please print)

______________________________
Respondent's Signature Date

**If needed, copy this page.**