**NASD Dispute Resolution**
www.nasd.com
Midwest Region
10 S. LaSalle Street • Suite 1110 • Chicago, IL • 60603-1002 • 312-899-4440 • Fax 312-236-9239

NASD

January 9, 2006

Gail E. Boliver, Esq.
Boliver Law Firm
8712 W. Dodge Rd.
Suite 400
Omaha, NE 68114-3431

Subject: NASD Dispute Resolution Arbitration Number 05-03008
Mary Campbell, et al v. American Express Financial Advisors, David L. Stinnett and Gerald Denney

Dear Mr. Boliver:

Enclosed please find the Arbitrator's Exhibit #1 Form. If this list is not accurate, please contact the NASD immediately. Arbitrators must read all documents in Arbitrator's Exhibit #1 prior to hearing.

If you have any questions, please don't hesitate to call me.

Very truly yours,

E. G. J.D.

Elisa Guerrero
Case Administrator
312-899-4421 Fax: 301-527-4854

EG:PW1:LC53A
rc:06/02

RECIPIENTS:
Gail E. Boliver, Esq., Mary Campbell Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Mary Campbell
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Katherine Caradori
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

EXHIBIT
7

Gail E. Boliver, Esq., Katherine Caradori Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gary R. Irwin, Esq., Ameriprise Financial Services
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., David L. Stinnett
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., Gerald H. Denney, Jr.
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

# CERTIFICATE OF ARBITRATOR'S EXHIBIT NO. 1

*The documents on this list comprise Arbitrator's Exhibit No. 1. If a document is not identified, it was not received. If this list is not accurate, please contact NASD Dispute Resolution immediately. Arbitrators must read all documents in Arbitrator's Exhibit No. 1 prior to a hearing.*

*The list of documents may include certain NASD Dispute Resolution notices to the parties.*

Case Number: 05-03008 Staff Assigned: Elisa Guerrero

| Name of Claimant(s) **Mrs. Mary Campbell, individually and as Trustee and Mrs. Katherine Caradori, individually, and as Trustee** | | |
|---|---|---|
| Submission Agreement | Yes<br>X | No |
| Statement of Claim | X | |
| Amended Statement of Claim | | |
| Motion to | | |
| Responses to Motion | | |
| Reply to Motion | | |
| Other | | |

| Name of Respondent No. 1 **American Express Financial Advisors, Inc., n/k/a Ameriprise Financial Services, Inc., et al.** | | |
|---|---|---|
| Submission Agreement | Yes<br>X | No |
| Statement of Answer<br>Joint with: **David L. Sinnett and Gerald Denney** | X | |
| Request for Clarification | | |
| Counterclaim | | |
| Cross Claim vs. | | |
| Third-Party Claim vs. | | |
| Amended Statement of Answer | | |
| Response to Amended Statement of Claim | | |
| Response to Cross Claim | | |
| Response to Third-Party Claim | | |

Date Initially Sent to Parties ______________________

**NASD Dispute Resolution**
www.nasd.com
Midwest Region
10 S. LaSalle Street • Suite 1110 • Chicago, IL • 60603-1002 • 312-899-4440 • Fax 312-236-9239

NASD

*Via Certified Mail*

January 9, 2006

Gail E. Boliver, Esq.
Boliver Law Firm
8712 W. Dodge Rd.
Suite 400
Omaha, NE 68114-3431

Subject: NASD Dispute Resolution Arbitration Number 05-03008
Mary Campbell, et al v. American Express Financial Advisors, David L. Stinnett and Gerald Denney

Dear Mr. Boliver:

Your case is ready for the next phase of the pre-hearing process. Below is information on:

- The assigned case administrator;
- Verification of your contact information;
- The composition of the panel;
- How to select the chairperson;
- The initial pre-hearing conference;
- How to opt out of the initial pre-hearing conference;
- Procedure to reschedule the initial pre-hearing conference;
- Fees;
- Discovery; and
- Mediation.

Assigned Case Administrator

Your case has been reassigned to Elisa Guerrero. Please direct all correspondence and inquiries to Elisa Guerrero at the above address or at 312-899-4421 Fax: 301-527-4854.

Verify Your Contact Information

The enclosed Case Information Sheet reflects the contact information that we have on file. If the contact information is incorrect or if we do not have a telephone number for you, immediately contact this office with your contact information.

Panel Composition

NASD Dispute Resolution appointed an arbitration panel based upon the parties' consolidated lists. Pursuant to Rule 10308(c) of the NASD's *Code of Arbitration Procedure* (the "*Code*"), the

enclosed Case Information Sheet lists the arbitration panel's composition. The arbitrators' classifications as public or non-public are accurate at the time of their appointment.

Please note that, if the number of arbitrators available to serve from the parties consolidated lists was not sufficient to fill a panel, pursuant to Rule 10308(c)(4)(b) of the Code, the Director of Arbitration appointed one or more arbitrators to fill the panel. The Arbitrator Disclosure Reports of such arbitrators, if any, are enclosed.

Selecting the Chairperson

The parties' next step is to unanimously agree on which of the three arbitrators should serve as the chairperson.

Parties have seven days to agree on the selection of the chairperson. Parties may receive up to an additional eight days if they jointly advise NASD Dispute Resolution in writing before January 19, 2006 that they need additional time to agree on the selection of the chairperson.

Please let us know the parties' preference on or before January 19, 2006. If we do not have the parties' unanimous agreement by that date, we will select the chairperson. We will also select the chairperson if we do not receive the parties' joint request for additional time on or before January 19, 2006.

Initial Pre-Hearing Conference

Pursuant to Rule 10315 of the *Code*, the telephonic initial pre-hearing conference is scheduled for February 14, 2006 at 10:00 Central Time. The purpose of the conference is to set hearing dates, a discovery schedule (if necessary), and identify any issues that may require arbitrator intervention. Prior to the conference, please confirm the availability of **all** witnesses and have a realistic estimate of the time you will need to present your case. Also, please have your scheduling calendar ready at the initial pre-hearing conference.

You will be called on February 14, 2006 at the telephone number listed on the enclosed Case Information Sheet or the corrected number that you have provided. If you will not be at this telephone number on the date and time of the initial pre-hearing conference, described above, you may join the conference by dialing 888-291-1482. You will be asked for a password and the name of the conference leader. The password is the arbitration case number and the conference leader is Elisa Guerrero.

Opting Out of the Initial Pre-hearing Conference

Parties may opt out of the initial pre-hearing conference provided that the request to do so is a joint one and includes a proposed order for the panel's review and approval. It is within the panel's discretion to grant or deny the parties' request to opt out of the initial pre-hearing conference. The proposed order should address all items included in the Initial Pre-hearing Conference Scheduling Order. Parties may obtain a copy of the order from our Web site, www.nasd.com.

Procedure to Reschedule the Initial Pre-hearing Conference

If the above date is not convenient, you may request that the panel reschedule the initial pre-hearing conference. Any request to reschedule the conference must include **four mutually agreed upon dates and times** to reschedule the conference. We will not send a party's request to reschedule

the conference to the panel unless we receive proposed agreed upon rescheduled dates and times. If you would like the panel to reschedule the conference, you must submit, in writing, the agreed upon dates and times within 14 days of the date of this letter.

Fees

The panel will assess the cost of the initial pre-hearing conference to the parties at the end of the case. The panel may require that the parties submit additional hearing session deposits pursuant to Rule 10332(a) or 10205(a) of the *Code*. For information on the hearing session deposit and forum fees, please review the above-listed sections of the *Code*.

If you are counsel representing a party, it is your responsibility to ensure that your client understands his/her responsibilities regarding fees and/or deposits.

Discovery

For NASD public customers, the Discovery Guide, which includes Document Production Lists, provides the parties with guidance on which documents they should exchange without arbitrator or staff intervention. It also provides guidance to the arbitrators in determining which documents customers and member firms and/or associated persons are presumptively required to produce in customer arbitration cases. You may obtain a copy of the Discovery Guide from our Web site, www.nasd.com.

Mediation

NASD Dispute Resolution has a successful, voluntary mediation program. Are you interested in mediation? If yes, please check the following box and return a copy of this letter to me. [ ]

Online Evaluation

As a service organization, the primary goals of NASD Dispute Resolution are the integrity of its process and the satisfaction of its clients. To ensure that we are meeting your needs and satisfying our commitment to you, **we need to hear from you.** At the conclusion of this case, please take the time to complete an evaluation of our services, the process, and the arbitrator(s) assigned to your case. For your convenience, we have now made it possible for you to evaluate our services using the Internet. Please direct your Web browser to http://www.nasd.com/arbevaluation. If you do not have Internet access, or have difficulty completing the evaluation online, you may complete the enclosed paper version of the evaluation and mail it in the enclosed envelope. If you need another paper copy of the evaluation form, please contact the undersigned. Whenever possible, however, please use the new online version, as it will help us to review your feedback in a more expeditious and analytical manner. Your feedback is a valuable and necessary component in our efforts to serve you better.

Please contact our office if you have any questions.

Very truly yours,

EG /bw

Elisa Guerrero
Case Administrator

312-899-4421 Fax: 301-527-4854

EG:PW1:LC08C
rc:07/05
Enclosures
CC:
Stephen E. Gehring, Esq.
Richard M. Duxbury, Esq.
Alan B. Fender

RECIPIENTS:
Gail E. Boliver, Esq., Mary Campbell Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Mary Campbell
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Katherine Caradori
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Katherine Caradori Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gary R. Irwin, Esq., Ameriprise Financial Services
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., David L. Stinnett
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., Gerald H. Denney, Jr.
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

# Case Information Sheet

1. **CASE INFORMATION:**

A. CASE-NUMBER: 05-03008

B. CASE-NAME: Mary Campbell, et al v. American Express Financial Advisors, David L. Stinnett and Gerald Denney

C. NASD Dispute Resolution
REPRESENTATIVE: Elisa Guerrero
Case Administrator
NASD Dispute Resolution
10 South LaSalle Street
Suite 1110
Chicago, IL 60603
312-899-4421 Fax: 301-527-4854

D. HEARING DATE: February 14, 2006 at 10:00 AM

E. ADDITIONAL HEARING SESSIONS: none.

F. HEARING LOCATION: Initial Pre-Hearing by telephone
All times are Central Standard Times
Omaha, NE

2. **PARTY REPRESENTATIVE INFORMATION:**

REPRESENTATIVE:
Gail E. Boliver, Esq., Boliver Law Firm
Phone: 402.392.0107, Fax: 402.392.1011
Email: unknown
PARTY(IES):
Mary Campbell Trust, Claimant
Mary Campbell, Claimant
Katherine Caradori, Claimant
Katherine Caradori Trust, Claimant

REPRESENTATIVE:
Gary R. Irwin, Esq., Law offices of Edgerton, Weaver & Irwi
Phone: 952-345-44442, Fax: 952-345-4445
Email: unknown
PARTY(IES):
Ameriprise Financial Services, Respondent

David L. Stinnett, Respondent
Gerald H. Denney, Jr., Respondent

3. **ARBITRATION PANEL:**

Stephen E. Gehring, Esq. Public Arbitrator Panelist

Cline, Williams, Wright, Johnson et al.

Richard M. Duxbury, Esq. Public Arbitrator Panelist

Alan B. Fender Industry Arbitrator Panelist

LC20B
rc:07/04
RECIPIENTS:

Gail E. Boliver, Esq., Mary Campbell Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Mary Campbell
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Katherine Caradori
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gail E. Boliver, Esq., Katherine Caradori Trust
Boliver Law Firm, 8712 W. Dodge Rd., Suite 400, Omaha, NE 68114-3431

Gary R. Irwin, Esq., Ameriprise Financial Services
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., David L. Stinnett
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436

Gary R. Irwin, Esq., Gerald H. Denney, Jr.
Law offices of Edgerton, Weaver & Irwin, 5050 Lincoln Drive,
Interlachen Corporate Center, Suite 480, Minneapolis, MN 55436