NASD

**Location:** NASD > Manual > Rules of the Association > Procedural Rules (8000–11000) > 10000. Code of Arbitration Procedure > 10100. Administrative Provisions > 10106. Legal Proceedings

Previous Next

## 10106. Legal Proceedings

No party shall, during the arbitration of any matter, prosecute or commence any suit, action, or proceeding against any other party touching upon any of the matters referred to arbitration pursuant to this Code.

**NASD Notices to Members**
(2 links)

**Selected Notices to Members:** 84-71, 94-61.

Previous Next

© 2006 NASD. All rights reserved.

EXHIBIT
9