NASD | This section is part of a frameset. This page contains the main content of the fram... Page 1 of 1

NASD

**Location:** NASD > Manual > Rules of the Association > Procedural Rules (8000–11000) > 10000. Code of Arbitration Procedure > 10300. Uniform Code of Arbitration > 10324. Interpretation of Provisions of Code and Enforcement of Arbitrator Rulings

Previous

Next

## 10324. Interpretation of Provisions of Code and Enforcement of Arbitrator Rulings

The arbitrators shall be empowered to interpret and determine the applicability of all provisions under this Code and to take appropriate action to obtain compliance with any ruling by the arbitrator(s). Such interpretations and actions to obtain compliance shall be final and binding upon the parties.

Amended eff. Nov. 16, 1992.

Previous

Next

© 2006 NASD. All rights reserved.

EXHIBIT 10