**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

***AND***

AMERIPRISE FINANCIAL SERVICES, INC. f/k/a AMERICAN EXPRESS FINANCIAL ADIVSORS, INC., ET AL.

Movants,

Vs.

KATHERINE CARADORI and MARY CAMPBELL,

Respondents.

Civil Case No.
00-1980 (DSD/JMM)

**RESPONDENTS, KATHERINE CARADORI and MARY CAMPBELL'S MOTION TO COMPEL ARBITRATION**

COMES NOW arbitration Claimants Katherine Caradori and Mary Campbell and state:

1. This motion is a re-filing of a motion filed in error at Docket #285.

2. Movants and arbitration Claimants have an arbitration agreement. (Exhibit 1)

3. Movants and arbitration Claimants have been actively litigating their disputes in arbitration since the filing of the *Statement of Claim* since June 2005.

4. 9 U.S.C. § § 3 and 4 support arbitration Claimants' request for this court to order Movants to resolve their disputes in the forum they contracted ~ arbitration.

5. Arbitration Claimants request the court to order Movants to arbitration.

6. The memorandum found at Docket #286 is incorporated by reference to this motion.

WHEREFORE, arbitration Claimants request the Court to order the Movants to arbitration before the NASD and for such other and further relief as the Court may deem just and equitable in these proceedings.

Kathy Caradori and Mary Campbell
Arbitration Claimants,

By: /s/ Gail E. Boliver
Gail E. Boliver, IA # 000475
Boliver Law Firm
2414 S. Second Street
Marshalltown, IA 50158
Telephone: 641-752-7757
Facsimile: 641-752-6597
e-mail: boliver@marshallnet.com

and

By: /s/ Patrick Anderson
Patrick Anderson, MN # 333736
Meier, Kennedy & Quinn Chartered
Suite 2200, Bremer Tower
455 Minnesota Street

Saint Paul, Minnesota 55101-2100
Telephone (651) 228-1911
Facsimile (651) 223-5483
e-mail: panderson@mkqlaw.com