**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants.<br><br>***AND***<br><br>AMERIPRISE FINANCIAL SERVICES, INC. f/k/a AMERICAN EXPRESS FINANCIAL ADIVSORS, INC., ET AL.<br><br>Movants,<br><br>Vs.<br><br>KATHERINE CARADORI and MARY CAMPBELL,<br><br>Respondents. | Civil Case No.<br>00-1980 (DSD/JMM)<br><br>**AFFIDAVIT** |

Gail E. Boliver, being first duly sworn upon oath, hereby deposes and states as follows:

1. Attached as Exhibit 1 is a true and correct copy of the arbitration agreement between the arbitration Claimants and the Movants consisting of 1 page.

Dated September 12, 2006

Gail E. Boliver

Subscribed and sworn to before me
This 12th day of September 2006

Notary Public

NOTARIAL SEAL IOWA
KELLY FAIR
Commission Number 729842
My Commission Expires
8-4-2007