**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. vs. American Express Financial Corporation, et al.

Civil Case No. 00-1980 (DSD/JMM)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006 I caused the following documents:

1. Motion to Compel Arbitration;

2. Affidavit; and

3. Exhibit 1

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notification of the filings to the following:

| | |
|---|---|
| ✓ Katheryn A. Andresen | kandresen@bssda.com |
| ✓ Robert E. Austin, Jr. | reajr@robertaustinlaw.com |
| ✓ Karl L. Cambronne | kcambronne@chestnutcambronne.com; cdawson@chestnutcambronne.com |
| ✓ William G. Carpenter | bill@briollaw.com |
| ✓ Jack L. Chestnut | jchestnut@chestnutcambronne.com |
| ✓ David M. Cialkowski | dmc@zimmreed.com; jlt@zimmreed.com |
| ✓ Randall M. Fox | rmfox@llgm.com; |
| ✓ Jane F. Godfrey | jane.godfrey@leonard.com |
| ✓ Michael F. Cockson | mcockson@faegre.com |
| ✓ Stephen L. Hubbard | slhubbard@hblawfirm.com |
| ✓ Gary R. Irwin | girwin@meilaw.com |
| ✓ Thomas E. Jamison | tjamison@fruthlaw.com; |

| | |
|---|---|
| | jjohnson@fruthlaw.com |
| ✓ Charles H. Johnson | johnsonbarbara5@aol.com |
| ✓ Regina L. LaPolla | regina@lapollalaw.com |
| ✓ Richard A. Lockridge | lockrra@locklaw.com;<br>emmonrm@locklaw.com |
| ✓ Michael Sutton MacDonald | msloffices@qwest.net |
| ✓ Robert G. Malone | malonelaw6@aol.com |
| ✓ George F. McGunnigle | george.mcgunnigle@courts.state.mn.us |
| ✓ Kenneth E. Nelson | knnelson@mclaw.com |
| ✓ Ronald R. Parry | rparry@pdfslaw.com |
| ✓ David M. Peterson | dmp@petersonlawfirm.com |
| ✓ Charles C. Platt | charles.platt@wilmerhale.com |
| ✓ Janine L. Pollack | jpollack@milbergweiss.com |
| ✓ Fiona B. Ruthven | fruthven@faegre.com;<br>jkuhlman@faegre.com |
| ✓ Robert L. Schnell, Jr. | rschnell@faegre.com<br>klongo@faegre.com |
| ✓ Robert R. Sparks | rsparks@pdfslaw.com |
| ✓ Charles M. Thompson | cmtlaw@aol.com |
| ✓ Frank H. Tomlinson | hiltont@pm-j.com |
| ✓ Melvyn I. Weiss | mweiss@milbergweiss.com |
| ✓ Barry A Weprin | bweprin@milbergweiss.com |
| ✓ B. Scott Whipple | swhipple@schwabe.com |
| ✓ Patrick M. Anderson | panderson@mkqlaw.com |
| ✓ Charles W. Austin, Jr. | cwajr@mindspring.com |

- ✓ Harvey H. Eckart eckart@eckartandleonetti.com
- ✓ David G. Derickson dderickson@dgdlaw.com
- ✓ John Foreman jforeman@dgdlaw.com
- ✓ Joseph S. Friedberg joefriedberg@hotmail.com
- ✓ James M. Gary jgary@weberandrose.com
- ✓ Robert S. Halagan rhalagan@halaganlaw.com

Dated: September 12, 2006

By: /s/ Gail E. Boliver

Gail E. Boliver, IA # 000475
Boliver Law Firm
2414 S. Second Street
Marshalltown, IA 50158
Telephone: 641-752-7757
Facsimile: 641-752-6597
e-mail: boliver@marshallnet.com

and

By: /s/ Patrick Anderson

Patrick Anderson, MN # 333736
Meier, Kennedy & Quinn Chartered
Suite 2200, Bremer Tower
455 Minnesota Street
Saint Paul, Minnesota 55101-2100
Telephone (651) 228-1911
Facsimile (651) 223-5483
e-mail: panderson@mkqlaw.com

**ATTORNEYS FOR KATHY CARADORI AND MARY CAMPBELL**