FAEGRE & BENSON LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

FIONA B. RUTHVEN
FRuthven@faegre.com
(612) 766-7862

September 20, 2006

**Via ECF**

The Honorable David S. Doty
Senior United States District Court Judge
United States District Court - District of Minnesota
300 South Fourth Street, RM 600
Minneapolis, MN 55415

Re: *Benacquisto v. American Express Financial Corp.*, No. 00-1980 DSD/JMM

Defendant's Motion to Enforce Class-Action Settlement as to Claims of Leo J. Herzing Presented to the Pennsylvania Court of Common Pleas

Dear Judge Doty:

On August 29, 2006, Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc. ("Ameriprise") filed a motion requesting that the Court enter an Order barring Leo J. Herzing from proceeding with the litigation of settlement-barred claims in the Court of Common Pleas for McKean County, Pennsylvania. (Docket # 275.) On August 30, 2006, the Court entered a scheduling Order directing Mr. Herzing to submit a brief in opposition to Ameriprise's motion no later than September 12, 2006. (Docket # 280.) As directed by the Court, Ameriprise served a copy of the Order upon Mr. Herzing's counsel on August 30, 2006. A copy of the affidavit of service of this Order is attached to this letter.

As of the date of this letter, Mr. Herzing has not submitted any brief in opposition to Ameriprise's motion. Accordingly, Ameriprise respectfully requests that the Court grant Ameriprise's motion without a hearing and enter an Order barring Mr. Herzing from relitigating settlement-barred claims.

Very truly yours,

FAEGRE & BENSON LLP

Fiona B. Ruthven

RUTFB: Enclosures

cc: Harold B. Fink, Jr.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

**Civil No. 00-1980 DSD/JMM**

Plaintiffs,

**AFFIDAVIT OF SERVICE BY MAIL**

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

ALYSSA BLOCH of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 30th day of August, 2006, she served the Order Regarding Motion to Enforce Class Action Settlement on Harold B. Fink, Jr., the attorney for the Plaintiff in this action, by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota, directed to said attorney at the following address:

Harold B. Fink, Jr., P.C.
P.O. Box 403
32 Main Street
Port Allegany, PA 16743

Alynn Bloch

Subscribed and sworn to before me
this 30th day of August, 2006.

Lynne M. Sanders
Notary Public

LYNNE M. SANDERS
Notary Public
Minnesota
Commission Expires January 31, 2010