FAEGRE & BENSON LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

FIONA B. RUTHVEN
FRuthven@faegre.com
(612) 766-7862

September 20, 2006

**Via ECF**

The Honorable David S. Doty
Senior United States District Court Judge
United States District Court - District of Minnesota
300 South Fourth Street, RM 600
Minneapolis, MN 55415

Re: *Benacquisto v. American Express Financial Corp.*, No. 00-1980 DSD/JMM

Defendant's Motion to Enforce Class-Action Settlement as to Claims of Kathleen F. Council Presented to the NASD

Dear Judge Doty:

On August 29, 2006, Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc. ("Ameriprise") filed a motion requesting that the Court enter an Order barring Kathleen F. Council from proceeding with the arbitration of settlement-barred claims before the NASD. (Docket # 270.) On August 30, 2006, the Court entered a scheduling Order directing Ms. Council to submit a brief in opposition to Ameriprise's motion no later than September 12, 2006. (Docket # 282.) As directed by the Court, Ameriprise served a copy of the Order upon Ms. Council on August 30, 2006. A copy of the affidavit of service of the Order is attached to this letter.

As of the date of this letter, Ms. Council has not submitted any brief in opposition to Ameriprise's motion. Accordingly, Ameriprise respectfully requests that the Court grant Ameriprise's motion without a hearing and enter an Order barring Ms. Council from arbitrating settlement-barred claims before the NASD.

Very truly yours,

FAEGRE & BENSON LLP

Fiona B. Ruthven

RUTFB: Enclosures

cc: Kathleen F. Council

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

**Civil No. 00-1980 DSD/JMM**

Plaintiffs,

**AFFIDAVIT OF SERVICE BY MAIL**

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

ALYSSA BLOCH of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 30th day of August, 2006, she served the Order Regarding Motion to Enforce Class Action Settlement on Kathleen F. Council, the attorney for the Plaintiff in this action, by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota, directed to said attorney at the following address:

Kathleen F. Council
201 S. Connecticut Street
Hobart, IN 46342

alyssa Bloch
______________________________

Subscribed and sworn to before me
this 30th day of August, 2006.

Lynne M. Sanders
Notary Public

LYNNE M. SANDERS
Notary Public
Minnesota
My Commission Expires January 31, 2010