**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 00-1980 (DSD/JMM)**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

BARBARA WEST and DR. G. ALLEN WEST

Plaintiffs,

**NOTICE OF APPEAL**

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK

Defendants.

Notice is hereby given that Barbara West and Dr. G. Allen West, plaintiffs and claimants in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order dated August 9, 2006, and the Order subsequently entered on August 31, 2006 overruling their timely filed Motion to Alter, Amend or Vacate said Order of August 9, 2006.

Dated: September 30, 2006

Respectfully submitted,

s/James M. Gary
James M. Gary, Esq.
Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202
Telephone No. (502) 589-2200
Facsimile No. (502) 589-3400

Robert S. Halagan, Esq. (# 0136402)
Halagan Law Firm, Ltd.
101 Courthouse Square
15 Second Street NW
Buffalo, MN 55313
Telephone No. (763) 682-8975
Facsimile No. (763) 682-6793

*Counsel for Dr. G. Allen West and Barbara West*