**U. S. COURT OF APPEALS - EIGHTH CIRCUIT**

**APPELLANTS' FORM A**

Appeal Information Form

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated, | **Counsel for Plaintiffs/Claimants, Barbara West and Dr. G. Allen West:** |
| BARBARA WEST and DR. G. ALLEN WEST | James M. Gary, Esq.<br>Weber & Rose, P.S.C.<br>2400 Aegon Center<br>400 W. Market Street<br>Louisville, Kentucky 40202<br>(502) 589-2200 |
| Plaintiffs, | Robert S. Halagan, Esq. (#0136402)<br>Halagan Law Firm, Ltd.<br>101 Courthouse Square<br>15 Second Street<br>Buffalo, MN 55313<br>(763) 682-8975 |
| vs. | |
| AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK | **Counsel for Defendants:**<br><br>Fiona B. Ruthven<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 766-7000 |
| Defendants | |

<u>ISSUES ON APPEAL</u>

1. Whether the United States District Court for the District of Minnesota can, by the terms of the Class Action Settlement entered in the above-captioned action, properly enjoin and bar Barbara West and Dr. G. Allen West ("Claimants") from prosecuting and maintaining their arbitration and claims filed before the National Association of Securities Dealers, Inc. (NASD Case No. 06-00952).

2. Whether claimants, who had no existing claim or injury on either the date that the subject class was certified, or the subsequent date when the class action settlement agreement

was thereafter entered into, can be barred or enjoined from prosecuting a claim for damages that subsequently arose, and which claim arose out of the actions of the agents for the class defendant, and the actions of the class defendant.

3. Whether claimants, who received no benefit from a class action settlement agreement, can be bound by the terms of a class action settlement agreement, and can be barred or enjoined from prosecuting a claim for damages that subsequently arose out of the actions of the agents for the class defendant, and the actions of the class defendant.

4. Whether claimants herein presented sufficient evidence and facts before the district court to establish that they are not bound by the terms of the class action settlement agreement in this action, thereby entitling them to proceed with their claims before the National Association of Securities Dealers, Inc.

5. Whether claimants presented to the district court sufficient facts and evidence of exceptional circumstances, and/or otherwise sufficiently demonstrated manifest error of law or fact, to justify the granting of their motion to alter, amend or vacate filed before the district court.

This listing of issues does not serve as claimants' statement of issues under FRAP 10(b)(3).

I have discussed settlement possibilities on appeal with my clients (Barbara West and Dr. G. Allen West). This appeal is amenable to settlement.

Respectfully submitted,

s/James M. Gary
James M. Gary, Esq.
Weber & Rose, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202
Telephone No. (502) 589-2200
Facsimile No. (502) 589-3400

Lead Counsel for Plaintiffs/Appellants

Date: September 30, 2006