**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2006, I caused the following documents:

1. Notice of Appeal of Dr. G. Allen West and Barbara West ("Plaintiffs and Claimants") of Court's Order of August 9, 2006, and subsequent Order dated August 31, 2006 overruling Plaintiffs and Claimants Motion to Alter, Amend or Vacate Order of August 9, 2006.

2. Appellant's Form A Appeal Information Form

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Katheryn A Andresen** kandresen@bssda.com

**Charles W Austin , Jr** cwajr@mindspring.com

**Robert E Austin , Jr** reajr@robertaustinlaw.com,

**Karl L Cambronne** kcambronne@chestnutcambronne.com, cdawson@chestnutcambronne.com; dproulx@chestnutcambronne.com

**William G Carpenter** bill@briollaw.com

**Jack L Chestnut** jchestnut@chestnutcambronne.com

**David M Cialkowski** dmc@zimmreed.com, jlt@zimmreed.com

**Michael F Cockson** mcockson@faegre.com, JKuhlman@faegre.com, fruthven@faegre.com

**David G Derickson** ! dderickson@dgdlaw.com, dhatheway@dgdlaw.com

**Harvey H Eckart** eckart@eckartandleonetti.com, leonetti@eckartandleonetti.com

**John Foreman** jforeman@dgdlaw.com, dhatheway@dgdlaw.com

**Randall M Fox** rmfox@llgm.com,

**Joseph S Friedberg** joefriedberg@hotmail.com, lodin@visi.com

**Brad N Friedman** bfriedman@milbergweiss.com,

**James M Gary** jgary@weberandrose.com

**Jane F Godfrey** jane.godfrey@leonard.com,

**Robert S Halagan** rhalagan@halaganlaw.com, na! bri@comcast.net

**Stephen L Hubbard** ! slhubbard@hblawfirm.com,

**Gary R Irwin** girwin@neilaw.com,

**Thomas E Jamison** tjamison@fruthlaw.com, jjohnson@fruthlaw.com

**Charles H Johnson** johnsonbarbara5@aol.com, mhua@mnlawcenter.com

**Regina L LaPolla** regina@lapollalaw.com,

**Richard A Lockridge** lockrra@locklaw.com, emmonrm@locklaw.com

**Michael Sutton MacDonald** msloffices@qwest.net

**Robert G Malone** malonelaw6@aol.com

**George F McGunnigle** george.mcgunnigle@courts.state.mn.us,

**Kenneth E Nelson** ! kennelson@mclaw.com,

**Ronald R Parry** rparry@pdfslaw.com,

**David M Peterson** dmp@petersonlawfirm.com

**Charles C Platt** charles.platt@wilmerhale.com,

**Janine L Pollack** jpollack@milbergweiss.com,

**Fiona B Ruthven** fruthven@faegre.com, jkuhlman@faegre.com

**Robert L Schnell , Jr** rschnell@faegre.com, klongo@faegre.com
**Robert R Sparks** rsparks@pdfslaw.com,

**Charles M Thompson** cmtlaw@aol.com,

**Ahna M Thoresen** ! athoresen@faegre.com, crowles@faegre.! com; ccu lbertson@faegre.com

**Frank H Tomlinson** hiltont@pm-j.com

**Melvyn I Weiss** mweiss@milbergweiss.com,

**Barry A Weprin** bweprin@milbergweiss.com

**B Scott Whipple** swhipple@schwabe.com,

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Clair M Carlin
Carlin Law Office
62 S Main
PO Box 5369
Poland, OH 44514

Frank Pacinelli
16139 Kranker Dr
Stillwell, KS 66085-9283

Paul S Rothstein
Rothstein Law Office
626 NE 1st St
Gainesville, FL 32601

Dated: September 30, 2006

s/James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center, 400 W. Market Street
Louisville, Kentucky 40202
(502) 589-2200
**Attorney for Claimants, G. Allen and Barbara West**