**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF FRANK C. AND DONNA R. VEGTER PRESENTED TO THE NASD**

---

**PLEASE TAKE NOTICE** that Defendant Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc. (“Ameriprise”) hereby moves the Court to enforce the class-action settlement in this action as to the claims of Frank C. and Donna R.Vegter Presented to the NASD and issue an order barring them from pursuing claims before the NASD pursuant to the terms of this Court’s Final Order and Judgment entered on May 15, 2001 (Docket No. 94).

Dated: October 3, 2006

FAEGRE & BENSON LLP

s/ Fiona B. Ruthven

Michael F. Cockson (#280549)
Fiona B. Ruthven (#333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc.**

fb.us.61136356.01