**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**DECLARATION OF AMY L. LAKE IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF JAMES SHEETS PRESENTED TO THE NASD**

I, Amy L. Lake, hereby declare as follows:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("RUST"). At the direction of this Court, Defendants appointed RUST to serve as the Class Action Administrator for the class-action settlement approved by the District Court of Minnesota in Benacquisto, et al., v American Express Financial Corporation, et al. Case No. 00-1980 DSD/JMM and by the Minnesota State Court for the County of Hennepin in Benacquisto,

et al. v. American Express Financial Corporation, et al., Case No. 96-18477 (together with the actions consolidated therewith, also filed in the Minnesota State Court for the County of Hennepin and entitled Mork, et al. v. IDS Life Insurance Company, et al., No. 97-04742 and Thoresen, et al. v. American Express Financial Corporation, et al., No 98-015681). I make this declaration based on my personal knowledge, including a review of records maintained by RUST in the ordinary course of its business administering the class-action settlement in this case.

2. As directed by the Court in its Final Judgment and Order, RUST sent a class-notice package via First-Class Mail to James Sheets, 8491 E. 900 St., Fairmount, Indiana 46928, on or about December 1, 2000 with respect to insurance policy and annuity numbers 90904134312, 93104188652, 93106373773, and 93106384689. A copy of this Class Notice is submitted in support of the Motion.

3. Based on the procedures used for printing, mailing, and quality control review of these processes, along with the postal certificates verifying the mailing of all class-notice packages, I can confirm that the notice package was mailed as indicated above.

4. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailing or otherwise, that the notice package was undeliverable at the address noted in paragraph 2 above.

5. Notice of the settlement was published in the newspaper with the largest circulation in each of the 50 states, as well as the national editions of the New York Times, The Wall Street Journal, and USA Today.

6. No exclusion request, either timely or untimely, was submitted with respect to

insurance policy and annuity numbers 90904134312, 93104188652, 93106373773, and 93106384689. The deadline to request exclusion from the settlement was January 29, 2001.

7. After the final approval of the settlement by this Court, a Notice of General Relief provided under the settlement was mailed to James Sheets, 8491 E. 900 St., Fairmount, Indiana 46928, with respect insurance policy and annuity numbers 90904134312, 93104188652, 93106373773, and 93106384689.

8. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailings or otherwise, that the Notice of General Relief sent to James Sheets was undeliverable at the address noted in Paragraph 7 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2nd day of October 2006, in Fairbault, Minnesota.

s/Amy L. Lake
Amy L. Lake

fb.us.61176105.02