**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | **Civil No. 00-1980 DSD/JMM**<br><br>**DECLARATION OF FIONA RUTHVEN IN SUPPORT OF MOTION FOR SANCTIONS FOR CONTEMPT** |

---

I, Fiona B. Ruthven, hereby declare as follows:

1. I am an attorney with the law firm of Faegre & Benson, LLP. I am one of the attorneys who represent Defendants American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc. ("Ameriprise") in this action. I make this declaration on the basis of my own personal knowledge.

2. On August 29, 2006, I served Ameriprise's papers in support of its Motion

to Enforce the Class-Action Settlement as to Claims of Leo J. Herzing Raised in the Court of Common Pleas, McKean County, Pennsylvania (hereinafter the "Motion") upon Harold B. Fink, attorney for Leo J. Herzing, a class member in this action and the plaintiff in an action before the Pennsylvania Court of Common Pleas for McKean County.

3. On August 30, 3006, I served a copy of this Court's Order of the same date upon Mr. Fink. That Order directed Mr. Herzing to respond to the Motion on or about September 12, 2006.

4. At no point did Mr. Fink ever attempt to contact me in response to my service of the Motion or the Order.

5. As of the date of the filing of its Motion for Sanctions for Contempt, Ameriprise has been billed, or will be billed, at least $1,800.00 in attorney's fees related to this Motion for Sanctions for Contempt and filing Preliminary Objections to the Complaint with the Pennsylvania Court of Common Pleas for McKean County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5th day of October 2006, in Minneapolis, Minnesota.

s/Fiona B. Ruthven
Fiona B. Ruthven

fb.us.61188091.01