FOX • ROTHSCHILD LLP

ATTORNEYS AT LAW

2000 MARKET STREET • TENTH FLOOR • PHILADELPHIA, PA 19103-3291
215.299.2000 • FAX 215.299.2150 • www.foxrothschild.com

Joshua Horn
Direct Dial: (215) 299-2184
Email Address: jhorn@foxrothschild.com

September 14, 2006

**VIA FACSIMILE (814) 642-7499**

Harold B. Fink, Jr., Esquire
Law Office of Harold B. Fink
P.O. Box 403
Port Allegheny, PA 16743

**Re: Herzing v. Ameriprise Financial, et al.**
**C.C.P. McKean County, Pennsylvania 683 CD 2006**

Dear Harold:

I write as a follow-up to my letter dated September 11. By this point, you should have received our preliminary objections to the complaint. In addition, your client's time has expired for him to respond to the request for injunctive relief that my colleagues filed in Minnesota. I now would like to bring your attention to a case that I just saw in our advance sheets. In *Wilkes v. Phoenix Home Life Ins. Co.*, 902 A.2d 366 (Pa. 2006), the Pennsylvania Supreme Court addressed a factual situation nearly identical to our case. In *Wilkes*, the court held that a class action settlement in New York involving so-called "vanishing premium" insurance policies barred a class member from pursuing that claim in Pennsylvania. Of course, we will ultimately bring this case to the attention of the court if we get that far. In light of the *Wilkes* decision and the lack of response to the request for injunctive relief in Minnesota, I ask that your client give additional consideration about pursuing this claim.

If Mr. Herzing continues to pursue this claim that we believe is without merit and is subject to controlling Pennsylvania Supreme Court precedent, Ameriprise will fully defend itself and, if successful, will consider all of its options going forward. If you would like to discuss this matter, please do not hesitate to contact me.

Thank you.

Very truly yours,

Joshua Horn

JH/cc

cc: Kevin Gormly, Esquire
Fiona B. Ruthven, Esquire (Via Facsimile (~~621~~ 612)-766-1600)

PENNSYLVANIA • NEW JERSEY • DELAWARE • NEW YORK • FLORIDA