# FOX • ROTHSCHILD LLP

ATTORNEYS AT LAW

2000 MARKET STREET • TENTH FLOOR • PHILADELPHIA, PA 19103-3291
215.299.2000 • FAX 215.299.2150 • www.foxrothschild.com

COPY

Joshua Horn
Direct Dial: (215) 299-2184
Email Address: jhorn@foxrothschild.com

September 21, 2006

**VIA FACSIMILE (814) 642-7499**

Harold B. Fink, Jr., Esquire
Law Office of Harold B. Fink
P.O. Box 403
Port Allegheny, PA 16743

Re: **Herzing v. Ameriprise Financial, et al.**
**C.C.P. McKean County, Pennsylvania 683 CD 2006**

Dear Harold:

I write as a follow-up to my letter dated September 14. Attached is an Order dated September 21, 2006 from Judge Doty of the United States District Court for the District of Minnesota that enjoins Mr. Herzing from pursuing the claims in these proceedings. Accordingly, your client should immediately dismiss the claims with prejudice. If he opts to continue to pursue the claims in these proceedings and forces us to prosecute the preliminary objections, he will be in contempt and we will seek all appropriate relief from the Court.

If you would like to discuss this matter, please do not hesitate to contact me.

Thank you for your kind attention to this matter.

Very truly yours,

Joshua Horn

JH/ebm
Attachment

cc: Kevin Gormly, Esquire
Fiona B. Ruthven, Esquire (Via Facsimile (621)-766-1600) (w\o attachment) ✓