**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*Benacquisto, et al. v. American Express Financial Corporation, et al.*

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006, I caused the following documents:

1. Motion for Sanctions for Contempt;

2. Notice of Hearing on Motion for Sanctions for Contempt;

3. Memorandum of Law in Support of Motion for Sanctions for Contempt;

4. Local Rule 7.1(c) Word Count Compliance Certificate for Memorandum of Law in Support of Motion for Sanctions for Contempt;

5. Declaration of Fiona Ruthven in Support of Motion for Sanctions for Contempt;

6. Declaration of Joshua Horn in Support of Motion for Sanctions for Contempt

7. Exhibit Index and attached exhibits 1 - 5; and

8. Proposed Order (Per local rule, sent to Judge via email and not electronically filed).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com

- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com

- **William G Carpenter**
  bill@briollaw.com

- **Jack L Chestnut**
jchestnut@chestnutcambronne.com
- **David M Cialkowski**
dmc@zimmreed.com jlt@zimmreed.com
- **Randall M Fox**
rmfox@llgm.com
- **Joseph S Friedberg**
joefriedberg@hotmail.com lodin@visi.com
- **Brad N Friedman**
bfriedman@milbergweiss.com
- **Jane F Godfrey**
jane.godfrey@leonard.com
- **Stephen L Hubbard**
slhubbard@hblawfirm.com
- **Gary R Irwin**
girwin@neilaw.com
- **Thomas E Jamison**
tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
johnsonbarbara5@aol.com
- **Regina L LaPolla**
regina@lapollalaw.com
- **Richard A Lockridge**
lockrra@locklaw.com emmonrm@locklaw.com
- **Michael Sutton MacDonald**
msloffices@qwest.net
- **Robert G Malone**
malonelaw6@aol.com
- **George F McGunnigle**
george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
kennelson@mclaw.com

- **Ronald R Parry**
  rparry@pdfslaw.com
- **David M Peterson**
  dmp@petersonlawfirm.com
- **Charles C Platt**
  charles.platt@wilmerhale.com
- **Janine L Pollack**
  jpollack@milbergweiss.com
- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com
- **Robert R Sparks**
  rsparks@pdfslaw.com
- **Charles M Thompson**
  cmtlaw@aol.com
- **Ahna M Thoresen**
  athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com
- **Frank H Tomlinson**
  hiltont@pm-j.com
- **Melvyn I Weiss**
  mweiss@milbergweiss.com
- **Barry A Weprin**
  bweprin@milbergweiss.com
- **B Scott Whipple**
  swhipple@schwabe.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, and faxed, to the following non-ECF participants:

Harold B. Fink, Jr., P.C.
P.O. Box 403
32 Main Street
Port Allegany, PA 16743
(814) 642-7499

Dated: October 5, 2006

FAEGRE & BENSON LLP

s/Fiona B. Ruthven

Michael F. Cockson (# 280549)
Fiona B. Ruthven (#0333761)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc.**

fb.us.20821432.02