Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641007443
Cashier ID: dbell
Transaction Date: 10/05/2006
Payer Name: JAMES GARY

---

NOTICE OF APPEAL/DOCKETING FEE
For: JAMES GARY
Case/Party: D-MNX-0-00-CV-001980-001
Amount: $455.00

---

CREDIT CARD
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

SCANNED
OCT 0 5 2006
U.S. DISTRICT COURT MPLS