**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil Case No. 00-1980 (DSD/JMM)

**CERTIFICATE OF COMPLIANCE**

---

Pursuant to Local Rule 7.1(c), the undersigned hereby certifies the following:

The foregoing Memorandum of Law in Opposition to Motion to Enforce Class Action Settlement was prepared using Microsoft Word 2003 in Times New Roman font, size 13 and the word count according to such program, including all text, headings, footnotes, and quotations is: **3,490**.

Dated: October 17, 2006

_s/Peter D. Gray_________________
Peter Gray, Esq., (#25809X)
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
Phone: 612-340-8968
Fax: 612-337-7668
pdgray@riderlaw.com