# EXHIBIT INDEX

## FOR DECLARATION IN OPPOSITION TO MOTION TO ENFORCE CLASS ACTION SETTLEMENT

| NO. | TITLE |
|---|---|
| 1. | Exhibit Index |
| 2. | Exhibit A |
| 3. | Exhibit B |
| 4. | Exhibit C |
| 5. | Exhibit D |
| 6. | Exhibit E |

1422943-1