**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESON, ARNOLD MORK, ISABELLA MORK, RONDALD MELCHERT and SUSAN MELCHERT, On behalf of themselves and all others Similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil Case No. 00-1980 (DSD/JMM)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 17, 2006, I caused the following documents:

1. Memorandum of Law in Opposition to Motion to Enforce Class Action Settlement w/Word Count Compliance; and
2. Declaration in Opposition to Motion with Exhibits and Exhibit Index

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Patrick M. Anderson | panderson@mkqlaw.com |
| Katheryn A. Andresen | kandresen@bssda.com |
| Charles W. Austin, Jr. | cwajr@mindspring.com |
| Robert E. Austin, Jr. | reajr@robertaustinlaw.com |
| Gail E. Boliver | boliver@marshallnet.com |

1422948-2

| | |
|---|---|
| Karl L. Cambronne | kcambronne@chestnutcambronne.com |
| William G. Carpenter | bill@briollaw.com |
| Jack L. Chestnut | jchestnut@chestnutcambronne.com |
| David M. Cialkowski | dmc@zimmreed.com jlt@zimmreed.com |
| Michael F. Cockson | mcockson@faegre.com |
| David G. Derickson | dderickson@dgdlaw.com |
| Harvey H. Eckart | eckart@eckartandleonetti.com |
| John Foreman | jforeman@dgdlaw.com |
| Randall M. Fox | rmfox@llgm.com |
| Joseph S. Friedberg | joefriedberg@hotmail.com |
| Brad N. Friedman | bfriedman@milbergweiss.com |
| James M. Gary | jgary@weberandrose.com |
| Jane F. Godfrey | jane.godfrey@leonard.com |
| Robert S. Halagan | rhalagan@halaganlaw.com |
| Stephen L. Hubbard | slhubbard@hblawfirm.com |
| Gary R. Irwin | girwin@neilaw.com |
| Thomas E. Jamison | tjamison@fruthlaw.com |
| Charles H. Johnson · | johnsonbarbara5@aol.com |
| Richard A. Lockridge | lockrra@locklaw.com |
| Michael Sutton MacDonald | msloffices@qwest.net |
| Robert G. Malone | malonelaw6@aol.com |
| Regina L. LaPolla | regina@lapollalaw.com |
| George F. McGunnigle | george.mcgunnigle@courts.state.mn.us |
| Kenneth E. Nelson | kennelson@mclaw.com |
| Ronald R. Parry | rparry@pdfslaw.com |
| David M. Peterson | dmp@petersonlawfirm.com |
| Charles C. Platt | charles.platt@wilmerhale.com |
| Janine L. Pollack | jpollack@milbergweiss.com |
| Fiona B. Ruthven | fruthven@faegre.com |
| Robert L. Schnell, Jr. | rschnell@faegre.com |
| Robert R. Sparks | rsparks@pdfslaw.com |
| Charles M. Thompson | cmtlaw@aol.com |

| | |
|---|---|
| Frank H. Tomlinson | hiltont@pm-j.com |
| Melvyn I. Weiss | mweiss@milbergweiss.com |
| Barry A. Weprin | bweprin@milbergweiss.com |
| B. Scott Whipple | swhipple@schwabe.com |
| Ahna M. Thoresen | athoresen@faegre.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Clair M Carlin
Carlin Law Office
62 S Main
PO Box 5369
Poland, OH 44514

Paul S Rothstein
Rothstein Law Office
626 NE 1st St
Gainesville, FL 32601

Andrew S Friedman
Not Admitted

David Grossman
Not Admitted

Joseph F Henderson
Law Firm Unknown
INACTIVE

Frank Pacinelli
16139 Kranker Dr
Stillwell, KS 66085-9283

Sheldon S Lustigman
Not Admitted

Neil Osborne
Not Admitted

Andrew Lustigman
Not Admitted

Edward W Cochran
Not Admitted

Ronald A Uitz
Not Admitted

Lee A Weiss
Not Admitted

By s/Peter D. Gray
Peter D. Gray (25809X)
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
Phone: 612-340-8968
Fax: 612-337-7668

Dated: October 17, 2006

1422948-2