LEO J. HERZING :IN THE COURT OF COMMON PLEAS OF
PLAINTIFF :MCKEAN COUNTY, PENNSYLVANIA

RECEIVED OCT 13 2006

V. :683 CD 2006

AMERIPRISE FINANCIAL IDS LIFE INSURANCE
COMPANY AND
JEFFREY L. DAVIS
DEFENDANTS

MOTION FOR RECONSIDERATION

AND NOW COMES Leo J. Herzing, through his attorney Harold B. Fink, Jr., to respectfully move Your Honorable Court to reconsider the order of the Honorable David S. Doty dated September 20, 2006 in re the above based on the following:

1. The undersigned as counsel for said Leo J. Herzing did in fact receive a huge packet of documents back in August 2006 which initially raised the issue of the District Court of Minnesota granting a preclusive order which would preclude Leo J. Herzing from any further action in the Court of Common Pleas of McKean County, Pennsylvania.
2. The undersigned did not recognize the huge packet of documents filed in the above captioned matter for what they actually were and accordingly did not recognize the need to respond to them.
3. The undersigned has just reviewed a copy of a letter dated September 20, 2006 signed by one Fiona B. Ruthven on behalf of Faegre & Benson

SCANNED
OCT 17 2006
U.S. DISTRICT COURT MPLS

LLP, requesting Your Honorable Court to enter an order "baring Mr. Herzing from relitigating settlement barred claims". After the initiation of a phone call by the undersigned it was learned that the Honorable David S. Doty pursuant to the request of the September 20 letter to him entered an order dated September 21, 2006, which the undersigned has not seen, which granted the relief requested.

It is respectfully submitted that justice could best be served if Leo J. Herzing were allowed, upon the granting of a motion for reconsideration, to present his position and defense to the request of based upon inter alia the following:

A. The question of proper jurisdiction of a Minnesota Federal Court to preclude any determination of a lawsuit filed in the court of Common Pleas of Pennsylvania.

B. To bar resolution of a cause of action against an individual which although connected to the class action should not be resolved in a class action matter.

A copy of the Plaintiff's original complaint in the court of Common Pleas of McKean County is attached hereto and made a part hereof and is marked Movant's exhibit #1.

Respectfully submitted,

Harold B. Fink, Jr.
October 2, 2006

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion For Reconsideration was sent via United States Postal Service, first class mail, postage prepaid, on the 5th day of October, 2006, to:

Fiona B. Ruthven
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, Minnesota 55402-3901

HB Fink Jr.

Harold B. Fink, Jr., Esquire

COPY

LEO J. HERZING
PLAINTIFF

:IN THE COURT OF COMMON PLEAS OF
:MCKEAN COUNTY, PENNSYLVANIA

V.

AMERIPRISE FINANCIAL IDS LIFE INSURANCE
COMPANY AND
JEFFREY L. DAVIS
DEFENDANTS

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Northwestern Legal Services
100 Main St.
Bradford, PA 16701
(814) 362-6596

tabbies
EXHIBIT
#1

Leo J. Herzing
Plaintiff

:IN THE COURT OF COMMON PLEAS OF
:MCKEAN COUNTY, PENNSYLVANIA

vs.

:No.

Ameriprise Financial IDS Life Insurance Company and
Jeffrey L. Davis
Defendants

COMPLAINT

AND NOW, comes the Plaintiff, through his attorney, Harold B. Fink, Jr., Esquire to complain against the Defendants jointly and or severely as follows:

1. The Plaintiff is an adult person residing at 768 Upper Portage Road, Port Allegany, McKean County, Pennsylvania.
2. The Defendant Ameriprise Financial IDS Life Insurance Company, hereinafter called insurance company, is believed to be a dually licensed life insurance company in the business of selling life insurance to individuals the main office of which is 70100 Ameriprise Financial Center, Minneapolis, Minnesota.

3. The Defendant, Jeffrey L. Davis, who is an adult individual and resides in Erie, Pennsylvania but conducts business at 941 Federal Court in Meadville, Pennsylvania.
4. On or about September 17, 1992 the Plaintiff purchased from the Defendant Insurance Company, through Defendant Jeffrey L. Davis, a flexible premium whole life insurance policy, a copy of which is attached hereto and made part hereof and marked Plaintiff's exhibit one.
5. As set forth in Plaintiff's exhibit one the initial specified amount of the policy was $150,000.
6. The Plaintiff purchased exhibit one through Defendant Jeffrey L. Davis who was at that time an independent agent for and on behalf of the insurance company. The Plaintiff was informed at the time of the purchase that the premium on the policy would be $200 per month, $140 of which would go for the payment of the premium and the remaining $60 would be placed in an equity fund from which the Plaintiff could draw at any time if he so desired. Further he could add to the equity fund if he desired which would

give him the opportunity to draw more at a later time if he needed it.

7. The Defendant Davis, who is a financial planner, advised the Plaintiff to roll over his pension from his employment and his IRA after his retirement therefrom in 2001 into the insurance company equity fund.

8. The Plaintiff followed the advice of Davis as above referenced upon his retirement in 2001.

9. Pursuant to the advice of Davis as above set forth the Plaintiff rolled over approximately $105,000 into the equity fund.

10. The Defendant Davis recommended to the Plaintiff that he withdraw $900 per month out of the equity fund from Ameriprise each month $200 of which would pay the monthly premium and $700 payable directly to the Plaintiff to which the Plaintiff agreed.

11. On or about September 28, 2005 the Plaintiff contacted the Defendant Davis at the Meadville Office to make inquiry concerning the statements that he received from the insurance company which

was deducting $339 for the monthly insurance premium which was to be only $200 per month.

12. The additional premium payment above referenced was contrary to what the Plaintiff had been told by Davis as agent for the insurance company and contrary to the policy.

13. At the meeting between the Plaintiff and the Defendant as above stated, he, Davis, told the Plaintiff that he would "take care of it", but he not only did not "take care of it" but he failed to contact the Plaintiff thereafter.

14. In view of the allegations above set forth, the Plaintiff refused to make further payments which has in fact resulted in the lapse of the policy and the Plaintiff has lost the premium that he had paid in an amount of $40,000.

15.By letter dated February 20, 2006 the Plaintiff was informed by the insurance company with a copy to Defendant Davis, that the policy would lapse as of March 22, 2006 if no further payments were made.

16. As a result of the breech of contract by the insurance company and by Defendant Davis as to its representation by Davis has resulted in a loss of $40,000.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and or severely in the amount of $40,000.

Harold B. Fink, Jr.,
Attorney for the Plaintiff
May 24, 2006

Leo J. Herzing
Plaintiff

:IN THE COURT OF COMMON PLEAS OF
:MCKEAN COUNTY, PENNSYLVANIA

vs.
Ameriprise Financial and
Jeffrey L. Davis
Defendants

:No.

LEO HERZING, being duly sworn according to law, deposes and says that the facts set forth in the foregoing complaint are true and correct to the best of his information, knowledge and belief.

Leo J. Herzing
LEO HERZING

Sworn to and subscribed before me
this 31 of May, 2006.

Jennifer Weichman
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JENNIFER WEICHMAN, Notary Public
Port Allegany Boro., McKean County
My Commission Expires June 7, 2009