**FOX◆ROTHSCHILD LLP**
ATTORNEYS AT LAW

2000 MARKET STREET, TENTH FLOOR
PHILADELPHIA, PA 19103-3291
VOICE: (215)299-2000
FAX: (215) 299-2150

**DATE: SEPTEMBER 14, 2006**

## FACSIMILE TRANSMITTAL SHEET

| TO: | COMPANY: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|---|
| Harold B. Fink, Jr., Esquire | Law Office of Harold B. Fink | 814-642-7499 | |
| Fiona B. Ruthven, Esquire | | ~~621~~ 662-766-1600 | |

| FROM: | PHONE NUMBER: | EMAIL: | BILLING NUMBER: |
|---|---|---|---|
| Joshua Horn | (215) 299-2184 | jhorn@foxrothschild.com | 686 |

| NUMBER OF PAGES: | CHARGE FILE #: | PRIORITY: | LOG NUMBER: |
|---|---|---|---|
| 2 | 06934-123 | REGULAR | 9/10 |

IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CALL (215) 299-2184 AS SOON AS POSSIBLE.
ORIGINAL DOCUMENT WILL NOT FOLLOW BY MAIL

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY ☐ FOR YOUR INFORMATION

NOTES/COMMENTS:

IRS CIRCULAR 230 DISCLOSURE:
PURSUANT TO TREASURY REGULATIONS, ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED OR RELIED UPON BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (i) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX ADVICE ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
PHI 883498v1 09/11/06

**Exhibit 1**

FOX • ROTHSCHILD LLP

ATTORNEYS AT LAW

2000 MARKET STREET • TENTH FLOOR • PHILADELPHIA, PA 19103-3291
215.299.2000 • FAX 215.299.2150 • www.foxrothschild.com

Joshua Horn
Direct Dial: (215) 299-2184
Email Address: jhorn@foxrothschild.com

September 14, 2006

**VIA FACSIMILE (814) 642-7499**

Harold B. Fink, Jr., Esquire
Law Office of Harold B. Fink
P.O. Box 403
Port Allegheny, PA 16743

**Re: Herzing v. Ameriprise Financial, et al.**
**C.C.P. McKean County, Pennsylvania 683 CD 2006**

Dear Harold:

I write as a follow-up to my letter dated September 11. By this point, you should have received our preliminary objections to the complaint. In addition, your client's time has expired for him to respond to the request for injunctive relief that my colleagues filed in Minnesota. I now would like to bring your attention to a case that I just saw in our advance sheets. In *Wilkes v. Phoenix Home Life Ins. Co.*, 902 A.2d 366 (Pa. 2006), the Pennsylvania Supreme Court addressed a factual situation nearly identical to our case. In *Wilkes*, the court held that a class action settlement in New York involving so-called "vanishing premium" insurance policies barred a class member from pursuing that claim in Pennsylvania. Of course, we will ultimately bring this case to the attention of the court if we get that far. In light of the *Wilkes* decision and the lack of response to the request for injunctive relief in Minnesota, I ask that your client give additional consideration about pursuing this claim.

If Mr. Herzing continues to pursue this claim that we believe is without merit and is subject to controlling Pennsylvania Supreme Court precedent, Ameriprise will fully defend itself and, if successful, will consider all of its options going forward. If you would like to discuss this matter, please do not hesitate to contact me.

Thank you.

Very truly yours,

Joshua Horn

JH/cc

cc: Kevin Gormly, Esquire
Fiona B. Ruthven, Esquire (Via Facsimile (~~621~~)-766-1600)
612