# FOX • ROTHSCHILD LLP

ATTORNEYS AT LAW

2000 MARKET STREET, TENTH FLOOR
PHILADELPHIA, PA 19103-3291
VOICE: (215)299-2000
FAX: (215) 299-2150

**DATE: SEPTEMBER 21, 2006**

## FACSIMILE TRANSMITTAL SHEET

| TO: | COMPANY: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|---|
| Fiona B. Ruthven, Esquire | | 621-766-1600 612 | |
| **FROM:** | **PHONE NUMBER:** / **EMAIL:** | | **BILLING NUMBER:** |
| Joshua Horn | (215) 299-2184 / jhorn@foxrothschild.com | | 686 |
| **NUMBER OF PAGES:** 2 | **CHARGE FILE #:** 06934-123 | **PRIORITY:** REGULAR | **LOG NUMBER:** 40 |

IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CALL (215) 299-2184 AS SOON AS POSSIBLE.
ORIGINAL DOCUMENT WILL NOT FOLLOW BY MAIL

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY ☐ FOR YOUR INFORMATION

NOTES/COMMENTS:

IRS CIRCULAR 230 DISCLOSURE:
ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED OR RELIED UPON BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (i) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX ADVICE ADDRESSED HEREIN. PURSUANT TO TREASURY REGULATIONS,

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

PH1 888244v1 09/21/06

**Exhibit 2**

FOX • ROTHSCHILD LLP
ATTORNEYS AT LAW

2000 MARKET STREET • TENTH FLOOR • PHILADELPHIA, PA 19103-3291
215.299.2000 • FAX 215.299.2150 • www.foxrothschild.com

COPY

Joshua Horn
Direct Dial: (215) 299-2184
Email Address: jhorn@foxrothschild.com

September 21, 2006

**VIA FACSIMILE (814) 642-7499**

Harold B. Fink, Jr., Esquire
Law Office of Harold B. Fink
P.O. Box 403
Port Allegheny, PA 16743

Re: **Herzing v. Ameriprise Financial, et al.**
**C.C.P. McKean County, Pennsylvania 683 CD 2006**

Dear Harold:

I write as a follow-up to my letter dated September 14. Attached is an Order dated September 21, 2006 from Judge Doty of the United States District Court for the District of Minnesota that enjoins Mr. Herzing from pursuing the claims in these proceedings. Accordingly, your client should immediately dismiss the claims with prejudice. If he opts to continue to pursue the claims in these proceedings and forces us to prosecute the preliminary objections, he will be in contempt and we will seek all appropriate relief from the Court.

If you would like to discuss this matter, please do not hesitate to contact me.

Thank you for your kind attention to this matter.

Very truly yours,

Joshua Horn

JH/cbm
Attachment

cc: Kevin Gormly, Esquire
Fiona B. Ruthven, Esquire (Via Facsimile (621)-766-1600) (w\o attachment)