# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Lesa Benacquisto, et al. | ) | **COURT MINUTES** |
| | ) | BEFORE: David S. Doty |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 00-1980(DSD/JMM) |
| | ) | Date: October 27, 2006 |
| American Express Financial Corporation, | ) | Deputy: Connie L. Baker |
| et al. | ) | Court Reporter: Lorilee Fink |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 9:45 a.m. |
| | ) | Time in Court: 45 Minutes |

**PROCEEDINGS:**

Hearing on: Defendant's motion for sanctions for contempt (323) - argued & granted in part.
Leo J. Herzing's motion for reconsideration (334) - argued & denied.

Written order forthcoming.

APPEARANCES:

Plaintiff: Harold B. Fink, Jr. for Leo J. Herzing
Defendant: Michael F. Cockson & Fiona B. Ruthven

s/Connie L. Baker
Calendar Clerk