**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | ) | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**STIPULATION TO ENTRY OF ORDER** |

IT IS HEREBY STIPULATED and agreed by Plaintiffs Frank C. and Donna R. Vegter and Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc. ("Ameriprise"), by their respective undersigned attorneys that the Court may enter the attached order on Ameriprise's Motion to Enforce the Class-Action Settlement as to Claims of Frank C. and Donna R. Vegter Presented to the NASD (Docket # 314) without further notice or a hearing.

Dated: October 25, 2006.

By: s/Philip J. Snyderburn

Philip J. Snyderburn, Esquire
Snyderburn, Rishoi & Swann
258 Southhall Lane, Suite 420
Maitland, Florida 32751

**ATTORNEYS FOR PLAINTIFFS FRANK C. AND DONNA R. VEGTER**

Dated: November 1, 2006

By: s/Fiona B. Ruthven

Fiona B. Ruthven, #0333761
2200 Wells Fargo Center
90 S. Seventh Street,
Minneapolis, MN 55402
(612) 766-8425
FRuthven@faegre.com

**ATTORNEYS FOR DEFENDANT AMERICAN EXPRESS FINANCIAL ADVISORS, INC. N/K/A AMERIPRISE FINANCIAL SERVICES, INC.**