**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**ORDER** |

This matter is before the Court on the motion of Ameriprise Financial Services, Inc. ("Ameriprise") to enforce the class-action settlement in the above-captioned matter by enjoining Plaintiffs Frank C. and Donna R. Vegter ("Claimants") from pursuing certain claims in an arbitration proceeding Claimants filed with NASD Dispute Resolution styled Frank C. Vegter and Donna R. Vegter v. Ameriprise Financial Service, Inc. f/k/a American Express Financial Advisors, Inc., NASD-DR #05-05600 (the "Arbitration"). The Court having considered the Stipulation to Entry of an Order of the parties dated November 1, 2006,

IT IS HEREBY ORDERED:

1. Ameriprise's motion to enforce the class action settlement is GRANTED but only insofar as the claims asserted by Claimants in the Arbitration seek recovery for damages related to life insurance policy and annuity numbers 9090-2022142, 9090-6102222, 9310-2142335 and 9310-2142336;

2. Within ten (10) business days of the date of the entry of this Order, Claimants shall submit the following stipulation to NASD Dispute Resolution with respect to the Arbitration:

> Claimants stipulate that they are not seeking in this arbitration damages associated with or arising out of life insurance policy and annuity numbers 9090-2022142, 9090-6102222, 9310-2142335 and 9310-2142336 and further stipulate that any of their claims which arise out of those policies and/or annuities have been settled, released and foreclosed by Order of the U.S. District Court for the District of Minnesota in the class action styled Benacquisto, et al v. American Express Financial Corp., et al, Case Number 00-1980;

3. The parties are in all other respects bound by the provisions of the Final Order and Judgment Approving Class Action Settlement and Dismissing Complaint entered by the Court in this matter on May 15, 2001.

Dated: November 1, 2006

s/ David S. Doty
David S. Doty
United States District Judge