# UNITED STATES DISTRICT COURT
## District of Minnesota

COPY

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

**Date:** November 30, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** JoAnn Hoadley, Deputy Clerk

**In Re:** District Court Case No.: 00cv1980 DSD/JMM
Eighth Circuit Case No.:
Case Title: Benacquisto, et al v. American Express Fin, et al

---

Enclosed, please find three appeal packets each containing a copy of the Notice of Appeal, the Order and/or Judgment appealed, and a certified copy of the docket sheet as of the date of this transmittal.

The statutory filing fee has:

_X_ been paid, receipt #4007443 .
___ not been paid as of 11/30/06. IFP ___ is _X_ is not pending.
___ been waived because:
___ Application for IFP Granted ___ USA filed appeal

Length of Trial: days

Was a court reporter utilized? ___ Yes _X_ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

RECEIVED
DEC 0 4 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

___ Forms A & B were not received; please see attached forms.
___ Forms A & B were given to counsel at the counter.
_X_ Completed Form A enclosed in transmittal letter.

SCANNED
DEC 06 2006
U.S. DISTRICT COURT DULUTH