UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329
111 S. 10TH Street
St. Louis, Missouri 63102
VOICE (314)244-2400
FAX (314)244-2780
www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

December 8, 2006

00-cv-1980 DSD

Mr. James M. Gary
WEBER & ROSE
2400 Aegon Center
400 West Market Street
Louisville, KY 40202

Re: 06-4054 Lesa Benacquisto vs. American Express

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
DEC 08 2006
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Melvyn I. Weiss
Richard Allen Lockridge
Robert S. Halagan
Fiona B. Ruthven
Lori Fink, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:00-cv-01980-DSD