**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil Action No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, I caused the following document to be filed electronically with the Clerk of Court through ECF:

Motion for Admission Pro Hac Vice

and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Andrew W. Sidman | asidman@bressler.com |
| A. Wesley Bridges | wbridges@bressler.com |
| J David Jackson | jackson.j@dorsey.com |
| Daniel Lowin | lowin.daniel@dorsey.com |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

John J. Blanchard
The Law Office of John J. Blanchard
2150 Highway 35, Sea Girt, NJ 08750

Dated: December 11, 2006

s/J David Jackson
J David Jackson