**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 00-1980 DSD/JMM<br><br>**MOTION TO INTERVENE** |

**PLEASE TAKE NOTICE** that Independent Financial Marketing Group, Inc. ("IMFG") and Carmella Michaels ("Ms. Michaels") (collectively, "Movants") move this Court for an Order allowing them to intervene in the above-captioned matter, pursuant to

Federal Rule of Civil Procedure 24. Said Motion is made upon all the files, records and proceedings herein to date including the attached Declaration of counsel.

Dated: December 11, 2006

Respectfully Submitted,

Bressler, Amery & Ross, P.C.

/s/ Andrew W. Sidman
Andrew W. Sidman
A. Wesley Bridges
17 State Street
New York, NY 10007
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels

DORSEY & WHITNEY LLP

By: s/J David Jackson
J David Jackson (No. 0049219)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Local Counsel for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels