**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 00-1980 DSD/JMM<br><br>**NOTICE OF MOTION TO INTERVENE** |

**PLEASE TAKE NOTICE** that Independent Financial Marketing Group, Inc. (“IMFG”) and Carmella Michaels (“Ms. Michaels”) (collectively, “Movants”) will bring the Motion to Intervene served and filed herewith before the District Court for the

District of Minnesota on Friday, December 29, 2006, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that Movants only request oral argument in connection with this Motion if opposition is filed.

Dated: December 11, 2006

Respectfully Submitted,

Bressler, Amery & Ross, P.C.

/s/ Andrew W. Sidman
Andrew W. Sidman
A. Wesley Bridges
17 State Street
New York, NY 10007
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels

DORSEY & WHITNEY LLP

By: s/J David Jackson
J David Jackson (No. 0049219)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Local Counsel for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels