**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**LOCAL RULE 7.I(C) WORD COUNT COMPLIANCE CERTIFICATE IN SUPPORT OF MOTION TO INTERVENE**

I, Andrew W. Sidman, Esq. certify that the Memorandum of Law is Support of the Motion to Enforce Class Action Settlement as to the Claims of Margra Bruderek Presented to the NASD complies with Local Rule 7.1(c).

I further certify that, in preparing this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footings, and quotations in the following word count.

I further certify that the memorandum contains 1,129 words.

Dated: December 11, 2006

Bressler, Amery & Ross, P.C.

/s/ Andrew W. Sidman
Andrew W. Sidman
A. Wesley Bridges
17 State Street
New York, NY 10007
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Movants Independent Financial Marketing Group, Inc. and Carmela Michaels

DORSEY & WHITNEY LLP

By: s/J David Jackson
J David Jackson (No. 0049219)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Local Counsel for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels