**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 00-1980 DSD/JMM<br><br>**MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF MARGA BRUDEREK PRESENTED TO THE NASD** |

**PLEASE TAKE NOTICE** that Independent Financial Marketing Group, Inc. ("IMFG") and Carmella Michaels ("Ms. Michaels") (collectively, "Movants") move this Court to enforce the class action settlement in this action and issue an Order in favor of Movants barring Marga Bruderek from pursuing claims before the NASD pursuant to the terms of this Court's Final Order and Judgment entered on May 15, 2001 (Docket No. 94). Said Motion is made upon all the files, records and proceedings herein to date including the attached Declaration of counsel, and on any oral arguments of counsel.

Dated: December 11, 2006

Bressler, Amery & Ross, P.C.

/s/ Andrew W. Sidman
Andrew W. Sidman
A. Wesley Bridges
17 State Street
New York, NY 10007
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Movants Independent Financial Marketing Group, Inc. and Carmela Michaels

DORSEY & WHITNEY LLP

By: s/J David Jackson
J David Jackson (No. 0049219)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Local Counsel for Movants Independent Financial Marketing Group, Inc. and Carmella Michaels