**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 00-1980 DSD/JMM<br><br>**DECLARATION OF ANDREW W. SIDMAN** |

**ANDREW W. SIDMAN,** of full age, in lieu of being sworn, certifies as follows:

1. I am an attorney of law of the State of New Jersey and an attorney at Bressler, Amery & Ross, P.C., attorneys for Independent Financial Marketing Group, Inc. ("IMFG") and Carmela Michaels ("Ms. Michaels") (collectively, "Movants"). This

Declaration is made in support of Movants' Motion to Enforce Class Action Settlement As To Claims Of Marga Bruderek Presented To The NASD in this action. I make this declaration based on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Statement of Claim filed by Marga Bruderek with the National Association of Securities Dealers on August 28, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Settlement Agreement submitted to this Court.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Final Order and Judgment entered by this Court on May 15, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2006

/s/ Andrew W. Sidman
ANDREW W. SIDMAN