**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,, Plaintiffs, | Civil Action No. 00-1980 DSD/JMM |
| v. | **CERTIFICATE OF SERVICE** |
| AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK, Defendants. | |

I hereby certify that on December 11, 2006, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1) Motion to Enforce Class-Action Settlement as to Claims of Marga Bruderek Presented to the NASD;

2) Notice of Motion to Enforce Class-Action Settlement as to Claims of Marga Bruderek Presented to the NASD;

3) Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to the Claims of Marga Bruderek Presented to the NASD;

4) Declaration of Andrew W. Sidman with exhibits; and

5) Local Rule 7.1(C) Word Count Compliance Certificate in Support of Motion to Enforce Class Action Settlement as to Claims of Marga Bruderek Presented to the NASD.

and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Andrew W. Sidman | asidman@bressler.com |
| A. Wesley Bridges | wbridges@bressler.com |
| J David Jackson | jackson.j@dorsey.com |
| Daniel Lowin | lowin.daniel@dorsey.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable David S. Doty – doty_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

| | |
|---|---|
| Andrew W. Sidman | asidman@bressler.com |
| A. Wesley Bridges | wbridges@bressler.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

John J. Blanchard
The Law Office of John J. Blanchard
2150 Highway 35, Sea Girt, NJ 08750

Dated: December 11, 2006

s/J David Jackson
J David Jackson