# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1980 **Case Title:** Benacquisto et al. v. American Express Financial Corp. et al.

**Affidavit of Movant**

I, J David Jackson, Esq., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Andrew W. Sidman, Esq., an attorney admitted to practice and currently in good standing in the U.S. District Court for the State of New York, but not admitted to the bar of this court, who will be counsel for the Third Party Interveners, Sovereign Bank and Carmela Michaels, in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
2. I am not a resident of the State of Minnesota.
3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature :s/J David Jackson___________
Typed Name: J David Jackson MN Attorney License #49219 Date December 11, 2006

**Affidavit of Resident Minnesota Bar Member** (Required **ONLY if movant checks box 2 or 3 above**.)

I, _________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature :_______________________________ _____________________ ___________
Typed Name: ___________________________ MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Andrew W. Sidman, am currently a member in good standing of the U.S. District Court for the State of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Andrew W. Sidman s/Andrew W. Sidman December 11, 2006
Type/Print Name (must match name above) Signature Date
Attorney License Number:__AS7751 _________________ issued by the State of _PA___ (initials)
Law Firm Name: _Bressler, Amery & Ross, P.C. _____ Main Phone: (212) _425-9300___________
Law Firm Addrs: __17 State Street, New York, NY 10007__ Direct Phone: (212) 425-9337___________
___________________________________ E-mail Addrs: asidman@bressler.com

\