**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN J. BLANCHARD
2150 Highway 35
Sea Girt, New Jersey 08750
(732)449-1660
Attorney for Marga Bruderek

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated.

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

**Civil No. 00-1980 DSD/JMM**

**LOCAL RULE 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE IN SUPPORT OF LEGAL MEMORANDUM OF MARGA BRUDEREK**

SCANNED
DEC 14 2006
U.S. DISTRICT COURT MPLS

I, John J. Blanchard, certify that the Memorandum of Law in Support of Marga Bruderek complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 921 words.

Dated: December 13, 2006

John J. Blanchard