**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN J. BLANCHARD
2150 Highway 35
Sea Girt, New Jersey 08750
(732)449-1660
Attorney for Marga Bruderek

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated.

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

---

**Civil No. 00-1980 DSD/JMM**

**CERTIFICATION OF MAILING**

JOHN J. BLANCHARD, of full age, being duly sworn, according to law, upon his oath, deposes and says:

1. I am the attorney for Marga Bruderek.

SCANNED
DEC 14 2006
U.S. DISTRICT COURT MPLS

2. I did on December 13, 2006, mail a copy of the Legal Memorandum in Support of Marga Bruderek to all parties on the attached Service List by overnight mail.

Dated: December 13, 2006

John J. Blanchard

**See Attached Service List**

**Service List**

Fiona B. Ruthven, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

A. Wesley Bridges, Esq.
Bressler, Amery & Ross, PC
17 State Street
New York, NY 10004

Gary E. Rhoades, Esq.
5200 S.W. Macadam Ave., Suite 500
Portland, OR 97239-3837