UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon the motion of movants Independent Financial Marketing Group, Inc. and Carmela Michaels to intervene pursuant to Federal Rule of Civil Procedure 24. Based on a review of the file and record and for good cause shown, the court grants movants' motion.

Upon timely application, a party shall be permitted to intervene in an action if it establishes that (1) it has a recognized interest in the subject matter of the litigation that (2) might be impaired by the disposition of the case and that (3) will not be adequately protected by the existing parties. Fed.

R. Civ. P. 24(a); see Standard Heating & Air Conditioning Co. v. City of Minneapolis, 137 F.3d 567, 571 (8th Cir. 1998). Movants have made a timely application and met the three requirements to intervene as of right. Therefore, **IT IS HEREBY ORDERED** that movants' motion to intervene [Doc. No. 357] is granted.

Dated: December 20, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court