**JURY DEMAND**

Plaintiffs, on behalf of themselves and all others similarly situated, hereby demand trial by jury on all issues triable at law.

DATED: August 18, 2000


**CHESTNUT & CAMBRONNE, P.A.**

____________________________

Jack L. Chestnut, Esq.
Karl L. Cambronne, Esq. (Bar No. 14321)
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
TEL/(612) 339-7300
FAX/(612) 336-2940

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Melvyn I. Weiss, Esq.
Barry A. Weprin, Esq.
Brad Friedman, Esq.
Janine Pollack, Esq.
Regina LaPolla, Esq.
One Pennsylvania Plaza
New York, NY 10119
TEL/(212) 594-5300
FAX/(212) 868-1229

**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**
Andrew Friedman, Esq.
4041 North Central Avenue, Suite 1100
Phoenix, AZ 85912
TEL/(602) 274-1100
FAX/(602) 274-1199

**ARNZEN, PARRY & WENTZ, P.S.C.**
Ronald Parry, Esq.
Rob Sparks, Esq.
128 East Second Street
Covington, KY 41012-0472
TEL/(606) 431-6100
FAX/(606) 431-2211

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
Richard Lockridge, Esq.
Joseph Henderson, Esq.
2200 Washington Square Building
100 Washington Avenue South
Minneapolis, MN 55401
TEL/(612) 339-6900
FAX/(612) 339-0981

**HUBBARD & BIEDERMAN, LLP**
Steven Hubbard, Esq.
David Grossman, Esq.
1717 Main Street, Suite 4700
Dallas, TX 75201
TEL/(214) 857-6000
FAX/(214) 857-6001

**JAMES HOYER NEWCOMER FORIZS & SMILJANICH, P.A.**
John Newcomer, Esq.
1 Urban Center, Suite 147
4830 W. Kennedy Blvd.
Tampa, FL 33609
TEL/(813) 286-4100
FAX/(813) 286-4174

**THE LUSTIGMAN FIRM PC**
Sheldon S. Lustigman, Esq.
Andrew B. Lustigman, Esq.
Empire State Building
60th Floor
New York, NY 10118
TEL/(212) 268-0797
FAX/(212) 268-1989

**SCHIFFRIN & BARROWAY, LLP**
David Kessler, Esq.
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
TEL/(610) 667-7706
FAX/(610) 667-7056

**UITZ & ASSOCIATES**
Ronald A. Uitz, Esq.
1730 K Street N.W., Suite 304
Washington, DC 20006
TEL/(202) 296-5280
FAX/(202) 296-5135