**PLEASE RETURN FOR FILING**

# IMMEDIATELY

00-1980 DSD

RECEIVED
DEC 2 1 2006
CLERK US DIST COURT
MINNEAPOLIS MN

APPEARANCE

## UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 06-4054

Barbara West

Appellants

vs.

i American Express

Appellees.

The Clerk will enter my appearance as Counsel for the following party(s):

(please specify) Barbara West and Dr. G. Allen West

SIGNATURE

James M. Gary
ATTORNEY NAME

Weber & Rose, P.S.C.
FIRM NAME

(502) 589-2200
OFFICE PHONE NUMBER

400 West Market Street, 2400 Aegon Center
STREET or P.O. BOX

(502) 589-3400
FACSIMILE NUMBER

Louisville, KY 40202
CITY, STATE, ZIP

jgary@weberandrose.com
E-MAIL ADDRESS

(5073-010199)

jab

SCANNED
DEC 2 1 2006
U.S. DISTRICT COURT MPLS

WEBER & ROSE A Professional Service Corporation

James M. Gary
jgary@weberandrose.com

COPY

December 18, 2006

*Via Facsimile*
*(314) 244-2780*

DEC 2 1 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Michael E. Gans
Clerk of the Court
United States Court of Appeals
For the Eighth Circuit
Thomas E. Eagleton Court House
Room 24.329
111 S. 10th Street
St. Louis, Missouri 63102

RE: **Barbara West and Dr. G. Allen West v. American Express Financial *et al.***
Case Number: 06-4054

Dear Mr. Gans:

The above-captioned appeal was docketed by your office on December 8, 2006. I am counsel for the Appellants, Barbara West and Dr. G. Allen West.

This appeal arises out of the District Court's granting of the Appellee's Motion to Enforce Class Action Settlement as to the Claims of the Appellants pending for arbitration (at that time) before the National Association of Securities Dealers, Inc. ("NASD"), thereby requiring the Appellant's to dismiss their arbitration. There were no hearings or other proceedings, before the District Court, as between the parties to this appeal, and the District Court entered its orders based on the briefs and filings submitted by the parties to this appeal.

I have enclosed a copy of my entry of appearance on behalf of the Appellants, Barbara West and Dr. G. Allen West.

I hereby certify that a copy of this letter, and the enclosure, have been sent to the following counsel and/or persons listed below.

Yours sincerely,

James M. Gary

Enclosure

cc: Mr. Melvyn I. Weiss
Milberg & Weiss
1 Pennsylvania Plaza
New York, NY 10019

Mr. Richard Allen Lockridge
Lockridge & Grindal
Suite 2200
100 Washington Avenue S.
Minneapolis, MN 55401

Mr. Robert S. Halagan
Halagan Law Firm, Ltd.
101 Courthouse Square
15 Second Street
Buffalo, MN 55313

Ms. Fiona B. Ruthven
Faegre & Benson
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Ms. Lori Fink
Court Reporter
Room 1025
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-1320

Mr. Richard Sletten
Clerk
U.S. District Court, Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415