**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Benacquisto, et al. v. American Express Financial Corporation, et al.

Civil No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006, I caused the following documents:

1. Reply Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to Claims of Marga Bruderek Presented to the NASD;

2. Exhibit to Reply Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to Claims of Marga Bruderek Presented to the NASD;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Katheryn A Andresen**
  kandresen@bssdlaw.com

- **Robert E Austin, Jr**
  reajr@robertaustinlaw.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com cdawson@chestnutcambronne.com

- **William G Carpenter**
  bill@briollaw.com

- **Jack L Chestnut**
  jchestnut@chestnutcambronne.com

- **David M Cialkowski**
  dmc@zimmreed.com jlt@zimmreed.com

- **Randall M Fox**
  rmfox@llgm.com

- **Joseph S Friedberg**
  joefriedberg@hotmail.com lodin@visi.com

- **Brad N Friedman**
bfriedman@milbergweiss.com
- **Jane F Godfrey**
jane.godfrey@leonard.com
- **Stephen L Hubbard**
slhubbard@hblawfirm.com
- **Gary R Irwin**
girwin@neilaw.com
- **Thomas E Jamison**
tjamison@fruthlaw.com jjohnson@fruthlaw.com
- **Charles H Johnson**
johnsonbarbara5@aol.com
- **Regina L LaPolla**
regina@lapollalaw.com
- **Richard A Lockridge**
lockrra@locklaw.com emmonrm@locklaw.com
- **Michael Sutton MacDonald**
msloffices@qwest.net
- **Robert G Malone**
malonelaw6@aol.com
- **George F McGunnigle**
george.mcgunnigle@courts.state.mn.us
- **Kenneth E Nelson**
kennelson@mclaw.com
- **Ronald R Parry**
rparry@pdfslaw.com
- **David M Peterson**
dmp@petersonlawfirm.com
- **Charles C Platt**
charles.platt@wilmerhale.com
- **Janine L Pollack**
jpollack@milbergweiss.com

- **Robert L Schnell, Jr**
  rschnell@faegre.com klongo@faegre.com
- **Robert R Sparks**
  rsparks@pdfslaw.com
- **Charles M Thompson**
  cmtlaw@aol.com
- **Ahna M Thoresen**
  athoresen@faegre.com crowles@faegre.com;cculbertson@faegre.com
- **Frank H Tomlinson**
  hiltont@pm-j.com
- **Melvyn I Weiss**
  mweiss@milbergweiss.com
- **Barry A Weprin**
  bweprin@milbergweiss.com
- **B Scott Whipple**
  swhipple@schwabe.com
- **J. David Jackson**
  jackson.j@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

**John J. Blanchard, Esq.**
2150 Highway 35
Sea Girt, NJ 08750

**Andrew W. Sidman**
17 State Street
New York, NY 1007

Dated: December 21, 2006

FAEGRE & BENSON LLP

s/Erin Oglesbay

Erin Oglesbay, # 0343092
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc.**

fb.us.1728364.01