**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-4054**

**Lesa Benacquisto, et al.,**

**Barbara West and Dr. G. Allen West,**

**Appellants**

**v.**

**American Express Financial Corporation, et al.,**

**Appellees**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:00-cv-01980-DSD)

---

**JUDGMENT**

On May 10, 2007, the court directed appellants, for the second time, to show cause why this appeal should not be dismissed for failure to prosecute. Appellant's attorney filed a response to the order on May 25, 2007. In Paragraph 6 of the response counsel stated, "Appellants will now proceed to file the Appellants' Brief on May 25, 2007, by U.S. Mail and/or overnight carrier, so that the same is filed within the fifteen (15) days allowed for the filing of a response to this Court's Show Cause Order dated May 10, 2007." The court refrained from any further action pending receipt of the brief, but the brief has not been received, and the appeal is hereby dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

June 06, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans