**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-4054**

**Lesa Benacquisto, et al.,**

**Barbara West and Dr. G. Allen West,**

**Appellants**

**v.**

**American Express Financial Corporation, et al.,**

**Appellees**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:00-cv-01980-DSD)

---

**MANDATE**

In accordance with the judgment of 06/06/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 06, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit