**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil Action No. 00-1980 DSD/JMM

**DECLARATION OF DANIEL L. LOWIN**

I, Daniel L. Lowin, state and declare as follows:

1. I am an associate with Dorsey & Whitney, LLP, and am one of the attorneys representing Movants Independent Financial Marketing Group, Inc. and Carmella Michaels. Except to the extent indicated, I make this declaration on personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to the Claims of Marga Bruderek Presented to the NASD, filed with the court on December 11, 2006.

3. Attached as Exhibit 2 is a true and correct copy of the Memorandum of Law in Support of Marga Bruderek, filed with the court on December 14, 2006.

4. Attached as Exhibit 3 is a true and correct copy of the Order issued by the court on May 14, 2007 granting Movants' Motion to Enforce.

5. Attached as Exhibit 4 is a true and correct copy of the May 24, 2007 letter sent by A. Wesley Bridges to Avi Y. Rosenfeld of the NASD.

6. Attached as Exhibit 5 is a true and correct copy of the June 21, 2007 letter sent by Avi Y. Rosenfeld of the NASD to A. Wesley Bridges.

Dated: July 9, 2007

s/ Daniel L. Lowin
Daniel L. Lowin