# EXHIBIT 4

BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER△
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK°
KEITH OLIN□
ALEX J. SABO□
FRANK J. CUCCIO*
ANDREW W. SIDMAN△
RICHARD C. SZUCH+
JED L. MARCUS*
RONNIE ANN POWELL*
PAUL I. ROSENBERG*

OF COUNSEL
RICHARD R. SPENCER, JR +

COUNSEL
KENNETH M. MOLTNER△
MICHAEL J. CONNOLLY+
FELICIA L. GARLAND+

BERNARD BRESSLER
(1928-2005)

BRESSLER, AMERY & ROSS, P.C.
ATTORNEYS AT LAW
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 425-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

chron

DANIEL R. KORB, JR+
RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON□
ROBIN C. STEPHAN*
CHRISTIAN D. JOHNSON+
STEVEN G. HEMMERT□
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN°
SETH V. ALHADEFF□
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DIANA C. CAMPBELL△
DAVID G. SMITHAM*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
EDWARD D. TAN+
A. WESLEY BRIDGES+
REGINA PEPE MARTORANA*
DIANA M. HEDRICK□
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
MATTHEW E. WOLPER□
RISA M. DAVID+
ANDREW M. GREENIDGE□
KIRSTIN K. O'CALLAGHAN*

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
△ADMITTED IN NY
□ADMITTED IN FL
°ADMITTED IN FL AND NY

May 24, 2007

WRITER'S DIRECT INFORMATION
(212) 425-9300
awbridges@bressler.com

**<u>VIA FAX (301) 527-4904 & US MAIL</u>**
Avi Y. Rosenfeld, Esq.
NASD Dispute Resolution, Northeast Region
One Liberty Plaza
165 Broadway, 27th Floor
New York, NY 10006-1400

**Re: Bruderek v. Carmela Michaels, Marketing One Securities, Inc., American Express Financial Advisors, Inc. and IFMG**
**<u>NASD Dispute Resolution No. 06-03950</u>**

Dear Mr. Rosenfeld:

As you are aware, this Firm represents IFMG and Carmela Michaels ("Michaels") (collectively, "Respondents") in the above-captioned matter. In response to your January 25, 2007 letter to the parties, I am writing to inform you that the District Court of Minnesota granted Respondents' Motion to Enforce the class action settlement seeking to bar the claims of Marga Bruderek ("Ms. Bruderek") before the NASD. Pursuant to that court's Order, "Ms. Bruderek's claims before the NASD against Amerprise, Michaels or IFMG were released by the <u>Benacquisto</u> settlement." <u>See</u> The Order, a true and correct copy of which is attached hereto.

Therefore, these Respondents respectfully request that the NASD issue an Order dismissing Ms. Bruderek's claims in this matter with prejudice, and that the case be marked closed.

Should you have any questions or require additional information, please do not hesitate to contact me directly.

Very truly yours,

A. Wesley Bridges

cc: John J. Blanchard, Esq. (w/encl.)
Joshua Horn, Esq. (w/encl.)