# EXHIBIT 5

**NASD Dispute Resolution**
**Northeast Processing Center**
**One Liberty Plaza**
**165 Broadway, 27th Floor**
**New York, NY 10006**
**Email:neprocessingcenter@nasd.com**
**Phone: 212-858-4200**
**Fax: 301-527-4873**

NASD

Number of Pages including the Cover Sheet ________

Date: 6/21/07

Case Number: 06-03950

Case Name: Marga Bruderek v. Carmela Michaels, Marketing One Securities Inc. American Express Financial Advisors, Inc., and IFMG Sec

To: A. Wesley Bridges

Phone: 212-425-9300 Fax: 212-425-9337

From: Avi Y. Rosenfeld

Staff Attorney

Message:

This facsimile transmission is intended only for the addressee(s) shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at the above number.

NASD Dispute Resolution
www.nasd.com
Northeast Region
One Liberty Plaza • 1 5 Broadway • 27th Floor
New York NY • 100 6-1400 • 212-858-4200 • Fax 301-527-4873

NASD

**VIA FACSIMILE OR US MAIL**

June 21, 2007

A. Wesley Bridges, Esq.
Bressler, Amery & Ross, P.C.
17 State Street
New York, NY 10004

Subject: NASD Dispute Resolution Arbitration Number 06-03950
Marga Bruderek v. Carmela Michaels, Marketing One Securities Inc. American Express Financial Advisors, Inc., and IFMG Sec

Dear Mr. Bridges:

We have reviewed Respondents IFMG and Carmela Michaels' May 24, 2007 letter, with the attached Court Order, requesting that NASD issue an Order dismissing Claimant's claims. We also reviewed Respondent Marketing One Securities, Inc.'s June 7, 2007 letter requesting that this matter be dismissed.

Because not all parties in the arbitration were involved in the court action and the Court Order did not specifically state that the arbitration is stayed permanently, we will refer the request to the panel that will be appointed in this matter for a decision.

You will soon receive the proposed list of arbitrators for ranking and striking. Please feel free to contact this office if you have any questions.

Very truly yours,

Avi Y. Rosenfeld
Staff Attorney
212-858-4200 Fax: 301-527-4904

AYR:NSC:LC53a
rc:05/02

RECIPIENTS
John J. Blanchard, Esq., Marga Bruderek
2150 Highway 35, Sea Girt, NJ 08750

A. Wes ey Bridges, Esq., Carmela Patricia Michaels
Bressler Amery & Ross, P.C., 17 State Street, New York, NY 10004

Gary E. Rhoades, Esq., Marketing One Securities, Inc.
Gary E. Rhoades, P.C., 5200 S.W. Macadam Avenue, Suite 500, Portland, OR 97: 39-3837

A. Wesl ey Bridges, Esq., IFMG Securities, Inc.
Bressler Amery & Ross, P.C., 17 State Street, New York, NY 10004

Gary Ir in, Esq., Ameriprise Financial Services
Gary Ir in & Associates, 7644 Humboldt Ave. N, Minneapolis, MN 55444