**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

LISA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Civil Action No. 00-1980 DSD/JMM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1) Motion to Amend Court's May 14, 2007 Order Granting IFMG's Motion to Enforce Class Action Settlement and Bar Bruderek's Claims Before the NASD; and

2) Declaration of Daniel L. Lowin

and that ECF will send an e-notice of the electronic filing to the following:

Andrew W. Sidman asidman@bressler.com

A. Wesley Bridges wbridges@bressler.com

J David Jackson jackson.j@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

John J. Blanchard
The Law Office of John J. Blanchard
2150 Highway 35, Sea Girt, NJ 08750

Dated: July 9, 2007

s/J David Jackson
J David Jackson