UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon movants Carmella Michaels and Independent Financial Marketing Group, Inc.'s motion to amend the court's May 14, 2007, order (the "May 14 Order"). In that order, the court granted movants' motion to enforce the Benacquisto class settlement as to the claims of unnamed Benacquisto class member Marga Bruderek ("Bruderek") before the National Association of Securities Dealers ("NASD") arbitration board. The court found that Bruderek's claims before the NASD were "premised on acts and omissions related to conduct released by the terms of the

Benacquisto settlement" and were therefore released under the settlement. (Order of May 14, 2007, Doc. No. 380.) Based on the May 14 Order, counsel for movants contacted the NASD on May 24, 2007, requesting that Bruderek's arbitration be dismissed with prejudice. (See Lowin Decl. Ex. 4.) On June 21, 2007, the NASD informed movants that the NASD arbitration would proceed as scheduled because the court did not specifically order that the arbitration be permanently stayed.

By enforcing the Benacquisto settlement as to Bruderek's claims related to annuity 99203363264, the court foreclosed Bruderek's ability to arbitrate claims related to that annuity. In so doing, the court intended that arbitration of those claims before the NASD would be permanently enjoined. Because the court did not expressly order the injunctive relief it intended to grant to movants, the court now grants movant's motion to amend and clarify the court's prior order.

Therefore, **IT IS HEREBY ORDERED** that:

1. Movants Carmella Michaels and Independent Financial Marketing Group, Inc.'s motion to amend the court's May 14, 2007, order [Doc. No. 383] is granted.

2. The court's order dated May 14, 2007, is vacated.

3. The court modifies its prior order to include the following language: "Unnamed class member Marga Bruderek's claims before the NASD related to annuity 99203363264 are permanently stayed from arbitration."

Dated: July 17, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court