**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**NOTICE OF HEARING ON MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF JACKIE CALVERT PRESENTED TO THE NASD**

---

**PLEASE TAKE NOTICE** that the Court may hold a hearing on Defendant's Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert at a time a date to be determined by the Court.

Dated: August 20, 2007

FAEGRE & BENSON LLP

s/ Erin Oglesbay

Michael F. Cockson (# 280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.**

fb.us.2241418.01