**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated, Plaintiffs, | ) Civil No. 00-1980 DSD/JMM |
| v. | ) |
| AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK, Defendants. | ) **DECLARATION OF AMY L. LAKE IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF JACKIE CALVERT** |

I, Amy L. Lake, hereby declare as follows:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("RUST"). At the direction of this Court, defendant, American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York (collectively, the "Defendants") appointed RUST to serve as the Class Action Administrator for the class action settlement approved by these Courts in Benacquisto et al., v American Express et al., Case No. 96-018477 and Case No. 00-1980 DSD/JMM. I make this affidavit based on personal knowledge or on records maintained by RUST in the ordinary course of business.

2. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to Jackie Calvert at: 823 Applegate Ln Apt 66, Clarksville, IN 47129-6552, on or about November 13, 2000, with respect to policy/annuity number 93106510662 (the "Class Account").

3. Based on the procedures used for printing, mailing, and quality control review of these processes, along with the postal certificates verifying the mailing of all class notice packages, I can confirm that the notice package was mailed as indicated above.

4. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailing or otherwise, that the notice package was undeliverable at the address noted in paragraph 2 above.

5. Notice of the settlement was published in the newspaper with the largest circulation in each of the 50 states, as well as the national additions of the New York Times, The Wall Street Journal, and the USA Today.

6. An election form for the Claim Review Process was received, signed by Jackie Calvert on November 16, 2000. As a result of receiving the election form, Rust mailed a claim form for the Claim Review Process to Jackie Calvert. The claim form was not returned to Rust and the general relief was provided for the record.

7. After the final approval of the settlement, on or about December 30, 2002, notice of the General Relief provided under the settlement was mailed to Jackie Calvert at: 823 Applegate Ln Apt 66, Clarksville, IN 47129-6552 with respect to the Class Account.

8. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailing or otherwise, that the General Relief notice was undeliverable at the address noted in paragraph 7 above.

9. No exclusion request, either timely or untimely, was submitted with respect to the Class Account. The deadline to request exclusion from the settlement was January 29, 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7th day of August, 2007, in Faribault, Minnesota.

s/ Amy Lake
Amy Lake