**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 20, 2007, I caused the following document(s):

Notice of Hearing on Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert Presented to the NASD
Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert Presented to the NASD
Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert Presented to the NASD
Exhibit List in Support of Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert Presented to the NASD, with Exhibits 1 - 4
Declaration of Amy L. Lake in Support of Motion to Enforce Class-Action Settlement as to Claims of Jackie Calvert

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable David S. Doty

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to counsel of record.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

Andrew Stoltmann
Stoltmann Law Offices, P.C.
10 South LaSalle Street
Suite 3500
Chicago, IL 60603

Dated: August 20, 2007

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay

Michael F. Cockson (# 280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.**

fb.us.2243997.01