UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon defendant American Express Financial Advisor, Inc.'s motion to enforce the class action settlement as to the claims of Jackie Calvert [Docket No. 387]. Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Jackie Calvert shall have until September 24, 2007, to file a response to defendant's motion.

2. Defendant shall have until October 1, 2007, to file a reply to Jackie Calvert's response.

3. Defendant shall immediately serve on the counsel of Jackie Calvert a written notice of this order.

4. Upon receipt of the response and reply, the court will determine whether a hearing is required.

Dated: September 12, 2007

s/ David S. Doty
David S. Doty, Judge
United States District Court