**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**REPLY MEMORANDUM TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF JACKIE CALVERT PRESENTED TO THE NASD**

---

On August 20, 2007, Defendant Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc. (“Ameriprise”), moved to enforce the class-action settlement in this action as to the claims of Jackie Calvert Presented to the NASD and issue an order barring her from pursuing claims before the NASD pursuant to the terms of this Court’s Final Order and Judgment entered on May 15, 2001 (Docket No. 94).

The Court issued a scheduling Order related to this motion on September 12, 2007, requiring that Ms. Calvert respond to Ameriprise's motion by September 24, 2007 (Docket No. 393). Ameriprise served this Order on Ms. Calvert's counsel, Mr. Andrew Stoltmann, by fax and U.S. mail on September 13, 2007. As of October 1, 2007, Ms. Calvert has not responded to Ameriprise's motion.

As there is no contest from Ms. Calvert, and for the reasons stated in our memorandum in support of our motion, Ameriprise respectfully requests that the Court issue an order enforcing the class action settlement and barring Ms. Calvert from pursuing claims before the NASD pursuant to the terms of this Court's Final Order and Judgment entered on May 15, 2001 (Docket No. 94).

Dated: October 1, 2007

FAEGRE & BENSON LLP

s/ Erin Oglesbay
Michael F. Cockson (#280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc.**

fb.us.2328738.01