**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 1, 2007, I caused the following document(s):

Reply Memorandum to Enforce Class-Action Settlement as to Claims of Jackie Calvert Presented to the NASD

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

Andrew Stoltmann
Stoltmann Law Offices, P.C.
10 South LaSalle Street
Suite 3500
Chicago, IL 60603

Dated: October 1, 2007

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay
Michael F. Cockson (# 280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.**

fb.us.2329738.01