**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**EXHIBIT LIST IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF BYRON L. POTTS AND NANCY C. POTTS PRESENTED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

---

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Final Order and Judgment | 001-019 |
| 2 | Complaint dated March 1, 2007 | 020-032 |
| 3 | Amended Complaint dated July 31, 2007 | 033-39 |
| 4 | Stipulation of Settlement | 40-115 |
| 5 | Notice of Class Action, Proposed Settlement, and Fairness Hearing | 116-128 |