**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 17, 2007, I caused the following document(s):

Notice of Hearing on Motion to Enforce Class-Action Settlement as To Claims of Byron L. Potts and Nancy C. Potts Presented to the United States District Court for the Eastern District of Tennessee

Motion to Enforce Class-Action Settlement as To Claims of Byron L. Potts and Nancy C. Potts Presented to the United States District Court for the Eastern District of Tennessee

Memorandum of Law in Support of Motion to Enforce Class-Action Settlement as To Claims of Byron L. Potts and Nancy C. Potts Presented to the United States District Court for the Eastern District of Tennessee

Exhibit List in Support of Motion to Enforce Class-Action Settlement as To Claims of Byron L. Potts and Nancy C. Potts Presented to the United States District Court for the Eastern District of Tennessee with Exhibits 1-128

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable David S. Doty – doty_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to counsel of record.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

Gary R. Patrick
537 Market Street
Suite 202, Market Court
Chattanooga, TN 37402

Dated: October 17, 2007

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay

Michael F. Cockson (# 280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.**

fb.us.2364914.01