**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**STIPULATION TO ORDER EXTENSION OF TIME TO RESPOND**

---

Defendant Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc. (“Ameriprise”) and Byron L. Potts, and Nancy C. Potts, through their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 16 that the Court may enter the attached order extending the Potts’ time to respond Ameriprise’s Motion to Enforce the Class Action Settlement as to the Claims of Byron L. Potts and Nancy C. Potts

[Doc. No. 397] to December 7, 2007, and extending Ameriprise's time to reply to December 21, 2007, without further notice or a hearing.

Dated: November 7, 2007

PATRICK, BEARD, SCHULMAN & JACOWAY, PC

s/ L. Blair Bennington

Gary R. Patrick
L. Blair Bennington
537 Market Street
Suite 202, Market Court
Chattanooga, TN 37402
Telephone No.
Facsimile No.

**ATTORNEYS FOR BYRON L. POTTS AND NANCY C. POTTS**

Dated: November 7, 2007

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay

Michael F. Cockson (#280549)
Erin A. Oglesbay (#343092)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone No. (612) 766-7000
Facsimile No. (612) 766-1600

**ATTORNEYS FOR DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC. F/K/A AMERICAN EXPRESS FINANCIAL ADVISORS, INC.**