**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | ) | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**ORDER TO EXTEND TIME TO RESPOND** |

This matter came before the undersigned United States District Court Judge pursuant to the parties' Stipulation to Order Extension of Time to Respond [Doc. 404] that was filed on November 9, 2007.

Based upon the files and proceedings herein, including the parties' stipulation, and for good cause shown, Byron L. Potts and Nancy C. Potts are granted an extension of time in which to respond to the motion of Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc. ("Ameriprise"), to Enforce the

Class Action Settlement as to the Claims of Byron L. Potts and Nancy C. Potts [Doc. No. 397], and Ameriprise is granted an extension of time in which to reply to the response.

NOW, THEREFORE, IT IS HEREBY ORDERED:

That Byron L. Potts and Nancy C. Potts may have until December 7, 2007, to respond to Ameriprise's Motion to Enforce the Class Action Settlement as to the Claims of Byron L. Potts and Nancy C. Potts [Doc. No. 397], and Ameriprise may have until December 21, 2007 to reply to that response.

Dated: November 13, 2007

s/David S. Doty
The Honorable David S. Doty
United States District Judge

fb.us.2407211.01