**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**RULE 7.1(C) CERTIFICATE OF COMPLIANCE**

---

I certify that Plaintiffs' attached Memorandum of Law in Opposition to Motion to Enforce Class Action Settlement complies with Local Rule 7.1(c).

I further certify that, in preparation of this opposition, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced opposition contains 3,922 words.

Dated: December 7, 2007.

Respectfully submitted,

ZIMMERMAN REED, P.L.L.P.

s/Brian C. Gudmundson
Brian C. Gudmundson (#336695)
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: *bcg@zimmreed.com*

PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

Gary R. Patrick TN Bar #1941
537 Market Street
Suite 202, Market Court
Chattanooga, TN 37402
(423) 756-7117
(423) 267-5032 facsimile
gpatrick@pbsjlaw.com

*Attorneys for Plaintiffs*