**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**AFFIDAVIT OF BRIAN C. GUDMUNDSON IN OPPOSITION TO MOTION TO ENFORCE CLASS ACTION SETTLMENT**

---

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF HENNEPIN )**

Brian C. Gudmundson, being duly sworn states and deposes as follows:

I am an attorney with the law firm of Zimmerman Reed P.L.L.P. and represent Plaintiffs in the above-captioned matter. I submit this Affidavit and accompanying exhibits in opposition

to Defendant's Motion to Enforce Class Action Settlement. I have personal knowledge of the facts set forth in this affidavit, and if called as a witness could and would testify completely as to these matters.

1. Attached as Exhibit 1 is a true and correct copy of the Affidavit of Byron Potts.

2. Attached as Exhibit 2 is a true and correct copy of the Affidavit of Nancy Potts.

3. Attached as Exhibit 3 are true and correct copies of documents Bates numbered Amer/Ben 79-81, 502-503, 536, 830-831, 869, 971, 1040, 1523-1526, and 2724-2726.

4. Attached as Exhibit 4 is a true and correct copy of Ameriprise's Answer in Cecilia P. Bennett, et al. v. Ameriprise Financial Services, Inc., et al.

5. Attached as Exhibit 5 is a true and correct copy of the Complaint in Benaquisto, et al. v. American Express Financial Corporation, et al.

**FURTHER YOUR AFFIANT SAYETH NOT**.

s/Brian C. Gudmundson
Brian C. Gudmundson

Subscribed and sworn to before me
this 7th day of December, 2007

s/Julie L. Tinkham
Notary Public