**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I caused the following documents:

Memorandum in Opposition to Motion to Enforce Class Action Settlement

Affidavit of Brian C. Gudmundson in Opposition to Motion to Enforce Class Action Settlement

Patrick M Anderson panderson@mkqlaw.com

Katheryn A Andresen kandresen@bssda.com

Charles W Austin , Jr cwajr@mindspring.com

Robert E Austin , Jr reajr@robertaustinlaw.com

Gail E Boliver boliver@marshallnet.com, mel@marshallnet.com

Karl L Cambronne kcambronne@chestnutcambronne.com, bbleichner@chestnutcambronne.com, cdawson@chestnutcambronne.com, dproulx@chestnutcambronne.com

William G Carpenter bill@briollaw.com, dahrim@briollaw.com, rachel@briollaw.com

Jack L Chestnut jchestnut@chestnutcambronne.com

David M Cialkowski dmc@zimmreed.com, jlt@zimmreed.com

Michael F Cockson mcockson@faegre.com, EOglesbay@faegre.com, JKuhlman@faegre.com

David G Derickson dderickson@dgdlaw.com, dhatheway@dgdlaw.com

Harvey H Eckart eckart@eckartandleonetti.com, leonetti@eckartandleonetti.com

John Foreman jforeman@dgdlaw.com, dhatheway@dgdlaw.com

Randall M Fox rmfox@llgm.com

Joseph S Friedberg joefriedberg@hotmail.com, llperalta@gmail.com

Brad N Friedman bfriedman@milbergweiss.com

James M Gary jgary@weberandrose.com

Jane F Godfrey jane.godfrey@leonard.com

Robert S Halagan rhalagan@halaganlaw.com, nabri@comcast.net

Stephen L Hubbard slhubbard@hblawfirm.com

Gary R Irwin girwin@neilaw.com, grirwin@bellsouth.net

J D Jackson jackson.j@dorsey.com, mckinven.jane@dorsey.com

Thomas E Jamison tjamison@fruthlaw.com, jjohnson@fruthlaw.com

Charles H Johnson johnsonbarbara5@aol.com, mhua@mnlawcenter.com

Richard A Lockridge lockrra@locklaw.com, emmonrm@locklaw.com

Michael Sutton MacDonald msdj@comcast.net

Robert G Malone malonelaw6@aol.com

George F McGunnigle george.mcgunnigle@courts.state.mn.us

Kenneth E Nelson kennelson@mclaw.com

Erin A Oglesbay eoglesbay@faegre.com, bfrismanis@faegre.com

Ronald R Parry rparry@pdfslaw.com

David M Peterson dmp@petersonlawfirm.com

Charles C Platt charles.platt@wilmerhale.com

Janine L Pollack jpollack@milbergweiss.com

Paul S Rothstein psr@rothsteinforjustice.com

Robert L Schnell , Jr rschnell@faegre.com, klongo@faegre.com

Andrew W Sidman asidman@bressler.com

Robert R Sparks rsparks@pdfslaw.com

Charles M Thompson cmtlaw@aol.com

Frank H Tomlinson htomlinson@bellsouth.net

Melvyn I Weiss mweiss@milbergweiss.com

Barry A Weprin bweprin@milbergweiss.com

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dated: December 7, 2007

s/Brian C. Gudmundson
Brian C. Gudmundson