**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**DECLARATION OF ERIN OGLESBAY IN SUPPORT OF MOTION TO ENFORCE CLASS-ACTION SETTLEMENT AS TO CLAIMS OF BYRON L. POTTS AND NANCY C. POTTS**

---

I, Erin Oglesbay, hereby declare as follows:

1. I am an associate in the law firm of Faegre & Benson LLP. I am one of the attorneys representing Ameriprise Financial Services, Inc. f/k/a American Express Financial Advisors, Inc. ("Ameriprise"). I make this declaration on the basis of my own personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Complaint in this action filed with the Court on August 21, 2000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21st day of December 2007, in Minneapolis, Minnesota.

s/Erin Oglesbay
Erin Oglesbay

fb.us.2497294.01