sales of, or affirmatively recommending, annuities for placement in qualified plans, without full and fair disclosure that the tax deferred accrual feature is provided by the tax qualified retirement plan and that the tax deferred accrual feature of the deferred annuity is unnecessary; (v) enjoining defendants from soliciting sales of annuities without full and fair disclosure of the tax consequences of such purchase; and (vi) enjoining defendants from charging surrender fees with respect to any annuity contract.

C. Awarding the Class actual damages based on their expectation interests and the benefit of their bargain with defendants including consequential or incidental losses or damages, together with pre-judgment and post-judgment interest;

D. Awarding any the Class any damages as may be provided for by statute.

E. Establishing a claims resolution facility for the determination of any individual issues;

F. Awarding plaintiffs and members of the Class punitive damages against defendants in an amount to be determined at trial;

G. Awarding plaintiffs and members of the Class their costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fees and other costs; and

H. Granting such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs, on behalf of themselves and all others similarly situated, hereby demand trial by jury on all issues triable at law.

DATED: August 18, 2000

**CHESTNUT & CAMBRONNE, P.A.**

Jack L. Chestnut, Esq.
Karl L. Cambronne, Esq. (Bar No. 14321)
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
TEL/(612) 339-7300
FAX/(612) 336-2940

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Melvyn I. Weiss, Esq.
Barry A. Weprin, Esq.
Brad Friedman, Esq.
Janine Pollack, Esq.
Regina LaPolla, Esq.
One Pennsylvania Plaza
New York, NY 10119
TEL/(212) 594-5300
FAX/(212) 868-1229

**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**
Andrew Friedman, Esq.
4041 North Central Avenue, Suite 1100
Phoenix, AZ 85912
TEL/(602) 274-1100
FAX/(602) 274-1199

**ARNZEN, PARRY & WENTZ, P.S.C.**
Ronald Parry, Esq.
Rob Sparks, Esq.
128 East Second Street
Covington, KY 41012-0472
TEL/(606) 431-6100
FAX/(606) 431-2211

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
Richard Lockridge, Esq.
Joseph Henderson, Esq.
2200 Washington Square Building
100 Washington Avenue South
Minneapolis, MN 55401
TEL/(612) 339-6900
FAX/(612) 339-0981

**HUBBARD & BIEDERMAN, LLP**
Steven Hubbard, Esq.
David Grossman, Esq.
1717 Main Street, Suite 4700
Dallas, TX 75201
TEL/(214) 857-6000
FAX/(214) 857-6001

**JAMES HOYER NEWCOMER FORIZS & SMILJANICH, P.A.**
John Newcomer, Esq.
1 Urban Center, Suite 147
4830 W. Kennedy Blvd.
Tampa, FL 33609
TEL/(813) 286-4100
FAX/(813) 286-4174

**THE LUSTIGMAN FIRM PC**
Sheldon S. Lustigman, Esq.
Andrew B. Lustigman, Esq.
Empire State Building
60th Floor
New York, NY 10118
TEL/(212) 268-0797
FAX/(212) 268-1989

**SCHIFFRIN & BARROWAY, LLP**
David Kessler, Esq.
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
TEL/(610) 667-7706
FAX/(610) 667-7056

**UITZ & ASSOCIATES**
Ronald A. Uitz, Esq.
1730 K Street N.W., Suite 304
Washington, DC 20006
TEL/(202) 296-5280
FAX/(202) 296-5135