**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED and agreed by the parties, by their respective undersigned attorneys, that the Motion to Enforce Class-Action Settlement as to the Claims of Byron L. Potts and Nancy C. Potts [Doc. No. 394] in above-entitled action may be, and hereby is, dismissed without prejudice, each party to bear its own costs, and that an order dismissing the motion may be entered pursuant hereto without further notice.

Dated: January 15, 2008

PATRICK, BEARD, SCHULMAN & JACOWAY, PC

s/L. Blair Bennington

Gary R. Patrick
L. Blair Bennington
537 Market Street
Suite 202, Market Court
Chattanooga, TN 37402
Telephone No.
Facsimile No.

ZIMMERMAN REED, P.L.L.P.
Brian C. Gudmundson, #336695
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone No. (612) 341-0844

**Attorneys for Byron L. Potts and Nancy C. Potts**

Dated: January 15, 2008

FAEGRE & BENSON LLP

s/Erin A. Oglesbay

Michael F. Cockson, # 280549
Erin A. Oglesbay, #343092
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant Ameriprise Financial Advisors, Inc. f/k/a American Express Financial Advisors, Inc.**