**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,<br><br>Defendants. | **Civil No. 00-cv-01980 DSD/JMM**<br><br>**ORDER** |

This matter came before the undersigned United States District Court Judge pursuant to the parties' Stipulation of Dismissal [Doc. No. 413] that was filed on January 15, 2008.

Based upon the files and proceedings herein, including the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Motion to Enforce Class-Action

Settlement as to the Claims of Byron L. Potts and Nancy C. Potts [Doc. No. 397] is dismissed without prejudice, each party to bear its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 16, 2008

s/David S. Doty
The Honorable David S. Doty
United States District Judge

fb.us.2533591.02