✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert, and Susan Melchert, on behalf of themselves and all others similarly situated,

V.

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York,

## JUDGMENT IN A CIVIL CASE

Case Number: 00cv1980 (DSD/JMM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Motion to Enforce Class-Action Settlement as to the Claims of Byron L. Potts and Nancy C. Potts [Doc. No. 397] is dismissed without prejudice, each party to bear its own costs.

January 16, 2008
Date

RICHARD D. SLETTEN, CLERK

s/DHalfman
(By) , Deputy Clerk