**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

---

I, Erin Oglesbay certify that the Memorandum In Support of Motion to Enforce Class-Action Settlement as to Claims of Dieter Boegner Presented to the Los Angeles County Superior Court Small Claims Court complies with the length limitations of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e). I further certify that, in preparation of this memorandum, I used Microsoft® Office Word 2003 Version 11.8106.8036 SP2, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 3,927 words, exclusive of the caption and signature block.

Dated: June 27, 2008

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay
Michael F. Cockson (# 280549)
mcockson@faegre.com
Erin A. Oglesbay (#343092)
eoglesbay@faegre.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.

fb.us.3010519.01