**STATE OF MINNESOTA** **DISTRICT COURT**
**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 96-018477

(Consolidated Cases: 96-018477, 97-004742, 98-105681)

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 00-1980 DSD/JMM

---

STATE OF MINNESOTA }
} ss.:
COUNTY OF RICE }

Amy Lake affirms the following statements are true under the penalties of perjury:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("RUST"). At the direction of this Court, defendant, American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, IDS Life Insurance Company, and IDS Life Insurance Company of New York (collectively, the "Defendants") appointed RUST to serve as the Class Action Administrator for the class action settlement approved by these Courts in Benacquisto et al., v American Express et al., Case No. 96-018477 and Case No. 00-1980 DSD/JMM. I make this affidavit based on personal knowledge or on records maintained by RUST in the ordinary course of business.

2. As directed by the Courts in the Order dated October 2, 2000, RUST sent a class notice package via First Class Mail to Dieter Boegner at: 26015 Saddle View Dr., Lomitas, CA 90717-2320, on or about November 13, 2000, with respect to annuity number 93106421285, (the "Class Account").

3. Based on the procedures used for printing, mailing, and quality control review of these processes, along with the postal certificates verifying the mailing of all class notice packages, I can confirm that the notice package was mailed as indicated above.

4. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailing or otherwise, that the notice package was undeliverable at the address noted in paragraph 2 above.

5. Notice of the settlement was published in the newspaper with the largest circulation in each of the 50 states, as well as the national editions of the New York Times, The Wall Street Journal, and the USA Today.

6. After the final approval of the settlement, on or about November 14, 2001, notice of the General Relief provided under the settlement was mailed to Dieter Boegner at: 26015 Saddle View Dr., Lomitas, CA 90717-2320.

7. As of this writing, RUST has not received notification from the Postal Service, either by return of the mailing or otherwise, that the General Relief notice was undeliverable at the address noted in paragraph 6 above.

8. No exclusion request, either timely or untimely, was submitted with respect to the Class Account. The deadline to request exclusion from the settlement was January 29, 2001.

Amy Lake
Amy Lake

Sworn and subscribed to before
me this 27th day of June, 2008.

Sharon E. Velander
Notary Public

SHARON E. VELANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2010