UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel Benacquisto, Richard Thoresen, Elizabeth Thoresen, Arnold Mork, Isabella Mork, Ronald Melchert and Susan Melchert, on behalf of themselves and all others similarly situated,

Plaintiffs,

v. **ORDER**

American Express Financial Corporation, American Express Financial Advisors, American Centurion Life Assurance Company, American Enterprise Life Insurance Company, American Partners Life Insurance Company, IDS Life Insurance Company and IDS Life Insurance Company of New York,

Defendants.

This matter is before the court upon defendant Ameriprise Financial Services, Inc.'s motion to enforce class action settlement as to the claims of Dieter Boegner. Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Dieter Boegner shall file his response to defendant's motion not later than August 1, 2008.

2. Defendant shall file a reply to Boegner's response not later than August 22, 2008.

3. Defendant shall immediately serve on the counsel of Dieter Boegner, a written notice of this order.

4. Upon receipt of the response and reply, the court will determine whether a hearing is required.

Dated: June 30, 2008

s/ David S. Doty
David S. Doty, Judge
United States District Court