**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LESA BENACQUISTO, DANIEL BENACQUISTO, RICHARD THORESEN, ELIZABETH THORESEN, ARNOLD MORK, ISABELLA MORK, RONALD MELCHERT and SUSAN MELCHERT, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN EXPRESS FINANCIAL ADVISORS, AMERICAN CENTURION LIFE ASSURANCE COMPANY, AMERICAN ENTERPRISE LIFE INSURANCE COMPANY, AMERICAN PARTNERS LIFE INSURANCE COMPANY, IDS LIFE INSURANCE COMPANY, and IDS LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

**Civil No. 00-1980 DSD/JMM**

**AMENDED CERTIFICATE OF SERVICE**

---

I hereby certify that on June 27, 2008, I caused the following document(s):

**Notice of Hearing on Motion to Enforce Class-Action Settlement as to Claims of Dieter Boegner Presented to the Los Angeles Superior Court Small Claims Court;**

**Motion to Enforce Class-Action Settlement as to Claims of Dieter Boegner Presented to the Los Angeles Superior Court Small Claims Court;**

**Memorandum of Law In Support of Motion to Enforce Class-Action Settlement as to Claims of Dieter Boegner Presented to the Los Angeles Superior Court Small Claims Court;**

**Word Count Compliance;**

**Exhibit Index in Support of Motion to Enforce Class-Action Settlement as to Claims of Dieter Boegner Presented to the Los Angeles Superior Court Small Claims Court;**

**Declaration of Amy Lake; and**

**Proposed Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

Honorable David S. Doty – doty_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to counsel of record.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be personally served on June 30, 2008, to the following non-ECF participants:

Dieter Boegner
26015 Saddle View Road
Lomita, CA 90717

Dated: June 27, 2008

FAEGRE & BENSON LLP

s/ Erin A. Oglesbay

Michael F. Cockson (# 280549)
mcockson@faegre.com
Erin A. Oglesbay (#343092)
eoglesbay@faegre.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant American Express Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.