UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel
Benacquisto, Richard Thoresen,
Elizabeth Thoresen, Arnold
Mork, Isabella Mork, Ronald
Melchert and Susan Melchert, on
behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.                                     **ORDER**

American Express Financial
Corporation, American Express
Financial Advisors, American
Centurion Life Assurance
Company, American Enterprise
Life Insurance Company,
American Partners Life
Insurance Company, IDS Life
Insurance Company and IDS Life
Insurance Company of New York,

        Defendants.


     This matter is before the court upon the motion by Ameriprise Financial Services, Inc. (Ameriprise) for an order to show cause why respondents Richard and Lois Schipper should not be held in contempt for violating the court's November 14, 2012, order and the request by the Schippers for permission to file a motion to reconsider. Because the parties dispute the circumstances regarding Ameriprise's Financial Industry Regulatory Authority

submission agreement and the effect of the court's November 14, 2012, order, the court grants both requests. Accordingly, **IT IS HEREBY ORDERED** that:

1.  Defendant's motion for an order to show cause [ECF No. 476] is granted;

2.  Respondents' request to file a motion to reconsider [ECF No. 481] is granted;

3.  Respondents shall file their motion to reconsider, memorandum and accompanying material by January 4, 2013;

4.  Respondents shall file their memorandum and accompanying material in opposition to sanctions by January 18, 2013; and

5.  Defendant shall file its memorandum and accompanying material in opposition to the motion to reconsider by January 18, 2013.

Dated:  December 21, 2012

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court