UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1980(DSD/JMM)

Lesa Benacquisto, Daniel
Benacquisto, Richard Thoresen,
Elizabeth Thoresen, Arnold
Mork, Isabella Mork, Ronald
Melchert, and Susan Melchert,
on behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.                                       **ORDER**

American Express Financial
Corporation, American Express
Financial Advisors, American
Centurion Life Assurance
Company, American Enterprise
Life Insurance Company,
American Partners Life
Insurance Company, IDS Life
Insurance Company and IDS Life
Insurance Company of New York,

        Defendants.

This matter is before the court upon the motion by defendant RiverSource Life Insurance Company, successor to IDS Life Insurance Company, to enforce the class action settlement [ECF No. 538] as to the claims of Charles R. Fotheringham. Based upon a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Charles R. Fotheringham shall file his response to defendant's motion on or before September 10, 2015;

2. Defendant shall file a reply to Fotheringham's response on or before September 24, 2015;

3. Defendant shall immediately serve written notice of this order on the counsel of Charles R. Fotheringham or, if Fotheringham is not represented, on Fotheringham directly; and

4. Upon receipt of the response and reply, the court will determine whether a hearing is required.

Dated:  August 20, 2015

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court